```
 1                THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2

 3                 HONORABLE JANIS L. SAMMARTINO
             UNITED STATES DISTRICT JUDGE PRESIDING
 4

 5      ------------------------------------------------------

 6      UNITED STATES OF AMERICA,     )
                                      )
 7                      PLAINTIFF,    )   NO. 19-CR-4488-JLS
                                      )
 8      VS.                           )   SENTENCING HEARING
                                      )
 9      THEODORE WILFRED GYI,         )   NOVEMBER 9, 2022
                                      )
10                      DEFENDANT.    )

11      ------------------------------------------------------

12

13      APPEARANCES:

14

15      FOR THE PLAINTIFF:      JOSEPH S. GREEN
                                ALEXANDRA F. FOSTER
16                              U.S. ATTORNEY'S OFFICE

17

18

19      FOR THE DEFENDANT:      CHAD MICHAEL LEWIN
                                CRIMINAL DEFENSE INCORPORATED
20

21

22

23

24

25      THE COURT REPORTER:     GAYLE WAKEFIELD, RPR, CRR
```

1    NOVEMBER 9, 2022

2                         MORNING SESSION

3         THE CLERK:  MATTER NUMBER 1, 19-CR-4488, UNITED STATES

4    OF AMERICA VS. THEODORE WILFRED GYI FOR SENTENCING.

5         THE COURT:  APPEARANCES, PLEASE.

6         MR. GREEN:  JOSH GREEN AND ALEXANDRA FOSTER FOR THE

7    UNITED STATES.

8         MR. LEWIN:  GOOD MORNING, YOUR HONOR, CHAD LEWIN WITH

9    MR. GYI.

10        THE COURT:  I UNDERSTAND THERE'S A MATTER WITH REGARD

11   TO ZOOM ACCESS FOR INDIVIDUAL VICTIMS WHO WOULD LIKE TO OBSERVE

12   BUT NOT ACTUALLY ADDRESS THE COURT, SO WHY DON'T YOU TELL ME

13   ABOUT THAT, MR. GREEN.

14        MR. GREEN:  THERE ARE THREE INDIVIDUALS WHO ARE VICTIMS

15   OF THIS OFFENSE WHO WOULD LIKE TO LISTEN IN ON TODAY'S

16   PROCEEDINGS BY ZOOM.  A ZOOM LINK IS SET UP, BUT OF COURSE WE

17   WANTED TO GET YOUR PERMISSION BEFORE LETTING THEM KNOW THAT

18   THEY COULD LOG ON.  THEY ARE NOT ABLE TO COME TO TODAY'S COURT

19   HEARING.

20        THE COURT:  COUNSEL, IS THERE ANY OBJECTION TO THAT

21   PROCEEDING?

22        MR. LEWIN:  NO OBJECTION, YOUR HONOR.

23        THE COURT:  WE WILL DO THAT.  IT WILL BE LIMITED TO THE

24   VICTIMS.  IT WILL NOT BE DISSEMINATED BEYOND THEM.

25        MR. GREEN:  UNDERSTOOD, YOUR HONOR, AND THAT'S OUR

1      REQUEST AS TO THE THREE VICTIMS.

2            THE COURT:  VERY WELL.  SO LET'S BEGIN.

3            THE COURT HAS READ AND CONSIDERED THE FOLLOWING

4      DOCUMENTS FOR SENTENCING THIS MORNING:  I HAVE THE PRESENTENCE

5      REPORT.  I HAVE DEFENDANT'S SENTENCING MEMORANDUM, WITH

6      EXTENSIVE DOCUMENTS ATTACHED TO IT.  I HAVE MANY, MANY, MANY AA

7      MEETING SIGN-IN SHEETS.  I HAVE LETTERS FROM MANY INDIVIDUALS

8      WHO YOUR CLIENT HAS SPONSORED, AND WHO SPONSOR HIM, AND A

9      VARIETY OF RELATIONSHIPS WITHIN THE AA CONTEXT.  I HAVE LETTERS

10     FROM CHURCH, NEPHEW, POLICE OFFICER FRIENDS, SCHOOL FRIENDS.  I

11     HAVE YOUR CLIENT'S LETTER.  THAT'S JUST KIND OF A BRIEF

12     SUMMARY.  I HAVE THE GOVERNMENT'S SENTENCING MEMORANDUM.  I

13     HAVE TWO PACKETS OF VICTIM IMPACT STATEMENTS, AND I HAVE THE

14     UNDERLYING PLEA AGREEMENT.

15            IS THAT EVERYTHING?

16            MR. GREEN:  YES, YOUR HONOR.

17            MR. LEWIN:  YES, YOUR HONOR.

18            THE COURT:  SO WITH THAT -- LET ME SAY THIS; I'LL

19     FOLLOW THE CALCULATION THAT'S BASICALLY BEING PRESENTED TO THE

20     COURT HERE UP TO THE POINT WHERE WE GET TO DEPARTURES AND

21     VARIANCES AND WHATNOT.  PROBATION IS RECOMMENDING 18 MONTHS,

22     WITH A SIGNIFICANT VARIANCE.  IT'S WITHIN THE GUIDELINE

23     RANGE -- WELL, A SIGNIFICANT VARIANCE OF 18 MONTHS.  THE

24     DEFENSE IS ASKING FOR PROBATION, WITH A SIGNIFICANT NUMBER OF

25     COMMUNITY SERVICE HOURS, AND THE GOVERNMENT'S AT 30 MONTHS.  WE

1    KNOW THAT THE OFFENSE THAT HAS BEEN PLED TO HAS A STATUTORY

2    MAXIMUM OF 60 MONTHS.

3         SO WITH THAT, COUNSEL, YOU MAY ADDRESS THE COURT.  COME

4    TO THE PODIUM, SIR, AND TELL ME EVERYTHING YOU WOULD LIKE TO

5    TELL ME, MR. LEWIN.

6         MR. LEWIN:  THANK YOU VERY MUCH, YOUR HONOR.  YOUR

7    HONOR, THIS IS A TRAGIC CASE AND THERE ARE HUNDREDS OF VICTIMS,

8    AND I'M AWARE OF THAT, AND MR. GYI IS AWARE OF THAT, AND SO,

9    QUITE CANDIDLY, IT WAS A DIFFICULT DECISION FOR ME AS A LAWYER

10   TO ASK FOR PROBATION BECAUSE I UNDERSTAND THAT THERE ARE A LOT

11   OF VICTIMS HERE, AND FAMILIES, AND PEOPLE THAT HAVE BEEN

12   DESTROYED AND HURT TREMENDOUSLY, BUT WHAT ULTIMATELY SWAYED ME

13   TO ASK FOR IT IS THAT IN ALL MY YEARS OF PRACTICING AS A

14   CRIMINAL DEFENSE ATTORNEY, AND ON THE HUNDREDS AND HUNDREDS OF

15   PEOPLE THAT I'VE REPRESENTED, MR. GYI HE STANDS OUT, AND HE

16   STANDS OUT BECAUSE HE TRULY, GENUINELY, FROM THE BOTTOM OF HIS

17   HEART FEELS AWFUL ABOUT THIS SITUATION.  AND I DON'T JUST MEAN

18   HE FEELS AWFUL BECAUSE HE GOT CAUGHT OR BECAUSE HE'S IN TROUBLE

19   OR BECAUSE HE'S FACING PRISON, I MEAN HE FEELS AWFUL BECAUSE,

20   IN MY OPINION, HE'S A GOOD HUMAN BEING.  HE MADE BAD CHOICES.

21   HE WAS IN A VERY DARK PERIOD OF HIS LIFE, BUT HE IS ULTIMATELY

22   A GOOD HUMAN BEING.

23        I'VE KNOWN HIM NOW FOR OVER THREE YEARS -- YEAH, ABOUT

24   THREE YEARS, AND FROM DAY ONE, YOU KNOW, HE PRETTY MUCH

25   INDICATED TO ME, "HEY, I WANT TO COME IN AND PLEAD GUILTY.  I

1   WANT TO DO WHATEVER I CAN TO MAKE THINGS RIGHT."  OBVIOUSLY, AS

2   AN ATTORNEY, ESPECIALLY IN A CASE WHERE THERE'S VOLUMINOUS

3   MATERIALS, I WANTED TO DO MY JOB, AND I WANTED TO LOOK AT

4   EVERYTHING BEFORE WE DID THAT, BUT ULTIMATELY WE DID COME TO

5   THE DECISION THAT HE SHOULD PLEAD GUILTY.

6        AND HE'S TRIED TO, TO THE BEST OF HIS ABILITY, RIGHT

7   THE WRONGS.  OBVIOUSLY HE CAN'T RIGHT THE WRONGS, AND PEOPLE

8   HAVE BEEN HURT, AND HE'S AWARE OF THAT, BUT EVERYTHING THAT I

9   PUT IN THAT SENTENCING MEMORANDUM I BELIEVE, FROM KNOWING HIM,

10  IS A HUNDRED PERCENT TRUE.  HE HAS -- BEFORE HE WAS EVEN IN

11  TROUBLE WITH THE LAW, HE REALIZED HE COULD NO LONGER LIVE THE

12  WAY HE WAS LIVING, AND HE MADE FUNDAMENTAL CHANGES IN HIS LIFE,

13  FIRST AND FOREMOST WORKING ON HIS SOBRIETY WITH ALCOHOL AND

14  SUBSTANCE ABUSES, AND HE, BEFORE HE WAS IN TROUBLE WITH THE

15  LAW, SOUGHT HELP TO CHANGE HIS WAYS FROM --

16       I'M SURE FROM READING THE LETTERS, NOT JUST FROM ALL

17  THE PEOPLE IN AA BUT FROM FAMILY AND FRIENDS, THE COURT GETS

18  THE SENSE THAT PEOPLE LIKE TEDDY OR, IF I MAY, MR. GYI, THAT HE

19  WAS A GOOD, KIND-HEARTED PERSON, BUT HE, AS A LOT OF PEOPLE DO,

20  HE WENT ASTRAY.  HE WAS IN FINANCIAL AND MORAL DECLINE AT THE

21  TIME.

22       HE TRIED TO MAKE A -- HE MADE A MOVIE.  HE WAS HUNDREDS

23  OF THOUSANDS OF DOLLARS IN DEBT.  HE WAS LIVING IN HIS MOTHER'S

24  GARAGE.  HE NEEDED A JOB.  HE GOT A JOB THAT UNFORTUNATELY -- I

25  MEAN, HE COULD HAVE GOTTEN HUNDREDS OF OTHER JOBS IN

1    ENTERTAINMENT AND NOT BEEN IN FRONT OF THIS COURT.  HE COULD

2    HAVE GOTTEN HUNDREDS OF OTHER JOBS EVEN IN PORNOGRAPHY AND NOT

3    BEEN IN FRONT OF THIS COURT.  HE GOT A JOB AND, LIKE MILLIONS

4    AND MILLIONS OF OTHER PEOPLE, HE DID WHAT HIS EMPLOYERS TOLD

5    HIM TO DO, AND THAT IS, TO HIS GREAT SHAME, WHY HE IS HERE.

6         THERE ARE MILLIONS AND MILLIONS OF INNOCENT PEOPLE.

7    THERE ARE MILLIONS OF LAWYERS THAT REPRESENT CLIENTS THAT THEY

8    DON'T WANT TO REPRESENT, BUT THEY DO WHAT -- I GUESS THEIR JOB

9    -- AND THEY HAVE TO PUT THEIR HEAD ON A PILLOW AND GO TO SLEEP

10   AT NIGHT AND SAY, "HEY AM I DOING THE RIGHT THING OR THE WRONG

11   THING."  THERE ARE PEOPLE IN ALL DIFFERENT TYPES OF PROFESSIONS

12   THAT DO WHAT THEIR BOSSES TELL THEM TO DO, THEIR EMPLOYERS TELL

13   THEM TO DO, AND THEY'RE IN A SITUATION WHERE THEY HAVE MORAL

14   DECISIONS, BUT NOT NECESSARILY, YOU KNOW, COURT AND CRIMINAL

15   CONSEQUENCES.

16        TEDDY DID THAT, TO HIS GREAT SHAME.  HE -- HE WAS NOT

17   EVER FRIENDS WITH ANY OF THEM.  OKAY.  HE WASN'T A FRIEND OR

18   EVEN A CLOSE ASSOCIATE WITH ANY OF THE OTHER CO-DEFENDANTS.  HE

19   DID THE JOB.  HE WAS DRINKING HEAVILY.  HE WAS USING DRUGS AT

20   THE TIME.  HE FELT HORRIBLE ABOUT HIMSELF.  HE'S INDICATED TO

21   ME TIME AND TIME AGAIN HOW JUST EMPTY AND DEAD HE FELT DURING

22   IT.  AND WHAT'S DONE IS DONE.  HE CANNOT CHANGE THAT.

23        BUT WHAT HE HAS DONE TO HIS CREDIT IS, AND HE HAS MY

24   RESPECT FOR IT, IS HE TOOK A LOOK IN THE MIRROR AND HE MADE A

25   PACT WITH HIMSELF TO LIVE EVERY DAY AND EVERY MINUTE FOR THE

1    REST OF HIS LIFE TRYING TO HELP PEOPLE, AND I KNOW AND I

2    APPRECIATE THAT THE COURT HAS READ AND CONSIDERED THE RATHER

3    EXTENSIVE LETTERS THAT WE HAVE PROVIDED TO THE COURT.  ALSO, IN

4    THE AUDIENCE ARE A NUMBER OF THOSE PEOPLE, FRIENDS, AND

5    OBVIOUSLY PEOPLE WITHIN AA THAT HE HAS HELPED.

6         SO AS WE STAND HERE TODAY, YOUR HONOR, TEDDY

7    UNDERSTANDS AND RESPECTS AND WILL DO WHATEVER THE COURT TELLS

8    -- WHATEVER THE COURT DECIDES, THE COURT DECIDES, AND HE

9    UNDERSTANDS THAT.

10        BUT HE IS HELPING A LOT OF PEOPLE, AND HE WILL CONTINUE

11   TO HELP A LOT OF PEOPLE, AND HE HAS MADE THAT HIS LIFE'S

12   MISSION TO HELP A LOT OF PEOPLE BECAUSE IT FEELS A LOT BETTER

13   THAN HURTING PEOPLE.  AND SO HE HAS MADE A CHOICE TO HELP AND

14   TO BE OF SERVICE TO PEOPLE RATHER THAN TO TAKE FROM PEOPLE AND

15   TO HARM PEOPLE.  AND SO EVEN THOUGH THIS IS A HORRIBLE TRAGEDY

16   THAT HAS COST HIM A TREMENDOUS AMOUNT OF DISTRESS -- IT'S

17   ACTUALLY AFFECTED ME IN A LOT OF WAYS AS WE'VE TALKED ABOUT

18   IT -- HE IS AN INSPIRATION TO COUNTLESS PEOPLE HERE IN THE

19   AUDIENCE, COUNTLESS PEOPLE THAT ARE IN HIS LIFE.

