Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WOLFE,<br><br>　　　　　Defendant. | Case No.:   19cr4488-JLS<br><br>Unopposed motion to continue sentencing |

　　Mr. Wolfe moves, unopposed, to continue the sentencing hearing from May 25, 2023 to August 28, 2023. The reason for the request is that Mr. Wolfe needs time to complete his sentencing filings to address the complicated issues involved in this matter. Additionally, there has been a change in counsel. The parties agree time remains excluded under the Speedy Trial Act as the Court considers the plea agreement.

　　So moved.

Dated: April 25, 2023　　　　　/s/ *Jeremy Warren*
　　　　　　　　　　　　　　　Jeremy D. Warren
　　　　　　　　　　　　　　　Attorneys for Defendant Mr. Wolfe

Dated: April 25, 2023　　　　　/s/ *Alexandra Foster*
　　　　　　　　　　　　　　　Alexandra Foster
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　(with signature authority)

1