# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VALORIE MOSER (5),<br><br><br>    Defendants. | Case No.: 19CR4488-JLS<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case is continued from August 4, 2023, at 10:30 a.m. to February 9, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 25, 2023

Hon. Janis L. Sammartino
United States District Judge