TARA K. MCGRATH
United States Attorney
JOHN N. PARMLEY
ALEXANDRA F. FOSTER
Assistant United States Attorneys
California State Bar No. 178885
Washington, D.C. Bar No. 470096
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7957/6735
Email: John.Parmley@usdoj.gov
Alexandra.foster@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW ISAAC WOLFE,<br><br>　　　　　　　　Defendant. | Case No.:  19-CR-4488-JLS<br><br>Date:  January 22, 2024<br>Time: 9:00am<br><br>The Honorable Janis L. Sammartino<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART** |

　　　Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and John N. Parmley and Alexandra Foster, Assistant United States Attorneys, hereby files its *Sentencing Summary Chart*, which is based upon the files and records of this case.

　　　DATED: January 12, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　TARA K. MCGRATH
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *John N. Parmley*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN N. PARMLEY
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: January 22, 2024

USPO ____
AUSA  X
DEF  ____

| | |
|---|---|
| Defendant's Name: MATTHEW ISAAC WOLFE | Docket No.: 19-CR-4488-JLS |
| Attorney's Name: John N. Parmley | Phone No.: 619-546-7957 |
| Guideline Manual Used: November 1, 2023 | Agree with USPO Calcs.  N |

Base Offense Level(s): USSG § 2G1.1(a) Sex Trafficking by Force, Fraud, and Coer.   14
Specific Offense Characteristics: USSG §5K2.21 Uncharged conduct   +20
    USSG §3B1.1 Aggravating role   +2

Adjusted Offense Level:
☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.   36
Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]   -3

Total Offense Level:   33
Supervised Release Range (based on Total Offense Level):   5 to Life years
Fine Range (based on Total Offense Level):  $ 50,000 to $ 250,000

Criminal History Score:   0
Criminal History Category:   I
☐ Career Offender    ☐ Armed Career Criminal
Guideline Range:                                                                                       from  135  mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum)      to  168  mths

Departures: _____

Resulting Guideline Range: Adjusted Offense Level: _____      from  135  mths
                                                                                                             to  168  mths

RECOMMENDATION:   150 months custody, 10 Years S/R

03/2023