UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>VALORIE MOSER (5),<br><br>             Defendant. | Case No.: 19CR4488-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |
|---|---|

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing is continued from February 9, 2024 to **August 9, 2024** at **10:30 a.m.**

IT IS SO ORDERED.

Dated: February 1, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

19CR4488