<pre>
 1                    UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3    _____
                                    )
 4    UNITED STATES OF AMERICA,     )
                                    ) Case No. 19-CR-04488-JLS
 5                     Plaintiff, )
                                    ) Monday, January 22, 2024
 6           v.                     )
                                    )
 7    MATTHEW ISAAC WOLFE,          )
                                    )
 8                    Defendant. )    CERTIFIED
      _____)  TRANSCRIPT
 9

10
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
11
                      PAGES 1 THROUGH 46
12
          BEFORE THE HONORABLE JANIS L. SAMMARTINO
13                UNITED STATES DISTRICT JUDGE

14

15        APPEARANCES:

16        For Plaintiff:   UNITED STATES ATTORNEY'S OFFICE
                           880 Front Street, Suite 6293
17                         San Diego, California  92101-8807
                           BY:  ALEXANDRA FOSTER, AUSA
18                         BY:  JOHN PARMLEY, AUSA

19
          For Defendant:   WARREN & BURSTEIN
20                         501 West Broadway, Suite 240
                           San Diego, California  92101-5030
21                         BY:  JEREMY WARREN, ESQ.
                           BY:  KATIE JENKINS, ESQ.
22

23        Reported By:  Stephanie Whitehead, RDR, CRR
          District Court Clerk's Office
24        333 West Broadway, Suite 420
          San Diego, California  92101-3806
25        (Reported stenographically; transcribed via computer)
</pre>

| | |
|---|---|
| 1 | MONDAY, JANUARY 22, 2024; 10:10 A.M. |
| 2 | -o0o- |
| 3 | THE CLERK:  Matter number one, 19-cr-04488-JLS, |
| 4 | United States of America v. Matthew Isaac Wolfe for |
| 5 | sentencing. |
| 6 | MR. WARREN:  Good morning, your Honor.  Jeremy |
| 7 | Warren and Katie Jenkins for Mr. Wolfe.  He is present. |
| 8 | THE COURT:  Okay.  Thank you.  Good morning. |
| 9 | MS. FOSTER:  Good morning, your Honor. |
| 10 | Alexandra Foster and John Parmley for the United States. |
| 11 | THE COURT:  Okay.  Thank you. |
| 12 | MR. PARMLEY:  Good morning, your Honor. |
| 13 | THE COURT:  Good morning to both of you. |
| 14 | We're here this morning to do victim impact |
| 15 | statements on this case.  The sentencing has been put |
| 16 | over, over the objection of the Government, to permit |
| 17 | defense counsel to fully prepare and completely finish |
| 18 | their preparation for that sentencing.  So we're |
| 19 | prepared to proceed. |
| 20 | Now, I have a second amended list, and so we |
| 21 | will do this -- go ahead, Ms. Foster.  You probably have |
| 22 | a plan as to how you'd like to proceed, ma'am.  Go |
| 23 | ahead. |
| 24 | MS. FOSTER:  Sure, your Honor.  So we have |
| 25 | spoken with the victims who are here in person.  We |

1    haven't really had a chance to talk to the victims on

2    Zoom, but as to the victims who are here in person,

3    about half of them would like to speak with the Court

4    this morning.  And so we would suggest that we would be

5    able to just call them up by their number, which is

6    reflected by what the Court has.

7           THE COURT:  Okay.  So everybody who's listed

8    here would like to testify or make an impact statement

9    today?

10          MS. FOSTER:  No, your Honor. Everybody that's

11   listed there will either be making a victim impact

12   statement today or on March 19th.  And we have spoken

13   with them and know who the women are who would like to

14   speak today.  And it's -- just so the Court knows, it's

15   probably about half of the women that are listed here.

16          THE COURT:  Okay.  That's fine.  And I provided

17   that option because I understand it's probably a better

18   situation for the victims to see something in its

19   entirety than to see it broken up the way it has been in

20   this matter.

21          So with that understanding, let's go ahead and

22   proceed and I will call victim number 1 to come forward.

23   And everybody knows who they are.

24          JANE DOE 1:  Good morning, your Honor.  I'm

25   Jane Doe number 1.

1    Ten years ago, I was a very happy, outgoing

2    18-year-old woman.  I was an aspiring student at the

3    University of Kansas, ready to create a life for myself.

4    Because of Matthew Wolfe, I stand before you very tired

5    and lonely.  A decade ago, I responded to one of

6    Mr. Wolfe's modeling ads on Craigslist.  That ad seemed

7    harmless, but it wrecked my entire life.  In an instant,

8    the life I had was gone:  My hopes gone, my

9    relationships gone, everything was gone.  The harassment

10   from students and faculty got so bad that I had to quit

11   KU and go into hiding.  Since then, my life has been one

12   bad situation after another.

13   I will never forget the day my friend told me

14   my video was going viral amongst everyone we knew.  GDP

15   partnered with Pornhub, the eighth-most-visited website

16   in the world.  My video was the second-most-watched

17   video on Pornhub.  I got well over 300 million views,

18   and when I asked Pornhub to remove it, they refused and

19   even urged me to not take legal action against GDP.

20   They were making millions off me.

21   The fallout from the videos spread to every

22   part of my life like cancer, and that cancer remains to

23   this day, making it virtually impossible for me to start

24   a new life.  I lost my modeling career, my Miss Teen

25   Colorado title, my college years, my whole twenties, my

1  name, my career path, my friends, and my family.

2  Everything I had built was gone, and so too was my

3  future.  Doors that were once opened were slammed in my

4  face.

5      Ten years later, people still want to hurt me.

6  I encounter stalkers all the time.  And in the last few

7  months, my security cameras at my home caught stalkers

8  coming at all times of the day and night.  Some of them

9  just put their ear up to my door and listen for extended

10  periods of time, and I was sexually assaulted by several

11  of them.  I am constantly looking over my shoulder and

12  on high alert all the time.  It is exhausting.

13      I don't want to be this new person that they

14  created.  I fight like hell to regain and find that

15  person that I once was.  Most of the days I get up, put

16  on a smile, and pretend like everything is okay, but the

17  truth is, deep down I'm not.  I struggled with alcohol

18  and PTSD for years.  I still do not go in public much,

19  spending most of my time hibernating.  I have thoughts

20  of suicide frequently to end this, and I try to be okay,

21  but it is not easy.

22      He made a living by stealing young women's

23  lives, exploiting them for all that they are worth.

24      You quite literally hurt every woman that had

25  the opportunity to meet you.  You have been Mike Pratt's

1    right-handed man through all this, and you just know

2    how --

3             THE REPORTER:  I'm sorry.  I need to have you

4    repeat that.