20        HE'S AN INSPIRATION TO ME THAT PEOPLE CAN MAKE MISTAKES

21   AND IMPROVE UPON THEMSELVES AND HOPEFULLY HELP PEOPLE FOR THE

22   REST OF THEIR LIVES, AND I ALSO KNOW THAT TEDDY WANTS TO SPEAK

23   TO THE COURT IF THE COURT WOULD ALLOW THAT.

24        THE COURT:  OF COURSE I WILL.  THANK YOU, COUNSEL, I

25   APPRECIATE THAT.

```
1              MR. GYI, YOU HAVE AN OPPORTUNITY -- IF YOU COME TO THE
2       PODIUM -- SIR, TO ADDRESS THE COURT.  I HAVE READ YOUR LETTER,
3       BUT YOU HAVE AN OPPORTUNITY THIS MORNING TO SAY WHATEVER YOU
4       WANT TO SAY, SIR.
5              THE DEFENDANT:  YOUR HONOR, LADIES AND GENTLEMEN OF THE
6       COURT, AND THE VICTIMS INVOLVED.  I APOLOGIZE FROM THE BOTTOM
7       OF MY HEART FOR ALL OF IT, FOR ALL OF IT.  IF I COULD TAKE IT
8       BACK, I WOULD TAKE IT BACK, BUT I CANNOT.  I KNOW I HAVE CAUSED
9       TREMENDOUS INJURY TO MY FELLOW MAN AND THAT WAS NEVER MY
10      INTENTION, BUT NEVERTHELESS THAT IS WHAT HAS RESULTED AS A
11      DIRECT RESULT OF MY ACTIONS.
12             TO THE VICTIMS IN AND OUT OF THIS COURTROOM, IN PERSON
13      AND ON ZOOM, I RESPECT YOU.  I COMMEND YOU.  YOU ARE THE BRAVE
14      ONES.  I WAS A COWARD.  I WAS A LIAR.  I WAS A DECEIVER.  I WAS
15      A PIECE OF GARBAGE, AND FOR THAT I ETERNALLY APOLOGIZE.
16             AS MY COUNSEL HAD STATED, FOR MOST OF MY LIFE I HAVE
17      BEEN LOSING A BATTLE AGAINST DRUGS AND ALCOHOL.  THAT IS NO
18      EXCUSE FOR MY ACTIONS, BUT IT IS TO SAY THAT THE PERSON THAT
19      COMMITTED THESE OFFENSES IS NOT THE SAME PERSON STANDING HERE
20      TODAY.  MAYBE IT'S TOO LITTLE TOO LATE.  I DON'T KNOW.  THAT'S
21      REALLY UP TO GOD.
22             I KNOW I CAN NEVER FULLY MAKE AMENDS TO THE VICTIMS IN
23      AND OUT OF THIS COURTROOM.  IF I COULD, I WOULD.  IF THERE'S
24      ANYTHING I CAN DO, I WOULD BE MORE -- I WOULD DO IT IN A
25      HEARTBEAT, BUT I DON'T SEE HOW I CAN MAKE AMENDS TO THEM.  I
```

DON'T EXPECT THEM TO FORGIVE ME.  I AM SORRY, BUT I DON'T EXPECT THEM TO FORGIVE ME.  AND IF THEY DON'T FORGIVE ME, MAYBE PERHAPS THEY CAN WRESTLE SOME SATISFACTION IN KNOWING THAT MY LIFE HAS BEEN TURNED INSIDE OUT AS A RESULT OF MY ACTIONS AS WELL.

EVEN THOUGH THERE'S A LOT OF PEOPLE WHO SHOWED UP FOR ME AND WROTE LETTERS FOR ME AND SHOWED UP IN SUPPORT, I'VE ACTUALLY LOST COUNT OF HOW MANY FRIENDS AND COLLEAGUES AND RELATIVES THAT WON'T TALK TO ME ANYMORE BECAUSE OF MY ACTIONS. I'M A CONVICTED FELON NOW, AND THERE'S ALL THE DIFFICULTY THAT GOES ALONG WITH LIVING A LIFE AS A CONVICTED FELON.  I HAD A LIFE-LONG PASSION FOR BEING BEHIND THE CAMERA THAT -- I FLUSHED THAT DOWN THE TOILET AND I'M STARTING MY LIFE OVER FROM SCRATCH.

I'M NOT TRYING TO MAKE MYSELF OUT AS A VICTIM HERE, I'M JUST SAYING THAT I UNDERSTAND IF MY ACTIONS HAVE IMPACTED ME NEGATIVELY THIS WAY, I JUST -- TIMES THAT BY ALL THE VICTIMS THAT I'VE IMPACTED AS WELL, AND I FEEL THAT EVERY SINGLE DAY OF MY LIFE.

YOU KNOW, MY ADDICTION TOOK ME TO A LOT OF DARK PLACES, AND THIS ONE PERHAPS BEING THE DARKEST, BUT BY THE GRACE OF GOD, AS MR. LEWIN HAS STATED, ABOUT FOUR YEARS AGO I WAS INTRODUCED INTO A LIFE -- A PROGRAM OF RECOVERY, NOT JUST FOR MY SUBSTANCE ABUSE BUT FOR MY MORAL BANKRUPTCY, FROM MY SPIRITUAL MALADY, AND MY INABILITY TO SEE HOW IT MAY AFFECT MY

1      -- HOW MY ACTIONS AFFECT OTHERS.

2              AND BY THE GRACE OF GOD, YOU KNOW, I'VE BEEN SOBER NOW

3      FOR NEARLY FOUR YEARS, AND I HAVE DEDICATED MY LIFE TO HELPING

4      OTHERS, YOU KNOW.  IT'S ALL I CAN DO, RIGHT?  ALL I CAN DO IS

5      THE NEXT RIGHT THING, THAT'S WHAT I'VE BEEN TAUGHT.  SO I SHOW

6      UP EVERY DAY, AND I'VE SPONSORED DOZENS OF GUYS, AND YEAH, SOME

7      OF THEM HAVE BEEN ABLE TO MAKE SOME PRETTY MIRACULOUS COURSE

8      CORRECTIONS, BUT MOST OF THEM HAVEN'T.  A LOT OF THEM HAVE GONE

9      BACK OUT AND THEY'VE RELAPSED OR OD'D OR SOME ARE IN JAIL.  I

10     MEAN, THAT'S JUST THE NATURE OF OUR DISEASE, BUT I DON'T GIVE

11     UP.

12             I KEEP SHOWING UP EVERY DAY TO MEETINGS, TO REHABS, TO

13     TREATMENT CENTERS BECAUSE IT IS MY BELIEF THAT IF I SPEND THE

14     REST OF MY LIFE, IF I CAN JUST HELP ONE MORE PERSON FROM MAKING

15     THE SAME MISTAKES THAT I MADE, IF I CAN HELP PREVENT ONE MORE

16     PERSON FROM HAVING TO STAND IN THIS COURTROOM, OR ANY COURTROOM

17     FOR THAT MATTER, IF I CAN DO THAT FOR ONE MORE PERSON THEN MY

18     LIFE WILL NOT HAVE BEEN A WASTED LIFE BECAUSE UP TO THIS POINT

19     MY LIFE HAS BEEN A CAUTIONARY TALE, AND I'M TRYING TO CHANGE

20     THE NARRATIVE TO A STORY OF HOPE AND INSPIRATION, AND TO THE

21     SUFFERING ALCOHOLIC OR ADDICT TO LET THEM KNOW THAT SOMEWHERE

22     IN THIS THERE CAN BE A WAY OUT.

23             REGARDLESS OF THE OUTCOME OF TODAY'S PROCEEDINGS, I AM

24     GOING TO CONTINUE DEDICATING MY LIFE TO HELPING OTHERS, TO

25     DOING WHAT I CAN TO MAKE MYSELF A BETTER PERSON, TO MAKE THIS

1    WORLD A BETTER PLACE, AS MUCH AS I CAN, AND TO JUST TAKE EVERY

2    MEASURE TO ENSURE THAT MY SOUL IS NOT AT HAZARD ON THE DAY OF

3    MY JUDGMENT BEFORE GOD.

4         ONCE AGAIN, I APOLOGIZE TO THE VICTIMS, TO THE COURT,

5    AND THE UNITED STATES OF AMERICA, AND TO MY FELLOW MAN, AND I

6    HUMBLY ACCEPT THE SENTENCE THAT IS GOING TO BE IMPOSED UPON ME

7    WITH HUMILITY AND GRACE.  GOD BLESS YOU ALL.

8         THE COURT:  THANK YOU, MR. GYI, I APPRECIATE YOUR

9    COMMENTS.

10         ON BEHALF OF THE GOVERNMENT.  MR. GREEN, COME TO THE

11    PODIUM, SIR.

12         MR. GREEN:  THANK YOU, YOUR HONOR.

13         THE COURT:  I HAVE READ -- I KNOW WE'RE GOING TO HEAR

14    FROM SOME OF THE VICTIMS TODAY, BUT I'VE ALSO READ SOME OF THE

15    VICTIM IMPACT STATEMENTS THAT HAVE COME IN.  AT LEAST ONE

16    PERSON HAS TALKED ABOUT RESTITUTION.  I KNOW I DON'T HAVE THAT

17    INFORMATION IN FRONT OF ME, SO IF IN YOUR COMMENTS YOU WOULD

18    TELL ME WHAT YOUR PLAN IS, SIR, FOR COMING UP WITH THAT.

19         MR. GREEN:  THANK YOU, YOUR HONOR.  I GUESS STARTING

20    WITH THE RESTITUTION, WE HAD INTENDED TO ASK THE COURT FOR

21    ANOTHER DATE AT WHICH WE COULD HANDLE THAT.  AS WE DID WITH MR.

22    GARCIA, WE DOUBLE OUR EFFORTS FROM WHAT HAS ALREADY BEEN DONE,

23    AFTER TODAY'S HEARING, TO MAKE SURE THAT WE CAPTURE ALL OF THE

24    RESTITUTION REQUESTS.

25         THE COURT:  THAT'S WHAT I ASSUMED YOU WERE GOING TO

1  SAY, BUT I WANTED TO BE CLEAR AND HAVE IT ON THE RECORD.  GO

2  AHEAD.

3        MR. GREEN:  THANK YOU, YOUR HONOR.  YOUR HONOR, WE'RE

4  RECOMMENDING A SENTENCE OF 30 MONTHS FOR MR. GYI.  THIS WAS A

5  VERY DARK SCHEME AND THE TOLL THAT IT'S TAKEN IS REALLY ALMOST

6  UNIMAGINABLE.  THERE'S NOT A REAL WAY TO QUANTIFY THAT.  I

7  DON'T EVEN THINK THERE'S WORDS THAT CAN REALLY SAY WHAT A

8  TERRIBLE TOLL THAT THIS SCHEME TOOK ON THE VICTIMS.

9        THE ONLY WAY THAT IT WORKED WAS BECAUSE ALL OF THESE

10  INDIVIDUALS WERE WORKING TOGETHER TO DECEIVE THE VICTIMS IN

11  THIS CASE.  ONE PERSON COULD NOT HAVE PULLED THIS OFF ON HIS OR

12  HER OWN.  WHAT IT TOOK WAS A TEAM OF PEOPLE THAT WERE WORKING

13  TOGETHER TO DECEIVE THE VICTIMS AND TRICK THEM INTO COMING OUT

14  AND MAKING THESE VIDEOS ON THE CORE DECEPTION THAT THEY WOULD

15  NOT BE -- THAT THEIR VIDEOS WOULD NOT BE RELEASED PUBLICLY.

16        MR. GYI, UNFORTUNATELY FOR HIM, PARTICIPATED IN THAT

17  EFFORT AS HE MADE MISREPRESENTATIONS THAT SOME OF THE VICTIMS

18  RELIED ON THAT CAUSED THEM TO BELIEVE THAT EVERYTHING WAS GOING

19  TO BE OKAY, YOU KNOW, WHEN IT WASN'T.  AND THERE'S NO DOUBT

20  THAT MR. GYI'S PARTICIPATION CAUSED SOME OF THESE VICTIMS TO

21  THINK THAT THEY WERE SAFE, THAT THEIR VIDEOS WERE NOT GOING TO

22  BE RELEASED, AND THAT WHAT THEY WERE BEING TOLD WAS THE TRUTH.

23  SO THERE'S NO DOUBT THAT MR. GYI PLAYED A CRITICAL AND

24  IMPORTANT ROLE IN THE SCHEME.

25        ON THE OTHER HAND, IN THE SCHEME OF THE DEFENDANTS, WE

1    BELIEVE THAT MR. GYI WAS WORKING AT THE DIRECTION OF OTHERS.

2    THIS WASN'T HIS IDEA.  HE DIDN'T COME UP WITH IT.  HE'S NOT

3    SIMILARLY SITUATED TO MR. GARCIA OR MR. PRATT OR MR. WOLFE.

4         THE COURT:  AND FUNDAMENTALLY HE'S NOT CHARGED THE SAME

5    WAY.  YOU'VE TAKEN THAT INTO ACCOUNT IN THE CHARGE THAT HE'S

6    FACING, WHICH AS I SAID HAS A CAP OF 60.

7         MR. GREEN:  CORRECT.  THAT WAS AMONG THE REASONS --

8    THOSE WERE THE CENTRAL REASONS THAT WE AGREED TO THE CHARGE

9    BARGAIN THAT WE ENTERED INTO.

10        THE OTHER THING THAT WE WOULD LIKE TO HIGHLIGHT FOR THE

11   COURT IS THAT, AT LEAST ON BEHALF OF THE PROSECUTORS, I CAN SAY

12   THAT WE ACCEPT MR. GYI IS REMORSEFUL, AND HE HAS TAKEN STEPS TO

13   ASSIST US IN THE INVESTIGATION, AND WE RECOGNIZE THAT EVEN

14   BEFORE WE BROUGHT THE CRIMINAL CASE, HE TESTIFIED IN THE CIVIL

15   CASE EFFECTIVELY AGAINST THE LEADERS OF THIS CRIMINAL

16   ORGANIZATION.

17        THE COURT:  ON THE SUPERIOR COURT CASE?

18        MR. GREEN:  CORRECT.  THERE WAS A CIVIL CASE THAT WAS

19   BROUGHT BY THE VICTIMS AND MR. GYI, ALONG WITH A COUPLE OF

20   OTHERS, THEY WERE CALLED TO TESTIFY.  THERE MIGHT HAVE BEEN

21   SOME MINIMIZING ON HIS PART OF THE FULL SCOPE OF WHAT HE HAD

22   DONE, BUT HE TESTIFIED AGAINST THEIR INTERESTS.  AND THEN ONCE

23   WE BROUGHT THE CASE, HE CAME FORWARD, SAID HE WANTED TO HELP.

24   ONCE HIS ATTORNEY HAD REVIEWED THE DISCOVERY, HE THEN ASSISTED

25   US AS WE'VE ADVISED THE COURT.

1          SO WHEN YOU WEIGH THE AGGRAVATING AND MITIGATING

2     FACTORS, THERE'S SIGNIFICANT AGGRAVATING FACTORS, AND THERE ARE

3     SOME SIGNIFICANT MITIGATING FACTORS, AND ULTIMATELY IT'S UP TO

4     THE COURT TO BALANCE THOSE, BUT WHERE WE COME OUT ON IT IS THAT

5     A CUSTODIAL SENTENCE IS APPROPRIATE, AND WE DON'T THINK

6     PROBATION'S RECOMMENDATION IS QUITE ENOUGH.  WE BELIEVE THAT A

7     30-MONTH SENTENCE IS THE RIGHT SENTENCE HERE.