5             JANE DOE 1:  Sorry.

6             You just know how horrible, vindictive, and

7    heartless he is.  You watched as he threatened me

8    mentally and physically.  I wish you had stood up for me

9    and every woman that has gone through this, but you

10   didn't.  I don't think you failed to intervene because

11   you're afraid of Mike.  You've been friends with him

12   since you were kids, and you two are tight.  You never

13   stood up for us because you just know how morally

14   corrupt and wicked as he is [sic].  I try to find

15   forgiveness because that is the type of person I am, but

16   you make it so tough.

17            Your Honor, Matthew Wolfe stole my life, and it

18   wasn't just my life.  He stole hundreds of lives.  What

19   kind of price do you put on a life?  Mr. Wolfe deserves

20   a jail sentence that accounts for each and every life he

21   has stolen.

22            I want to thank the prosecutors and the FBI and

23   the other women who have come forward.  These

24   proceedings give me some gratitude knowing that no other

25   woman will have to suffer ever again.  I am glad justice

```
 1   is being served here today.  Thank you, your Honor.
 2            THE COURT:  Okay.  Thank you very much,
 3   Ms. Doe.
 4            MS. FOSTER:  Your Honor, at this time, the
 5   United States would call victim number 2.
 6            JANE DOE 2:  Good morning, your Honor.
 7            THE COURT:  Good morning, ma'am.
 8            JANE DOE 2:  I'm Jane Doe number 2.  Thank you
 9   for allowing me to speak.
10            A huge part of me died in 2015.  I was in my
11   second semester of college when this happened.  I
12   dropped out due to my anxiety and harassment.  It pains
13   me to this day that I wasn't able to finish my
14   schooling.
15            I also lost many relationships.
16            THE COURT:  Ma'am, I'm going to ask you to step
17   just a little bit closer, bring the mics a little bit
18   closer.
19            Can you help her, Ms. Foster?
20            Thank you, ma'am.
21            JANE DOE 2:  I also lost many relationships.  I
22   moved in with a boyfriend, but his mom kicked us both
23   out of her house when she found out about the video.  We
24   slept in his car for weeks before he broke it off for
25   good.  My current boyfriend is still harassed and
```

1  ridiculed for dating me.  I'm thankful he's a strong

2  man, but I do worry that it will become too much.

3          The video put me in a very dark place.  I

4  isolated myself from everyone I knew for years.  I was

5  harassed and blackmailed all the time, and it became too

6  much to handle, which led to me having the worst social

7  anxiety and not trusting anyone.

8          I've spent the majority of my 20s in hiding,

9  and those are years of my life that I won't get back.

10  No one ever asked how I was doing, not even my family,

11  because they made it appear as though I was a willing

12  participant.

13          I truly hated myself for so long.  I have tried

14  my hardest to mentally block out and destroy everything

15  that made me who I was over the years to the point I

16  didn't even recognize myself anymore.  It's changed who

17  I am completely.  It's taken me years to learn to love

18  myself and who I'm becoming.

19          I came here today because it is important to

20  close this chapter and help me move on.  It's very

21  unfortunate we don't get to hear the final decision

22  today after we've waited years for closure, but I do

23  appreciate everything the justice system is doing to

24  hold Mr. Wolfe accountable.

25          I pray all the other women are continuing to

1  grow past what we went through.  It takes a lot of

2  strength to pull yourself out of a dark place, and the

3  fact that we've made it this far says a lot.  We've all

4  been dragged through hell for years, but I'd like to

5  think at this point that we did survive it.  Nine years

6  ago I never thought I'd see this day, and I'm beyond

7  grateful for everyone who continues to fight for us.

8         I know it's not been easy.  To all the other

9  brave women listening today, I hear you, and I stand

10  with you.  Thank you, your Honor.

11         THE COURT:  Thank you, ma'am.

12         MS. FOSTER:  We'd ask victim number 5 to come

13  up.

14         JANE DOE 5:  Good morning, your Honor.

15         The single most vivid memory I have of being

16  inside of that hotel room was of Wolfe.  I had never

17  experienced so much pain and exhaustion in my life than

18  I did in that room.

19         After hours of filming, Wolfe paused so Garcia

20  could take a break, and he pointed at the bed's duvet

21  cover that was now covered with my own blood.  He smiled

22  at me, told me that that was a really good sign.  When I

23  have trouble falling asleep, which is almost nightly,

24  that's the moment I see when I close my eyes, as if it

25  was yesterday.

1      The filming continued after that for several

2  more hours because Wolfe consistently wanted to reshoot

3  things, and instructed me to look like I was enjoying it

4  more, despite my obvious pain.  I was too afraid to

5  protest.  It was clear that Wolfe was the director and

6  he called the shots.  Little did I know that that was --

7  that the worst was yet to come.

8      What Matthew Wolfe did has plagued all aspects

9  of my life and will continue to do so for the rest of my

10  time on Earth.  The good memories I have been able to

11  create since I met Mr. Wolfe in 2015 have been few and

12  far between, and even those were tarnished by him in

13  some way.  My birthday, for instance, is tomorrow, and

14  I'm here before you, nine years later, still reliving a

15  nightmare that follows me no matter where I go or what I

16  do.

17      My wedding is also this year, and one of the

18  very first thoughts I had when I got engaged was having

19  to stand in front of all of my family and friends and

20  wonder if any of them have had to bear witness to the

21  nightmare that Wolfe composed, or if any of them will

22  negatively be affected later in their lives because of

23  my vulnerability.

24      It's a sick feeling knowing that even the very

25  best memories that have yet to come will still have

1    Wolfe's fingerprints all over them.  The emotional
2    duress that I carry isn't something I would wish on
3    anyone.  Nearly everything I do is built on a foundation
4    of fear and stress and one I will never be able to
5    shake.  When I give a presentation at work, my stomach
6    flips wondering if my peers have viewed the video.  For
7    obvious reasons, my professional career has been
8    incredibly hard to navigate.  There is not a single
9    person I have met or will meet that that interaction has
10   not been tainted in some way.

11          Even when I finally fall asleep, anxiety
12   plagues my dreams.  And when I wake up, I live in a
13   constant state of paranoia.  I constantly worry that
14   people will reach out to my family and hurt them, and I
15   worry more about that than the fear of stalkers showing
16   up to my doorstep.

17          Therapy has helped me cope with these feelings,
18   but it will never be completely purged from my life.
19   Mr. Wolfe destroyed any sense of self-worth that I had.
20   Every relationship before my current one was verbally
21   and physically abusive because of the trauma that
22   drastically contorted what I thought was normal.  I have
23   had to intentionally rebuild any sense of autonomy and
24   self-worth, and I will continue to struggle with that
25   for the rest of my life.