8          THE COURT:  THANK YOU.

9          NOW, SOME OF THE VICTIMS WOULD LIKE TO ADDRESS THE

10     COURT.  IF YOU WOULD LIKE TO GO AHEAD AND ORCHESTRATE THAT, AND

11     WE CAN START WITH THOSE WHO ARE HERE IN PERSON AND THEN GO TO

12     THE ONES ON VIDEO, HOWEVER YOU WOULD LIKE TO DO IT.  I HAVE

13     WHAT YOU'VE PRESENTED AS A HEARING WITNESS LIST.

14          MR. GREEN:  THAT'S JUST WHAT WE'D LIKE TO DO.  YOUR

15     HONOR, COULD I INQUIRE ONCE -- WITH THE COURT AND THE COURTROOM

16     DEPUTY, IS IT POSSIBLE TO TURN THE VIDEO FEED OFF FOR THE ZOOM?

17          THE CLERK:  YES, I CAN TURN THE CAMERA OFF.

18          MR. GREEN:  OKAY.  YOUR HONOR, THERE ARE TWO VICTIMS

19     WHO WOULD LIKE TO SPEAK IN PERSON.

20          THE COURT:  CERTAINLY.

21          MR. GREEN:  THE FIRST ONE IS WHO I'LL REFER TO AS

22     VICTIM A.

23          VICTIM A:  HI, YOUR HONOR.

24          THE COURT:  GOOD MORNING, MA'AM.  IF YOU HAVE SOMETHING

25     THAT YOU'RE GOING TO READ, I'M JUST GOING TO ASK YOU TO READ IT

```
 1        SLOWLY BECAUSE MY COURT REPORTER TAKES DOWN EVERYTHING WE SAY.

 2        PULL THOSE MICS TOGETHER AND CLOSER SO WE CAN HEAR YOU.

 3             VICTIM A:  OKAY.

 4             THE COURT:  THANK YOU.

 5             VICTIM A:  I WAS 18 WHEN I WAS TRAPPED BY MR. GYI.

 6        WHEN I WALKED OUT OF THE AIRPORT, HE WAS THE FIRST PERSON I

 7        MET.  HE KEPT CALLING GARCIA AND PRATT, BUT THEY WEREN'T

 8        ANSWERING SO HE JUST DROVE ME AROUND SAN DIEGO AND WE TALKED

 9        FOR A FEW HOURS.  WHILE WE DROVE, I TALKED TO HIM ABOUT MY

10        FAMILY, ABOUT MY DAD PASSING, AND HE TOLD ME ABOUT HIS

11        GIRLFRIEND, AND HE ALSO TOLD ME LIES.

12             HE DIDN'T JUST REMAIN SILENT.  HE REITERATED ALL THE

13        LIES THAT THEY HAD TOLD ME ABOUT THE VIDEOS BEING DISTRIBUTED

14        ON DVD'S IN FOREIGN COUNTRIES, AND HE KEPT GOING ON TO SAY THAT

15        HE REALLY LIKED, LIKE, THE RITUAL OF WATCHING A DVD VERSUS

16        ONLINE CONTENT TO SELL IT TO ME EVEN MORE THAT THEY WEREN'T

17        GOING TO DO IT ONLINE.

18             DURING THE FILMING, AFTER AWHILE, I WAS FINALLY ALONE

19        WITH HIM AND AWAY FROM MR. GARCIA, AND I LOOKED AT TEDDY,

20        BECAUSE I HAD BEEN DRIVING WITH HIM ALL DAY, AND I TOLD HIM I

21        DIDN'T AGREE TO WHAT WAS HAPPENING, AND HE SIMPLY SAID, "I

22        DON'T KNOW WHAT TO TELL YOU" AND CONTINUED TO FILM ME.  AFTER

23        THAT, I CONTINUED TO SAY HOW MUCH IT HURT DURING THE FILMING

24        BUT NOBODY CARED.

25             WHEN I FINALLY THOUGHT IT WAS OVER, I WENT TO THE
```

BATHROOM.  MR. GARCIA POINTED BEHIND ME AND I SAW THAT MR. GYI

WAS STILL FILMING ME AND I COULDN'T HOLD BACK MY TEARS ANYMORE.

I TRIED TO SAY, IN THE STRONGEST VOICE THAT I COULD, "I'M

DONE," BUT I KEPT CRYING.  TEDDY KEPT FILMING ME.  HE DIDN'T

STOP FILMING ME UNTIL MR. GARCIA TOLD HIM I COULD LEAVE.

WHEN I RETURNED HOME, EVEN BEFORE THE VIDEO CAME OUT

ONLINE, I STARTED DRINKING AND USING MARIJUANA EXCESSIVELY JUST

TO FORGET THE MEMORY OF THAT DAY AND JUST TO BE ABLE TO FALL

ASLEEP AT NIGHT.  WHEN I DID GO ONLINE, THE VIDEO SPREAD TO MY

HOMETOWN AND MY COLLEGE TOWN.  I GOT MADE FUN OF AND LAUGHED AT

BY MY CLASSMATES.  I WAS KICKED OFF THE COLLEGIATE SPORTS TEAM,

AND I LOST THE SCHOLARSHIP THAT IT GAVE ME.  I BECAME A RECLUSE

IN COLLEGE TO AVOID GETTING MADE FUN OF AND FURTHER

HUMILIATION.

I BECAME DEPRESSED.  IT WAS VERY TOUGH TO FINISH

COLLEGE JUST BECAUSE I DIDN'T WANT TO SEE ANYBODY.  WHEN I

GRADUATED, I COULD NOT GET A JOB.  ONE PLACE EXPLICITLY

MENTIONED THAT BECAUSE HR DID NOT APPROVE OF WHAT THEY FOUND

ONLINE ABOUT ME.

WHEN I FINALLY GOT A JOB USING MY DEGREE, I HAD A BOSS

THAT HARASSED ME.  HE TOLD ME THAT HE HAD WATCHED THE VIDEO AND

WOULD TRY TO MAKE CONVERSATION WITH ME ABOUT IT FOR HIS OWN

PLEASURE, WHILE SPEAKING TO ME ABOUT OTHER SEXUAL EXPLOITS HE

HAD HAD, AND I FELT STUCK AT THAT JOB BECAUSE I FEARED GOING

BACK ON THE JOB MARKET OR I KNEW I WOULD BE DENIED FOR ANY

```
 1      OTHER JOB.

 2              FOR YEARS AFTER THE VIDEO CAME OUT, YOU COULD GOOGLE MY

 3      NAME AND IT WAS THE ONLY THING THAT CAME UP ON THE SEARCH

 4      RESULTS.  I PUT UP WITH HARASSMENT AT THAT JOB FOR NINE MONTHS

 5      UNTIL I WAS FINALLY ABLE TO LEAVE AND FIND A NEW ONE.

 6              IT'S BEEN ALMOST SEVEN YEARS SINCE I FILMED AND I STILL

 7      GET HARASSMENT AND SUFFER FROM ANXIETY AND PTSD.  SOME DAYS I

 8      FEEL PREPARED TO TAKE ON MY LIFE AND I WANT TO LIVE IT TO THE

 9      FULLEST, BUT I KNOW EVEN ON THOSE DAYS I'M STILL SCARED.  I'M

10      SCARED THAT IF I EVER GET HIGH UP IN A COMPANY, THERE ARE

11      ALWAYS GOING TO BE PEOPLE THAT SHARE THAT VIDEO AND LAUGH AT

12      ME, TRY TO USE IT TO DISCREDIT ME.

13              ON THE WORST DAYS, WHEN I DON'T FEEL AS STRONG, I FEEL

14      SO HUMILIATED AND PARALYZED WITH FEAR THAT I'M JUST GOING TO BE

15      TORMENTED AGAIN.  I WISH MORE THAN ANYTHING THAT I COULD LIVE

16      MY LIFE WITHOUT THIS AFFECTING IT, AND I REALLY HOPE SOME DAY

17      THAT THIS CAN BE BROUGHT UP IN CONVERSATION OR IT CAN JUST COME

18      UP AND I WON'T CARE, AND I'LL BE FINE, AND I WON'T CRY, BUT I

19      DON'T THINK THAT WOULD EVER HAPPEN.

20              I'VE BEEN WORKING IN THERAPY SINCE IT HAPPENED.  MY

21      THERAPIST SAYS THAT FEELINGS I HAVE AND THE BAD FEELINGS I GET

22      WHEN I REMEMBER AND I SPEAK ABOUT THIS WILL NEVER GO AWAY, AND

23      THE ONLY THING WE CAN DO IS MINIMIZE THE PHYSICAL SYMPTOMS,

24      LIKE MY SHAKING, MY CRYING, AND MY SWEATING, THAT I WILL ALWAYS

25      CARRY THAT HUMILIATION AND VIOLATION FROM THAT DAY FOREVER.  I
```