1    I continue -- I considered addressing Mr. Wolfe

2 today but decided that it wasn't worth the waste of

3 breath.  I can confidently say that any ounce of remorse

4 that Wolfe may have today is because he is being

5 punished, not because he has trafficked hundreds of

6 women and destroyed their lives.

7    We're not talking about the years leading up to

8 now; we're talking about the exponential effect on all

9 of us for the rest of our lives.  We're also not talking

10 about the crimes that Wolfe committed; we're discussing

11 the crimes he enjoyed and took pride in.  As such, I

12 would never anticipate Wolfe becoming remorseful at any

13 point in his life.  That time passed long ago.

14    I didn't believe people like Mr. Wolfe existed

15 prior to meeting him.  I thought people this evil were

16 theoretical entities that I would never actually cross

17 paths with.  Mr. Wolfe was the first person that taught

18 me how truly wicked people can be.  He robbed me of my

19 innocence.

20    The best I can do to protect myself and others

21 now is to show up here today and ask your Honor to make

22 sure Mr. Wolfe pursues his trail of destruction behind

23 bars and prevent him from doing so in the free world.  I

24 fully expect him to chase down similar opportunities

25 upon release, and I hope the Court takes his hobby into

1    account and gives him a long sentence.  Thank you,

2    your Honor.

3            THE COURT:  Thank you, ma'am.

4            MS. FOSTER:  At this time, the United States

5    would call victim number 7.

6            JANE DOE 7:  Hi.

7            THE COURT:  Good morning.

8            JANE DOE 7:  I need to get the words.

9            THE COURT:  Take your time.

10           JANE DOE 7:  I feared coming here today.  I

11   have never spoken out about what has happened to me in a

12   public way.  I live in fear every day, fear that this

13   man has caused, among other people, I guess.  Fear of

14   being harassed or stalked, like I did.  Fear of the

15   media, my safety.  Fear of the therapy that could

16   probably help these things, to help me get over these

17   fears.  But worst of all, the worst thing that anyone

18   did was that you caused me to fear my own name.  Think

19   about that for a second.  Can you imagine being scared

20   of your own name?  Not only do I fear the sound, the

21   visual, the thought, but I'm, like, literally

22   traumatized by it.  I had my youth ripped from me at

23   such a young age, and I'll never get that back.

24           Over ten years ago, I turned 18, and I'm

25   literally shaking right now still.  But for some people,

1    turning 18 is the day that they can vote or the day that

2    they can start their life as an adult.  For me, I aged

3    out of foster care.  It was the day that I could start

4    to control my life again.  I felt strong, invincible,

5    and unbreakable.  I had already overcome so much at such

6    a young age.  I had such a bright future.  I had so many

7    hopes and dreams, and I was so excited for my life

8    ahead.

9         In 2012, a lot of things happened in the world.

10   I graduated high school.  I was starting my own charity.

11   I was an athlete.  I was going to college.  And I won

12   Miss Teen pageants.  I had all of these amazing

13   accomplishments that people would normally look back and

14   be really proud to remember in their old days.

15        I did it overcoming all odds and statistics,

16   but I can't help but look back on that year and just be

17   not only traumatized by my name but that year and that

18   number.  And all I can remember is the actions and

19   decisions surrounding GirlsDoPorn.  They said the world

20   was ending in 2012, but it never did.

21        THE COURT:  Slow down a little bit because

22   we're writing down everything you say.

23        JANE DOE 7:  Sorry.

24        THE COURT:  That's okay.

25        JANE DOE 7:  They said the world was ending in

1   2012, and it never did.  But mine, as I knew it, for

2   sure did.  Everything changed.  Boy, did I learn what

3   strength was through a worldwide porn scandal.

4          These last 12 years, I have cried enough years

5   to truly believe I could fill a lake.  I never

6   understood how people could be suicidal after what I

7   went through as a young kid, but it took freshman year

8   of college, of suffering every day, crying, constant

9   harassment, stalking, and abuse in a place that should

10  have been so fulfilling, inspiring, and full of

11  opportunity.

12         This isn't supposed to be a sob story.  I've

13  struggled, and I've overcome, and I've fought really

14  hard to be where I am today.  And despite the tears

15  today, I'm mostly happy.  But I'll never be complete

16  because --

17         Your Honor, I'm directing this part to him.

18         -- you've stolen a piece of my life from me.

19  So many opportunities were ripped from my hands after I

20  rightfully earned them.  So many.  I couldn't -- I could

21  go on.

22         But there's five stages of grief when you mourn

23  a loss:  Denial, anger, bargaining, depression,

24  acceptance.  I've circled these many times.  Some stages

25  have gone away, some are here to stay, some come and go.

1    But all of them have deeply scarred me.  But these

2    stages of death I'm referring to are kind of of my soul.

3    They're crying from a pain that I will never heal from.

4    I've known no greater loss in this lifetime, and there

5    will never be pain --

6            THE REPORTER:  I'm sorry.  I need you to repeat

7    that.  "There will never be pain" --

8            JANE DOE 7:  No greater loss in this lifetime

9    for me.  There will be no pain superior to what I've

10   felt at the hands of you tarnishing my name across the

11   world.

12           THE COURT:  Go slowly.  You're going faster --

13           JANE DOE 7:  Sorry.  Anxious.

14           THE COURT:  -- and faster as you go.  I

15   understand you're nervous and upset, but just take a

16   breath and go slowly.

17           JANE DOE 7:  There will be no pain superior to

18   what I've felt at the hands of you tarnishing my name

19   across the world.  I cannot describe to you what that

20   felt like for a young girl, for everyone to know who you

21   are and what you've done.  Something I didn't choose.

22   Something that doesn't represent me but became me.  It

23   will also stick with me until the day I die.  I wish for

24   one day that you could just feel what it felt like

25   because I know you wouldn't be able to handle it.

1    Some people will get closure by having

2    statements like this.  But for me, I'll never get

3    closure.  I'll never be the same.  This is not just a

4    chapter in a book I can close or pick up where I left

5    off.  There's no erase, rewind, no apology, or amount of

6    time or justice that will make me feel better.  You've

7    smothered red ink across all the future pages of the

8    book of my life, and you single-handedly are responsible

9    for having that ink smeared.

10    Maybe, just maybe had you not taken my name and

11    bought many websites under my name, maybe there would

12    have been less of a spiderweb all over the Internet,

13    maybe I could have had some hope for more of a normal

14    life.  You intentionally objectified my name into

15    branding for your monetary -- to take advantage of money

16    that I never saw or wanted to be a part of.