1    KNOW IT WILL ALWAYS BE SHOVED IN MY FACE BY OTHERS BECAUSE IT

2    WILL NEVER DISAPPEAR FROM THE INTERNET.

3         EVEN FOUR TO FIVE YEARS AFTER I WAS TRAFFICKED, THE

4    VIDEO OF ME WAS THE ENTIRE FIRST PAGE OF THE GOOGLE RESULTS FOR

5    MY NAME.  I TRIED TO TAKE DOWN THE VIDEO MYSELF WHEN I FINALLY

6    HAD THE RIGHTS BACK BY MAKING DIRECT REQUESTS TO WEBSITES AND

7    REQUESTING THAT GOOGLE TAKE IT OFF OF THE SEARCH RESULTS.  EVEN

8    THEN MANY WEBSITES HAD NO PLACE TO REPORT THE VIDEOS, NEVER

9    ANSWERED MY REQUESTS OR WERE SIMPLY BASED OUTSIDE THE U.S. AND

10   DIDN'T CARE, AND IT'S SO FRUSTRATING TO SEE THAT THEY CAN STILL

11   KEEP IT UP AND I FEEL POWERLESS.

12        THIS PAST YEAR, WHEN I WAS MAKING TAKEDOWN REQUESTS, I

13   EVEN SAW SOMETHING I DIDN'T REMEMBER HAPPENING FROM THE VIDEOS

14   SOMEHOW BECAUSE I NEVER REMEMBERED BEING CHOKED WHILE FILMING,

15   AND IT WAS SOMETHING THAT WAS TERRIFYING TO SEE.

16        IT'S BEEN EIGHT ALMOST NINE YEARS SINCE I MET MR. GYI.

17   TO THIS DAY I STILL CONTINUE TO GET MESSAGES FROM STRANGERS

18   THAT MAKE ME FEEL UNSAFE IN MY OWN HOME.  I PAID SOMEONE

19   THOUSANDS A YEAR TO HELP ME WITH VIDEO TAKEDOWNS AND TO HELP ME

20   MINIMIZE HARASSMENT.  THE COST OF THAT IS NEARLY 10 PERCENT OF

21   MY SALARY, BUT EVEN WITH THAT HELP MANY VIDEOS STAY UP

22   UNDISTURBED.  ONE WEBSITE HAS HAD IT POSTED FOR SEVEN YEARS

23   NOW, AND IT SEEMS LIKE IT WILL NEVER BE TAKEN DOWN, NO MATTER

24   WHO DEMANDS IT.  IT REMAINS INDELIBLY ON THE INTERNET AND IT

25   WILL BE THERE FOREVER.

1    I'VE SPENT THOUSANDS ON THERAPY.  THE ONLY THING I'VE

2    MADE REAL PROGRESS WITH IS EDMR, AND IT'S $250 A SESSION AFTER

3    INSURANCE.  IF I CAN AFFORD TO GO THE RECOMMENDED AMOUNT, IT

4    WILL COST 6,000 PER YEAR.

5    I KNOW THAT TEDDY MUST HAVE BEEN IN HIS MID TO LATE

6    THIRTIES WHEN HE TRAFFICKED ME AND MORE THAN OVER A HUNDRED

7    OTHER WOMEN, BY MY GUESS.  I SUFFERED THROUGH MY OWN ABUSE WITH

8    VICES JUST TO COMFORT MYSELF, LIKE ALCOHOL AND MARIJUANA, AND I

9    KNOW THAT EVEN AT MY LOWEST I COULD NEVER DO TO ANOTHER HUMAN

10   BEING WHAT WAS DONE TO ME.  HE WAS AN ACTIVE PARTICIPANT IN THE

11   WORST DAY OF MY LIFE.  I WAS WITH HIM FOR THE LONGEST THAT DAY,

12   AND I SPOKE WITH HIM THE MOST, AND I WAS FILMED BY HIM AT MY

13   WORST MOMENTS.  I TOLD HIM I DIDN'T AGREE TO WHAT WAS GOING ON

14   AND HE TOLD ME THAT HE JUST NEEDS TO GET HIS SCENES DONE.  HE

15   LIED TO ME AND HE FILMED ME AS I CRIED.

16   EVEN AFTER MY EXPERIENCE AND WATCHING ME SUFFER, HE

17   CONTINUED TO WORK FOR GDP FOR OVER A YEAR.  I DON'T THINK HE

18   WAS BLIND TO THE ABUSE THAT WAS HAPPENING, AND I THINK HE

19   PARTICIPATED IN IT FULLY KNOWLEDGEABLE AND OF HIS OWN FREE

20   WILL.

21   MAY I ADDRESS HIM, YOUR HONOR?

22   THE COURT:  YES.

23   VICTIM A:  LIKE I DON'T KNOW -- I APPRECIATE HEARING AN

24   APOLOGY, AND I'M SORRY THAT I DON'T FEEL RIGHT WITH PROBATION

25   BECAUSE I ONLY KNOW YOU AS THE MAN WHO HURT ME.  I DON'T KNOW

```
 1        THE OTHER YOU, AND I DON'T KNOW HOW MANY OTHER GIRLS YOU'VE

 2        HURT, AND I DON'T KNOW WHAT YOU'VE DONE TO THEM.

 3             I ASK THE COURT RESPECTFULLY TO GIVE HIM THE SENTENCE

 4        THAT DOESN'T MINIMIZE THE HARM THAT HE CAUSED TO ALL OF US.

 5        THANK YOU, YOUR HONOR.

 6             THE COURT:  THANK YOU, MA'AM.

 7             MR. GREEN:  VICTIM B, YOUR HONOR.

 8             THE COURT:  THANK YOU.

 9        VICTIM B:  CAN YOU HEAR ME OKAY?

10             THE COURT:  YOU'RE TALL SO I'M GOING TO SAY PULL THEM

11        UP.

12             VICTIM B:  IS THAT OKAY?

13             THE COURT:  STEP A LITTLE CLOSER TO ONE OF THEM.

14             VICTIM B:  I'LL BE SURE TO TALK LOUD IF I CAN.

15             FIRST, BECAUSE THIS IS MY ONLY CHANCE TO TALK TO YOU, I

16        JUST WANT TO SAY THANK YOU FOR YOUR RULING.  I DIDN'T THINK I

17        WAS GOING TO CRY.  WHEN YOU GRANTED US THE RIGHTS TO THAT

18        VIDEO, I WOULD HAVE TO FIND MORE WORDS THAN I HAVE TO TELL YOU

19        HOW MUCH WE APPRECIATE THAT RULING.  THANK YOU.  THANK YOU.

20        THANK YOU.

21             NOW, WHY I'M HERE.  JUST LIKE THE OTHER VICTIMS, I WAS

22        19 YEARS OLD WHENEVER I MET MR. GYI.  I HAD LEFT AN ABUSIVE

23        RELATIONSHIP -- HE WAS MILITARY -- AND I HAD NO FAMILY.  MY MOM

24        SUGGESTED THAT I LOOK FOR MODELING JOBS AND MENTIONED THAT ONE

25        OF MY COUSINS WHO LIVED IN L.A. HAD FOUND WORK ON CRAIG'S LIST,
```

1    WHICH NATURALLY YOU THINK THAT DOESN'T SOUND SAFE, BUT I WAS

2    BROKE, AND 19, AND I WAS TERRIFIED THAT MY EX-HUSBAND WAS GOING

3    TO COME FIND ME, SO I RESPONDED TO EVERY MODELING JOB THAT I

4    COULD FIND ON CRAIG'S LIST.

5         AND THE NEXT DAY I GOT A CALL AND I WAS DIRECTED TO GO

6    TO THE HILTON DOWNTOWN, NOT FAR FROM HERE, AND WHEN I GOT TO

7    THE PARKING GARAGE, I HAD THIS MOMENT BECAUSE I KNEW THAT I

8    DIDN'T HAVE ENOUGH GAS TO LEAVE, AND I WAS IN THAT PHASE OF

9    LIFE WHERE -- I THINK MOST OF US STARTING OUT, YOU KNOW, WHEN

10   YOU HAVE TO PICK A BILL OR DINNER, YOU KNOW, CAR INSURANCE OR

11   GAS, I WAS THERE.  AND I HAD MADE THE DECISION THAT, OKAY, THIS

12   WAS A LEGITIMATE JOB, GO, GET PAID, GET YOUR GAS, AND THEN YOU

13   CAN HAVE DINNER TOO TONIGHT.  THAT WAS MY REWARD, I WAS GOING

14   TO GET SUPPER.

15        AND THEN I GOT A CALL WHILE I WAS STILL IN MY CAR AND

16   THEY SAID, "THERE'S A MAN BY THE NAME OF TEDDY," THAT WAS YOU,

17   "AND HE'S GOING TO MEET YOU IN THE LOBBY, AND HE'S GOING TO

18   EXPLAIN TO YOU HOW THINGS ARE GOING TO GO, AND YOU CAN TRUST

19   HIM."  AND SOMETHING ABOUT IT I JUST HAD A REALLY BAD FEELING,

20   BUT GENUINELY I COULD NOT LEAVE.  I COULDN'T CALL AN UBER.  IF

21   I DROVE AWAY, I WOULD MAKE IT, YOU KNOW, BARELY TO THE 5.  SO I

22   WENT INSIDE, AND TEDDY MET ME IN THE LOBBY, AND I REMEMBER

23   THINKING, OKAY, LIKE, MAYBE IT'S, LIKE, ON THE BEACH, YOU KNOW,

24   WHY WOULD WE GO TO A HOTEL ROOM?  NOTHING WAS EXPLAINED.

25   NOTHING WAS EXPLAINED.

1          WE GO UPSTAIRS AND HE OPENS THE DOOR AND THERE ARE

2     STUDIO LIGHTS SET UP.  I MEAN, EVERYTHING IS SET UP.  WHEN I

3     WAS 17 I WAS SEXUALLY ASSAULTED IN A HOTEL ROOM, AND FROM THAT

4     EXPERIENCE I LEARNED THAT SOMETIMES IF YOU FIGHT IT, IT'S A LOT

5     WORSE THAN IF YOU TAKE IT.  SO WHEN I WALKED IN THAT ROOM WITH

6     TEDDY BEHIND ME -- BECAUSE I COULDN'T TURN AROUND, HE WAS

7     BEHIND ME -- AND ANDRE GARCIA, WHO YOU SENTENCED TO 20 YEARS

8     LAST YEAR, WAS IN THE BATHROOM SMOKING A JOINT, I IMMEDIATELY

9     -- I'M SORRY, BUT I THOUGHT, "OH, SHIT, WHAT DID I DO?"  AND I

10    INSTANTLY FELT SICK, AS I'M SURE EVERY VICTIM DID.

11         TEDDY WAS RESPONSIBLE FOR GOING OVER THE PAPERWORK WITH

12    ME.  YOU WERE RESPONSIBLE FOR TELLING ME WHAT WE WERE GOING TO

13    DO.  TEDDY WAS THE SOLE PERSON -- OUT OF ANDRE GARCIA AND TEDDY

14    GYI, HE WAS THE SOLE PERSON WHO LIED ABOUT THE CONTRACTS.  HE

15    WAS THE SOLE PERSON WHO MADE US SIGN THOSE CONTRACTS AND TOLD

16    US THAT IT WOULD NOT BE ON DVD.  ANDRE GARCIA WAS IN THE

17    BATHROOM THE ENTIRE TIME.

18         I WANT TO MAKE A POINT BECAUSE IT SEEMS TO BE THE BASE

19    OF YOUR DEFENSE ARGUMENT FOR YOUR CLIENT THAT HE HAD A RAGING

20    ALCOHOLIC PROBLEM AND A DRUG PROBLEM.  MY EXPERIENCE -- AND I

21    SHOT MORE THAN ONE VIDEO, AND I'LL TOUCH ON THAT IN A MINUTE,

22    BUT MY EXPERIENCE IS THAT ANDRE GARCIA WAS SMOKING A JOINT IN

23    THE BATHROOM EVERY SINGLE TIME THAT I SHOT WITH HIM; YOU WERE

24    NOT.  I DID NOT SEE ANY LIQUOR.  I DID NOT SEE ANY DRUGS.  YOU

25    WERE CARRYING A VERY HEAVY, VERY EXPENSIVE CAMERA.  HOW CAN YOU

1    DO THAT IF YOU'RE INTOXICATED AND SO LOST IN THIS ADDICTION?

2    HE WAS -- LIKE IT WAS SAID, HE WAS IN HIS LATE 30S.

3         YOU'RE 44 NOW; IS THAT CORRECT?

4         THE DEFENDANT:  YES.

5         VICTIM B:  SO IT'S SAFE TO SAY THAT UNLIKE MR. GARCIA,

6    WHO IS MUCH YOUNGER AND COULD PROBABLY USE THE DEFENSE, "I WAS

7    YOUNG AND DUMB," YOU, TEDDY, YOU WEREN'T.  YOU KNEW WHAT YOU

8    WERE DOING.

9         YOU WERE BROUGHT UP IN A RELIGIOUS HOUSEHOLD, RIGHT?

10        THE DEFENDANT:  THAT'S CORRECT.

11        VICTIM B:  THAT'S CORRECT.  YOUR MOTHER WAS A NURSE FOR

12   30 YEARS IN SAN FRANCISCO, SAID TO BE A PILLAR IN THE

13   COMMUNITY, RIGHT?

14        THE DEFENDANT:  CORRECT.

15        VICTIM B:  AND YOU'RE THE YOUNGEST OF FOUR SISTERS.

16        THE DEFENDANT:  CORRECT.

17        VICTIM B:  DO YOU MIND IF I ASK YOU A QUESTION?  THERE

18   WAS ONE VICTIM IN PARTICULAR THAT REMEMBERS YOU AS TELLING DRE,

19   AFTER YOU WERE DONE SHOOTING, THAT YOU WISH YOU HAD A CHANCE AT

20   HER AFTER HE WAS DONE, AND SHE HEARD YOU.  SO MY QUESTION TO

21   YOU IS OF YOUR FOUR SISTERS, EVELYN, MARILYN, CECELIA OR

22   MAUREEN, WHICH ONE WOULD YOU LET DRE HAVE A GO AT FIRST?

23   BECAUSE I AM ALSO THE YOUNGEST OF FOUR BROTHERS, SO YOU

24   TRAFFICKED SOMEBODY'S SISTER, AND YOU HAD TO HAVE KNOWN THAT

25   MICHAEL PRATT, AND THOSE YOU WERE WORKING WITH, WOULD HAVE DONE

1  THAT TO ONE OF YOUR SISTERS IF THEY HAD THE CHANCE.  YOU KNEW

2  THAT, AND THEN YOU WENT HOME TO YOUR SISTER'S HOUSE.

3      I'M NOT A PROFESSIONAL.  I DON'T HAVE A DEGREE.  BUT I

4  KNOW ENOUGH TO KNOW THAT THAT IS SOCIOPATHIC BEHAVIOR.  I SHOT

5  MORE THAN ONE VIDEO WITH *GIRLS DO PORN* BECAUSE I SHOT ON

6  NOVEMBER 1ST, DAY OF THE DEAD, OF 2016 BECAUSE I REMEMBER

7  THINKING I DIED, TOO, THAT DAY.  IT'S IMPORTANT TO NOTE THAT

8  BECAUSE EXACTLY A MONTH AFTER I SHOT MY VIDEO, IT SPREAD LIKE

9  WILDFIRE, AND I CALLED YOU GUYS, LIKE I'M SURE ALL OF US DID,

10  AND THEY PUT ME IN CONTACT WITH THEIR ATTORNEY, AND THEY SAID,

11  "IN THE MEANTIME, JUST COME BACK AND SHOOT ANOTHER ONE, WHO

12  CARES?  EVERYBODY KNOWS, SO JUST COME MAKE SOME MONEY," AND I

13  DID, AND I CAME BACK.

14      AND I HAVE A VERY VIVID MEMORY OF ME AND YOU ALONE, AND

15  THIS IS VERY IMPORTANT, BECAUSE MR. GYI HAD MANY OPPORTUNITIES

16  TO TELL NOT ONLY ME, BUT MULTIPLE VICTIMS, THE TRUTH OF WHAT

17  WAS GOING ON AND TO TELL US "GO, GO, THIS ISN'T SAFE.  THIS

18  ISN'T RIGHT.  THEY'RE LYING TO YOU."

19      YOU SAT OUTSIDE WITH ME AS I SOBBED UNCONTROLLABLY

20  TALKING ABOUT HOW SOMEBODY HAD SENT THAT VIDEO TO MY

21  GRANDMOTHER, WHO WAS IN THE HOSPITAL, ON FACEBOOK.  YOUR HONOR,

22  MY PARENTS NAMES, MY SIBLINGS NAMES, MY PARENTS PHYSICAL HOME

23  ADDRESS WAS LEAKED ON REDDIT.  REDDIT, THAT IS LIKE THE

24  NASTIEST FORUM.  MY PARENTS HAD TO MOVE FOUR HOURS FROM MY

25  HOMETOWN.  I CANNOT BE ON SOCIAL MEDIA.  AND YOU SAT THERE

```
 1        WHILE I SOBBED AND SPOKE TO YOU ABOUT WHO COULD BE DOING THIS?

 2        WHO DID I PISS OFF IN HIGH SCHOOL?  WHO COULD POSSIBLY HAVE

 3        FOUND IT?  WHAT HAPPENED?  AND YOU SAT THERE SAYING NOTHING.

 4        DO YOU RECALL THAT?

 5              THE DEFENDANT:  I DON'T RECALL IT, BUT I DON'T DOUBT IT

 6        HAPPENED.

 7              VICTIM B:  I'M CURIOUS HOW MANY OTHER FEMALES YOU SAT

 8        DOING NOTHING WHILE THEY CONTEMPLATED KILLING THEMSELVES.  DO

 9        YOU KNOW HOW MANY TIMES I WAS TOLD THAT I WAS A WASTE OF LIFE

10        BECAUSE OF WHAT YOU AND YOUR FRIENDS DID?

11              YOUR HONOR, YESTERDAY MY SON TURNED 3 YEARS OLD.  I

12        KNOW, IT'S KIND OF BITTERSWEET, RIGHT, BECAUSE 3.  BUT THE DAY

13        BEFORE, THE DAY OF, AND THEN TODAY, I HAD TO BE THINKING OF YOU

14        ON MY SON'S THIRD BIRTHDAY.  MY DAUGHTER IS EIGHT MONTHS OLD.

15        I WAS PREGNANT WITH HER WHEN YOU SENTENCED ANDRE GARCIA.  AND

16        EVERY SINGLE DAY I GET UP, AND THE FIRST THING I THINK OF IS

17        WHAT WILL MY STORY BE TO MY KIDS IF THEY FIND IT?  AND THANKS

18        TO YOU, AND THANKS TO YOU GUYS, AND THANKS TO YOU GUYS, AND

19        SUSIE, AND THE ATTORNEYS, AND ED, AND ALL OF THE BRAVE VICTIMS

20        WHO SPEAK UP, THERE'S A HUGE SHIFT.  WE DIDN'T DO PORN.  WE

21        WERE SEX TRAFFICKED, AND IT WAS A HUGE, HUGE NATIONWIDE SCHEME.

22              AND I IMPLORE YOU, PLEASE, TO SENTENCE HIM TO THE MAX

23        THAT YOU CAN.  IT SIMPLY WOULD BE A MISCARRIAGE OF JUSTICE TO

24        SENTENCE HIM TO ANYTHING LESS THAN FIVE YEARS.

25              TO BE QUITE HONEST WITH YOU, I PERSONALLY DO NOT FEEL
```