17    I truly believe everything has happened for a

18    reason, and if it wasn't for my difficult life before

19    this, I wouldn't have made it past.  But now I'm not a

20    "me," I'm a "we," and we are strong in numbers.  Our

21    incredible strength has kept us going together, and

22    there is strength in numbers.  You have caused

23    permanent, lasting damage to what used to be young

24    teenagers with such bright futures ahead.  And not

25    everyone can be here today, and because of that, I'm

1   here to make sure that my words are loud and clear.

2   I'll never be back to my original path in life because

3   of this.

4          Your Honor, it takes a cruel and evil person to

5   consciously cause the damage that these people, and him

6   specifically, has caused.  In my eyes, it's worse than a

7   serial murderer.  This person was meticulous,

8   calculated, fraudulent, aggressive, and he ultimately

9   sabotaged and tortured all of us.  He knew what he was

10  doing every time he purchased domains under my name.

11  Every new site, every new purchase was plucking away at

12  my soul.  Had it not been so public, maybe it wouldn't

13  have spiraled and gotten so much worse for so many other

14  women that came after me.  Had they not made so much

15  money, after me they maybe wouldn't have done it as

16  much.  My fame and downfall was the main reason, I

17  think, that -- nevermind.  If there could be a death

18  penalty, I truly believe he would deserve it.  You

19  deserve -- he deserves life in prison because he's taken

20  so many lives away from us for his actions.

21          Judge, I hope you use the full force of the law

22  to pay him justice so that we can all try to move on

23  without living in fear every day, not just for myself

24  but for any future victims, because I truly believe if

25  he were to ever get out, he would do it again.  Thank

1    you.

2              THE COURT:  Thank you, ma'am.

3              MS. FOSTER:  Your Honor, I'm unsure whether

4    victims 9 or 10 are in the audience.

5              Are victims 9 or 10 here?

6              All right.  Seeing no victims 9 or 10, the

7    United States calls victim number 11.

8              JANE DOE 11:  Your Honor, thank you for your

9    time and allowing our voices to be heard today.

10             THE COURT:  Pull that microphone up a little so

11   I can hear you.  Thank you.

12             I stand here to share a tiny glimpse into how

13   Mr. Wolfe's crimes have impacted my life.  I once had a

14   promising future ahead me.  I was a summa cum laude

15   high school graduate and a 4.0 college student.  I was

16   always very active in my church and my community.  My

17   ambitions of -- my ambitions of becoming a medical

18   professional were well within my reach.  The future I

19   was building for myself was destroyed by

20   Mr. Matthew Wolfe.

21             When I got to San Diego, it was clear that

22   Mr. Wolfe was a leader in this criminal organization.

23   He was the one deliberately lying, threatening, and

24   intimidating me.  He was the one who moved furniture and

25   heavy camera equipment in front of the doorways.  He was

1  the one who constantly promised anonymity and

2  protection.   He was the one calling the shots in that

3  hotel room.   Garcia followed his directions, not the

4  other way around.

5          To say Mr. Wolfe's malicious scheme has altered

6  the trajectory of my life would be a massive

7  understatement.   The video of me at my most vulnerable

8  went viral in my life overnight.   Everyone who knew me

9  watched it and then passed it along to others.   Within

10  days, the life I had built was gone.   I was

11  excommunicated from my church, which crushed me.   My

12  church was always a big part of my life.

13          I was blacklisted by everyone who knew me and

14  had no support during the darkest hour of my life.   I

15  didn't have a single friend show up to my wedding or

16  even ask me if I was okay.   I went into a deep

17  depression and became a recluse.   I fought for a long

18  time to keep suicidal ideations at bay.   And, not

19  surprisingly, I'm now suffering from harrowing PTSD.   It

20  is hard for me to go out in public or make new friends.

21  I have become a hermit.   I rarely visit my hometown

22  where my family still resides.   I did not attend my

23  ten-year class reunion.

24          Without the money to afford therapy, I turned

25  to alcohol and ways to cope with the depression, which

has destroyed my appetite.  I struggled to maintain a
healthy weight over 100 pounds.  I also live in constant
fear.  The video has been viewed tens of millions of
times.  My real name and personal information was
released on websites like Porn Wikileaks, allowing
stalkers and trolls to easily find me.  A simple Google
search of my name pulls up links or screenshots of the
video on the first page of the search results.  This has
caused me to miss out on many opportunities, new
friendships, job positions, and failed business
ventures.

Having my personal information connected to the
video also makes me fear for my life.  Stalkers and
trolls from all over the world harass me.  They spend
years searching for me online and somehow always
ultimately find me through family connections.  The
harassment is still strongly present to this day, and I
fear they'll find me and my family.

I lost my full-time job I had at the time and
ultimately dropped out of college due to the harassment
I experienced on and off campus.  I gave up on pursuing
my future career, not only due to the harassment, but
because I believed I could never make it in the medical
field because I will forever bear an unwarranted scarlet
letter.

1     My family also bears that scarlet letter.  My

2  husband endures extreme harassment from complete

3  strangers.  The video's circulated in his hometown as

4  well, causing him to lose relationships and be ridiculed

5  because of it.  Our names have both been dragged through

6  the mud, and our privacy has been compromised.

7     Photos of our children have been stolen from

8  our family members' social media profiles and posted on

9  malicious blogs and websites, thanks to the video.  The

10  most vial and gut-wrenching things have been said about

11  our innocent children.

12     The symptoms of my PTSD include nightmares and

13  sleep paralysis.  I therefore struggle being home alone.

14  It got so bad that my husband had to stop traveling for

15  work, resulting in us losing significant income.  I fear

16  for the safety of not only me and my husband but our

17  children.  I fear that -- fear that they will have to

18  endure the same harassment and fear that my husband and

19  I live with.  The strain this has put on our marriage

20  cannot be overstated.

21     Being a voice in my community and country has

22  always been important to me, yet my voice has been

23  silenced.  I have not registered to vote in years,

24  fearing that that could lead to our home address being

25  publicly available.  I don't volunteer as much as I

1    would like.  I am forced to stand on the sidelines for

2    so many things that my old self would have been eager to

3    participate in.

4         I understand there is no "eye for an eye"

5    justice, and the best your Honor can do is sentence

6    Mr. Wolfe to jail.  Even if I were his only victim,

7    there is no amount of time behind bars that can make up

8    for the loss of dignity, identity, respect in

9    relationships, opportunity, safety and security, mental

10   and physical well-being, and loss of reputation he has

11   caused to me and my family.