1    COMFORTABLE ONCE HE'S OUT TO NOT HAVE SUPERVISED PROBATION.  HE

2    AGAIN WAS OF RIGHT MIND AND VERY COMPETENT, ENOUGH SO TO GET AS

3    MANY LETTERS OF SUPPORT FOR HIM, AND ENOUGH PEOPLE TO STAND IN

4    SUPPORT OF HIM.  YOU ALL MIGHT BE REALLY GREAT PEOPLE, BUT HE

5    WAS REALLY NOT.  HE MAY HAVE CHANGED.  HE MAY HAVE.  I KNOW I

6    HAVE.  I'VE CHANGED.  I'M NOT THE SAME PERSON, BUT TRULY I BEG

7    YOU TO SENTENCE HIM TO THE MAX THAT YOU CAN BECAUSE FIVE YEARS

8    STILL DOESN'T SEEM LIKE ENOUGH.

9         I UNDERSTAND HE HAS CONTRIBUTED, AND HE HAS APOLOGIZED,

10   AND HE MAY HAVE CHANGED, BUT I CAN TELL YOU THERE ARE A HANDFUL

11   OF VICTIMS THAT WILL NOT SPEAK OUT OF FEAR OF YOU, AND OUT OF

12   FEAR OF RETALIATION, AND THAT'S WHY I'M HERE TODAY.  IF THERE

13   WERE MORE VICTIMS TO SPEAK, I WOULDN'T BE HERE BECAUSE MY SON

14   DOESN'T DESERVE TO HAVE HIS THIRD BIRTHDAY OVERSHADOWED BY HIS

15   MOM BEING ABSENTMINDED THINKING ABOUT THIS.

16        THIS MATTERS.  YOUR RULING MATTERS, AND I HAVE SO MUCH

17   FAITH IN YOU, AND AGAIN I CAN'T THANK YOU ENOUGH FOR YOUR

18   RULING WITH DRE, REGARDLESS OF WHAT HAPPENS HERE.  YOU ARE LIKE

19   MY RBG.  YOU ARE INCREDIBLE, AND SAN DIEGO IS ABSOLUTELY LUCKY

20   TO HAVE YOU AS A JUDGE, SO THANK YOU, THANK YOU, AND GOOD LUCK.

21        THE COURT:  THANK YOU, MA'AM.

22        GO AHEAD, MR. GREEN.

23        MR. GREEN:  YOUR HONOR, THERE ARE FIVE VICTIMS

24   SCHEDULED TO SPEAK TO THE COURT BY VIDEO CONFERENCE, SO AT THIS

25   TIME WE WOULD CALL VICTIM NUMBER 1, WHO IS SCHEDULED TO SPEAK

1     BY VIDEO CONFERENCE.

2         VICTIM 1:  GOOD MORNING, YOUR HONOR.  IN MARCH OF 2017

3     MARKS THE BEGINNING OF WHAT I THOUGHT WOULD JUST BE SOME CASH

4     FOR TUITION COSTS.  LITTLE DID I KNOW IT WAS THE BEGINNING OF A

5     TOTAL NIGHTMARE.  I HAD JUST MOVED OUT OF STATE FOR COLLEGE, MY

6     BROTHER HAD RECENTLY PASSED AWAY, AND MY SISTER AND I HAD A

7     REALLY BAD FALLING OUT.  EMOTIONALLY I WAS NOT READY TO BE

8     ALONE AND FACE THE WORLD HEAD ON; HOWEVER, THAT IS WHAT I DID

9     AND IT LED ME TO THIS DESPERATE CRY OUT FOR HELP.  I WAS

10    LEAVING MY FAMILY, AND EVERYTHING I KNEW AND WAS USED TO,

11    BEHIND.

12        I REMEMBER THINKING I SHOULDN'T DO THIS.  WHAT IF

13    SOMEONE I KNOW FINDS OUT?  SO I WOULD ASK ALL THESE QUESTIONS

14    TO SUPPOSEDLY THIS MAN NAMED JONATHAN, INSISTING AND REASSURING

15    MY SAFETY AND PRIVACY WOULD NOT BE JEOPARDIZED.

16        TO THIS DAY, I STILL EXPERIENCE DISTURBING FLASHBACKS

17    IN MY WAKING LIFE THAT ARE ALSO PRESENT IN MY NIGHTMARES.  I

18    HAVE VERY HIGH ANXIETY, AND I CAN'T REMEMBER THE LAST TIME I

19    FELT SAFE TO WALK DOWN THE STREET.  I WAS SO BROKEN THAT I EVEN

20    FELT UNEASY AROUND MY OWN MOM AND THE REST OF MY FAMILY, AS

21    WELL AS MEN IN GENERAL.  MY MOM AND I DIDN'T SPEAK FOR ALMOST

22    AN ENTIRE YEAR.

23        I WAS ALSO EXPERIENCING TROUBLE CONCENTRATING, WHICH

24    CONTINUED FOR MONTHS AND MONTHS, MAKING SCHOOL AND LIVING ON MY

25    OWN EXTREMELY DIFFICULT.  MY COLLEGE AND ENTIRE HOMETOWN FOUND

1    OUT, EVEN MY GYMNASTICS COACHES KNEW AND ASKED ME ABOUT IT.  I

2    STILL GET MESSAGES AND THREATS TILL THIS DAY.

3         I HAVE BEEN A GYMNASTICS COACH SINCE I WAS 16 YEARS

4    OLD.  WHEN I MOVED, I TRANSFERRED TO ANOTHER GYM WITHIN THE

5    SAME COMPANY.  I WAS COMPLETELY BLESSED TO BE DOING WHAT I

6    LOVE, TEACHING CHILDREN AND GYMNASTICS.  ONE DAY I CAME IN AND

7    THE DISTRICT MANAGER AND MY MANAGER SAT ME DOWN TO TELL ME A

8    RANDOM CIVILIAN, NOT EVEN BELONGING TO THE CLUB, EMAILED THEM

9    PHOTOS OF ME FROM THIS VIDEO, AS WELL AS SAYING, "THIS IS ONE

10   OF YOUR COACHES YOU ARE ALLOWING AROUND CHILDREN."  I WAS

11   COMPLETELY AND UTTERLY DEVASTATED AND EMBARRASSED TO SAY THE

12   VERY LEAST.  ALL I WORKED FOR, MY REPUTATION, IT WAS RUINED.

13        I'VE HAD COUNSELING FROM DAY ONE.  I'M STILL IN

14   THERAPY, AND IT'S GOTTEN ME TO BE BRAVE ENOUGH TO WAKE UP EVERY

15   DAY.  I GO TO THE GYM A LOT IN A DESPERATE ATTEMPT TO REGAIN MY

16   CONFIDENCE AND THE SENSE OF PERSONAL SECURITY.

17        THIS MAN -- HE DOESN'T EVEN DESERVE THE RESPECT FOR ME

18   TO ADDRESS YOUR NAME -- HAD EVERY CHANCE TO STOP WHAT WAS GOING

19   ON AND WHAT WOULD TURN OUT TO BE DEVASTATING, AS WELL AS LIFE

20   CHANGING, NOT ONLY FOR ME BUT HUNDREDS OF OTHER WOMEN, GIRLS

21   WHO JUST LEFT HOME, JUST LIKE I DID, ENSURING ONE ANOTHER THAT

22   OUR EXPERIENCE WAS LEGIT AND SAFE AND WE HAD NOTHING TO WORRY

23   ABOUT.

24        THESE PEOPLE HAD EVERY CHANCE.  WHAT THEY WERE OUT FOR

25   WAS THEMSELVES, MONEY, GREED.  AND TO THIS DAY I STILL GET

1      THREATS ON ONLINE.  THEY'VE BEEN CIRCULATING BETWEEN IMPRESSED

2      OR DEATH THREATS FOR SIX YEARS NOW.  PEOPLE IN MY LIFE TELL ME

3      HOW WELL I'M DEALING WITH ALL THIS AND ARE ALWAYS SURPRISED

4      THAT I SHARE WHAT HAPPENED SO OPENLY.  YOU DO NOT HAVE A HOLD

5      OR POWER OVER ME, YOU NEVER DID.  YOU TOOK ENOUGH FROM ME BACK

6      THEN, YOU MADE MILLIONS OFF OF OUR ABUSE, AND I HAVE MY POWER

7      NOW AS I STAND HERE AND WATCH YOU GET SENT TO PRISON, ALONG

8      WITH EVERYONE ELSE THAT WAS INVOLVED.

9            YOUR HONOR, AFTER HEARING THESE WOMEN'S STATEMENTS,

10     ALONG WITH MY OWN, THIS MAN DESERVES TIME IN PRISON LOCKED UP

11     SO HE CAN'T EVER HURT ANYONE AGAIN.  HE KNEW WHAT HE WAS DOING,

12     HE KNEW THE DAMAGES, AND CHOSE TO DO NOTHING.  YOU HELD THE

13     CAMERA AND DID NOTHING.  THANK YOU.

14           THE COURT:  THANK YOU, MA'AM.

15           MR. GREEN:  YOUR HONOR, NOW WE WOULD LIKE TO HEAR FROM

16     VICTIM 2.

17           VICTIM 2:  I WOULD LIKE TO THANK THE COURT FOR ALLOWING

18     ME THE CHANCE TO SPEAK TODAY.  IF YOU DON'T MIND --

19     (DISCUSSION HELD OFF THE RECORD.)

20           THE COURT:  MY COURT REPORTER IS INDICATING TO ME SHE'S

21     HAVING DIFFICULTY MAKING THIS OUT.  LET'S START AGAIN, IF YOU

22     WOULD, VICTIM 2.  ARE YOU THERE, MA'AM?

23           VICTIM 2:  YES.  CAN YOU HEAR ME?

24           THE COURT:  YES.  GO AHEAD.

25           VICTIM 2:  I WOULD JUST LIKE TO THANK THE COURT FOR

1    ALLOWING ME THE CHANCE TO SPEAK TODAY DESPITE THE ABILITY TO

2    ATTEND IN PERSON.  IF YOU DON'T MIND, YOUR HONOR, I WOULD LIKE

3    TO ADDRESS TEDDY DIRECTLY.

4         THE COURT:  GO AHEAD.

5         VICTIM 2:  TEDDY, I MET YOU NOT LONG AFTER I TURNED

6    18 YEARS OLD.  I WAS ABOUT TO GRADUATE FROM HIGH SCHOOL, AND I

7    WAS A GIRL WHO WAS FULL OF LIFE AND HOPE FOR MY FUTURE UNTIL I

8    WAS TRAPPED IN THAT ROOM WITH YOU.  I WILL NEVER FORGET YOU

9    RUSHING ME THROUGH FAKE CONTRACTS, TELLING ME I HAD NOTHING TO

10    WORRY ABOUT, TELLING ME THAT THIS VIDEO WOULD NEVER FIND ITS

11    WAY TO ANY INTERNET SITE.  YOU TOLD ME IT WAS GOING TO PUT ON A

12    DVD FOR OLD RICH WHITE MEN IN OTHER COUNTRIES TO SEE AND TO

13    PURCHASE BECAUSE PORNHUB WAS TRASHY, AS YOU STATED IN YOUR OWN

14    WORDS.

15         YOU TOLD ME EVERYTHING WOULD BE OKAY, THAT I HAD

16    NOTHING TO WORRY ABOUT AND THAT I SHOULD BE EXCITED FOR THE

17    AMOUNT OF MONEY I WAS GOING TO MAKE, ALL WHILE YOU PUSHED A

18    CHAIR IN FRONT OF THAT DOOR.  IN THAT MOMENT MY STOMACH

19    DROPPED.  I BELIEVED IT ALL.  I TOLD MYSELF TO SUCK IT UP OUT

20    OF FEAR THAT YOU MIGHT HAVE A GUN OR A WAY TO HURT ME.  I WAS A

21    SMALL WOMAN WITH NO WAY TO DEFEND MYSELF.  MY STOMACH SANK,

22    FEAR SET IN, AND I ASKED YOU IF I HAD ANY OPTION TO CHANGE MY

23    MIND AND TO LEAVE.  TEDDY, YOU SAID NO, THAT WASN'T POSSIBLE

24    BECAUSE I HAD ALREADY SIGNED A CONTRACT.  YOU TOLD ME THAT IF I

25    LEFT I WOULD HAVE TO PAY MY WAY HOME, RISK SLEEPING IN THE

1  STREETS, OR THAT I WOULD BE GETTING IN HUGE TROUBLE.

2    ALL I COULD PICTURE AT THAT MOMENT WAS TRYING TO ESCAPE

3  AND NOT BE HARMED, SO I JUST LISTENED AND DID WHAT I WAS TOLD

4  SO THAT I COULD ATTEMPT TO SAVE MY OWN LIFE.  YOU MADE COMMENTS

5  TO DRE IN FRONT OF ME LIKE, "I WISH I COULD HAVE A TURN AT

6  HER."  YOU CONTINUED TO FILM ME IN THE SHOWER AFTER IT WAS ALL

7  OVER, WHILE GENERATING YOUR OWN UNSCRIPTED, OBSCENE COMMENTS

8  ABOUT MY BODY.  YOU MADE ME FEEL LIKE A ZOO ANIMAL ON DISPLAY.

9    I CAN'T TELL YOU HOW MANY TIMES I HAVE WONDERED TO

10  MYSELF TO THIS DAY WHY DIDN'T YOU HELP ME, TEDDY?  I WAS ALONE

11  WITH YOU WHILE WHILE YOU FILMED ME IN DRE'S APARTMENT FOR

12  SEVERAL HOURS.  WHY COULDN'T YOU HAVE TOLD ME THEN WHAT WAS

13  REALLY GOING ON?  WHY COULDN'T YOU HELP ME FIND A WAY HOME OR

14  OFFERED ME A WAY OUT?  YOU HAD EVERY OPPORTUNITY TO DO SO AND

15  YOU DIDN'T.

16    I WILL NEVER UNDERSTAND WHY.  WAS A COUPLE HUNDRED

17  DOLLARS AT THE TIME REALLY WORTH ALL OF THIS TO YOU?  WAS IT

18  WORTH DESTROYING SO MANY LIVES LIKE MINE BEFORE THEY EVEN HAD A

19  CHANCE TO BEGIN?  WHAT KIND OF A PERSON DOES THAT?  HOW DID YOU

20  WATCH SO MANY PEOPLE SHATTER BEFORE YOUR OWN EYES?  HOW COULD

21  YOU HAVE NO REMORSE, NO EMPATHY, NO COMPASSION?  WAS I JUST A

22  PROP TO YOU?  HOW COULD YOU BE CAPABLE OF TREATING ANOTHER

23  HUMAN BEING THAT WAY?  YOU WERE THE ULTIMATE BYSTANDER IN THE

24  ENTIRE SCHEME, TEDDY.  YOU ENCOURAGED SO MUCH VIOLENCE AGAINST

25  ME WITHOUT EVEN KNOWING WHO I WAS.  YOU KNEW WHAT WAS GOING TO

HAPPEN TO MY LIFE BEFORE EVEN I DID.