12        But he didn't just do this to my family.  He

13   did this to hundreds of women and hundreds of families.

14   He needs to be sentenced to prison for as long as the

15   law allows.  Please help me and these other women feel

16   safe again.  Thank you again for your time, your Honor.

17        THE COURT:  Thank you, ma'am.

18        MS. FOSTER:  The United States calls victim

19   number 14.

20        JANE DOE 14:  All right.  Where do I start?

21        Good morning, your Honor.

22        THE COURT:  Good morning.

23        JANE DOE 14:  How are you today?

24        THE COURT:  I'm okay.  Thank you.

25        JANE DOE 14:  Likewise.  I've traveled over

1   2,000 miles to be here today.  My family and I are here,

2   and I couldn't be any more grateful.

3            THE COURT:  Pull the mics a little bit closer

4   and turn them up so I can hear you better.  Thank you.

5            JANE DOE 14:  My family and I have traveled

6   over 2,000 miles to be here today.  I'm very grateful to

7   be standing here giving a statement.

8            Like the others, my life has been flipped

9   upside down.  It's been a tornado for nearly a decade,

10  and I have no words to say other than thank you for the

11  justice you are serving here today.  You are amazing and

12  so is everybody else here.  And that's all I have to

13  say.  Thank you.

14           THE COURT:  It's appreciated, ma'am.  Thank

15  you.

16           MS. FOSTER:  The United States calls victim

17  number 15.

18           JANE DOE 15:  Good morning, your Honor.  Sorry.

19           THE COURT:  Take your time.

20           JANE DOE 15:  The very first thing

21  Matthew Wolfe did when I met him was dead-bolt the door.

22  Shortly thereafter, he told me he needed to teach me how

23  to use a sex toy.  He held me down and began to use the

24  toy.  He then held my hand to his crotch and said, "Look

25  how much I liked that," as he grinned suggestively.

1    When I refused to do several things he asked me

2    to do, Mr. Wolfe told me he would make sure I missed my

3    flight home or cancel it altogether.  His message was

4    clear:  If I want to go home, I do whatever he says.

5    When I was there -- or when I was here,

6    sorry -- almost three years ago for Andre Garcia's

7    sentencing, it was the first time I had heard anyone say

8    we were treated inhumanely.  Your Honor's choice of

9    words struck a chord with me back then because of just

10   how true they were.  And as can be seen, the same is

11   true now.  I was an object to Mr. Wolfe, not a human.

12   Mr. Garcia's sentencing hearing is also the

13   perfect example of how Mr. Wolfe's crimes have impacted

14   my daily life.  I have been diagnosed with complex PTSD

15   and suffer from panic attacks that appear out of

16   nowhere.  While sitting in this very courtroom before

17   your Honor during Garcia's sentencing, I had a flashback

18   to the story I just told you.  When I have flashbacks

19   like these, the world around me, the present, ceases to

20   exist.  The past becomes my reality with all my senses

21   of sight, touch, taste, smell, and sound.  It's as real

22   to me as this very podium is now, and it's terrifying.

23   Flashbacks like these have regularly disrupted

24   my daily life, and I wouldn't wish them on my worst

25   enemy.  I go to therapy, which has helped some, and I

finally have emotions again, but almost none of them are good.

I've learned that who I was died in San Diego in October 2013, so much so that I refer to the person I was before it as "she" or "her," as if talking about an old friend, not "me" or "I."  It's surreal, in a twisted way, mourning your younger self.  I am simply -- sorry.  She was the victim.  I am simply the survivor.

I make small decisions every day that I wouldn't otherwise make if I was truly living.  For example, these glasses.  I was trying on different frames and I found a pair.  They were beautiful.  They fit perfectly, were really comfortable.  And when I looked in the mirror, the first thought I had was, wow, I look like me.  So I put those frames back and got these instead.  Because with these glasses, I saw a stranger staring back at me from the mirror.

Mr. Wolfe's crimes also affect the big things in my life.  I've dreamt of being a scientist since I was a kid.  Finishing my college degree was hell.  I was harassed endlessly, but I was determined to not let my life be complete disrupted by awful men thousands of miles away.  I went on to obtain my master's degree from the University of Minnesota.  I went -- sorry.  That too was difficult.

1        I was doxxed to my entire university department

2   by stalkers who tried to get me fired, extort me,

3   proposition me, or simply harass me.  They sent messages

4   to my acquaintances, colleagues, and my mom that often

5   included screenshots from the video.  I wanted to stay

6   at the University of Minnesota for my Ph.D., but it was

7   too much.  Another bridge burned by these men.

8        On to a new school and a new city, but the

9   harassment and stalking did not stop.  Six separate

10  departments in my doctoral program were made acutely

11  aware of the situation to protect me.

12       I am proud to say that just a few weeks ago, I

13  obtained my Ph.D.  And after all of this, I feel like I

14  earned an additional doctoral degree in survival.  But

15  surviving isn't living, and it is so much harder to

16  celebrate this achievement because achievements have

17  become synonymous with targets placed on my back.

18       Every day since meeting Mr. Wolfe, I have had

19  to make a very conscious decision just to stay alive.

20  Living is a daily debate with myself, not a certainty.

21  The only reasons I stay is my mom and my dogs.  My

22  service dog passed in July, and I nearly went with her.

23  There are days I wish I had died in San Diego because

24  dying would have been less painful.

25       All I want to do is hide.  I don't maintain

1   friendships.  If I'm quite honest, I'm not sure I

2   remember how to make friends.  Many people dream about

3   being famous.  I dream of fading into oblivion.  I'm

4   trying so very hard to get better, but it's tough.

5           Even after Mr. Wolfe was arrested, his

6   decisions have made me life more difficult.  It not only

7   took him three years to finally accept responsibility

8   for his actions, but every time his sentencing has come

9   up on the calendar, I've had to mentally prepare to do

10  the hardest thing any survivor can do:  Face the person

11  who harmed me.

12          I would spend weeks getting myself in a right

13  mindset only for it to be postponed again.  Four and a

14  half years of additional agony.  And despite the agony,

15  I flew across the country to make sure your Honor heard

16  my words, to support all of these other brave women and

17  to do whatever I can do, no matter how much it hurts, to

18  make sure justice is done.

19          In the grand scheme of things, I am powerless

20  today.  This statement is all I can do.  All the power

21  lies with your Honor.  How your Honor handles that power

22  is very important to me and the other women because the

23  sentence handed down has the ability to vindicate us and

24  help us heal.