THANKS TO YOU I HAVE SUFFERED, AND I WILL CONTINUE TO SUFFER FOR THE REST OF MY LIFE.  YOU CREATED A WEAPON THAT WOULD JUST BE USED ENDLESSLY AGAINST ME.  I LOST FRIENDS.  I LOST PEOPLE'S RESPECT, AND I LOST MYSELF.  AS IF IT'S NOT HARD ENOUGH ALREADY TO BE 18 WITH NO IDEA WHO YOU ARE, YOU WERE GIVEN THIS POWER TO DECLARE WHO I WAS BY FILMING THAT VIDEO.  SUDDENLY I WAS A DISGRACE.  I WAS A SLUT.  I WAS WORTHLESS.  I WAS DIRTY.

I LEFT HOME OUT OF SHAME AND EMBARRASSMENT AND THE TORMENT FROM PEOPLE STILL FOLLOWED ME THERE.  I COULDN'T GO ANYWHERE WITHOUT SOMEONE MENTIONING IT TO ME AND MAKING IT KNOWN THAT'S WHAT I HAD DONE, THE NARRATIVE USUALLY BEING I MADE IT FOR FUN AND I WAS A PORN STAR.

I HAD TO SELF-ISOLATE FOR SO MANY FREAKING YEARS.  IT TOOK ME TWO YEARS AFTER MY SENIOR YEAR OF HIGH SCHOOL JUST TO RECEIVE MY DIPLOMA.  I'M NOW ALMOST 24 YEARS OLD AND STILL NOT COMPLETE WITH MY UNDERGRADUATE DEGREE.  SOME DAYS ARE SO HARD.  EVERY DAY I FALL BEHIND, AND I WISH THAT MY LIFE HADN'T BEEN SO DESTROYED BY THAT VIDEO DURING THOSE CRUCIAL YEARS.  EVERY DAY IT'S STILL A REMINDER TO ME OF WHAT YOU DID.  EVERY DAY I WISH I HADN'T LOST SO MANY FRIENDS BECAUSE OF IT.  I'VE SUFFERED DEEP MENTAL TRAUMA, AND STILL TO THIS DAY I STRUGGLE IN MY HEART WITH MY SELF-ESTEEM.  IT'S HARD TO FIND THAT CAREFREE, HAPPY GIRL THAT I ONCE WAS.

1        I KNOW YOU'RE ONLY WORRIED ABOUT MAKING YOURSELF LOOK

2    AS GOOD AS POSSIBLE TO GET OUT OF THIS.  I UNDERSTAND THAT YOU

3    HAVE FOUND SOBRIETY RECENTLY, WHICH IS GREAT; HOWEVER, I

4    REMEMBER YOU BEING QUITE COHERENT AND FUNCTIONAL WHILE WE

5    INTERACTED.  YOU NEVER LOOKED STRUNG OUT OR INTOXICATED WHEN

6    YOU FILMED ME AND SO I HAVE A ROUGH TIME UNDERSTANDING WHAT

7    PART THAT PLAYS IN YOUR CURRENT NARRATIVE.  I BELIEVE THAT

8    SOMEONE'S SET VALUES DOES NOT CHANGE OVERNIGHT.  YOU COULD HAVE

9    FOUND A MUCH MORE ETHICAL WAY TO MAKE MONEY, BUT YOU CHOSE NOT

10   TO.  YOU CHOSE TO BE A CRIMINAL, AND YOU CHOSE TO USE PEOPLE BY

11   CHEWING THEM UP AND SPITTING THEM BACK OUT AS YOUR LIVELIHOOD.

12       YOU ARE JUST AS GUILTY IN ALL OF THIS AS ANDRE GARCIA

13   WAS, AND IT WOULD HAVE BEEN MUCH MORE IMPRESSIVE TO HEAR THAT

14   YOU RECENTLY DECIDED TO BECOME INVOLVED WITH GROUPS THAT

15   SPECIFICALLY SUPPORT VICTIMS OF RAPE OR THAT YOU ACTIVELY

16   WORKED EDUCATING PEOPLE ON THE HARMS OF PORN, BUT YOU WON'T.

17   IF YOU WANT TO HELP PEOPLE, YOU WOULD BENEFIT MORE PEOPLE BY

18   DOING SO FROM PRISON.  I THINK THERE ARE JUST ENDLESS TROUBLED

19   VICTIMS IN THERE THAT COULD USE THE HELP.

20       YOUR HONOR, IT WOULD BE A MASSIVE INJUSTICE TODAY TO

21   GIVE THIS MAN NO LESS THAN THE MAXIMUM PENALTY FOR HIS CRIMES,

22   AS HIS CRIMES AGAINST ME WILL BE HAUNTING ME AND MY FAMILY FOR

23   THE REST OF MY LIFE.  PLEASE CONSIDER MY TRUTH THAT I HAVE

24   SPOKEN TODAY, AND I JUST BEG THAT YOU'LL MAKE A DECISION THAT

25   IS JUST.  THANK YOU.

```
 1              THE COURT:  THANK YOU, MA'AM.

 2              MR. GREEN:  YOUR HONOR, I WOULD NOW LIKE TO HEAR FROM

 3       VICTIM NUMBER 3.

 4              VICTIM 3:  I JUST WANT TO MAKE SURE THAT YOU CAN HEAR

 5       ME BEFORE I START.

 6              THE COURT:  YES, WE CAN HEAR YOU, MA'AM.  GO AHEAD.

 7              VICTIM 3:  GOOD MORNING, JUDGE SAMMARTINO.  MY NAME IS

 8       HAILEY WESTER.  I'M A VICTIM OF DEFENDANT GYI'S.

 9              I WANT TO THANK YOU FOR THIS MOMENT, AND I WANT TO

10       THANK YOU FOR GIVING ME THE OPPORTUNITY TO USE MY VOICE AGAINST

11       ONE OF MY ABUSERS AS I THOUGHT THIS DAY WOULD NEVER COME.  I

12       HAVE FELT COMPLETELY POWERLESS YEAR AFTER YEAR WITH DEFENDANT

13       GYI, AND THIS WAS THE FIRST TIME I HAVE FELT I HAVE POWER OVER

14       WHAT HAPPENED TO ME INSTEAD OF FEELING POWERLESS.  I DON'T TAKE

15       THIS MOMENT FOR GRANTED, AS I KNOW OTHER WOMEN UNFORTUNATELY

16       WILL NEVER GET THE OPPORTUNITY TO STAND BEFORE A JUDGE TO

17       DEFEND THEMSELVES AGAINST THEIR ABUSERS.  I AM ETERNALLY

18       GRATEFUL.

19              DEFENDANT GYI TOOK A PART OF MY LIFE, MY SOUL, AND

20       MENTAL SPACE THAT I WILL NEVER GET BACK.  I HAVE STRUGGLED

21       IMMENSELY FOR YEARS WITH MY MENTAL HEALTH, MY SEXUAL HEALTH, MY

22       PHYSICAL HEALTH, AND MY EMOTIONAL HEALTH DUE TO THE SEXUAL

23       ASSAULT AND COERCION BY DEFENDANT GYI.

24              MY BODY WAS MADE TO FEEL LIKE A PLAYING PIECE IN HIS

25       GAME OF CHESS THAT I BELIEVED I WOULD NEVER WIN.  GYI PROMISED
```

1    AND REASSURED ME, WHEN I SPOKE TO HIM DIRECTLY, THAT THE VIDEOS

2    SHOT WOULD NEVER BE PUT ONLINE NOR WOULD THEY EVER BE LEAKED.

3    DUE TO THE TRUST I HAD IN GYI, I PROCEEDED TO NOT SHOOT ONLY

4    ONE TRAUMATIC VIDEO WITH GARCIA, WHICH GYI FILMED, BUT ANOTHER

5    VIDEO THAT INCLUDED JUST MYSELF THE FOLLOWING DAY.

6         THE VIDEO SHOT THE FOLLOWING DAY AT A DIFFERENT

7    LOCATION WHERE IT WAS ONLY GYI AND I, I WAS SUBJECTED TO AN

8    ADDITIONAL SEXUAL ASSAULT THIS TIME NOT BY GARCIA BUT BY GYI

9    WHEN THE CAMERA WAS NOT ROLLING, AS IF I HAD NOT ALREADY

10   ENDURED ENOUGH THE DAY BEFORE.

11        I NOT ONLY WENT THROUGH THE INITIAL TRAUMA WHICH HAS

12   BROUGHT ON A LOT OF FEELINGS OF SHAME, GUILT, SUICIDAL IDEATION

13   AND DISTRUST, BUT I WAS RETRAUMATIZED WHEN MY PERSONAL

14   INFORMATION WAS LEAKED ACROSS ALL SOCIALS A FEW YEARS LATER,

15   CHANGING SOME OF MY FRIENDS AND FAMILY'S VIEW OF ME.  I WAS

16   LUCKY ENOUGH TO HAVE A SUPPORT SYSTEM, AND I HAVE BEEN

17   PRIVILEGED ENOUGH TO BE ABLE TO START THERAPY.

18        YOUR HONOR, I'VE BEEN IN THERAPY FOR A LITTLE OVER

19   FOUR YEARS, AND IT WOULD BE EXTREMELY UNJUST FOR GYI'S SENTENCE

20   TO BE LESS THAN MY TIME SPENT IN THERAPY, AS I STILL HAVE A

21   VERY LONG ROAD OF RECOVERY AHEAD OF ME.

22        I FEARED THAT ONE DAY I WOULD LOSE MY LIFE FOR SPEAKING

23   OUT, WHETHER THIS IS IRRATIONAL OR RATIONAL, IT IS PART OF MY

24   DAILY ANXIETY.  I HAVE BEEN DIAGNOSED WITH CPTSD, ANXIETY

25   DISORDER, PANIC DISORDER, AND MAJOR DEPRESSION IN THE LAST

1    FOUR YEARS AS A RESULT OF THE CRIMES COMMITTED BY GYI.

2          DUE TO GYI'S ACTIONS, PEOPLE WORLDWIDE HAVE ACCESS TO

3    MY NUDE BODY WHENEVER THEY WOULD LIKE TO ACCESS IT.  I HAVE TO

4    LIVE THE REST OF MY LIFE KNOWING PEOPLE WILL CONTINUE TO ACCESS

5    MY MOST VULNERABLE STATE.  VIDEOS HAVE BEEN TAKEN DOWN, BUT THE

6    INTERNET ALWAYS REMEMBERS.

7          YOUR HONOR, AFTER HEARING MY STATEMENT, I SPEAK NOT

8    ONLY FOR MYSELF BUT FOR THE COUNTLESS VICTIMS WHO ARE TOO

9    FEARFUL TO COME FORWARD, THAT YOU WILL GIVE GYI THE APPROPRIATE

10   SENTENCE WHICH IN MY OPINION SHOULD BE THE MAXIMUM SENTENCE

11   POSSIBLE.  THANK YOU FOR YOUR TIME, AND THANK YOU FOR GIVING ME

12   AN OPPORTUNITY TO SPEAK MY TRUTH.  I HAVE NOTHING TO SAY TO

13   HIM.

14         THE COURT:  THANK YOU, MA'AM.

15         VICTIM 3:  THANK YOU.

16         MR. GREEN:  YOUR HONOR, NEXT WE WOULD LIKE TO HEAR FROM

17   VICTIM 4.

18   (DISCUSSION HELD OFF THE RECORD.)

19         MR. GREEN:  YOUR HONOR, VICTIM 4 HAS DECIDED NOT TO

20   SPEAK.

21         THE COURT:  SO VICTIM 4 IS NOT GOING TO SPEAK?

22         MR. GREEN:  THAT BRINGS US TO VICTIM 5.

23         THE COURT:  OKAY.  PLEASE GO AHEAD, MA'AM, CAN YOU HEAR

24   US?

25         VICTIM 5:  YES, I CAN.  CAN YOU HEAR ME ALL RIGHT?

```
 1              THE COURT:  YES, WE CAN.  GO AHEAD, MA'AM.

 2              VICTIM 5:  I JUST WANTED TO THANK YOU SO MUCH, YOUR

 3     HONOR, FOR GIVING US THE TIME TODAY TO SPEAK AND HAVE OUR DAY

 4     IN COURT.  YOU WERE INCREDIBLY COMPASSIONATE AND EMPATHETIC

 5     DURING GARCIA'S SENTENCING, AND I JUST REALLY WANT TO THANK YOU

 6     FROM THE BOTTOM OF MY HEART.

 7              I ALSO WANT TO SAY HOW ABSOLUTELY IMPRESSED I AM WITH

 8     THE WOMEN THAT HAVE SPOKEN BEFORE ME.  THEY ARE INCREDIBLY

 9     BRAVE, AND I -- IT IS AN HONOR TO HAVE THE OPPORTUNITY TO KNOW

10     ABOUT THEM AND GETTING TO KNOW SOME OF THE WOMEN AFTER GARCIA'S

11     SENTENCING.  THEY HAVE KEPT ME GOING.

12              I WANTED TO BEGIN BY SAYING I DID NOT GO OUT TO SAN

13     DIEGO KNOWING THAT I WOULD BE PARTICIPATING IN A PORNOGRAPHIC

14     VIDEO.  I THOUGHT THAT I WAS GOING OUT FOR AN ATHLETIC CLOTHING

15     PHOTO SHOOT.  I DID NOT KNOW WHAT WAS GOING TO BE HAPPENING AND

16     THE RAPE THAT WOULD TAKE PLACE UNTIL I ARRIVED TO THE HOTEL.  I

17     NEVER HAD AN OPTION TO LEAVE.  I WAS THREATENED.  I WAS BEATEN.

18     I WAS FORCED TO DRINK, WHICH I DID NOT DO AT THE TIME.  I WAS

19     FORCED TO SMOKE MARIJUANA.  TEDDY DID NOT DO ANY OF THAT.  HE

20     WAS COMPLETELY SOBER.  HE PHYSICALLY BLOCKED ME FROM LEAVING

21     THE ROOM AT ONE POINT.

22              I WAS LITERALLY WILLING TO RUN NAKED INTO A HOTEL

23     HALLWAY TO GET OUT OF THAT HOTEL ROOM.  THAT IS HOW BADLY I

24     WANTED OUT OF THAT ROOM.  I WAS WILLING TO RUN NAKED IN A HOTEL

25     IN A CITY OF THOUSANDS OF PEOPLE, MILLIONS OF PEOPLE, IN A
```

PLACE, A CITY HUNDREDS OF MILES AWAY FROM MY HOME, WITHOUT MY

ID, WITHOUT MY WALLET, CREDIT CARDS.  I HAD NOWHERE TO GO.