25          Mr. Wolfe and his childhood friend,

1   Michael Pratt, concocted this gross scheme.  It was

2   their idea, and they benefited the most.  I ask

3   your Honor to please hand down a sentence that reflects

4   Mr. Wolfe's leadership role.  Thank you, your Honor.

5            THE COURT:  Thank you, ma'am.

6            MS. FOSTER:  The United States calls victim

7   number 16.

8            JANE DOE 16:  Your Honor, I'd like to thank you

9   for allowing me to be here to today to share my story.

10  I am proud to stand here today with these amazing women

11  who are so brave for sharing their stories as well.

12           It's been ten years and three months since I

13  met Matthew Wolfe.  I had just graduated high school and

14  had been supporting myself, living on my own for over a

15  year at that point.  I had two jobs, and I was still

16  struggling to figure out how to pay for my first

17  semester of college that fall.  My mother had just been

18  released from prison after six years, and my father had

19  disappeared from my life since I was 13.  I had no other

20  family support at the time.

21           Towards the end of summer, I was looking on

22  Craigslist for extra jobs and maybe even a modeling gig

23  because that is something I had always wanted to get

24  into.  I responded to a few ads, one of which was for

25  BeginModeling.com.  And I was unaware that this ad would

1    lead me to the most evil people I have ever met.

2           Under the guise of a paid modeling shoot, I was

3    on my way to San Diego for the first time a couple weeks

4    later, right after my 19th birthday.  Less than 24 hours

5    into my trip, I had already experienced some of the

6    worst trauma I had ever been through.  I described my

7    experience to you in 2020 for Garcia's sentencing, but I

8    didn't get to include what I went through with

9    Matthew Wolfe.

10           I was tired and scared, and I was told before I

11   went home they wanted to have me film a toy video for

12   some extra money.  Not feeling like I had much of a

13   choice in the first place, I agreed and I was taken to

14   another apartment and left alone with Matthew Wolfe or

15   Ben.  I was hoping it wouldn't last long and that I'd be

16   on my way home and I'd never have to think about this

17   experience again.  And I was wrong.

18           After talking with Wolfe about how he wanted to

19   shoot the video, it was clear that he was in charge and

20   this is something he had done plenty of times.  I was

21   promised again that it wouldn't be put online and that

22   it was just for private clients in Australia, and that

23   no one I -- no one I knew would ever find out and I

24   would never be identified.

25           Shortly after filming, it was clear that Wolfe

1    was aroused, and he told me that he wanted to have sex

2    with me.  Again, not feeling like I had much of a choice

3    in the first place, I decided this would be the quickest

4    way out of the situation entirely.  And he forced

5    himself into me, and I dissociated the entire time.

6         A few months later, after I returned home

7    traumatized and alone, I didn't tell anybody about my

8    experience.  My video was published online without my

9    permission.  Millions of views racked up in days, and

10   this experience was being marketed as fun and consensual

11   for everyone in the world to view.  My assault was

12   consumed and still continues to be watched on multiple

13   websites, still to this day over ten years later.

14        Not long after that, my home address, family's

15   address, full name, height, favorite color, everything

16   about me was posted online by Porn Wikileaks, all to

17   rack up more views and generate more money on my video.

18        A few years after my assault, I had moved to

19   another continent to try and model and rebuild a life

20   that was utterly shattered.  Even years after, the men

21   of GDP were still following my social media accounts and

22   trying to haunt me.  They hadn't released the

23   GirlsDoToys video, and they began contacting my modeling

24   agents, threatening to release it and say I came back

25   for a second time to film with them.  For no reason

1    other than financial gain and their sick enjoyment, they

2    were trying to ruin my life a second time.

3             Shortly after, I was released from my contract,

4    canceled from booked jobs, and forced to go home without

5    a work visa.

6             Aside from the initial trauma of being sexually

7    harmed and used, I've experienced years of harassment in

8    many forms, like many girls.  One of the most recent was

9    just last year when somebody had sent an e-mail with a

10   link to my video and a message that said "Did you know

11   your employee is married to a porn star" to my husband's

12   general work e-mail that is shared by his team and

13   leadership.

14            I have been diagnosed with complex PTSD,

15   depression, and anxiety, all specifically from the harm

16   that Wolfe and GDP has caused me.  I have spent

17   thousands of dollars in therapy and medical treatment to

18   try and heal what is my deepest wound as a human.  I can

19   tell you countless stories of how I've been stalked, how

20   many times I've lost jobs, friends, relationships, and

21   even family over this video, how many nights I've stayed

22   awake, afraid of the constant nightmares of being found

23   and harmed all over again.  And I'd love to be able to

24   say that this trauma and fear is long gone, but having

25   this drag out and be pushed back yet another few months

1    is bringing up a lot of my old wounds.

2        Your Honor, my story is just one out of

3    hundreds of known victims made by this predator and his

4    empire.  The only glimmer of hope I've had in these

5    sentencings -- are these sentencings.  Its process and

6    being able to share my story with you in the court has

7    been the biggest thing to help me heal and find closure

8    from this harm.

9        I truly believe that Wolfe is just as guilty as

10   Pratt and the sentence that Wolfe receives will

11   undoubtedly set a precedent.  Wolfe has been sitting in

12   jail for 1556 days, and I pray that this is the year

13   that we finally see justice for his crimes.  Thank you.

14       THE COURT:  Thank you, ma'am.

15       MS. FOSTER:  Your Honor, the United States

16   calls victim 17.

17       JANE DOE 17:  Ten years ago, the monster living

18   under my childhood bed became a reality when I met

19   Matthew Wolfe, Andre Garcia, and Michael Pratt.  As a

20   young, impressionable teenager, I never thought I'd have

21   to worry about people like them because they, like the

22   monsters under my bed, could not exist and, if they did,

23   they would surely be in jail.

24       These men have ruined every relationship I had

25   and shattered a young woman's dreams.  There were very

few people that did not completely cut me out of their
lives, and the few that remained I cut them out of mine
because I was too humiliated and exposed.

I hid in a dark room for years, clinging to
life.  When I did venture into the world, I saw familiar
faces -- friends, teachers, colleagues, acquaintances,
and even strangers -- all willing and eager to catch a
glimpse of me as if I were some sort of pariah.

In my journey towards healing and recovery,
rebuilding a life I planned has been challenging.  The
guilt for not recognizing monsters, as a naïve
20-year-old, has been paralyzing.  Triggers, like a
camera, now infiltrate my days.  Once innocent, it now
instills fear, shifting from a tool for capturing joy to
a dark reminder of its power and exposing false
narratives.