THEY ALSO CANCELED MY FLIGHT HOME, TRIED TO GET ME TO FILM

AGAIN THE NEXT DAY.  I TOLD THEM THAT I WOULD RATHER DIE, WHICH

WAS ABSOLUTELY THE TRUTH.  THE HARM THAT I HAVE SUFFERED PRIOR

TO LEAVING SAN DIEGO WAS ATROCIOUS.

TEDDY PICKED ME UP FROM THE AIRPORT, PUT THE CHILD

LOCKS ON THE DOOR SO THAT I COULD NOT GET OUT.  AND NOT ONLY

DID HE LIE TO ME ABOUT THE ATHLETIC CLOTHING PHOTO SHOOT, HE

FORCED ME TO SIGN A CONTRACT I WAS NEVER PERMITTED TO READ.  I

HAD TWO MEN STANDING OVER ME, BOTH TEDDY AND GARCIA,

INTIMIDATING ME ANYTIME THE FILMING WAS TOO BRUTAL BECAUSE I

WAS BLEEDING PROFUSELY VAGINALLY.  I EVEN WENT TO THE DOCTOR

ONCE I GOT HOME, AND SHE SAID SHE HAD NOT SEEN VAGINAL

LACERATIONS THAT BAD IN YEARS.

I'VE TRIED TO COMMIT SUICIDE MANY, MANY TIMES.  I HAD

STITCHES ON MY ARM WHEN I TESTIFIED AGAINST GARCIA.  I'VE TRIED

TO TAKE MY OWN LIFE COUNTLESS TIMES.  I HAVE BEEN SEXUALLY

HARASSED FOR ALMOST SEVEN YEARS.  THE VIDEO IS STILL REPOSTED

CONSTANTLY.  MY OWN FAMILY TOLD ME TO COMMIT SUICIDE BECAUSE I

WOULD BE DOING THEM ALL A FAVOR.

I WAS MARRIED A FEW YEARS AGO AND, EVEN THOUGH HE KNEW

EXACTLY WHAT I HAD BEEN THROUGH, I WALKED IN ON HIM

MASTURBATING TO THE VIDEO OF ME BEING RAPED AND THAT ENDED MY

MARRIAGE.  I HAVE BEEN SEXUALLY HARASSED, SEXUALLY ASSAULTED AT

WORK.  I'M AN ICU AND EMERGENCY ROOM NURSE, AND I HAVE HAD THE
HARDEST TIME WORKING BECAUSE OF HOW HORRIBLE THE PTSD IS, THE
DEPRESSION.  ALL OF IT HAS JUST BEEN THE MOST DIFFICULT THING
THAT I'VE EVER EXPERIENCED.  I'VE HAD STALKERS.  MY PARENTS
HAVE HAD THEIR ADDRESS POSTED ONLINE AS WELL.

         I THINK THE WORST PART OF THE ENTIRE EXPERIENCE IN SAN
DIEGO WAS WHEN TEDDY FOLLOWED ME INTO THE BATHROOM AS WELL AND
SEXUALLY ASSAULTED ME WITH HIS HANDS.  I WAS CRYING.  I BEGGED
IT TO STOP SO MANY DIFFERENT TIMES BECAUSE OF ALL THE BLOOD,
BECAUSE OF THE HORRIBLE PAIN, AND ANYTIME I COMPLAINED THEY
THREATENED ME.  THEY TOLD ME THAT THEY WOULD TELL MY FAMILY,
THAT THEY WOULD POST EVERYTHING THAT THEY HAD FILMED SO FAR
ONLINE SO I MIGHT AS WELL COMPLY.

         I WAS AFRAID FOR MY LIFE.  I DIDN'T KNOW IF THEY WOULD
KILL ME, SO EVENTUALLY I DID COMPLY.  I DID TRUST TEDDY WHEN I
GOT INTO THAT ESCALADE AT THE AIRPORT.  HE WAS KIND TO ME, AND
THEN THE THREATS STARTED, THE ABUSE STARTED ONCE I ENTERED THAT
HOTEL ROOM.

         I DID READ ALL OF THE VICTIM -- SORRY, NOT THE VICTIM,
THE CHARACTER WITNESS STATEMENTS.  I'M INCREDIBLY GRATEFUL THAT
YOU HAVE FOUND SOBRIETY, TEDDY, BUT --

              CAN I HAVE PERMISSION TO ADDRESS HIM, YOUR HONOR?

              THE COURT:  YES, YOU MAY.  GO AHEAD.

              VICTIM 5:  THANK YOU.

              I'M GRATEFUL THAT YOU'VE HELPED PEOPLE, BUT YOU HAVE

1    RUINED THE LIVES OF COUNTLESS WOMEN, MYSELF INCLUDED.  I TRIED

2    TAKING MY OWN LIFE SO MANY TIMES, AND YOU ARE COMPLETELY

3    COMPLICIT IN THOSE ACTIONS.  I PRAY THAT YOU DO HAVE A CHANGE

4    OF HEART, AND I DO AGREE WITH THINGS THAT HAVE BEEN SAID

5    PREVIOUSLY, THAT YOU WERE SOBER, YOU DID NOT LOOK LIKE YOU HAD

6    AN ISSUE.

7         AND I'M NOT ONE TO JUDGE WHAT YOU HAVE BEEN THROUGH,

8    BUT I DO BELIEVE THAT YOU WOULD HAVE MORE OPPORTUNITIES TO HELP

9    PEOPLE, IF THAT IS REALLY WHAT YOU TRULY WANT, IN PRISON.  I DO

10   THINK THAT YOU WERE COMPLICIT IN THIS.  YOU KNEW EXACTLY WHAT

11   YOU WERE DOING.  YOU WEREN'T JUST AN ACCOMPLICE.  YOU WEREN'T

12   JUST A HIRED VIDEOGRAPHER.  YOU KNEW EXACTLY WHAT YOU WERE

13   DOING.  YOU WERE PART OF IT.  YOU LIED TO COUNTLESS WOMEN AND

14   RUINED THEIR LIVES.

15        I SINCERELY HOPE THAT YOU DO HAVE A CHANGE OF HEART.  I

16   HAVE FORGIVEN YOU.  I DON'T KNOW HOW, BUT I HAD TO FOR ME, BUT

17   IT DOES NOT MEAN THAT YOU ARE INNOCENT BY ANY MEANS.  YOU ARE

18   COMPLETELY GUILTY.  YOU KNEW WHAT YOU WERE DOING, AND I JUST

19   HOPE THAT YOU DO SERVE TIME IN PRISON BECAUSE OF YOUR ACTIONS.

20        AND THAT IS ALL I HAVE TO SAY.  THANK YOU SO MUCH, YOUR

21   HONOR.

22        THE COURT:  YOU'RE WELCOME, MA'AM.  THANK YOU.

23        SO MR. GREEN, DOES THAT CONCLUDE THE VICTIM STATEMENTS

24   FOR TODAY?

25        MR. GREEN:  IT DOES, YOUR HONOR.  WE WOULD NOT HAVE

```
1      ANYTHING FURTHER.

2            THE COURT:  VERY WELL.  THANK YOU.  LET ME TURN TO

3      PROBATION.

4            THE PROBATION OFFICER:  GOOD MORNING, YOUR HONOR, MIKE

5      MORRILL FOR PROBATION.  JUDGE, NOTHING FURTHER.  I WOULD JUST

6      LIKE TO COMMEND THE VICTIMS ON THEIR STATEMENTS TODAY.

7            THE COURT:  THANK YOU.  I'D LIKE TO TAKE JUST A SHORT

8      BREAK BEFORE WE CONCLUDE TODAY'S HEARING.  LET'S JUST TAKE

9      10 MINUTES.

10            MR. GREEN:  THANK YOU.

11      (COURT WAS AT RECESS.)

12            THE COURT:  MR. LEWIN, IF YOU AND MR. GYI WOULD COME TO

13      THE PODIUM, SIR.

14            THE COURT HAS ADEQUATE INFORMATION TO EXERCISE

15      SENTENCING DISCRETION, AND I THINK EVERYBODY HAS SAID, AS

16      THEY'VE APPROACHED THE PODIUM AND ON VIDEO THIS AFTERNOON --

17      THIS MORNING, THIS IS A TRAGIC SITUATION, THIS ENTIRE SITUATION

18      IS.  AND AS EVERYBODY KNOWS, I'VE SENTENCED AT LEAST ONE

19      PERSON.  I HAVE ANOTHER ONE PENDING THAT WILL BE AFTER THE

20      FIRST OF THE YEAR, AND SO, MR. GYI, YOUR CASE IS HERE TODAY.

21            YOU WERE THE CAMERAMAN FOR A PORNOGRAPHY PRODUCTION

22      COMPANY AND FILMED APPROXIMATELY 120 VIDEOS FOR THAT PRODUCTION

23      COMPANY.  YOU DID WHAT YOU WERE TOLD, BUT YOU WERE A

24      PARTICIPANT.  YOU HELPED IN THE MANIPULATION OF THESE WOMEN

25      THROUGH MISREPRESENTATIONS.  SOME HAVE ALLEGED -- YOU'RE NOT
```