The barrage of ceaseless stalking, doxxing,
threats, and blackmail have made me come to realize that
privacy is a privilege, sparking anger and jealousy as I
see others take it for granted.  But above all, I fear
no longer being alone.  I'm afraid to have a partner.
I'm afraid to have kids.  I'm afraid of career
advancement.  I'm afraid to make new friends.  I'm
afraid of happiness.

You've instilled this fear in me, turning

1    everything good in my life into ashes.  Why would I risk

2    it happening over and over again?  It's been nearly

3    3,650 days of living in a tortuous purgatory, but today

4    marks a major milestone in my recovery.  Today there's a

5    shift in the winds.  Today is the day all the survivors

6    get their voices back.  Today is the day we get to be

7    heard.

8            Your Honor, may I address Mr. Wolfe?

9            THE COURT:  Yes, ma'am, you may.

10           JANE DOE 17:  For all these years, I credited

11   you as a brilliant salesman, but that is giving credit

12   where credit is not due.  Did you really think you could

13   get away with this?

14           You, Matthew Wolfe, are bottom-of-the-barrel

15   scum.  You're a leech that found enjoyment feeding on

16   young, innocent, malleable women.  Your entire

17   self-worth was tied to our demise.  It's all you had.

18           I always wondered if given the opportunity to

19   see you one last time, if you'd remember who I am or if

20   I'm just another faceless commodity in your Rolodex of

21   victims, but now that doesn't matter to me anymore.  May

22   the faces of all the brave, powerful, and fearless women

23   here today haunt you.  May you feel a depth of violation

24   as intensely as you have inflicted upon us.  May you

25   feel the weight of being exiled and the howls of

1    loneliness intensify in the years to come, just the same

2    you have caused for us.  May you never again find solace

3    of anonymity and privacy, just the same as we have lost

4    now and for the rest of our lives.  May we become the

5    monsters under your prison bed, haunting you in your

6    every waking and sleeping hours.  You deserve all the

7    pain and suffering that awaits you.  We were your

8    prisoners; now you will be ours.

9           Your Honor, I hope the courageous women sharing

10   their stories today serve as a stark reminder of why

11   Mr. Wolfe deserves the severest punishment, not just a

12   slap on the wrist.  We represent just a fraction of

13   Mr. Wolfe's victims.  Hundreds of promising lives have

14   been derailed by his callousness and greed.  Our

15   experience is just the tip of the iceberg in the

16   sex trafficking pandemic happening right now.

17          A long jail term will be a significant victory

18   in the ongoing fight for justice against monsters

19   lurking in the shadows like Mr. Wolfe, that delude

20   themselves into thinking they are untouchable predators.

21   Thank you.

22          THE COURT:  Thank you, ma'am.

23          MS. FOSTER:  Your Honor, there are no further

24   victims who would like to speak in person.  I don't know

25   how the Court would like to handle the individuals on

1    Zoom.   I honestly am not sure who -- which victims are

2    identified on Zoom.  So I'm happy to call out the names

3    if the Court wants or --

4              THE CLERK:  I only have two that wanted to

5    speak today.

6              MS. FOSTER:  Perfect.

7              THE CLERK:  And it's victim number 23.

8              THE COURT:  Okay.  So victim number 23 is on

9    the screen right now.

10             Is that correct, ma'am?

11             JANE DOE 23:  Yes.  Can you hear me?

12             THE COURT:  Yes, we can.

13             JANE DOE 23:  Can you hear?  Okay.

14             THE COURT:  We can hear you.

15             JANE DOE 23:  Okay.

16             Good morning, your Honor.

17             THE COURT:  Good morning.

18             JANE DOE 23:  Thank you for having me today.

19             First, I want to say thank you to everybody who

20   spoke.  Hearing your voices and cries is moving, and

21   though your words bring up dark memories for me, they

22   also remind me that I'm not alone.

23             Today's time doesn't allow for a full

24   expression of the impact and consequences these crimes

25   have had on my life and well-being, and I can only hope

that as a minimum outcome today, one could just
understand the devastating effects of this severe
emotional trauma.  To recall the physical effects would
simply overcome this moment I have before me, which
includes my account of how I got into this situation and
also the physical and financial burdens after the fact.

The unexpected part about a human from being
cut is that sometimes the wounds can become more
infected, harmful, and painful throughout the healing
process rather than in the initial blow.  And the same
applies in my mind, my heart, and my spirit regarding my
scars from this humiliation, shame, isolation, betrayal,
and then, of course, the memory itself of being forced
to perform sexual acts for over ten hours past the point
of asking for it to stop, as if me bleeding in that
hotel bed wasn't a reason enough.

The combined effects of all of these wounds
have negatively changed my connection with the world,
enduring the pain of my now-broken family and my
professional and personal relationships, and even
changing how I connect with strangers.  I live in fear,
both in my real life and in the online world.  I've
overcome stalkers, physical abuse, and I've had to
continuously move homes, jobs, and change my phone
number in the last seven years.

1      Internally, I also suffer.  I grieve.  I live

2  with the memories of these horrific moments and then the

3  onslaught of harassment, judgment, and the unrooting of

4  everything and everyone I've ever known.  My daughter is

5  the only reason I keep going and keep living.

6      If you've ever mourned and grieved over the

7  loss of a loved one, you would understand that internal

8  pain.  But to mourn and grieve over the loss of yourself

9  while still alive is a profound life experience to be

10  having.  My parents grieved their loss as well, and that

11  grief has turned to sadness and anger and resentment.

12      Now in this present moment, my burning question

13  is wondering if I'll ever have a moment in my future

14  where my past isn't lurking close by.  Who I was before

15  this happened feels like only a memory, and I just exist

16  in her body figuring out my path forward.

17      I'm struggling to forgive these individuals who

18  used my life as a pawn in their devastating and

19  disturbing agenda.  Over the last seven years, I have

20  sometimes felt like a prisoner to the seemingly

21  everlasting consequences of these videos, and I imagine

22  the journey to healing will continue on for many more

23  years despite any outcome.

24      The years of suffering of all these women and I

25  combined, it is well beyond an individual's lifetime,

1    and I hope to see a sentence that is fair and just in

2    comparison to our years of suffering as well.  Thank

3    you.

4              THE COURT:  Thank you.

5              Adrianna, do you have another?

6              THE CLERK:  Yes, victim number 24.

7              JANE DOE 24:  Can you guys hear me?

8              THE COURT:  Yes, we can hear you.  Thank you.

9              JANE DOE 24:  Your Honor, thank you for

10   allowing me to give a statement today.  If it weren't

11   for a prior commitment with my employer, I would have --

12             THE REPORTER:  Excuse me.  I can't --

13             THE COURT:  Ma'am.  Ma'am.  I have to stop you.

14   You need to slow down so that we can make a record of

15   your statement.  So start over, if you would.