1   CHARGED WITH IT, YOU'RE CHARGED WITH CONSPIRACY TO COMMIT AN

2   OFFENSE AGAINST THE UNITED STATES.  THEY ALLEGE A VARIETY OF

3   THINGS.

4        FUNDAMENTALLY, YOU PLAYED A CRITICAL AND IMPORTANT ROLE

5   IN THIS VENTURE, AND I ACCEPT THE FACT THAT YOU ARE -- YOU'RE

6   REMORSEFUL, THAT YOU'VE APOLOGIZED, THAT YOU'VE ASSISTED IN A

7   VARIETY OF WAYS IN THE CIVIL CASE AND IN THE CRIMINAL CASES

8   PENDING IN THIS COURTROOM, BUT FUNDAMENTALLY THERE ARE

9   CONSEQUENCES, SIR.

10        SO WITH THOSE PRELIMINARY COMMENTS, I'M GOING TO MAKE

11   THE GUIDELINE CALCULATION, AS I'M REQUIRED BY LAW TO MAKE, AND

12   I'LL EXPLAIN AS I GO THROUGH THIS.

13        THE BASE OFFENSE LEVEL FOR THE CONDUCT YOU'RE CHARGED

14   WITH, SIR, IS A 34.  YOU'RE GETTING A 2-POINT REDUCTION FOR

15   YOUR ROLE IN THE TOTALITY OF THE SCHEME BECAUSE, COMPARATIVELY

16   SPEAKING, YOU WERE LESS CULPABLE, SHALL WE SAY, THAN MR. GARCIA

17   WAS, AND THAT RESULTS IN AN ADJUSTED OFFENSE LEVEL OF 32.

18        YOU'VE ACCEPTED RESPONSIBILITY FOR YOUR CONDUCT HERE,

19   AND THAT'S A 3-POINT REDUCTION, TAKING ME DOWN TO A TOTAL

20   OFFENSE LEVEL OF 29.  AS YOU STAND THERE NOW, YOU HAVE NO

21   CRIMINAL HISTORY POINTS, AND YOU'RE IN CRIMINAL HISTORY

22   CATEGORY 1.  I KNOW COUNSEL HAS TOLD YOU THAT THIS WILL NOW BE

23   ON YOUR RECORD FOR YOUR LIFETIME AND YOU WILL DEAL WITH THE

24   CONSEQUENCES OF THIS.

25        NOW, AT 29 AND 1, THE RANGE OF IMPRISONMENT IS 87 TO

1    108 MONTHS.  BUT WE KNOW, AS I'VE INDICATED EARLIER, THAT THE

2    STATUTORY MAXIMUM FOR THIS OFFENSE IS 60 MONTHS, SO THE COURT

3    CAN'T GO ABOVE 60 MONTHS.

4         SO WHAT I'VE LOOKED AT IN DECIDING WHERE TO PUT THIS

5    ARE SOME FACTORS THAT I ALWAYS CONSIDER, AND THAT'S UNDER

6    3553(A), AND THEIR SENTENCING CONDITIONS THAT I LOOK AT AND

7    FACTORS.  THE FIRST IS EVERYTHING ABOUT YOU, AND THERE'S PLUSES

8    AND MINUSES.  THERE'S YOUR ROLE IN THIS, WHICH I THINK WAS MORE

9    THAN A MERE CAMERAMAN, AND THERE'S WHAT YOU'VE DONE SINCE THEN,

10   AND THE HELP YOU'VE PROVIDED BOTH TO THE GOVERNMENT IN THE

11   FEDERAL CASE AND ON THE STATE SIDE.

12        THERE'S EVERYTHING ABOUT THIS OFFENSE, WHICH IS

13   HORRIFIC, TO PUT IT MILDLY.  I MEAN, LISTENING TO THE VICTIMS'

14   STATEMENTS AND UNDERSTANDING WHAT OCCURRED HERE IS -- IT DEFIES

15   WORDS AT THIS POINT.

16        I CONSIDER PROTECTION OF THE PUBLIC FROM SITUATIONS

17   SUCH AS THIS.  I CONSIDER PROMOTING RESPECT FOR THE LAW.  I

18   CONSIDER GENERAL AND SPECIFIC DETERRENCE.  SPECIFIC AS TO YOU

19   I'M NOT SO WORRIED ABOUT BECAUSE I THINK YOU HAVE SEEN THE

20   ERROR OF YOUR WAYS AND, IN A DIFFERENT WAY, WILL HAVE THE

21   CONSEQUENCES OF THIS FOR THE REST OF YOUR LIFE, BUT SO WILL THE

22   VICTIMS, AND THERE'S NOTHING YOU CAN DO THAT CAN REALLY LESSEN

23   THAT.  I CONSIDER SENTENCING DISPARITIES.

24        WHEN I CONSIDER ALL OF THAT, SIR, I'M GOING TO IMPOSE A

25   SENTENCE OF 48 MONTHS IN THE CUSTODY OF THE BUREAU OF THE

1     PRISONS.  I THINK THAT'S SUFFICIENT BUT NOT GREATER THAN WHAT'S

2     NECESSARY GIVEN EVERYTHING I KNOW ABOUT THIS.

3          NOW, I HAVE NO DOUBT THAT WHILE YOU'RE IN CUSTODY, SIR,

4     YOU WILL MAKE PRODUCTIVE USE OF YOUR TIME, ASSISTING OTHERS AND

5     CONTRIBUTING TO THE GENERAL POPULATION THERE.

6          WHEN YOU GET OUT OF CUSTODY, YOU'RE GOING TO BE ON

7     THREE YEARS OF SUPERVISION, AND DURING THOSE THREE YEARS OF

8     SUPERVISION, IF YOU VIOLATE ANY LAWS, STATE, FEDERAL OR LOCAL,

9     YOU COULD BE BROUGHT BACK BEFORE THE COURT AND SERVE ADDITIONAL

10    TIME IN CUSTODY.

11         ALL THE STANDARD CONDITIONS OF SUPERVISION APPLY, BUT

12    IN ADDITION THE FOLLOWING SPECIAL CONDITIONS APPLY:

13         THE FIRST IS THAT YOU REPORT ALL VEHICLES THAT YOU OWN

14    OR OPERATE OR IN WHICH YOU HAVE AN INTEREST TO PROBATION.

15         THE SECOND IS A FOURTH AMENDMENT WAIVER OR A SEARCH

16    CONDITION, THAT YOU SUBMIT YOUR PERSON, YOUR PROPERTY, YOUR

17    HOME, YOUR VEHICLES, YOUR PAPERS, YOUR COMPUTERS, YOUR DATA

18    STORAGE DEVICES, YOUR PHONES TO A SEARCH CONDUCTED BY

19    PROBATION, PROVIDED THE SEARCH IS DONE AT A REASONABLE TIME, IN

20    A REASONABLE MANNER, BASED ON A REASONABLE SUSPICION OF

21    CONTRABAND OR EVIDENCE THAT YOU VIOLATED A CONDITION OF YOUR

22    RELEASE.  IF YOU DON'T AGREE TO A SEARCH, THAT COULD BE A BASIS

23    FOR REVOKING SUPERVISION, AND WHOEVER YOU LIVE WITH MUST KNOW

24    THAT THE HOME IS SUBJECT TO SEARCH.

25         I'M NOT GOING TO IMPOSE A FINE.  THE SPECIAL ASSESSMENT

1     OF $100 CAN BE PAID FORTHWITH.  WHAT THAT MEANS IN THIS

2     DISTRICT, COUNSEL, IS WITHIN 30 DAYS.  CAN THAT BE DONE?

3            MR. LEWIN:  YES.  THANK YOU.

4            THE COURT:  ARE THERE ANY OTHER CONDITIONS THAT PEOPLE

5     WOULD LIKE TO INCLUDE?

6            MR. GREEN, GO AHEAD.

7            MR. GREEN:  YES, YOUR HONOR.  WE DO HAVE ONE MORE

8     REQUEST AND THAT'S A NO-CONTACT CONDITION.  WOULD YOU LIKE ME

9     TO READ THE LANGUAGE, YOUR HONOR?

10           THE COURT:  PLEASE GO AHEAD.  NO CONTACT WITH REGARD TO

11    THE VICTIMS.

12           MR. GREEN:  VICTIMS AND VICTIMS' FAMILIES.

13           THE COURT:  ABSOLUTELY. GO AHEAD, SIR.

14           MR. GREEN:  WHAT WE WOULD REQUEST IS THAT THE CONDITION

15    READ AS FOLLOWS:  THAT MR. GYI SHOULD NOT HAVE ANY CONTACT,

16    DIRECT OR INDIRECT, EITHER TELEPHONICALLY, VISUALLY, VERBALLY

17    OR THROUGH WRITTEN MATERIAL, OR THROUGH ANY THIRD PARTY

18    COMMUNICATION WITH ANY VICTIMS OR THE VICTIMS' FAMILIES WITHOUT

19    PRIOR APPROVAL OF THE PROBATION OFFICER.

20           THE COURT:  THERE'S NO OBJECTION TO THAT, IS THERE,

21    COUNSEL?

22           MR. LEWIN:  THERE'S NO OBJECTION.

23           THE COURT:  SO THAT'S INCLUDED.

24           ANYTHING ELSE?  DOES PROBATION WANT TO ADD ANYTHING?

25           THE PROBATION OFFICER:  NOTHING FURTHER, YOUR HONOR.

1              THE COURT:  ANYTHING ELSE BY WAY OF CONDITIONS?  DO YOU

2    WANT TO ASK FOR A HOUSING DESIGNATION AND A FUTURE

3    SELF-SURRENDER DATE?

4              IS THERE GOING TO BE AN OBJECTION TO A FUTURE

5    SELF-SURRENDER?

6              MR. GREEN:  YOUR HONOR, WE HAD TOLD MR. LEWIN THAT WE

7    WERE GOING TO DEFER TO THE COURT ON THAT DECISION.

8              THE COURT:  IS HE CURRENTLY ON BOND?

9              MR. LEWIN:  YES.

10             THE DEFENDANT:  YES.

11             THE COURT:  IS HIS SURETY HERE?

12             MR. LEWIN:  I DON'T BELIEVE SO.  MAY WE GET SIX WEEKS,

13   YOUR HONOR, IF THAT'S OKAY WITH THE COURT?

14             THE COURT:  OKAY.  THERE'S NO OBJECTION?

15             MR. GREEN:  NO.  ULTIMATELY WE WOULD DEFER TO YOU ON

16   THIS, YOUR HONOR.

17             THE COURT:  IT HAS TO BE AGREEABLE TO THE SURETY THAT

18   HE CAN REMAIN OUT, SINCE SENTENCING HAS OCCURRED.

19   (DISCUSSION HELD OFF THE RECORD.)

20             MR. LEWIN:  YOUR HONOR, WOULD YOU LIKE US TO GET IN

21   CONTACT?

22             THE COURT:  WELL, YOU'LL HAVE TO PROVIDE NOTICE TO THE

23   SURETY AND PROVIDE THAT TO THE COURT WITHIN 48 HOURS.  WHO IS

24   THE SURETY?

25             THE DEFENDANT:  IT'S MY OLDEST SISTER.

```
 1              THE COURT:  YOUR SISTER?

 2              THE DEFENDANT:  YES.

 3              THE COURT:  I'M WILLING TO DO A SELF-SURRENDER UPON

 4     DESIGNATION.  WHAT IS THE REQUEST FOR DESIGNATION, COUNSEL?

 5              MR. LEWIN:  YOUR HONOR, I ACTUALLY HADN'T THOUGHT OF

 6     IT.

 7              THE COURT:  A LOCATION NEAR WHERE FAMILY COULD VISIT OR

 8     SOMETHING OF THAT NATURE MIGHT BE SOMETHING YOU WANT TO

 9     CONSIDER.

10     (DISCUSSION HELD OFF THE RECORD.)

11              MR. LEWIN:  SOMEWHERE LOCAL, IF THAT'S POSSIBLE.

12              THE COURT:  WELL, IT PROBABLY ISN'T.  WHAT I CAN SAY IS

13     DESIGNATION AS CLOSE TO SOUTHERN CALIFORNIA AS POSSIBLE TO

14     FACILITATE FAMILY VISITS.

15              THE DEFENDANT:  YES.

16              THE COURT:  OKAY.  I CAN DO THAT.  I NEED TO SET A DATE

17     FOR A RESTITUTION HEARING.

18              MR. GREEN:  YOUR HONOR, WE HAD DISCUSSED WITH YOUR

19     COURTROOM DEPUTY SCHEDULING THAT FOR JANUARY 20TH.  MR. LEWIN

20     AND I ARE BOTH AVAILABLE THAT DAY.

21              THE COURT:  IS THAT A FRIDAY?

22              THE CLERK:  YES, IT'S A FRIDAY, JANUARY 20TH, AT 2 P.M.

23              THE COURT:  NOW, I'M GOING TO ASSUME THAT YOU'RE GOING

24     TO WORK IT OUT.  I HAD NOTICED IN SOME OF THE VICTIMS'

25     STATEMENTS THAT THEY REQUESTED RESTITUTION, AND THEY HAD SOME
```

1    EXPENSES AND A VARIETY OF THINGS THAT THEY WISHED TO HAVE

2    CONSIDERED.  I KNOW YOU'RE GOING TO GO OUT AND TRY TO SEE THAT

3    YOU HAVE EVERYTHING.  I'M GOING TO ASSUME, AT LEAST FOR THE

4    MOMENT, THAT MAYBE YOU CAN REACH AN AGREEMENT AND THAT WE DON'T

5    HAVE TO HAVE A HEARING.  THAT'S A FRIDAY CALENDAR, SO I WON'T

6    HAVE THE TIME ON THAT DATE TO DO A FULL-BLOWN HEARING IF

7    THERE'S NOT AN AGREEMENT, SO YOU'LL LET ME KNOW?

8         MR. GREEN:  UNDERSTOOD, YOUR HONOR.  WE'LL TRY TO WORK

9    IT OUT, AND IF NOT, I WOULD SUGGEST WE THEN APPEAR ON THAT

10   FRIDAY TO EITHER LET YOU KNOW WE'VE WORKED IT OUT OR WE COULD

11   THEN, I GUESS, SET A DATE.

12        THE COURT:  FAIR ENOUGH.  SO JANUARY THE 20TH, 2023,

13   FOR A RESTITUTION HEARING.

14        GO AHEAD WITH SELF-SURRENDER.

15        THE CLERK:  SELF-SURRENDER DECEMBER 23RD AT 12 P.M.,

16   AND A STATUS HEARING IS SET FOR JANUARY 6TH AT 9 A.M.

17        THE COURT:  AND AN ACKNOWLEDGMENT FROM THE SURETY

18   AGREEING TO REMAIN THE SURETY PENDING SELF-SURRENDER ON

19   DECEMBER 23RD WILL BE FILED WITHIN 24 HOURS -- 48 HOURS I THINK

20   I SAID.  GO AHEAD.

21        THE PRETRIAL SERVICES OFFICER:  ALLIE ZEKIN WITH

22   PRETRIAL SERVICES, YOUR HONOR.  WE WOULD ASK ON A

23   SELF-SURRENDER DATE THAT HE SURRENDER DIRECTLY TO PRETRIAL

24   SERVICES SO WE CAN REMOVE THE LOCATION MONITORING DEVICE AND

25   WE'LL ESCORT HIM DOWN TO THE U.S. MARSHALS.

1            THE COURT:  FAIR ENOUGH.  DO YOU UNDERSTAND THAT?

2            THE DEFENDANT:  YES.

3            THE COURT:  EVERYBODY CHECK YOUR NOTES.  PROBATION, MR.

4    LEWIN, MS. FOSTER, MR. GREEN, ANYTHING THAT WE HAVEN'T COVERED

5    THIS MORNING?

6            MR. GREEN:  APPELLATE WAIVER.

7            THE COURT:  THANK YOU.

8            MR. GYI, IN YOUR PLEA AGREEMENT, ON PAGES 10 AND 11,

9    YOU GAVE UP YOUR RIGHT TO APPEAL OR COLLATERALLY ATTACK THE

10   JUDGMENT IN THIS CASE AND THE SENTENCE THAT I JUST IMPOSED.  DO

11   YOU UNDERSTAND THAT, SIR?

12           THE DEFENDANT:  YES, YOUR HONOR.

13           THE COURT:  ANYTHING ELSE?

14           THE CLERK:  JUDGE, THERE ARE SOME UNDERLYING COUNTS.

15           THE COURT:  APPARENTLY THERE ARE SOME UNDERLYING COUNTS

16   WITH REGARD TO THIS DEFENDANT THAT NEED TO BE DISMISSED.

17           MR. GREEN:  SO MOVED, YOUR HONOR.

18           THE COURT:  THAT MOTION TO DISMISS THE UNDERLYING

19   COUNTS IS GRANTED.  ANYTHING ELSE?

20           MR. GREEN:  NO, YOUR HONOR.

21           THE COURT:  THAT CONCLUDES THE MATTER.

22           MR. LEWIN:  THANK YOU, YOUR HONOR.

23           THE DEFENDANT:  THANK YOU, YOUR HONOR.

24           THE CLERK:  THE CONDITIONS?

25           THE COURT:  MR. GYI, WE FORGOT TO GIVE YOU THE

1    CONDITIONS THAT THE COURT IMPOSED ON YOUR SUPERVISION, SO WE'RE

2    HANDING THEM TO YOU NOW, SIR.

3            THANK YOU, MR. GREEN, MS. FOSTER, MR. LEWIN, PROBATION.

4            MS. FOSTER:  THANK YOU, YOUR HONOR.

5    (THE SENTENCING HEARING CONCLUDED.)

6

7

8

9

10

11

12

13

14

15                    C E R T I F I C A T E

16

17            I, GAYLE WAKEFIELD, CERTIFY THAT I AM A DULY
     QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
18   STATES DISTRICT COURT, THAT THE FOREGOING IS A TRUE AND
     ACCURATE TRANSCRIPT OF THE PROCEEDINGS AS TAKEN BY ME IN THE
19   ABOVE-ENTITLED MATTER ON NOVEMBER 9, 2022; AND THAT THE FORMAT
     USED COMPLIES WITH THE RULES AND REQUIREMENTS OF THE UNITED
20   STATES JUDICIAL CONFERENCE.

21

22

23                           /S/ GAYLE WAKEFIELD
                             GAYLE WAKEFIELD, RPR, CRR
                             OFFICIAL COURT REPORTER
24

25