16             JANE DOE 24:  Your Honor, thank you for

17   allowing me to give a statement today.  If it weren't

18   for a prior commitment with my employer, I would have

19   flown across the country to be there in person, because

20   today signifies closure for the harm that Mr. Wolfe has

21   caused me and all of the other women.

22             My story, like many others, begins when I first

23   started college.  I was on an academic scholarship,

24   pursuing my dream to escape my small town and make

25   something of myself in New York City.  Like many of the

1   other victims, I was flown to California under false

2   pretenses by Mr. Wolfe and his team.  No one in my life

3   at the time knew that I had made that trip.  Wolfe hung

4   this over my head throughout the process to get me to do

5   things that I did not want to do.  I'm sure they did

6   this to all of their victims.

7         I had many thoughts of running out of the door

8   as fast as I could, but the odds of a successful escape

9   did not seem likely.  Even if I got past two grown men,

10  where was I to go?  I did not know anyone.  And if I

11  went to the police, the anonymity that I had been

12  promised would be blown.

13        When it was over, Wolfe left me with Garcia,

14  who forced me to stay in his apartment so he could drive

15  me to the airport in the morning.  I know now Garcia

16  only wanted me to go to his apartment so he could rape

17  me.  I have little doubt that Wolfe knew exactly what

18  would happen if we were left alone.

19        When my video was released, I didn't believe

20  there could be life after what happened to me, so I

21  attempted to take my life.  I took a handful of pills

22  and prayed that I just wouldn't wake up.  If it weren't

23  for my RA at the time intervening after my roommate told

24  him that I was acting strange, I would have been

25  successful.  The doctors were able to resuscitate me,

1   and I was placed in a psychiatric facility for

2   two weeks.  I spent Easter that year in a psych ward.

3        Upon release, I finished my second semester of

4   college, juggling outpatient care and rehab while

5   keeping up my studies.  I was harassed on campus more

6   times than I can count.  There was even an instance

7   during my senior year where a fellow student took a

8   screen capture from my video and plastered it all over

9   campus and posted it on the school's public Snapchat

10  account.

11       The cruel words and actions do not compare to

12  the fear that I lived with throughout my entire college

13  career and well after.  I was always paranoid that

14  someone was watching me, and was terrified that someone

15  would try to stalk me or do even worse.

16       Ten years later, that fear still lives in the

17  back of my mind.  Ten years later, I am still receiving

18  harassing text messages.  I received one yesterday

19  evening while nursing my newborn, and I'm sure the

20  occurrence was no coincidence with me choosing to speak

21  here today.

22       I ended up graduating college, early in fact,

23  because I did not want the abuse to continue any longer.

24  I chose not to put on my cap and gown and go attend my

25  graduation ceremony because I feared that someone would

1  yell something horrible at me as I crossed the stage to

2  collect my diploma.  My family never got to see me make

3  that walk.

4       That was just one of the many things that was

5  robbed from my due to the actions of Mr. Wolfe.  I was

6  robbed of my privacy, my dignity, and my peace of mind.

7  The simplest things were stolen from me:  The ability to

8  walk down the street without looking over my shoulder.

9  The freedom to post a picture of the beautiful family I

10  built without fear a stranger might recognize me.  The

11  courage to trust people and not live in a constant state

12  of fight or flight.

13       But worst of all, I was robbed of my identity.

14  I was once viewed as a beautiful, fun-loving, and strong

15  woman who was known for her athleticism and ability to

16  make just about anyone laugh.  I was a caring friend and

17  a daughter my parents were proud of.  Mr. Wolfe

18  shattered who I was, and I became whatever people wanted

19  to believe.

20       Today I'm taking my identity back.  I am not a

21  victim.  I'm a survivor.  And I'm not merely a survivor,

22  I'm a fighter.  And all of my progress and what I have

23  achieved is despite of the horrible things Mr. Wolfe has

24  done to me and so many other women.  A decade ago,

25  Mr. Wolfe sentenced me to a lifetime of fear, anxiety,

1  and loneliness.  He did this to hundreds of women,

2  collectively stealing more than 1,000 years of peaceful,

3  happy lives from his victims.

4       Today I ask your Honor to commute these

5  sentences Wolfe has handed out to all of us and pass

6  that along to Mr. Wolfe by giving him as long a sentence

7  as possible.  I have lived with the shame, the fear, the

8  blame, and the consequences long enough and so have the

9  other survivors.  It is now Mr. Wolfe's turn to carry

10  that burden.  Thank you, your Honor.

11       THE COURT:  Thank you, ma'am.

12       Is there anybody else who wants to appear via

13  video?

14       THE CLERK:  There is not.

15       THE COURT:  Okay.  Ms. Foster, is there anybody

16  else who would like to present a victim impact

17  statement, either -- we don't have anybody else on

18  video.

19       Anybody else in person?

20       MS. FOSTER:  Your Honor, not that I know of.

21  If the Court is amenable, if we could have just a

22  three-minute break for us to just check and confirm.

23       THE COURT:  Okay.  Let's take a 5-, 10-minute

24  break and let Adrianna know when you're ready.

25       MS. FOSTER:  Thank you, your Honor.

```
 1              THE COURT:  Thank you.  We'll be in brief
 2   recess.
 3              (Recess taken.)
 4              THE COURT:  Ms. Foster, is there any other
 5   evidence by way of victim impact statements you wish to
 6   present?
 7              MS. FOSTER:  No, your Honor.  Thank you.
 8              THE COURT:  I think that concludes everything,
 9   if the government and defense agree.  I know probation
10   is here, as they should be, and I appreciate that.
11              The sentencing will take place on March the
12   19th.  What time was that set?
13              THE CLERK:  At 10:00 a.m.
14              THE COURT:  At 10:00 a.m.  And the Court will,
15   of course, entertain any further victim impact
16   statements, both on video or in person, and we'll
17   proceed with the sentencing on that day.
18              MS. FOSTER:  Understood, your Honor.  Thank
19   you.
20              MR. PARMLEY:  Thank you very much.
21              MR. WARREN:  Thank you.
22              THE COURT:  Thank you.  We'll be in recess.
23
24              (Proceedings concluded at 11:19 a.m.)
25
```

C E R T I F I C A T E

I, Stephanie Whitehead, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on January 22, 2024; and that the format used complies with the rules and requirements of the United States Judicial Conference.

Dated:  February 16, 2024.

s/ STEPHANIE WHITEHEAD

Stephanie Whitehead, CSR 10093
U.S. Official Court Reporter