```
 1                  UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3   _____
                                    )
 4   UNITED STATES OF AMERICA,      )
                                    ) Case No. 19-CR-04488-JLS
 5                     Plaintiff, )
                                    ) Tuesday, March 19, 2024
 6            v.                    )
                                    ) Sentencing Hearing
 7   MATTHEW ISAAC WOLFE,           )
                                    )
 8                    Defendant. )    CERTIFIED
     _____)  TRANSCRIPT
 9

10

11               REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                     PAGES 1 THROUGH 92

13          BEFORE THE HONORABLE JANIS L. SAMMARTINO
                   UNITED STATES DISTRICT JUDGE
14

15        APPEARANCES:

16        For Plaintiff:  UNITED STATES ATTORNEY'S OFFICE
                          880 Front Street, Suite 6293
17                        San Diego, California  92101-8807
                          BY:  ALEXANDRA FOSTER, AUSA
18                        BY:  JOHN PARMLEY, AUSA

19
          For Defendant:  WARREN & BURSTEIN
20                        501 West Broadway, Suite 240
                          San Diego, California  92101-5030
21                        BY:  JEREMY WARREN, ESQ.
                          BY:  KATIE JENKINS, ESQ.
22

23        Reported By:  Stephanie Whitehead, RDR, CRR
          District Court Clerk's Office
24        333 West Broadway, Suite 420
          San Diego, California  92101-3806
25        (Reported stenographically; transcribed via computer)
```

1          <u>TUESDAY, MARCH 19, 2024; 10:03 A.M.</u>

2                          -o0o-

3          THE CLERK:  Matter number one, 19-cr-04488-JLS, United

4   States of America v. Matthew Isaac Wolfe for sentencing.

5          MR. WARREN:  Good morning, your Honor.  Jeremy Warren

6   and Katie Jenkins for Mr. Wolfe who is present.

7          MS. FOSTER:  Good morning, your Honor.  Alexandra

8   Foster and John Parmley for the United States.

9          MR. PARMLEY:  Good morning, your Honor.

10         THE COURT:  Good morning.

11      The Court has read and considered a number of documents for

12   sentencing this morning.  They include the presentence report,

13   the addendum to the presentence report, defendant's objections

14   to the presentence report, defendant's sentencing summary

15   chart, defendant's sentencing memorandum with exhibits

16   attached, and correspondence, the GEO letters and letters from

17   family members and others.

18      I have the Government's sentencing summary chart, the

19   Government's sentencing memorandum, the underlying plea

20   agreement.  I have the recently filed victim impact statements

21   that were filed that I received sometime yesterday.

22      I understand there were additional things to be filed by

23   both sides?

24         MS. FOSTER:  Your Honor, we received --

25         THE COURT:  Okay.  Pull the mic closer.

1          MS. FOSTER:  We received an additional three victim

2   impact statements last night and this morning.  I'm happy to

3   provide them to the Court this morning.  We did not get the

4   opportunity to file them this morning.

5          THE COURT:  Well, if you wish them to be considered,

6   number one, they need to be filed.  Number two, at some point,

7   when it's appropriate in these proceedings this morning, I'll

8   take a break to read them.

9          MS. FOSTER:  Will do, your Honor.  Thank you.

10          THE COURT:  Okay.  Mr. Warren?

11          MR. WARREN:  Yes.  We received a letter from our

12   client.  We just e-filed it right now.  So it's on the -- it's

13   on the docket.  It's about three pages or so.  We'd ask the

14   Court --

15          THE COURT:  Okay.  Well --

16          MR. WARREN:  -- if you have an opportunity, to take a

17   look at that.

18          THE COURT:  Have you given my courtroom deputy a copy

19   of it?

20          MR. WARREN:  We gave her a copy of the letter but not

21   with the -- not with the cover page showing it's been e-filed,

22   but yes.

23          THE COURT:  Okay.  Very well.  Well, I'll take a break

24   at some point and read your statement when I read theirs.

25       So let's address the objections to the PSR.

```
 1              MR. WARREN:  Thank you, your Honor.
 2              THE COURT:  Well, I can tell you how I feel about
 3      them.  I think the addendum addresses the factual disputes.  I
 4      don't think there's a need in this case for the Court to
 5      consider the information in those paragraphs, and probation's
 6      recommending that they not be included.
 7              MR. WARREN:  And I would just -- first of all, I
 8      appreciate that.  I think all the --
 9              THE COURT:  I don't think the Government's objecting
10      to that.
11              MR. WARREN:  No.
12              MS. FOSTER:  No.
13              THE COURT:  No.
14              MR. WARREN:  Right.  I would just ask the Court, based
15      on my experience, that the presentence report obviously goes to
16      the Bureau of Prisons.  And what we found -- what we've heard
17      from clients is that, unless there's an amended presentence
18      report filed, that the Bureau of Prisons doesn't always
19      consider the addendum.  So we'd just ask the Court to have
20      probation issue an amended presentence report that just takes
21      out those three paragraphs.
22              THE COURT:  Okay.  Let's hear from probation.
23              PROBATION OFFICER:  Your Honor, the addendum does
24      get --
25              THE COURT:  I'm sorry.  I'm having a hard time hearing
```

1    you.  Pull that closer.

2         PROBATION OFFICER:  Jennie Tyson from Probation.

3         THE CLERK:  Your Honor, can you give me one second.

4    They can't hear.

5         THE COURT:  Apparently, we're having some technical

6    difficulties.  Just give us a moment.

7       (Pause in proceedings from 10:07 a.m. to 10:08 a.m.)

8         THE COURT:  Okay.  So we're good to go from a

9    technical standpoint.

10      Go ahead, probation.

11        PROBATION OFFICER:  Thank you, your Honor.  Jennie

12   Tyson for probation.  The addendum gets sent to the Bureau of

13   Prisons, but I'd be happy to write an amended presentence

14   report if it's ordered.

15        THE COURT:  Okay.  So I will do that and request that

16   it be amended and do a new presentence report to include what

17   has just been sustained.  And I don't have any objection to

18   that.

19      With regard to the second objection, which is a legal

20   one --

21      (Interruption in proceedings.)

22        THE COURT:  Please turn off all devices, and you can't

23   record in this courtroom.

24      -- that relates to the zero-point?

25        MR. WARREN:  No.  Actually, your Honor, we have a

```
 1    second objection that has to do with the guideline

 2    calculations.

 3             THE COURT:  I'm going to follow the calculation that

 4    you and the Government are recommending.

 5             MR. WARREN:  Okay.

 6             THE COURT:  And let me address zero-point.  I don't

 7    think your client qualifies for zero-point, and so that's not

 8    going to be given.

 9             MR. WARREN:  Okay.

10             THE COURT:  Okay?  Do you need to be heard further on

11    either of those?

12             MR. WARREN:  No.

13             THE COURT:  Okay.  The Government doesn't need to be

14    heard on that?

15             MS. FOSTER:  Not given the Court's ruling, no.

16             THE COURT:  Okay.  Very well.

17             MR. WARREN:  Your Honor, on the zero-point, we'd just

18    stand by what we put in our memo.  I don't have anything

19    additional to add.

20             THE COURT:  No, that's fine.  And I spent some time

21    with that and looked at that, Mr. Warren, and I don't think

22    there's a qualification for that departure.

23       So with that, let's go ahead and proceed.  And you may go

24    ahead.

25             MR. WARREN:  Thank you very much, your Honor.
```

1     Before I start, is there a way to turn off this particular

2  monitor, just because -- if not, I'll work with it.

3          THE CLERK:  Okay.

4          MR. WARREN:  Thank you very much, your Honor.  We

5  appreciate the length and breadth of this case and all the

6  moving parts.  I'd like to just start with a little bit of

7  background.  And forgive me if I cover a little bit that's

8  covered in our sentencing memo, but I think it's important to

9  have a little bit of background on Mr. Wolfe and who he is.

10     Many of the people in the front two rows are Mr. Wolfe's

11 family; they've come from New Zealand and Australia to be here.

12 His parents, his stepparents, his sister and others.  And he

13 does come from a very loving family.  I mean, quite often we

14 see people get involved in a criminal case come from very

15 different backgrounds without a certain type of upbringing, and

16 he did have a good one.

17     He did well in school.  He excelled in computers, something

18 that he followed throughout his entire life.  He did not want

19 to go to college after high school, and he began working.  And

20 he's really had a good work history.  Until he came to America,

21 he worked a number of jobs.  He took a computer training

22 course, and he excelled so much in that that they offered him a

23 job and went immediately from student to instructor.  And he

24 really enjoyed helping people learn, you know, kind of core

25 fundamental computer skills, Microsoft Word, things like that,

1    PDF creation, and helped them get their resumes and get jobs.

2        He then worked in the service economy, worked at a bar,

3    became a manager.  I think his city's largest bar was an Irish

4    bar.  And, you know, your Honor, you can think, okay, well, how

5    does that lead us to here?  And I'll get to that, but he does

6    have a really positive background in terms of his work history.

7    He's responsible -- you've seen the letters from people who

8    hired him.  They entrusted him with, you know, cash business at

9    a bar, with overseeing security.  Bars can be -- an Irish bar

10   can be a place where there's some pugilism from time to time,

11   and he ran everything in a calm manner.

12       In 2011, there was a series of earthquakes in Christchurch,

13   New Zealand that was devastating for that particular city.

14   That's where he grew up and where his family lives.  I found

15   out yesterday his bedroom in his home, the chimney -- was a

16   100-year-old farmhouse with a chimney made of some kind of

17   stone.  It collapsed.  He had to climb through the window to

18   escape.  But the economy went into a real nosedive, and on top

19   of that, there was sort of a malaise throughout New Zealand,

20   particularly on his island and in that city.

21       And it was at that point -- and I was thinking about, you

22   know, a lot of our border bust cases where, you know, people

23   have these offers to drive cars with drugs and, no, I'll never

24   do it.  And then there's some confluence of factors that get

25   people to finally make a bad decision.  And that's what

1     happened here.

2         Michael Pratt was someone he knew from elementary school.

3     They had been friends.  They sort of -- using air quotes, just

4     like everybody's a friend in elementary school -- kind of lost

5     touch.  And Pratt had reached out years later to kind of check

6     in on him, found out he did computer work and, ultimately in

7     2011 said, hey, you know, I've got this gig going out here.

8     Come join me.  And given what was happening in New Zealand at

9     the time, Mr. Wolfe being single, kind of a little bit more

10    free, he ended up making -- taking the plunge.

11        And I think that like, your Honor, while there's a lot of

12    terrible in this case, and I don't want anything that I say or

13    that Mr. Wolfe has done -- he pled guilty.  He takes

14    responsibility for being part of a scheme that was awful.  And

15    your Honor has heard a lot about it in previous sentencing

16    hearings; I know you'll hear some more today.  I don't -- he

17    did plead.  He did accept responsibility for that.

18        At the same time, as part of the Court's sentencing

19    consideration, you have to think about a lot of the factors

20    under 3553, his history, his role, who was he.  And I think

21    there's been -- part of the narrative that has come through, I

22    think, has placed Mr. Wolfe in a misleadingly sophisticated and

23    area of responsibility that isn't consistent with what really

24    happened here.

25        So I do want the Court to know that this scheme was

1   entirely Michael Pratt's scheme.  It had been running -- up and

2   running for, I think, three or four years before he ever

3   reached out to Mr. Wolfe.  He created it -- Pratt.  Pratt

4   perfected it, Pratt ran it, and Pratt had lots of other people

5   working with him to do it.  Again, not to diminish -- Mr. Wolfe

6   did participate -- but to put in context that that's how he was

7   brought out.  If he had never known Pratt, Pratt would have

8   found somebody else to do the computer work.

9       And that's what Wolfe did when he got here for the first

10  year and a half, two years.  He was a tech in the office doing

11  back-end stuff, doing payroll work, and things like that.  Now,

12  it evolved, and we know that, and that's why we're here today.

13  He ultimately became involved in filming, and I think there

14  were five different cameraman, from Pratt to others.  But he

15  was one of them.

16      He shot maybe 15 or 20 percent of the videos, and he was an

17  employee.  He received, as your Honor knows, $500 a week to

18  start.  He got a free flight out here.  He was put in an

19  apartment for a while until he got his feet on the ground and

20  was able to rent his own.  He later became a contract --

21  independent contractor and billed hourly.  Even at the end, he

22  was making a few thousand dollars a month, compared to Pratt

23  who was making millions of dollars and was driving around in a

24  Lamborghini, living in a multi-million dollar house in Rancho

25  Santa Fe.

1    And so just in terms of, you know, where everybody's placed

2    in this, Mr. Garcia was making a lot more money than Mr. Wolfe

3    was because -- and I want to come back to Dre Garcia in a

4    couple of minutes.  But just in terms of the financial side of

5    it, he was at first an employee, then an independent

6    contractor.  And then at some point Wolfe -- pardon me, Pratt

7    offered him this side business saying we're going to start this

8    whole other thing called the toys part of it, and I'm going to

9    make you 50 percent owner.

10    And it's now very clear in hindsight that Pratt had no real

11    interest in building up that particular thing; he was going to

12    use that as a way to just generate more income for himself

13    through the GirlsDoPorn side of it.  So they would film these

14    other -- the solo shoots, as they called them, and Pratt would

15    put them on the GirlsDoPorn site, and so there was no reason

16    for anybody to pay for them on the other site.

17    Long story short, Wolfe never got a single extra penny from

18    that.  And so he was a significant player in this, just like

19    many other people were, but he was not a particularly

20    high-level guy.  And I think there it's -- it's easy to feel

21    like he was because he's from New Zealand, he knew Pratt from

22    when they were children, he was in this group for many years,

23    but he didn't have a particularly special role for Pratt.  The

24    same when Pratt left the country.  He left the country during

25    the litigation -- the civil litigation.  Mr. Wolfe -- we have

1   no idea if he was fleeing or if he just went on a trip or

2   whatever, but he continued to run the business.

3       And the presentence report says Wolfe ran the business in

4   Pratt's absence, but that's not the case.  And I can address

5   that, but he -- Pratt -- there's no number two to a guy like

6   Michael Pratt.  He's a -- you've heard the descriptions of him.

7   He was kind of a violent guy.  He was -- flew off the handle.

8   He would get into road rage, he'd smash stuff at the office,

9   and he made it very clear everybody worked for him.  And so

10  there was no number two and, if there was, it certainly wasn't

11  Mr. Wolfe.

12      I want to turn to kind of the hardest part to talk about in

13  this case is what happened.  I mean, the crime that took place

14  is what happened before the filming started.  A lot of what --

15  and what I mean by that is this is the crime, is conspiracy to

16  commit sex trafficking by fraud, and that -- and the fraud was

17  in the inducement.  It was in the lie to the women that they

18  would not be put on the Internet when it would be put on the

19  Internet.

20      So understandably, your Honor, a lot of the victims talk

21  about what happened when the cameras were rolling, and of

22  course it's described as extremely harrowing.  And I'd just

23  point the Court to what we talked about in our sentencing memo.

24  You know, I mean, really, Ms. Jenkins mostly was -- we watched

25  the videos that were pointed to by the probation report as

1   violent and whatnot.  And it just -- you know, reasonable minds
2   can differ, your Honor, but we didn't see the blood and all the
3   other things that were described.  We just -- they just didn't
4   exist.

5       And so that's not to diminish how people felt and
6   particularly when they felt when the parade of horrors happened
7   after they were -- the information was doxxed, you know, their
8   names were released to the public and their lives came crashing
9   down.  That was awful, and there's, of course, responsibility
10  for that.  But to the extent that there are allegations of
11  either personal misconduct involving the women by Mr. Wolfe or
12  that he was aware and watching, observing, and were directing
13  it, that's just not consistent with the evidence that we've
14  seen, and it just doesn't seem to appear to have happened.

15      Your Honor, since Mr. Wolfe was arrested in 2019 -- he's
16  been in custody for four and a half years -- he's done really
17  well.  And pretrial custody is difficult, extremely difficult.
18  You're surrounded by people who have every different type of
19  case; everyone's sitting there wondering what's going to happen
20  to them; the stress level is through the roof.  And then to
21  have an accusation of the type like this that makes you
22  incredibly vulnerable:  In custody people find out what you're
23  charged with, that makes you a target.

24      He really thrived in custody.  He taught himself computer
25  code, taught others -- forget about what he did for himself.

1    The Court may not really -- that may not matter so much, but he

2    did a lot to help other people.  He was counseling other

3    people.  He was teaching them computer coding.  He started a

4    library over at GEO and funded it with books that he and his

5    family provided that he would make available to other people.

6    These are positive things, and it's not every case that we get

7    letters from the guards saying, hey, the guy's outstanding.

8    Those are the first things we provided to the Court.

9        He's a father.  Your Honor's aware of the circumstances of

10   how he really stepped up for a young woman who found herself in

11   a tough position, fell in love, became maybe not the biological

12   but the actual father of a child and then became a father of a

13   second child.  He loves them to death.  And, you know, it's

14   hard to be removed from that, and he's been able to see them;

15   they've been able to have communications, but it's rough for

16   him and for his family.  You know, he comes from a very

17   conservative family.  His father's a police officer.  His

18   stepfather's a firefighter.  His mother is a medical

19   administrator.  And they -- this has been hard on them too.

20       Now, again, everything I say, you know, there are other

21   factors the Court has to consider; I know that.  And a lot of

22   people have suffered as a result of everything that happened in

23   this case.  What's most important for me to convey to your

24   Honor is that Mr. Wolfe made a terrible decision to get

25   involved in this.  At his core, the allegations are not

1    consistent with who he was raised to be and who he is.  And he

2    does have to pay for that.  But I think that the type of

3    sentence that the Government is recommend -- well, that

4    probation is recommending is not really consistent with the

5    conduct here.  His criminal -- lack of criminal record.

6        And I think that turning to the sentencing factors, or to

7    what the Court has to consider here, we're not in a vacuum.

8    Your Honor has sentenced other people in this case, and the

9    Court has to under 3553 consider sort of relative culpability

10   vis-a-vis sentencing disparity.  And I think that, you know, we

11   have Pratt.  He'll be before the Court imminently.  We have

12   Garcia who the Court sentenced.  And we have Mr. Gyi -- "Gee"

13       And I really think that the Court should wrestle with where

14   does Mr. Wolfe fit in with those people.  I think Pratt's off

15   the chart; I'm not even going to discuss him.  But I think that

16   the real question is, sort of, Gyi got four years and Garcia

17   got 20.  And where does Mr. Wolfe fit in there?  And I would

18   just suggest, your Honor, that Mr. Wolfe is not like Dre Garcia

19   for a number of reasons.  Dre Garcia, first of all, had a

20   criminal record.  It wasn't a particularly significant one, but

21   he had one.  He was in a higher Criminal History Category.

22           THE COURT:  II.  Criminal History Category II.

23           MR. WARREN:  Right.  Yeah.  And I don't have his PSR,

24   so maybe it was a DUI.  Whatever it was, but he was on -- he

25   had a record.  He had been involved in the pornography business

1    before he ever met Pratt.  He was already recruiting women to

2    do other types of pornography.  He reached out -- and this is

3    from his interview.  He reached out to Pratt.  He found him and

4    said, hey, I think I can get -- find -- recruit women for you.

5    He also was the one who was the point of contact for the women.

6    So he was the one when a woman would e-mail in and say, hey,

7    I'm interested in this thing, he would be the one who would

8    make personal contact with almost all of them.  And he would be

9    the one that would perpetrate the lie to their face -- and by

10   "their face," you know, I mean over the phone and Internet.

11   He's the one who recruited the other women to become what they

12   call the reference girls, reference providers.

13        And, of course, there were allegations that at the time

14   Mr. Wolfe didn't become aware of until the civil litigation

15   much later, but there were some very specific and pretty

16   outrageous -- by "outrageous" I mean, horrible allegations

17   against Mr. Garcia.  I think he had a sex addiction.  He would

18   meet these women at the airport and then say -- take them to

19   his apartment and say, hey, we have to practice for tomorrow

20   and do all sorts of horrible things to them before and after

21   the shoots.  And I think that was pretty well established.  So

22   there was -- you know, and he would provide drugs and alcohol

23   to some of the women.

24        And so I mean, his conduct was atrocious, and I'd suggest,

25   your Honor, that he's the person who -- he got sexual

1   gratification, I mean, hundreds of times through his

2   involvement, and I think that the person who's committing the

3   sex act is the person who's -- an unwanted and inappropriate

4   sex act, is the worst of the worst.  Again, this is Pratt's

5   business, but I think in every way, what Garcia did was so much

6   worse.  He also made more money.  When he recruited the women

7   in, for each woman he was able to get to agree to come out to

8   San Diego to film, he would get a bonus.  And I think it was

9   $1,000 or $2,000.  And so the payroll records reflect that

10  Garcia made much more money than Mr. Wolfe.

11      And then also, under the 3553 factors, your Honor, the

12  Court has to consider protection of the public.  And Garcia's

13  an American citizen.  And so, you know, in Your Honor's

14  comments at his sentencing, you talked about that, about how "I

15  have to worry about you when you get released."  He was a

16  relatively young guy, and "I have to protect the public from

17  you."  And part of that really -- your Honor didn't articulate

18  it this way, but it seemed very clear:  Part of his sentence

19  was to remove him from society so he wouldn't -- couldn't be a

20  danger to women in the public.  And I think for someone who's

21  going to be removed from the United States, the Court doesn't

22  have to be concerned about that, because he won't be a member

23  of our public; he'll be somewhere else.

24      And I think along those lines too, the service of the

25  sentence is very different between Garcia and Mr. Wolfe because

1    as a -- he's eligible to get -- Garcia's eligible to get

2    certain reductions that Mr. Wolfe won't.  So perhaps -- I don't

3    know how your Honor is thinking this through, but if the

4    Court's thinking about, well, just relatively -- or, say, 10 or

5    15-year sentence, how would they be served differently,

6    someone's going to get out a lot sooner than someone else.  And

7    Mr. Wolfe won't be able to get any of those benefits, so he'll

8    serve the full 85 percent because he won't get First Step Act.

9    He won't get early halfway house.  Who knows what other

10   programs are out there.  And I think it wouldn't be right if

11   Garcia was released before Mr. Wolfe gets sent back to

12   New Zealand.

13       One other thing I'm reminded to address is, in many ways,

14   really the tipping point in this case was when the doxxing

15   happened.  I'm sure the Court's familiar with the term.  And

16   we've heard a lot from the women involved, how their lives were

17   turned upside down in horrible ways.  There are people out

18   there called -- there's a name for them called porn trolls, and

19   there are people -- and this is a learning experience, right?

20   But there are people who go out there, and that's how they kind

21   of get their jollies, is to identify people and ruin their

22   lives.

23       And there is this website called Wiki -- Porn Wikileaks

24   where this stuff -- and the presentence report provides this

25   impression that Mr. Wolfe had something to do with doxxing or

releasing the names, and it's just the opposite.  He had

nothing to do with that.  We understand, we've spoken with the

civil lawyers.  Of course this is Pratt not Mr. Wolfe, but

Pratt was -- he was trying to protect his business.  You know,

he was a greedy guy; it was all about his money.  It was bad

for his business to have these women's names out there, and so

he was paying for access to Porn Wikileaks to take down the

names.  That's what I've been told.  That's what I understand.

But I can tell you this much, your Honor, Mr. Wolfe had

nothing to do with doxxing anybody.  And I think it's

unfortunate that the presentence report gives an impression

that what, to me, if I were a judge, would be a very powerful

aggravating factor if someone was actively helping to release

names so that peoples' lives could be destroyed.  And I'm just

here to tell you, that's not what happened.  It was the

opposite for Mr. Wolfe.

Your Honor, as I mentioned in the sentencing memo -- and

I'm about to sit down.  But as I mentioned in the sentencing

memo this is a one-off case.  We haven't seen a case like this

before, and I'm not really aware of any trafficking by fraud

case.  All the other ones -- and I've been involved in a lot of

them; we've cited a couple of them to the Court -- I shouldn't

say I've been involved in a lot, but I've seen a lot of them in

this district.  They're typically, you know, Crip or Blood

cases, racketeering cases with gentlemen who have long criminal

1    histories and long histories of antisocial behavior who are

2    really, you know, enslaving young women and putting them on the

3    street, taking every penny they earned, exposing them to the

4    violence and dangers that come with that, often at their own

5    hands.

6         And what we've seen in those cases -- you know, there's a

7    range.  But I've cited the *Pittman* case.  I did have a

8    defendant in that case.  The typical sentence in that case was

9    like, five or six years, and the main defendant, Pittman, I

10   think got 12 years.  So it's just something that the Court can

11   consider in terms of sentencing disparity.  Even though it's --

12   it's different, I would suggest in a lot of ways what happened

13   in those cases and to those women was just so atrocious.  And

14   so I think that the Court can consider that.

15        The plea agreement that Mr. Wolfe signed was entered after

16   the Court had sentenced Mr. Garcia.  And what we've seen is

17   that, in many cases, the negotiations can be affected by the

18   Court -- by previous sentences.  Because the Government --

19             THE COURT:  Sure.

20             MR. WARREN:  -- really more than anybody, the

21   Government has to try to do the right thing in terms of

22   sentencing disparity.  And we've seen many cases where the

23   Government will adjust their offer based -- based on the facts

24   on the ground.  And here, the offer was for -- their

25   recommendation to the Court was 150 months after the Court had

1    given 20 years to Garcia.  And I think that does tend to speak

2    to how the Government views the relative culpability here, that

3    they are willing to and agreed to and are recommending a

4    sentence that's substantially lower than what the Court imposed

5    on Garcia.

6         And I do point out that, unlike Dre Garcia, there is an

7    appeal waiver here at 15 years.  And so I really hope the

8    Court -- we think 8 years is the appropriate sentence here.  If

9    the Court is going to go higher than that, I think there were

10   lots of reasons to go beyond the guideline range for Garcia,

11   and I think that for the reasons we've discussed here today, I

12   think there's a lot of reasons to stay within the guideline

13   range.  And certainly everyone wants closure here, and the case

14   will never end in peoples' minds, and you know, Pratt will be

15   here and all the other stuff there will be continuity.  But for

16   all the women involved, and for Mr. Wolfe, for his family, for

17   the Government to fully resolve and close this case out when

18   we're done and everyone can move on, I think there's a lot to

19   be said for that too.

20        So unless the Court has any question -- I know I've sort of

21   spoken for a while here -- I'll submit.

22             THE COURT:  Your recommendation to the Court I thought

23   was 108 months.  It's less than that?

24             MR. WARREN:  108.  My math is off.  So that's nine.

25             THE COURT:  The math was off?

1        MR. WARREN:  Yeah.

2        THE COURT:  Okay.  Just wanted to make sure.

3        MR. WARREN:  That's why we went to law school, right?

4    No, but I appreciate that.  Thank you, your Honor.

5        THE COURT:  Okay.  Thank you.

6    Mr. Wolfe, you have an opportunity, if you would like, to

7    address the Court.  Now, I understand you've written a letter

8    to the Court, and I'm happy to accept that letter.  And, as I

9    said, I'll take a break at some point and read that so it can

10   be considered as part of my sentence when I read the other

11   victims' statements that have come in.

12       But if you'd like to address the Court, you may, sir.

13       THE DEFENDANT:  I'll keep this brief.

14       THE COURT:  If you're going to read something,

15   Mr. Wolfe, get closer to the mic.

16       THE DEFENDANT:  Sure.

17       THE COURT:  And read it slowly for my court reporter.

18       THE DEFENDANT:  No problem.

19       THE COURT:  Thank you.

20       THE DEFENDANT:  Like I said, I will keep this brief.

21       "To your Honor, I am truly sorry for everything.

22       "To the women involved, the lie about the videos

23   distribution and how you were treated after the videos were

24   released is disgusting to me and not what I wanted for anybody.

25   I am very, very sorry.

1    "To my friends and family, I'm very sorry for what I've put

2    you through.  I hope today brings us closer to closure for

3    everyone.  Once again, I'm truly sorry.  Thank you for your

4    time."

5           THE COURT:  Okay.  Thank you, Mr. Wolfe.  I appreciate

6    that.

7           THE DEFENDANT:  Thank you.

8           THE COURT:  Ms. Foster, go ahead, ma'am.

9           MS. FOSTER:  Thank you.  Your Honor, the Government's

10   sentencing memo lays out our position given the crime, given

11   the defendant's role, including the plus 2 for his leadership

12   role in this case.  The Government is recommending a mid-range

13   sentence of 150 months, and that is what is warranted here.

14       I'd briefly like to address the defendant's sentencing memo

15   and his allocution this morning.  Obviously, it highlights his

16   characteristics and his history.  And, obviously, that is that

17   it's fully legitimate.  The issue or the concern here is that

18   it also minimizes his involvement with this company, with

19   GirlsDoPorn and with GirlsDoToys, and his role in this offense.

20   And it makes it seem like he was just a bit player and that the

21   women knew what they were signing up for.

22       And the Court has heard from hundreds of victims -- or at

23   least has heard from at least 30 to 40 victims as to how they

24   didn't know exactly what was going on and how violent this

25   whole experience was for them.  And the fact that when

1    Mr. Warren and Ms. Jenkins watched the video they didn't see

2    it, that doesn't cut it.  That doesn't cut it as compared to

3    the number of women who have come here and have explained what

4    a horrible experience it was for them.

5        I would like to just point the Court to the facts that

6    underlie our plea agreement.  And I just want to read two

7    paragraphs.

8            THE COURT:  Are you looking at the plea agreement,

9    Counsel?

10           MS. FOSTER:  Yes, your Honor.

11           THE COURT:  Where are you?

12           MS. FOSTER:  If the Court looks at page 4,

13   paragraph 4.  "The defendant moved to the United States in 2011

14   to work for Pratt at GirlsDoPorn.  He worked there full time

15   until October 2019."  That's, as the Court knows, about eight

16   years.  This wasn't just a drop in the bucket.

17       "Defendant had a wide range of responsibilities at

18   GirlsDoPorn.  Defendant was the cameraman for approximately 100

19   GirlsDoPorn videos.  We're not talking just a couple of videos.

20   Defendant uploaded finished videos onto GirlsDoPorn.  Defendant

21   oversaw GirlsDoPorn's financial books and bank accounts.  And

22   defendant operated various business entities that were used to

23   support GirlsDoPorn.  Defendant also helped market GirlsDoPorn

24   websites.  The defendant agreed that this is what he did.  The

25   idea that he was just a small fry, that he was just a cog in

1     the wheel is not accurate."

2         The second paragraph that I'd like to point the Court to is

3     paragraph 5, which is also on page 4 and 5.  In that paragraph,

4     "The defendant concedes that to persuade women to appear in the

5     pornographic videos for GirlsDoPorn, Defendant and others in

6     the conspiracy told the women that the videos would never be

7     posted online, that the videos would never be released in the

8     United States, and that no one who knew the women would ever

9     find out about the videos.

10        "Defendant and other members of the conspiracy knew these

11    representations were false because the videos produced by

12    GirlsDoPorn were exclusively marketed and distributed on the

13    Internet.  They were posted on Porn Hub.  The idea that nobody

14    was ever going to find out about this in the United States

15    could not be farther from the truth."

16        It's also fair to say that the defendant trained others.

17    The Court heard from Mr. Gyi.  In that case, Mr. Gyi said in

18    his findings of fact -- and it's also in the defendant's

19    findings of fact -- that it was Mr. Wolfe who trained him, who

20    told him to lie to these women, to tell them that it was going

21    on a DVD; that these videos were going on DVDs to Australia and

22    that they would never be posted on the Internet.

23        The only other point that I would like to make as to

24    Mr. Wolfe is, as Mr. Warren points out, there are porn trolls

25    out there.  There are people who make it their life's work to

1    destroy these women.  The defendant knew about this, and yet he

2    still allowed for these videos to go out into the Internet, for

3    them to go out into this world even though these women never --

4    did not sign up for that.  They did not sign up for all of

5    their information, for their videos to go out onto the

6    Internet, and certainly not onto Porn Hub.

7        And so I understand that there are other 5091 cases that

8    have been in this courtroom, that have been in this courthouse.

9    The aggravating factor here is just the sheer numbers.  We are

10   talking about hundreds of women.  I have prosecuted cases of

11   pimps with women who have worked for those pimps.  Those pimps

12   have treated those women horribly.  That being said, there were

13   three, four, five of these women.  Here, we have hundreds, and

14   that is the aggravating factor, and that is why a sentence of

15   150 months is warranted as to Mr. Wolfe.

16       At this juncture, the United States would like to call some

17   of the victims if the Court is amenable to that.

18            THE COURT:  No, I am.  As we had at the last hearing,

19   I heard from a number of people, but I represented that those

20   people who wanted to be heard on the actual day of sentencing,

21   I would certainly hear from them today.  I have an amended

22   list.

23            MS. FOSTER:  That's correct, your Honor.  So I just

24   want to make it clear to the Court, the Court will note on some

25   of these women it says number in parens 01/20/22.  Those are

VICTIM 6 - IMPACT STATEMENT

1    the women who spoke to the Court back in January.  So the women

2    that we would be calling up at this point are the women who

3    have not spoken to the Court, so not the ones that have 01/22.

4    And I will call them up; they may not be exactly in number

5    order, but I will do my best.

6              THE COURT:  Okay.  Well, go ahead and identify them by

7    number or letter, however you choose to.

8              MS. FOSTER:  Will do.  Thank you, your Honor.

9              THE COURT:  Certainly.  So go ahead.

10             MS. FOSTER:  At this juncture, the United States would

11   call Victim Number 6 to the stand.

12             VICTIM NO. 6:  Hi, your Honor.

13             THE COURT:  Good morning, ma'am.

14             VICTIM NO. 6:  I'm sorry my voice is shaky.  And I

15   will talk slow.  I want to tell you that I really struggled

16   hard to get these words down and to know what it was I wanted

17   to say.  And I think a part of that reason is because I've

18   tried so incredibly hard for the last nine years to heal from

19   what happened.

20      And I want to believe that I have healed, but the truth is

21   I probably never will fully heal from it.  The effects that GDP

22   had on my life will never go away, and it pains me to admit how

23   much it still it affects my life today, despite my best efforts

24   to move past it.

25      I have split selves due to the trauma, and I literally have

## VICTIM 6 - IMPACT STATEMENT

1   to disassociate from this part of my life just to survive.  The

2   result is a woman who feels like she isn't whole, a girl that

3   is broken, scared, detached, numb, and untrusting.  At 18 years

4   old, everyone in my life saw a video of my assailant having sex

5   with me.  The video was viewed tens of millions of times by

6   people around the globe, including all of my friends, my

7   family, my parents, my coworkers, my bosses and even strangers

8   that I would come across.

9       How does anyone integrate that into their life and be okay?

10   How do you stop feeling like you want to die?  I don't have the

11   answers to these questions, and I try every day to do my best

12   to forget.  I had to change my name, my identity, my

13   appearance, my profession -- I moved, all to protect myself.

14   My entire life has been destroyed.  I lost so many jobs, so

15   many friends, relationships.  I lost my self-worth, my dignity

16   and my sense of safety, my goals, dreams, and I lost my will to

17   live, all because of this scheme Mr. Wolfe helped to put in

18   action.

19       I've spent years blaming myself for what happened.  I

20   struggled with an eating disorder because I wanted to take up

21   the least amount of space possible.  I just wanted to

22   disappear, and I spent years hiding from the world, afraid when

23   anyone would even look at me.  I spent eight months of my life

24   unable to even get out of bed, mitigating myself numb from the

25   flashbacks and the pain.

VICTIM 6 - IMPACT STATEMENT

1    I have been continually harassed for the last nine years by

2    people from all around the world who want to tell me that I'm a

3    slut, that no one will ever love me, or have to see random men

4    masturbating to screenshots of me.  I avoided intimate

5    relationships because anytime I get close to someone, they

6    would be harassed too.  For years I've blamed myself, and I

7    kept saying I should have known, how could I have been so

8    stupid.

9    But I realize now it's not about what I should have known.

10   It's about what Mr. Wolfe knew and what he willingly did.  He

11   knew he was going to destroy my life the day that we met.  He

12   knew this for every single woman he met.  He used us, and he

13   spit us out a shell of the person that we were before we met

14   him.  He knew exactly what he was doing, and he knew exactly

15   what would happen to us, and he did it anyway.

16   I was 18 years old when I was trafficked, and I know now

17   that I'm not to blame.  That blame rests on Mr. Wolfe, Pratt,

18   and Garcia.  But at the end of the day, the blame doesn't

19   matter because I'm the one who has to live with the

20   consequences of Mr. Wolfe's deception.  I'm the one who got a

21   life sentence that I will never be free from.

22   I have chosen to make meaning out of what happened by

23   deciding to go to grad school and to start a career in which I

24   can help other survivors of sexual assault and PTSD.  And

25   that's the way I'm choosing to make meaning out of it and to

1    make the life and pain worth enduring.  I am proud of the woman

2    I've built myself to be since the men of GDP have destroyed me,

3    but the fact is they killed a version of me.

4        The girl at 18 is dead, and she will never come back.  I'll

5    never be able to be that free-spirited, optimistic girl who

6    believes the best in people.  I'll never be able to see the

7    world as a place that I can achieve anything I want to.  And

8    even though I'm proud of myself, I'm going to be the first

9    person in my family to get a college degree soon, when I

10   graduate, it's not even going to be my name that's called.  And

11   no matter how hard I try or how much therapy I do or what I

12   tell myself, I'll never be able to undo the damage that

13   Mr. Wolfe caused.

14       Thank you for listening.

15            THE COURT:  Thank you, ma'am.

16            MS. FOSTER:  We'd like to call Victim Number 10.

17            VICTIM NO. 10:  Good morning, I'll put this closer.  I

18   want to be really clear.

19       You (indicating).

20       Good morning, your Honor.  Can you hear me okay?  Okay.  I

21   would like to also make -- there have been some damning

22   admissions in Wolfe's plea agreement that Ms. Foster shared

23   that -- I'd like to read one that stood out to me in

24   particular.

25            THE COURT:  Okay.

1        VICTIM NO. 10:  You may be interested in this too.

2   "Defendant became aware that personal identifying

3   information and social media accounts for some victims

4   were being posted on pornwikileaks.com, a site

5   controlled by Pratt and dedicated to exposing the true

6   identities of individuals appearing in sex videos,

7   causing the victims to be subjected to severe

8   harassment.  Even after the defendant became aware of

9   this, the defendant and others continued to assure

10  prospective models that no one" -- no one -- "would

11  ever find out about their shoot or learn their true

12  identities."

13       THE COURT:  Okay.  Let me just indicate that's

14  page 6 and 7 of the plea agreement, paragraph 11.

15       VICTIM No. 10:  Yes.  Correct.

16       THE COURT:  Go ahead, ma'am.

17       VICTIM No. 10:  Thank you.

18     In January of 2017, just a month or so after my video was

19  released, I can remember feeling suicidal and alone.  My world

20  had just collapsed, and I wrote this journal entry:

21  "I'm just at an all-time low.  I can't describe this

22  feeling.  I am so tired of trying to be stronger than

23  I really am.  I'm just really tired, and all I want to

24  do is give up.  It's unbelievably hard to deal with

25  everything and not have anyone to talk to about it,

1    because they will never understand because I did this

2    to myself.  I seriously hate myself so much for my

3    decision, which makes everything that much harder,

4    because I am all I have.  I'm not one to think

5    suicidal thoughts, but I can't help but wonder what

6    the easiest way to go would be.

7        "This situation and everything going on is just way

8    too much for someone to handle, especially at 19.  I

9    literally have no one.  I feel so weak because I feel

10   this low, and I don't know how to shake it.  I tell

11   myself I can't cry because it's not going to make

12   anything any better, but the tears just stream down.

13   I just want it all to go away.  I can't keep feeling

14   like this.  This just seems never-ending."

15       I can't tell you how many times I have read comments online

16   call me a waste of life.  And at 19 years old, I started to

17   believe -- believe it.  The Internet was flooded with pictures,

18   videos, and my personal information identifying me as being

19   that girl in the video.  Every single member of my family --

20   and every single member of my husband's family was sent a

21   direct message with a link to the video.  I was told by a

22   coworker that all of my managers had found out about and were

23   watching it in the office, while members at the country club I

24   was working at were trying to play it on the flat screen TVs in

25   the card room.

Matthew Wolfe's callousness cannot be understated.  He knew exactly what would happen to me and every other woman.  He knew we would be endlessly harassed and our lives would be destroyed, and he simply did not care.  No one -- no one with a shred of empathy could do that.  And taking three years to enter that plea of guilty -- that plea.  That proves it in my opinion.  Three years it took him to plead guilty.

Since writing that journal entry seven years ago, there have been countless days where I have felt embarrassed, violated, and genuinely scared for my safety.  The fear of being recognized in public never goes away.  Years of relentless online harassment and messages from stalkers have permanently cemented this fear into my brain.

Back in 2021 when I was still suffering greatly and I learned about Andre Garcia had pled guilty, desperate for relief, I thought maybe going to his sentence would give me some kind of relief, but I was wrong.  It helped immensely.  Hearing your words and meeting the other victims, and meeting the attorneys working on this case, it just -- it healed a part of me that these men had stole.  Receiving the orders from your Honor granting us the rights to those videos, I can't thank you enough.  I really can't.  Truly life-changing.  We were heard.

I came across a Nelson Mandela quote that says "What counts in life is not the mere fact that we have lived, but it is the difference that we have made in the lives of others that will

1    determine the significance of the life we lead."  That makes me

2    think of everybody that's helped us:  The FBI agents, your

3    Honor, the attorneys, and the tremendous difference that you've

4    made in each and every one of our lives.  As a result of the

5    orders that you have passed down so far in this case, I have

6    started volunteering at Generate Hope, a non-profit in

7    San Diego run by Susan Munsey, a victim herself, who provides

8    immediate care for victims of sex trafficking; by teaching art

9    to women in their recovery program; I've donated art to be

10   auctioned for the Surfrider Organization, which teaches --

11   which uses surf therapy for victims suffering from trauma; and

12   I've been able to connect with Alia Jordan over at the Safe

13   House Project to better educate people on all the different

14   tactics that predators are using to traffic young women.

15       I have been in therapy for the last eight years, and I plan

16   to enroll in college to study neuroscience one day.  I have

17   found my voice as an advocate for others, and I tell the Court

18   this not to get a pat on the back or not to brag, but because

19   the sentence that you hand down today has the ability to

20   kickstart somebody else's recovery the same way you did for me

21   three years ago.

22       I am so proud of that 19-year-old girl who did not give up,

23   because if I did, I would never have the opportunity to look at

24   the FBI agents, your Honor, the attorneys, in the eye and say

25   thank you.  Thank you for the difference that you have made in

1    my life.  Please understand that there truly is no better

2    closure than seeing justice served.

3        May I address the defendant?

4            THE COURT:  Yes.

5            VICTIM NO. 10:  Thank you.

6        Defendant Wolfe, I'm going to ask you to look at me while I

7    speak to you, if you don't mind.

8        Hey.  Yeah.  Buying domain names for some of the victims'

9    names to create websites purely for the purpose to spread

10   their -- I'm sorry.  You've been a coward long enough.  Could

11   you look at me when I'm speaking to you.  Thank you.

12       That was a low blow.  And leaking my parents' physical home

13   address on Reddit, that was a gut punch.  But for all -- excuse

14   me.  Look at me, please.

15       For all the low blows and the gut punches you served, I

16   have great pleasure in telling you that you hit like a bitch,

17   and I hope that you get exactly what you deserve.

18       Thank you so much.

19            THE COURT:  Ms. Foster.

20            MS. FOSTER:  The Government calls Victim 11 to the

21   stand.

22            VICTIM NO. 11:  Good morning.

23            THE COURT:  Good morning.

24            VICTIM NO. 11:  One second.  Sorry.  I stand before

25   you today not just as a survivor seeking healing, but as a

1   voice for those who can no longer speak for themselves.  The

2   deliberate actions of Matthew Wolfe have not only scarred me

3   but also shattered the lives of my family.  My younger sister,

4   who was a minor at the time, faced relentless harassment at

5   school, turning her haven of learning into a battlefield of

6   ridicule and isolation.  My mother, who already was grappling

7   with the absence of half of her family, endured the loss of the

8   remaining connections she cherished both personally and

9   professionally in her unwavering defense of me.

10      The repercussions of Mr. Wolfe's betrayals spiraled beyond

11  the confines of our home, casting a dark shadow over every

12  aspect of my life.  I was surrounded by harassment both online

13  and in person from schoolmates, neighbors, former friends, and

14  even colleagues.  This relentless torment pushed me to the

15  brink of despair almost ending my existence.  However, anchored

16  by the unwavering support of my mother and sisters, I found the

17  strength to stand by you today.

18      My heart aches for those who are not so fortunate, for

19  those girls whose light was extinguished too soon because of

20  Mr. Wolfe's actions.  These victims, devoid of the support

21  system that I had, succumbed to the despair leaving a void in

22  the world that can never be filled.  Today, I implore you to

23  honor their memory, to acknowledge their worth and the profound

24  loss of their untimely departure.  They are not forgotten.

25  Their stories, their struggles and dreams serving as a solemn

1    reminder of the cause of these crimes and the importance of

2    justice.

3        Your Honor, in rendering justice, you let all victims,

4    present or not, know that their suffering was not in vain.

5    Thank you.

6            THE COURT:  Thank you.

7            MS. FOSTER:  United States calls Victim Number 16 to

8    the stand.

9            VICTIM NO. 16:  Good morning, your Honor.

10           THE COURT:  Good morning.

11           VICTIM NO. 16:  This is only my second time in

12   San Diego, a city I promised myself to never return to.

13   However, I came here today, after forbidding myself in 2015, to

14   stand alongside other women in the hopes of seeing justice

15   served.

16       Eight years have passed since I was initially flown to

17   San Diego, and a lot can happen in eight years.  But my last

18   eight years have been at a standstill, incapable of moving

19   forward since coming in contact with Matthew Wolfe.  Even after

20   eight long years, the anguish and pain I've carried every

21   second of every day has not wavered; it has been so tough.

22       I'm the oldest sibling of an amazing close-knit family.  I

23   grew up in a small town sheltered from all of the horrific evil

24   in this world.  I worked hard to make sure my 4.0 GPA was put

25   to good use at a university so my adult life --

1          THE REPORTER:  Excuse me --

2          THE COURT:  Slow down.

3          VICTIM NO. 16:  Sorry.  I'm nervous.

4          THE COURT:  I understand.  That's all right.  Just

5     take a breath and go slowly.

6          VICTIM NO. 16:  Okay.

7       So my adult life had more choices and opportunities than my

8     parents.  All I have ever wanted to do in my life is to make

9     them proud.  I was one year short of graduating when I met

10    Mr. Wolfe.  He didn't see the countless sacrifices my parents

11    and I made to get me there.  He also didn't see how hard I

12    worked as a full-time student, juggling two jobs just trying to

13    stay afloat.  I was burning the candle at both ends to make it

14    to the finish line with a diploma.  I was so close, and then

15    Mr. Wolfe entered my life.

16       In his papers to this Court, your Honor, Mr. Wolfe claims

17    that the women he filmed did not seem in distress, and that if

18    he saw someone in distress, he had no problem canceling the

19    production on the spot.  I cannot tell you how false this is.

20    I was in excruciating pain filming.  So much so that I began to

21    cry.  In fact, I cried so hard it left tear track marks through

22    the layers of foundation GDP's makeup artists slathered on my

23    face.  The grooves were so deep, it was plainly noticeable on

24    film.  Because of it, I'm now known on the Internet as the GDP

25    girl with the tear tracks in her makeup.

1    I begged to stop multiple times to no avail.  To Mr. Wolfe,

2    my tearful pleas to stop were an annoyance.  He rushed me back

3    to filming so that he could finish his job and go about his

4    day.  He could have easily edited the tear tracks out of the

5    video and choose -- but chose not to.  I have no doubt that he

6    viewed my pain and humiliation as better product for his

7    depraved subscribers.

8        Your Honor, may I address Mr. Wolfe?

9            THE COURT:  Yes.

10           VICTIM NO. 16:  I know you didn't think of me as a

11   human at any point in time during filming, and definitely

12   didn't think of me at all after you were done with me.  You

13   didn't think of me when I had to drop out of college and spend

14   the next six months of my life at my parents' house, hiding in

15   my childhood bedroom after being viciously attacked by people I

16   once considered friends and strangers all over the world.  You

17   didn't think of me on the two separate occasions I tried to

18   commit suicide, so alone not a friend or person who understood

19   in the world.

20       You didn't think of my little brother as he was mercilessly

21   bullied in the hallways during his senior year of high school.

22   You didn't think of me when my car was vandalized with condoms,

23   or when people critiqued my body online causing me to develop

24   an eating disorder I still to this day battle.

25       You didn't think of me as I dropped out of a second college

1    and destroyed my once-perfect GPA that I worked so hard for.

2    You didn't think of the crippling PTSD I suffer from and will

3    suffer from for the rest of my life.  No, when you were done

4    with me, you threw me away and moved on to the next faceless

5    victim like an assembly line of destruction.

6        Although you didn't think of me, I thought of you every

7    single day for the last eight years.  Your face and voice are a

8    nightmare that I cannot escape from, Matthew.  You robbed me of

9    what should have been the best years of my life.  You've closed

10   so many doors of opportunity that, no matter how hard I fight,

11   I don't think I will ever be able to reopen.

12       You've stolen so many things from every woman that you've

13   met.  Today, we finally get to see something stolen from you,

14   your freedom, something all of us women have lost long ago.  I

15   beg of you to use this time to finally think of me and the

16   hundreds of other women whose lives you've destroyed.  Use this

17   time to become a better person.  Learn how to empathize with

18   people, something that I didn't get.  Use this time to become a

19   better person for your parents and people who love you.

20       Your Honor, I stand here today asking you to deliver

21   justice to the man who's inflicted so much pain.  While I will

22   never get back everything Matthew Wolfe has stolen from me, I'm

23   asking for justice and closure that I so desperately need, that

24   we all need.  With the sentence handed down today, your Honor,

25   you can help me put my past behind me and give me back the

VICTIM 17 - IMPACT STATEMENT

1    bright future I had at my fingertips eight years ago.  A future

2    without Matthew Wolfe's lingering shadow.

3         Thank you, your Honor.

4              THE COURT:  Thank you, ma'am.

5              MS. FOSTER:  The United States calls Victim 17 to the

6    stand.

7              VICTIM NO. 17:  Good morning, your Honor.

8              THE COURT:  Good morning.

9              VICTIM NO. 17: Before I get into my statement, I did

10   want to address the opening facade that the defense team here

11   said.  It was just really disrespectful to hear Wolfe being

12   portrayed as a mere computer guy or cameraman for GDP, who is

13   not receiving any sexual gratification from his criminal acts.

14   Because I could see the sexual gratification in his face when

15   he was showing me how to use these toys during my shoot,

16   because I had just turned 18 and didn't know how to use them.

17   There is no doubt in my mind that he enjoyed that, enjoyed

18   exploiting every single one of us while he was filming.  I just

19   wanted to clear that.

20        But it is crazy to think that it's been almost a decade

21   since I thought I was going to kill myself over the trauma I

22   endured because of this company's greed, lack of humanity, and

23   simply disgusting predatory conduct.  When I arrived in

24   San Diego, I was excited to celebrate my 18th birthday with who

25   I thought were the coolest, nicest guys in San Diego.  But, of

VICTIM 17 - IMPACT STATEMENT

1    course, my teenage self had no idea I was hanging out with

2    pedophilic scam artists running a major sex trafficking

3    organization.

4        I'm still working on forgiving my 17-year-old self for not

5    knowing any better as I've been harassed online about.  There

6    are so many sick details hidden in memories I've tried so hard

7    to repress and forget from my experience with them that

8    continue to haunt me and my family to this day.

9        I hate myself to this day for being so excited and saying

10   thank you to them for buying me a big frosted cake with candles

11   for my 18th birthday.  I didn't get to have any of it, of

12   course.  It was just a prop for them and their sick audience to

13   get off to.  But at the time I thought it was really sweet.  I

14   really thought it was funny that I thought I dropped the ball

15   and was going to miss the opportunity to model with --

16   beginmodeling.com because they realized I was still a minor at

17   the time.  But they were calling me on the phone, pushing me to

18   fly out.  And little did I know that my underage status would

19   not put them off in any way but, instead, excite them and

20   pressured me to work even more with them and to get me on the

21   plane.

22       Instead of having any human decency, empathy, or moral

23   compass, Matt Wolfe assisted GDP in coercing me and countless

24   other young women into the worst and most traumatic experiences

25   of our lives that only snowballed the second they were done

exploiting everything they could possibly get out of us.  What
hurt me the most through all of this was not the relentless
bullying, harassment, and stalking I went through and still go
through, but the pain my family also had to endure.

My mom would walk out of church and come back to her car to
find notes in the window shield calling me a whore, slut,
prostitute.  My little sister was being propositioned by GDP's
sick base of predators pleading her to come out and work with
them also at the age of 13.  Essentially, everyone in my family
was sent a link to my abuse:  Parents, uncles, cousins,
coworkers.  None of us talk about it to this day.  I still
never go to my hometown, never go out in public there.

I won't forget the Christmas party I tried to go to the
year of this release where I ended up running out and crying
because a group of guys were standing around and watching the
video, grinning at me.  But those same guys eventually did come
around years and years later to apologize.

A lot of people who I thought were friends did eventually
say sorry for how they treated me, but that was only after
years of being shamed and ridiculed.  It did not happen until
GDP's predatory and pedophilic operation was brought to light
by the public in the court system.  Even then, GirlsDoPorn's
sick attorneys attacked me in the most vile ways, even using
nude photos of me when I was 18 -- or 17 years old during my
deposition.

1    I've been battling in the courts for almost eight years

2  against Mr. Wolfe.  It has been very taxing, but I'd do it for

3  the rest of my life if that's what it takes for justice to be

4  served.  That's why I traveled here from the East Coast in the

5  middle of exams to make sure that the justice system

6  understands just how dark and malicious the defendants have

7  been in their scam, and the lasting impact that their

8  disgusting crimes have had.

9    As if the crimes and trauma from everything wasn't enough,

10  they continued to harass and berate us through the legal system

11  as we tried to fight for our experiences to be brought to light

12  and have justice served.  It's empowering to be here now with

13  these women as survivors who can finally tell our story and

14  hope for justice to finally be served.  But only your Honor has

15  the power to give him the consequences that he thought he could

16  avoid for the past decade.  Thank you.

17            THE COURT:  Thank you, ma'am.

18            MS. FOSTER:  The United States calls Victim 18 to the

19  stand.

20            VICTIM NO. 18:  Nine years, five phone numbers, four

21  bank accounts --

22            THE COURT:  You're going to have to get just a little

23  bit closer.

24            VICTIM NO. 18:  Is this better?

25            THE COURT:  It is.

1          VICTIM NO. 18:  -- countless appearance changes,

2    medication trials, and endless hours of misery later, here we

3    are.

4        It was difficult to drudge up the necessary feelings to try

5    and articulate the harm Mr. Wolfe, who I know as Isaac,

6    inflicted on me and his hundreds of other victims.  It was even

7    harder to find the language to put it all to paper.  To say

8    this impacted me, impacted us, feels too flimsy a word.  To

9    reference it in the past tense would be to imply Mr. Wolfe's

10   impact had an expiration date, which could not be further from

11   the truth.  This impacted as a crater does, crushing down by

12   force, causing irreversible, irreparable, lifelong damage.

13       I lost everything.  I lost my life as I knew it.

14   Mr. Wolfe's family is behind him right now, and I am here

15   alone.  The fallout with my family forced me to flee my home

16   leaving behind everything I owned, knew, and loved for a

17   frightening place just because it bore the promise of blending

18   in.  But even in New York City, with my dyed-brown head down, I

19   couldn't escape recognition.  But I had no family, no friends

20   and no money, so I had no choice but to brave the elements and

21   work to survive despite the risk.

22       The need to numb myself from living in this constant state

23   of hypervigilance sparked what would become a years-long

24   debilitating drinking problem.  Could I have died from it?  In

25   the literal sense, quite possibly.  Would it have killed me in

1    that I would never truly live?  Definitely.  It shackled me to

2    a broken place, yet it simultaneously brought me comfort simply

3    because it helped me forget.

4        It took me five years to finish my senior year of college.

5    I lived in sublet apartments because I've ruined my credit

6    score trying to survive.  There was a three-year period where I

7    had to go no contact with my parents, most of my family.  I'm

8    still unable to be in a relationship for fear of men, fear of

9    people.  I cannot sleep on my own at night due to night terrors

10   I've had since 2016.  A Xanax prescription got me through the

11   worst of these bouts, and I now take low blood pressure

12   medication every night before bed; otherwise, I will not sleep

13   until my body forces me to.  And it's cruel that amongst all

14   the things that you have stolen from me, my family, my 20s, my

15   reputation, my potential, you managed to steal the simple

16   things like sleep as well.

17       The scarlet letter branded on us by this begs I point out

18   the imprint alongside the impact.  Society made us their enemy.

19   Every stranger was a threat, and my body suffers the physical

20   sensations and repercussions of that fear to this day.  To

21   question a lingering stare on the street, to search for

22   recognition in the eyes of everyone that you meet, the mere

23   memory of it all is exhausting.

24       Did you know that a girl is born with all her eggs?  They

25   form in her mother's -- in her womb, in her mother's womb,

VICTIM 18 - IMPACT STATEMENT

which formed in her mother's womb.  The molecular makeup of my
grandmother's trauma exists in me, making the daughter of my
daughter future victims of Mr. Wolfe's, as mine will exist in
them.  The impact of our suffering is so vast that it could
span three generations.

It was the summer of 2022 when I finally started along the
rough terrain of my healing path.  And four months later,
fighting for sobriety and dabbling with starting therapy, I'll
get a letter from the FBI identifying me as Mr. Wolfe's victim
and informing me of numerous strides taken towards justice, all
of which were unbeknownst to me, as I never could bring myself
to go searching for fear of what I would find.

I'll spend my 29th year of life shedding the skin of my 20s
down to the 21st, the year I met Mr. Wolfe to finally
acknowledge this deep dormant wound.  I had to take a
four-month medical sabbatical last summer as a result of the
manic-depressive episode I spiraled into after receiving that
letter.

It wasn't just Mr. Garcia who got his hands on me that
weekend I spent here in San Diego.  In fact, I spent the bulk
of my time with Mr. Wolfe, who was the videographer and my
chauffeur, as he said when picking me up from the airport.  I
was alone with Mr. Wolfe on my last day here.  Not only did he
take advantage of his position that day by allowing himself the
indulgence of my body, he brought me to some strange man, his

1  friend with a yacht in Coronado, and then positioned me

2  perfectly for their viewing pleasure on the bow of said boat,

3  instructing me how to perform.  Afterwards, he'd call it a cool

4  opportunity he was glad we had time for.

5      Anyone who wanted me got me, Mr. Wolfe behind the wheel and

6  always in tow.  He made sure to get as much out of chauffeuring

7  me as he could, himself and his friends included.

8      Your Honor, may I address the defendant?

9          THE COURT:  Yes.

10         VICTIM NO. 18:  Look at me.  I survived this, and I

11 survived you, but I will never be the same, and I'll never

12 realize what could have been my highest potential.  You're

13 responsible for damage you cannot comprehend.  Someone like

14 you, who can do what you did, lacks the basic humanity needed

15 to begin to try.  You fueled our fears with fire and fanned

16 flames from the depths of the dark Web to the surfaces of our

17 lives all the while bolstering your profits with our suffering.

18 You were co-owner of this little venture.  You kept its books.

19 You literally banked on it.

20     Considering what Mr. Wolfe is capable and the copious

21 amounts of blood on his hands, which exists regardless of

22 whether or not it can be seen, every day he is behind bars is a

23 safer one for girls everywhere.  The crime he is guilty of

24 carries a symbolic maximum penalty.  The damage you have caused

25 will last our lifetimes.  May his sentence as well.  Thank you.

1          THE COURT:  Thank you, ma'am.

2          MS. FOSTER:  The United States calls Victim 19 to the

3    stand.

4          VICTIM NO. 19:  Hello, your Honor.  Thank you for the

5    opportunity to speak today.

6       Before meeting Mr. Wolfe I wanted to become a sports

7    journalist.  Sports have always been an integral part of my

8    life, so it was my dream to make talking about them my career.

9    My goal was to become a reporter for the Olympics because that

10   is an event that seemed to bring the world and people together.

11      In 2015 I was in my second year of college for

12   telecommunications.  Unfortunately, at the time, my family was

13   struggling financially, which only added to the stresses of

14   college and being away from home.  I felt guilty about school

15   costing them so much, and I dreaded asking my parents for any

16   money that I needed.

17      I found a modeling ad on Craigslist that seemed to answer

18   my money problems.  When I met Wolfe, they were friendly and

19   welcoming, they comforted me and made me feel somewhat safe.

20   However, that facade quickly faded when we began filming.  The

21   first day I met only with Wolfe, and he rushed me through the

22   paperwork and dismissed the importance of it.  He continually

23   distracted me as I tried to read it.  Everything felt rushed

24   after that.

25      They asked if I would stay longer to film a second video.

1    I said no, I wanted to go home and I had to be back at school

2    and do homework.  I had already felt uncomfortable, but by this

3    point, I knew they wouldn't let me go home without getting what

4    they wanted.  I will never forget that car ride with Wolfe back

5    to the airport.  I was silent as they dropped me off but happy

6    that it was finally over and I could just block it out from my

7    memory.

8        But only a few short months later my world came crashing

9    down as my future and dreams were ripped away from me.  My

10   brother's simple text "You've ruined your entire effing life"

11   made me crumble and cry in my closet.  Before I knew it, my

12   video had millions of views, and all my friends, family,

13   acquaintances, and distant relatives knew.  Everything I had

14   worked so hard for up to that point was gone.

15       I tried to do anything I could to remove the countless

16   videos by trying to report them, but that got me nowhere.  Much

17   like many of the girls, I suffered harassment, suicidal

18   thoughts and attempts, and just felt hopeless.  I moved several

19   times after that, but it seemed pointless as people would

20   always know or find out.  I couldn't escape it.

21       I even started a relationship with someone who lived in a

22   different state, and their friends told them about it and they

23   ended the relationship with me.  I stayed in an abusive

24   relationship because I believed the things that he would say to

25   me like, who would want you to be the mother of their children,

and every guy is just going to use you. Manipulated by fear and insecurity, I believed him. I believed that I was unworthy of love and acceptance because of what I had been through.

I have been endlessly and continually harassed. I received hundreds of messages, despite changing my social media and applying the highest privacy settings. I even had to make my family make their social media private, so not even my family was safe from harassment. I was even blackmailed by someone threatening to send pictures and snippets of my video to my mom's and brother's social media accounts.

The guilt and shame that I felt because of what my family also had to endure was insurmountable, and it doesn't stop. Just last week, I received a message asking if I was the girl from the GDP video. I get asked when I will set up my Only Fans or if I'm willing to send pictures to them. My significant other even gets messages asking if he knows what a whore she is and asking to detail what sex with me is like. Just constant reminders of the worst time in my life.

Every time a stranger tells me that I look familiar, my heart stops for a moment. Before the video, I was just a 20-year-old hoping to help out my family and one day report on the Olympics. But when that video was posted, a part of me died. Like many others, I sought solace in therapy, trying different medications with all of their varying side effects, to cope and learned to love myself again. Over the past decade

1    we have all endured so much and tried to heal in our own ways.

2    And while it is true that our journey has become a little more

3    bearable, the pain remains.  We have been validated and found a

4    sense of closure, but the wound that Wolfe's actions inflicted

5    runs deep.  No amount of time behind bars will ever fully

6    repair the damage done, nor will it give back what has been

7    taken from me.

8        Thank you, your Honor.

9            THE COURT:  Thank you, ma'am.

10           MS. FOSTER:  The United States calls Victim Number 20

11   to the stand.

12           VICTIM NO. 20:  Before I begin, I would like to thank

13   you, your Honor, for the opportunity to speak my truth today.

14   Though this is a very liberating moment, it doesn't make it any

15   less traumatic or painful.  Before meeting Matthew Wolfe and

16   the events that followed, I was carefree, vulnerable, happy,

17   and an innocent girl.  That all changed when I left California.

18   I felt like I sold my soul to the devil.

19       Your Honor, may I speak to Mr. Wolfe directly?

20           THE COURT:  Yes.

21           VICTIM NO. 20:  Matthew, I know you're not sorry but

22   only sorry that you were caught.  If you were truly sorry, you

23   would have stopped when you were sued in 2016.  You look at me

24   as another girl, another dollar, but do you really know who I

25   am?  I am someone's sister, niece, daughter, granddaughter.

1    This didn't just affect me, but everyone around me.  I lost

2    everything:  Relationships, jobs, and my true self.  You

3    stripped me of my youth.

4        Your Honor, I was devastated when my career as a dance

5    teacher was taken from me.  I was told I would never be a good

6    role model for kids.  No one will understand the suffering, the

7    pain that I and others have faced, but there was one good thing

8    to come from this:  This taught me that I'm a true fighter, a

9    resilient one.  I have been to hell and back, and yet I stand

10   before you today and fight for justice to finally get the peace

11   and close this chapter in my life.

12       Because of days like these, I can finally see a light at

13   the end of the tunnel.  So as my nightmare comes to an end,

14   yours will just be beginning.

15       Thank you, your Honor.

16            THE COURT:  Thank you, ma'am.

17            MS. FOSTER:  The United States calls Victim Number 4

18   to the stand.

19            VICTIM NO. 4:  Good morning, your Honor.

20            THE COURT:  Good morning.

21            VICTIM NO. 4:  Over the years I've grappled with the

22   profound impact that the crimes committed against me by this

23   team of men have had on me.  These experiences have led to

24   significant challenges, including struggles with PTSD, thoughts

25   of suicide.  And I have spent my entire life trying to escape

1    this reality, resorting to drugs and alcohol in my early 20s

2    just trying to go numb.

3        Wolfe's actions had had so many consequences in my life

4    affecting various aspects.  It has hindered my professional

5    advancements leading to missed job opportunities, requiring

6    extensive therapy.  The chain of events began so innocently,

7    something that just seemed like a routine modeling opportunity

8    quickly turned into a nightmare as I was manipulated and

9    coerced under false pretenses.

10       Despite my resistance, I found myself trapped in a

11   situation where my dignity was violated and my autonomy was

12   disregarded.  In the after- --

13            THE REPORTER:  I need you to repeat that.

14            THE COURT:  Slow down, ma'am.  You're going a little

15   bit too quickly.

16            VICTIM NO. 4:  Sorry.

17            THE COURT:  That's okay.  I understand you're nervous.

18            VICTIM NO. 4:  In the aftermath when the evidence of

19   my exploitation surfaced, spreading amongst friends, families

20   and subjecting me to relentless bullying and ridicule, I faced

21   heartbreak of being abandoned by friends and family, amplifying

22   the isolation.  As an immigrant without the support in the

23   United States, I'm here by myself.

24       The emotional toll has been overwhelming, and it's spiraled

25   me into a dark depression.  Though time has passed, I began to

1  heal nevertheless.  I am committed to a journey of self growth

2  and, if I can overcome this, I can overcome other challenges.

3  And what's cool is that I've devoted my life towards helping

4  churches and non-profits and, basically, charities.  So thank

5  you, your Honor.  That's it.

6            THE COURT:  Okay.  Thank you, ma'am.

7            MS. FOSTER:  The United States calls Victim Number 8

8  to the stand.

9            VICTIM NO. 8:  Good morning, your Honor.  Before I met

10  Matthew Wolfe, I was an outgoing, social, confident 23-year-old

11  law student and former D1 collegiate athlete.  But after being

12  trafficked and years of relentless harassment and intimidation

13  tactics, that is no longer the case.  My identity, integrity,

14  privacy, and confidence have all been defiled.  I will never be

15  that girl again.

16      Wolfe took everything from me except my voice, and that is

17  why I am here today.  Your Honor, Wolfe has pretended to be a

18  bystander and will likely try and show remorse.  At the civil

19  trial when asked about fear of criminal prosecution, this man

20  stated, and I quote, "I know I haven't done anything wrong,

21  especially criminally."

22      This is a direct quote from his testimony.  He was

23  smirking, your Honor, when he said this.  This man is a

24  deliberate, professional liar.  His actions were and always

25  will be meticulous, premeditated, and methodical.  We were

1    disposable commodities in his quest for money.  He sold our

2    bodies to the Internet and stripped us of our most basic

3    inalienable rights as Americans:  Our freedom, our pursuit of

4    happiness, our lives.

5        To this day I'm still being exploited.  My video is still

6    online and still comes up when you Google my name.  Despite

7    requests for its removal and making every effort to purge the

8    content, there are over 2,000 URLs linked to it.  Legally, I

9    might own the rights to my video, but my body will never fully

10   belong to me again, and there is absolutely nothing I can do

11   about it.  I will spend the rest of my life a prisoner of

12   Matthew Wolfe's crime.

13       I stand here today not only seeking justice for what Wolfe

14   did to me, but also with a request:  Please, your Honor, ensure

15   that Matthew Wolfe will never be able to traffic another young

16   woman by taking from him what he took from us, freedom.

17       Your Honor, may I address the defendant?

18            THE COURT:  Yes, you may.

19            VICTIM NO. 8:  Mr. Wolfe, today I'm speaking to you as

20   a survivor, not Victim 8 or Jane Doe 1 from the civil trial.

21   Eight years ago I sent you an e-mail asking you to remove a

22   single video from your website, but you refused.  If you had

23   removed that video, you would likely be a free man, and we

24   wouldn't be sitting here today.  After I was forced to file a

25   lawsuit, you not once defended the case on the merits.

1  Instead, you, Pratt, Garcia, and your attorneys spent three

2  years going to great lengths to harass me in the hopes I would

3  go away.

4      Your harassment was relentless, personal, and damaging to

5  every facet of the life I had and a future I was working so

6  hard to build.  To try and claim you did not partake in doxxing

7  is absolutely disgusting.  You sent over 60 e-mails to my

8  family, friends, colleagues, previous soccer coaches, past and

9  present employers, law professors, and deans which contained

10  graphic pictures of me and links to the video.  The subject of

11  those e-mails:  A crusty whore.

12      You mailed naked photos of me to my law school and called

13  the deans trying to get me expelled.  You purchased Web domains

14  for my first and last name and the misspellings of it,

15  obviously seeking to publish further harassing content about

16  me.  You published all of my personal information online and

17  encouraged the trolls and Internet -- Internet trolls and

18  basements dwellers of the world to stalk and harass me, which

19  they did without mercy.

20      You referred to this as, and I quote, whore hunting.  You

21  published defamatory articles online focusing on the fact I was

22  a law student and maliciously attacked my character falsely

23  calling me a prostitute, hooker, and an escort.  You used

24  photos of me for my leadership position on the Student Bar

25  Association as class representative in conjunction with

1  explicit photos attacking my character.  You made sure that

2  every day I lived in fear.  You called me, changing your voice

3  with a voice modifier, threatening me.  One of these times you

4  stated you knew where I walked my dog and you threatened to

5  kill her and then me.

6      You tried to find details about my personal life to use

7  against me, and when you couldn't find anything, you reached

8  out to colleagues of mine and offered to pay them for

9  information.  You paid people to harass me, making phone calls,

10  slut-shaming me.  You also had codefendant and roommate Andre

11  Garcia show up to my work.  In the middle of the civil case,

12  your attorneys fabricated a frivolous lawsuit against me,

13  serving me the day before I took the California Bar exam.

14      During the 99-day civil trial, you hired Alexander Foster

15  to create a video titled "22 Whores + Five Shady Lawyers" with

16  the sole intent to cause substantial emotional distress to

17  myself and the other plaintiffs.  You stole the identity of one

18  of your victims, created a fake Facebook account for her, then

19  contacted me from that fake account trying to get information

20  on the case.

21      You had people call me and pose as journalists in hopes

22  that you could trick me into disclosing privileged case

23  information.  Then your attorneys violated my privacy during

24  trial when they used my real name in open court, stripping me

25  of the little privacy I had through Jane Doe status.  You

1    called me moments before I was set to testify, harassing me and

2    attempting to intimidate me from taking the stand.  I spent

3    four days on the stand, the majority of which was spent by your

4    attorneys asking outrageous and irrelevant questions

5    slut-shaming me, then used vacation photos from my social

6    media, dissecting my bikinis.

7         Your attorney also accused me of being a prostitute.  Then

8    your legal team had the audacity to paint me as a villain,

9    fabricating a story that I was a ringleader of a conspiracy to

10   get money out of you.  You even tried to claim I was harassing

11   myself and that I sent my video to people for fame.

12        Mr. Wolfe, look at me when I ask you this question:  Do you

13   really believe you did nothing wrong?  That is a question,

14   Mr. Wolfe.

15             MR. WARREN:  Your Honor, I'd direct him not to answer

16   any questions today from anybody.

17             THE COURT:  He doesn't need to respond.

18             VICTIM NO. 8:  I paid an astronomical price to ensure

19   this justice.  No part of my world has been left untouched.  I

20   should have spent my life walking into court as a proud

21   attorney practicing law.  Instead, I've spent it as a victim,

22   retriggered and retraumatized at the mere sight of a

23   courthouse.  I abandoned my career in law because of you.  I

24   also haven't been able to apply for a new job in over seven

25   years out of fear that a potential employer will Google my name

1    or run a background check and see the explicit photos from

2    trial that come back from the report.

3        But it's not just my career that's been affected.  You

4    tortured my mind.  I have spent the last eight years of my life

5    living in a constant state of survival mode, and it is

6    absolutely exhausting.  I struggle with insomnia, chronic

7    depression, severe anxiety, and permanent PTSD.  Buspirone,

8    Hydroxyzine, Trazodone, and Clonopin are part of my daily

9    routine, and every time I take one of these pills, I'm reminded

10   of why I take it and the complex trauma you have left me with.

11       I can never escape what you did to me.  I tried moving away

12   and using a different name.  I became obsessed with trying to

13   change my appearance to avoid being recognized.  I've spent

14   thousands of dollars on microblading, facial fillers, and

15   cosmetic surgery.  I have changed my face so much that when I

16   go through customs, Homeland Security's biometric facial

17   recognition software doesn't recognize me as the same person

18   pictured on my passport.

19       All of me is completely different.  Things that used to

20   bring me joy are now a painful reminder of the happiness and

21   quality of life you stole from me.  Shame has become an

22   unshakeable part of my identity; my self-worth has been

23   annihilated.  I went from being a bubbly, friendly, and

24   outgoing person to being fragile, shy, closed-off, and

25   constantly triggered.

VICTIM 8 - IMPACT STATEMENT

1    My love for social events has been replaced with social

2  anxiety.  I isolate and no longer know how to let people in and

3  haven't been able to develop intimate relationships.  I became

4  afraid of everything, afraid to check my phone, afraid of

5  opening my e-mail, afraid to go to sleep at night because

6  nightmares, but also afraid of living, afraid when I walk into

7  a room or meet a new person they have seen my video.  Because

8  of you, my life became a never-ending roller coaster ride

9  through hell.  And with two suicide attempts, it almost cost me

10  my life.

11    I've asked myself if the lengths you went to to disfigure

12  my life were just for profit, or if you're a sadist, a monster.

13  But I cannot waste my time thinking of what little humanity you

14  have left.  All I know is that because of you, I will spend the

15  rest of my life protecting, recovering, and preserving mine.

16    You stole my life, Matthew Wolfe.  You sentenced me to a

17  lifetime of humiliation, but you will not take my voice.  No

18  matter how much you publicly shamed me, relentlessly harassed

19  me, or how hard you tried to intimidate me, you were not able

20  to silence me.  You were not able to silence us.  Look around.

21  We are an army of survivors sharing our truths.  And now it is

22  time for you to pay the consequences and be held responsible

23  for your actions.

24    Your Honor, you have heard from a courtroom full of

25  survivors today about the wounds we carry and the deep scars

1    that will never fully heal.  We have come together to stand up

2    for ourselves, the countless other women Matthew Wolfe preyed

3    on and, most importantly, to fight to prevent this from

4    happening to anyone else.  We have exchanged the innocence lost

5    in us for the chance that others might keep theirs.

6        Wolfe is not a bystander.  No amount of jail time will

7    reform him into a law-abiding citizen.  Wolfe is a dangerous

8    predator and has no regard for the law, nor does as previously

9    stated he see trafficking women as wrong.  As Rachel

10   Denhollander did in her statement to the judge on the Larry

11   Nassar matter, I'm going to ask you the same question:  How

12   much is a young woman worth?  How much priority should be

13   placed on communicating that the fullest weight of the law

14   should be used to protect another young woman from being

15   trafficked?

16       The sentence you impose today will send a message across

17   the country, not only to every sexual predator but to every

18   survivor.  Show us that we are not alone, that we deserve

19   justice, and that our legal system protects its victims.

20   Communicate how much a young woman is worth.  Show us the value

21   this country places on her life, on her happiness, and on her

22   freedom.

23       Lastly, as you consider Matthew Wolfe's sentence and

24   possible mercy, please also remember that he showed us none.

25   Thank you, your Honor.

1           THE COURT:  Thank you, ma'am.

2           MS. FOSTER:  Your Honor, that completes the list of

3  the women who have asked to speak in person.  There are six

4  women who have asked to speak via video conference.  They know

5  what their numbers are, so I'm happy to call out the number for

6  them to speak to the Court, if that's okay.

7           THE COURT:  Certainly.  Certainly.  Go ahead.

8           MS. FOSTER:  All right.  At this time the United

9  States calls Victim Number 21.  If Victim Number 21 could speak

10  to the Court.

11           VICTIM NO. 21:  Can you hear me?

12           THE COURT:  Yes, we can.

13           VICTIM NO. 21:  Okay.  Hello, your Honor.  I've

14  avoided fully telling my story to others, so I ask for patience

15  as I explain as best as I can how my life has been affected by

16  Matthew Wolfe.  I have been a high achiever most of my life.  I

17  was consistently on honor roll and gifted and talented classes

18  and graduated a year early from an international private school

19  while living abroad.  After graduating, I was on my way to

20  college with a full-ride -- with a full scholarship I had

21  received.  I used to love building computers, learning to code,

22  and I was fascinated with neuroscience and physics,

23  understanding the interconnected dynamics of life and why

24  people do what we do.

25     This is something I longed to achieve with a degree

1    academically and had planned to use the scholarship to do just

2    that.  Many people would tell me I had a life so bright

3    whenever I talked about or did those things.  I was passionate

4    because -- about -- I was passionate because I loved sharing

5    what I knew with others.

6        I had aspired to do more since I planned on attending

7    school at night and knew that having some extra money to keep

8    me afloat would help my schooling, possibly even a small

9    well-deserved vacation later in that year or some money to help

10   my mom, dad, and brother.  I worked professionally at 18 years

11   old for a home builder where I was trained in a role for

12   marketing, graphic design, construction permitting, and more.

13   I enjoyed having a small business where I had several clients

14   that I did website design, graphic design, and IT work for on

15   the weekends.

16       Life had always been hard for me since I was born into a

17   world where barriers always persisted, but I always did things

18   in my life with kindness and exuberance, to the point where

19   others had called me naïve.  I thought people were naïve to not

20   see how marvelous life was.  Despite having grown up in a

21   low-income Filipino and black family, I found joy and pride in

22   the things I learned and the people I surrounded myself with.

23       Since meeting Mr. Wolfe, however, I have lived a tense and

24   dark cloud where I can never truly recover the bright, smiley

25   person I used to be.  I see glimpses, but she is gone.  As

1  you've heard from the other survivors what each of us have gone

2  through, mine is similar.  I lost a lot the day I met Pratt,

3  Garcia, and others, but I lost even more the day I met Wolfe.

4  When I arrived, there was no sweet lady that I spoke to over

5  the phone that soothed my woes about going to a city I had

6  never been.  Just me and three men.  It was the longest day of

7  my life, and one I still long to forget, despite the tremendous

8  amount of trauma therapy and inner healing work I have done

9  over the years.

10      I had to leave my scholarship because I couldn't breathe

11  during my classes around my male teachers.  I left a

12  professional job with a home builder without a word because my

13  colleague had to take me to the emergency room several times

14  for what I did not know were panic attacks.  And I ended a

15  relationship because I could never share with him what happened

16  in San Diego and how I lost a huge piece of my soul that day.

17      No words can describe it in until I was later diagnosed

18  with PTSD in 2018.  I have to say my life has taken many

19  different paths to get to where I am now.  I still have not

20  been able to go back to school to receive a degree, but through

21  many, many years of therapy and ongoing advocacy groups and

22  meeting other survivors, I still continue to persevere but at a

23  huge cost, losing jobs, relationships, friendships, and

24  burrowing into myself where I hadn't ever talked about what had

25  happened to me until I received a letter from the FBI a few

1    years ago.

2        I'm proud of myself and everyone here today who finally get

3    to speak their truth and speak up against Wolfe's actions.  I

4    have found that I am still strong, brilliant, courageous, and

5    deserving of care and love through my journey.  I know it is

6    possible to heal and find joy in life again.  Healing is a

7    nonlinear process.  There will be incredible bouts to work

8    through, but you can sift through difficult thoughts and

9    feelings, hug yourself in the moment, allow yourself to feel

10   and acknowledge your struggle, because it is real.

11       Life is around the corner waiting for you, and there are

12   people who will understand and fill you with love that is

13   boundless to push through.  I look forward to seeking justice

14   and helping others so that we don't have to fight alone, like I

15   did and many others here, so that we can achieve our dreams and

16   find safety within ourselves, whatever that may be, and beyond.

17   Thank you.

18           THE COURT:  Thank you very much.

19           MS. FOSTER:  We'd call Victim Number 22 to turn on her

20   camera.

21           VICTIM NO. 22:  Hi.  Can you hear me.  Hello?

22           THE COURT:  Yes, we can hear you.  Go ahead, ma'am.

23           VICTIM NO. 22:  I stand before your Honor bearing the

24   weight of the trauma inflicted upon me by Mr. Wolfe.  At a

25   young age, Mr. Wolfe's conduct severed the bonds to my family,

friends, and community, leaving me isolated and alone in

emotional turmoil.  The repercussions of their behavior has

reverberated through every facet of my life leaving a mark on

my psyche that will haunt me for years to come.  The sense of

belonging and security that should have been my birthright was

callously stripped away, replaced by a sense of alienation and

abandonment that I struggle to reconcile even now.

     The actions I experienced at the hands of this man has left

scars that run deep, scars that no amount of time or healing

can fully erase.  The trauma I endured as a result of his

actions permeates every aspect of my existence, casting a long

shadow over even the simplest of daily tasks.  It colors my

interactions with others, leaving me wary and distrustful,

forever on guard against the possibility of further harm.  It

clouds my thoughts whispering doubt and insecurity into the

recesses of my mind, robbing me of the peace and serenity that

should accompany my youth and life.

     The emotional scars remain a constant remainder of the pain

and suffering I've endured.  Mr. Wolfe's actions have

irrevocably altered the trajectory of my life, shaping my

experiences and molding my perceptions in ways that I'm only

beginning to comprehend.  In seeking justice in this courtroom

I do not seek revenge but, rather, validation of the suffering

I and others have endured and acknowledgment of the profound

impact their actions have had on my life.  It is my hope that

1    through the pursuit of truth and accountability I may find some

2    measure of closure and begin the arduous journey towards

3    healing and reconciliation.  Thank you.

4         THE COURT:  Thank you, ma'am.

5         MS. FOSTER:  We would ask number 23, Victim Number 23,

6    to turn on her camera and speak.

7         VICTIM NO. 23:  Hello, your Honor.  Can you hear me?

8         THE COURT:  Yes, we can hear you.  Go ahead.

9         VICTIM NO. 23:  Hello.  Thank you.

10     I appear before you to speak today on the harrowing

11   experiences and suffering I have faced due to the actions of

12   Matthew Isaac Wolfe, the videographer --

13        THE REPORTER:  Your Honor --

14        THE COURT:  Okay.  Ma'am, go slowly.  Go slowly so we

15   can make a record here.

16        VICTIM NO. 23:  Oh, of course.  Thank you.  Wolfe's

17   criminal actions have had a severe impact on my life and

18   well-being.  I first met Wolfe when he picked me up from the

19   airport.  We chatted about nothing too important, where he was

20   from, how nice San Diego was.  My aspirations of becoming a

21   dermatologist and my eagerness to start college the next year,

22   as I was in my senior year of high school at the time.  We then

23   picked up Garcia to head to the Hilton.  After Wolfe checked us

24   into the room, he saw my nerves and got me a drink from

25   downstairs knowing I was just 18, a double Tito's with tonic,

1   if it matters.  Wolfe rushed me through the contract and told

2   me it's everything we went through on the phone:  DVDs being

3   sold to private collectors in Australia.  He continued to rush

4   me through the contract saying we were already running late,

5   and he flipped through the pages ushering me where to sign and

6   initial.  I felt uneasy and nervous.  Seemed like I was

7   absolutely in the wrong place at the wrong time.

8       When I told Wolfe I did not want to go through with the

9   filming, he told me that because I had already signed the

10  contract, I would be subjected to legal implications if I could

11  not pay them for the expenses they had already lost, such as

12  flights, hotels, and other expenses.  Wolfe also told me I

13  would have to find my own way home if I did not go through with

14  it.

15      I had no money at the time.  I was 18, and Wolfe knew it.

16  At the time I was working for 8.50 an hour at my local

17  community college's microbiology lab as a lab technician's

18  assistant.  I was stuck between a rock and a hard place.

19  During the filming, we had to stop several times because I was

20  sobbing.  And they were more concerned of the tears running

21  down and ruining my make up rather than the fact that I was

22  bawling and begging to stop.  I got the same response from

23  Wolfe when I again asked him can I please go home.  There was

24  nowhere to go.

25      The pain and suffering in the hotel room pales in

1     comparison to the pain and alienation I felt after the video

2     was posted and published.  My small hometown became a place of

3     humiliation and isolation as the video's circulation led to

4     widespread shaming.  People visibly held visors to their eyes

5     because I was such -- I was such an eyesore to them, I suppose.

6     This forced me into a corner of despair where, in 2015, I

7     attempted to take my life.  However, the local hospital was

8     filled with people who I knew had seen the video and, in my

9     darkest moments, I was utterly alone.  The medical

10    professionals that were supposed to help me only made it worse.

11        After years of harassment, both online and in person, I

12    took the drastic measure to change my name and move as far away

13    from home as I could to start a new life.  However, the fallout

14    of the video killed my professional dreams, and I was a

15    promising student with, like I had mentioned, the dream of

16    becoming a dermatologist.  My -- oh, I'm so sorry.

17        The simple question that is often exchanged upon meeting

18    somebody, where did you go to school at, often brings up this

19    amount of shame because I dropped out of college due to the

20    pain and the anxiety.  I typically respond with something like,

21    oh, you know, college wasn't for me.  And people are

22    sympathetic and realize, of course, college isn't for

23    everybody; I completely understand, you can do whatever you

24    want in your life.  However, with a smile of dismissal, I'm

25    silently raging inside, because how do I tell somebody, no,

college was for me.  I had loved -- loved school.  I loved the
idea of pursuing academic and professional accolades; however,
I was trafficked at 18 which have left me with scars that will
never fully heal.  That's not something -- that's not something
you talk about upon first meeting somebody.

Wolfe's actions have caused me to struggle with anxiety and
depression and suicidal thoughts daily, deeply impacting my
quality of life.  And I feel as though my life has been robbed
from me all because I was an 18-year-old girl in high school
who responded to a modeling ad.  The college experiences I'll
never have.  The romantic interests who have dubbed me as not
the marriage type, and a career that I will never be able to
pursue because of my background.

His actions have not only affected me but also my family
further amplifying my own suffering.  My parents have
sacrificed so much for me.  At the time of the filming, my
parents had gone back to school, and we were a single-income
family of five.  They were military veterans who have had their
integrity stripped away from them because now they are the
parents of a porn star to everyone in the small community where
I was raised.

This also affects family across state lines, family whose
affiliations are now long and gone.  My grandparents were --
were blackmailed because keyboard warriors found their
information via Facebook.  And our familial affiliations

1    quickly became a turning point in our relationship.  They never

2    quite told me exactly what was said and how they resolved the

3    issue.  That was all I knew.  They had known about the video

4    and that was the end of discussion.  I still don't talk to my

5    dad.  That relationship is long severed after that.

6        As you can see, your Honor, Mr. Wolfe's actions have not

7    only violated my trust and autonomy but has also led to

8    widespread personal and professional ruin.  His exploitation

9    has left deep, lasting scars that I continue to contend with

10   every single day.  I ask the Court to consider the severe and

11   lasting impact of Wolfe's actions on my life and the hundreds

12   of lives of other victims.  We can never give the life that was

13   robbed from us back.  You can never go back in time to say to

14   our 18-year-old self, 20-year-old self, et cetera, "Hey, this

15   isn't what they're saying it is.  Go and run now."

16       I just hope that justice will be served, not only as a

17   measure of accountability but also as a step towards healing

18   for all of those affected.  Thank you for allowing me this

19   opportunity to speak.

20            THE COURT:  Thank you, ma'am.

21            MS. FOSTER:  We would ask Victim Number 24 to turn on

22   her camera and make her statement.

23            VICTIM NO. 24:  Hi, your Honor.  Can you hear me?

24            THE COURT:  Good morning.

25            VICTIM NO. 24:  It has been 10 years since my life was

1  irrevocably altered by Matthew Isaac Wolfe.  At the age of 20,

2  during an encounter with Matthew and his associates, my

3  innocence and naivety was exploited.  Sorry.

4          THE COURT:  Take your time.

5          VICTIM NO. 24:  Prior to 2014, my life was

6  characterized by vibrant social interactions and a love for

7  community engagement.  However, the exposure of certain videos

8  online precipitated a drastic shift, alienating me from my

9  known community through shame and ridicule.  This profound

10 embarrassment constrained my ability to partake in public life,

11 compelling me to resign from my job, retreat into isolation,

12 and eventually navigate through a tumultuous marriage from

13 which I unfortunately escaped.

14    The resulting burden has driven me to attempted suicide

15 twice, as I grappled daily with PTSD, depression, and severe

16 anxiety.  The repercussions have not only impacted my mental

17 health but have extended to my social functioning, inhibiting

18 my ability to attend events, social -- or attend events,

19 cultivate friendships, and interact with others without him

20 pervading simple solitude.

21    The psychological strain has manifested physically,

22 exasperating my health and significantly -- significantly

23 reducing my immune system efficacy, particularly in high-stress

24 instances.  Now as a single mother of two young children, aged

25 five and three, the challenge to maintain physical and

1    emotional stamina is relentless.  My children have been

2    compelled to adapt to a reality where their mother struggles

3    profoundly with daily routines, battling constant physical

4    discomfort, sleep deprivation, and a diminished capacity to

5    engage in previously cherished activities.

6         The egregious actions committed by Mr. Wolfe have inflicted

7    profound distress not only upon myself, but also upon countless

8    other women.  In striving for mere moments of normalcy amidst

9    the turmoil, I have become acutely vigilant merely for a

10   semblance of safety.

11        A long sentence for Mr. Wolfe will be a glimmer of hope, a

12   step towards the justice that may provide a fraction of peace

13   we've affected -- we the affected have longed for.

14        Thank you.

15             THE COURT:  Thank you, ma'am.

16             MS. FOSTER:  We would ask for Victim Number 25 to turn

17   on her camera and speak to the Court.

18             THE CLERK:  I have tried confirming.

19             MS. FOSTER:  She's not online?

20             THE CLERK:  No.

21             MS. FOSTER:  Okay.  Last, we have Victim Number 26.

22   Your Honor, it's my understanding that she has asked her lawyer

23   to give the victim impact statement.

24             THE COURT:  Okay.  Thank you.

25             MS. FOSTER:  The person appearing on your screen is

1    the lawyer for Victim Number 26.

2         THE COURT:  Okay.  Thank you.  Go ahead, sir.  We

3    can't hear you.  Maybe you're on mute.

4         MR. MUHAISEN:  Can you hear me now, your Honor?

5         THE COURT:  Yes, we can.  My apologies, it wouldn't

6    let me unmute.

7         MR. MUHAISEN:  Your Honor, thank you for the

8    opportunity to speak on behalf of Jane Doe 26.  She is present

9    but unable to address the Court for personal reasons.  Your

10   Honor, I have a letter written by Jane Doe 26 that I will read

11   to the Court.

12       "Your Honor, the profound impact of the events orchestrated

13   by Matthew Wolfe has left an indelible mark on my life.  It's

14   crucial to understand that the trauma inflicted by such actions

15   is not just about physical violation.  It extends into

16   calculated, manipulative cruelty that deeply scars one's soul.

17       Matthew Wolfe, aware of the circumstances, chose to exploit

18   me and others for his own desires and gain.  Despite my evident

19   discomfort, which was even acknowledged by Mr. Wolfe himself,

20   he persisted.  My discomfort and horror, clearly visible during

21   the filming, was disregarded as he prioritized his own

22   gratification over my well-being and rights.  This severe

23   violation of trust and personal autonomy wasn't just a

24   momentary lapse; it was a deliberate and intentional choice

25   that shattered my sense of safety and self.

VICTIM 26 - IMPACT STATEMENT

The pain and trauma haven't been limited to the immediate aftermath.  It lingers and even worsens, a constant reminder of the violations I endured.  It is something I cannot escape, even now and into the future.  It's a distressing thought that his behaviors could have been continued and many others victimized, as we've heard today, had they not been brought to light.

The emotional toll this experience has taken on me is immeasurable.  Initially fueled by a burning rage, over time this emotion has morphed into a profound sadness.  It's a sadness not just for myself but also for the stark reality of what Mr. Wolfe and his accomplices before, during, and after, represented.  To think that their sense of power and fulfillment came from manipulating and overpowering young, vulnerable women is deeply disheartening.  It speaks volumes about their character and the emptiness that they must carry within themselves.

I did not wish to address Mr. Wolfe directly.  Instead, I hope that my words serve as a reflection of the true nature of his actions and their lasting impacts.  It's a narrative of pain, resilience, and the ongoing journey to reclaim the sense of self that was so callously disregarded.  Every day that this person is incarcerated is a day that he cannot harm anyone else.

Thank you for this opportunity to share my experience, and

1    for acknowledging the gravity of the harm inflicted by

2    Mr. Wolfe.  Sincerely, Jane Doe 26."

3        Thank you, your Honor.

4            THE COURT:  Thank you very much, sir.

5            MS. FOSTER:  Your Honor, that completes the victims

6    who have requested to speak by video conference.  We have filed

7    the additional three victim impact statements and provided them

8    to Counsel.  If we could hand them up to the Court at this

9    time.

10           THE COURT:  Certainly.  Please bring them forward.

11       Ms. Foster, is there anything else you want to tell the

12   Court, ma'am?

13           MS. FOSTER:  No, your Honor.  Thank you.

14           THE COURT:  What is the status of restitution?

15           MS. FOSTER:  Oh, that is a good question, your Honor.

16   I was going to ask the Court after the sentencing if we could

17   set that out for 30 days, as we have with the other defendants.

18           THE COURT:  Okay.  So that's by agreement with the

19   defense and we'll put that over?

20           MS. FOSTER:  I hope so.

21           MR. WARREN:  Yes.

22           THE COURT:  Very well.  Thank you.

23       Let me turn to probation.

24           PROBATION OFFICER:  Your Honor, I just want to

25   reiterate a couple of things:  During the presentence

1  interview, while Mr. Wolfe pled guilty, he accepted no

2  responsibility at all.  He blamed everything on Mr. Pratt.

3  When Mr. Pratt fled the country, business still ran as usual by

4  Mr. Wolfe.  While Pratt was the owner of GirlsDoPorn, Wolfe was

5  his business partner, he played an aggravated role, and he

6  owned and operated his own website, GirlsDoToys.  When some of

7  the victims were done at the long shoots with GirlsDoPorn, some

8  of them were transported to a different location and were

9  further victimized by Mr. Wolfe for his website.

10     Mr. Garcia was sentenced to 240 months.  I stand by my

11  recommendation of 252 months with 10 years of supervised

12  release to follow.  His updated custody credits are 1,623 days.

13          THE COURT:  What does that work out to?

14          PROBATION OFFICER:  Four years, five months, and 10

15  days.

16          THE COURT:  Okay.

17          PROBATION OFFICER:  Also, as the videos have been

18  mentioned multiple times, I did watch the videos, and I believe

19  I accurately described what I saw as written in the PSR.

20          THE COURT:  Okay.  Thank you very much.

21          PROBATION OFFICER:  Thank you.

22          THE COURT:  Is there anything else from anybody?  I

23  have what the Government -- did you have a statement, a written

24  statement from your client that you wanted me to read?

25     Do we have it, Adrianna?

1    THE CLERK:  Oh, you didn't give it to me.

2    THE COURT:  Do we have a copy?

3    MR. WARREN:  Yeah, now it's been e-filed.

4    THE COURT:  That's fine.  Pass it forward.  I'm going

5 to take a short break, and I'd like to read these.  I'm going

6 to come back and I'm going to finish this before we break for

7 the noon hour.

8    MR. WARREN:  That's fine.

9    THE COURT:  But is there anything else before I take

10 that break?

11    MS. FOSTER:  Not from the United States, your Honor.

12    MR. WARREN:  No, perhaps when you come back just a

13 couple of final words.

14    THE COURT:  Well, do your final words now because when

15 we come back, it will be my turn.

16    MR. WARREN:  Oh.

17    THE COURT:  So go ahead.  Certainly.

18    MR. WARREN:  Well, your Honor, just with regard to

19 what happened at the probation interview, I wasn't there; it

20 was previous counsel.  But just in looking at the presentence

21 report, while he adopted the factual basis and he said he felt

22 horrible about what happened, I mean, the Court has it, and

23 there are comments.  And of course probation did recommend the

24 three-level -- I don't think anybody's saying he shouldn't get

25 acceptance of responsibility.

```
 1              THE COURT:  Oh, no.  No.  No.  No.

 2              MR. WARREN:  So I just respectfully disagree with

 3       that.

 4              THE COURT:  Probation, you, the Government, all agree

 5       with acceptance of responsibility, so that will be given --

 6              MR. WARREN:  Okay.  Well, look.  Just --

 7              THE COURT:  -- Mr. Warren.  But I mean, probation is

 8       entitled their opinion.  They disagree with your view of the

 9       videos.

10              MR. WARREN:  Right.  Understood.  Understood.

11              THE COURT:  Okay.

12              MR. WARREN:  The only thing I wanted to say, your

13       Honor, is we very much respect the victims' opportunity and

14       right to speak to the Court, and we know the Court has heard,

15       through other hearings and this one --

16              THE COURT:  I have.

17              MR. WARREN:  -- and it's very important.  It's a

18       statutory right.

19              THE COURT:  Absolutely.

20              MR. WARREN:  I can just tell you, because this was a

21       bifurcated hearing, we've had opportunities to speak with

22       Mr. Wolfe after the previous women spoke last time.  And he

23       does -- he's someone who is not super emotive.  I just want the

24       Court to know we've discussed it.  He does feel awful; he

25       conveyed that to the probation officer during his interview.
```

He's conveyed that to us personally as well, and it is how he

feels.

    The -- well, I'm just going to leave it at that, your

Honor.  I don't have anything else to add.  I'd just ask the

Court to sentence him within the guidelines that the parties

are recommending, and I'll submit.

        THE COURT:  Okay.  Let me ask you this:  You reviewed

all the standard and mandatory conditions with your client?

        MR. WARREN:  Yes, your Honor.

        THE COURT:  You agree to restitution being put over 30

days?

        MR. WARREN:  Yes.

        THE COURT:  Okay.  Your client is not a citizen of the

United States.  I understand there's no detainer on his case at

this time, correct?

        MR. WARREN:  I think that was as of when the probation

report was --

        THE COURT:  Is there now a detainer?

        MR. WARREN:  They won't really tell us, but they're --

I'm assuming there is, but I don't know for sure.

        THE COURT:  Okay.

        MR. WARREN:  I can tell your Honor we have been in

contact with the New Zealand consulate in Los Angeles.  They're

very aware of the case, and -- yes.  So I'll leave it at that.

        THE COURT:  Okay.  Very well.

1        Let's take 15 minutes.  We'll come back and we'll finish

2    this matter.  Thank you.

3        (Recess taken from 12:06 p.m. to 12:22 p.m.)

4            THE COURT:  Mr. Warren, do you and your client want to

5    approach the podium, sir.

6            THE CLERK:  If I could have one second.  I think we're

7    having technical issues.

8            THE COURT:  Are we reconnecting with the people on the

9    video?

10           THE CLERK:  No, they were saying they couldn't hear.

11           THE COURT:  Oh, can they hear now?

12           THE CLERK:  Yes, they can hear now.  Thank you.

13           THE COURT:  Okay.  The Court has adequate information

14   to exercise sentencing discretion, and what I'm going to start

15   by doing, Mr. Wolfe, is this:  I'm going to make the guideline

16   findings, and I don't think there are too many disagreements on

17   this, and I'll explain as I go through this and then I'll make

18   my comments.

19       The base offense level -- I'm going to put the uncharged

20   conduct down at the bottom.  So it's going to sound a little

21   different.  I'm starting with a base offense level of 14.

22   There's a plus 2 added for role, which results in an adjusted

23   offense level of 16.  There's a 3-point reduction for

24   acceptance, taking me to a 13.  You have no criminal history

25   points, and you're in Criminal History Category I.  But there's

1   a plus 20 for uncharged conduct, and I'm adding that below the

2   line, as I call it.  In any event, we all get to the same

3   place, at least the Government and the Court does, at 33

4   offense level, Criminal History Category I., and that's a range

5   of 135 to 168 months in custody.

6       So this is what the Court has to consider, are you

7   appropriately in this guideline range.  This is what I

8   consider, Mr. Wolfe:  I consider everything about you, your

9   history, your circumstances, everything that has been presented

10  on your behalf here.  And I understand it well.  I know this

11  case pretty well.  The victims', your side -- both sides know

12  that I understand this case and what's gone on here.  And I

13  understand your position in this, and I understand your

14  background and your history.

15      In looking at the offense, it's my view that you played an

16  essential role in a sex trafficking conspiracy that spanned a

17  considerable period of time.  The years have varied the way

18  people have represented them this morning, but it's 2012 to

19  2019, seven years at least by my calculation.  You were the

20  business partner of Mr. Pratt.  You ran certain portions of the

21  operation.  You operated the websites.  You were a cameraman,

22  not just on occasion but for well over 100 videos.  It's

23  represented to be 10 to 15 percent of the videos, and there

24  were quite a few of them.  You knew the representations that

25  were being made to the women.  You knew that they were false

1    representations.

2        So I have to consider all of that.  I have to consider

3    protection of the public.  And often in this district, we're

4    looking at different types of cases, but protection of the

5    public is very important in this one.  I have to consider

6    promoting respect for the law.  I have to consider general and

7    specific deterrence, specific as to you, general as to people

8    watching this -- and, you know, this is such an unusual case

9    that I'm not sure how much general deterrence plays in all of

10   this, but it does play some factor in it -- and then sentencing

11   disparities, so people who are similarly situated aren't

12   treated in different ways unless there's a reason for that.

13       And, again, generally, there's more that is applicable in

14   the broader community than in this case because, fortunately,

15   I've been doing this a long time, Mr. Wolfe, and I haven't had

16   a case like this.  I haven't had a case that's come close.

17   Mr. Warren has cited to some cases, the Government has cited to

18   some cases, but I think both sides would acknowledge, this case

19   is pretty unique and different.  So indicating -- then I look

20   internal to the case.  I look internal to the conspiracy.  And

21   I do agree with some of the comments that have been made that

22   you are situated differently than Mr. Garcia.  You were

23   situated differently that Mr. Gyi.  You did you what did, and

24   you've all played a different role.

25       So I'm taking all of that into account.  But fundamentally,

1    as I view this case, the magnitude of this case is found in the

2    length of time that it went on; it's found in the number of

3    victims -- this courtroom is full today -- and it's found in

4    the dramatic and significant -- dramatic and significant is

5    kind of an understatement -- of the nature of the injury that

6    these victims suffered and continue to suffer.

7         So I'm going to stay in the guideline range, but I'm going

8    to impose 168 months in the custody of the Bureau of the

9    Prisons.  I think that's sufficient, but not greater than

10   what's necessary, given everything I know about your case.

11   It's going to be followed by 10 years of supervision.  And

12   during those 10 years, Mr. Wolfe, if you violate any laws,

13   state, federal, or local, you could be --

14             THE CLERK:  Your Honor, I think someone's recording in

15   the courtroom.

16             THE COURT:  Where is that?  Point them out.

17             THE CLERK:  Where did you see?

18             THE REPORTER:  The second row.

19             THE CLERK:  The second row.

20             THE MARSHAL:  What is that?

21             THE COURT:  Somebody's recording in the courtroom.

22             THE MARSHAL:  This gentleman?

23             THE COURT:  I don't know who.

24             THE CLERK:  Stephanie said second row.

25             THE MARSHAL:  Turn off your phone.  Everybody needs to

1    turn off their phone.  Everyone turn off their phones.

2         THE COURT:  Could you tell who was recording,

3    Stephanie?

4         THE REPORTER:  It looks like the man in the blue

5    jacket, second row, was holding his phone up.

6      Sir, were you recording?  I'm looking at you, sir.  Don't

7    turn around.  Were you recording?

8      Not you, sir.  I'm looking at the man behind you.

9         AUDIENCE MEMBER:  I was not recording.

10        THE COURT:  Everybody turn off your phones.  There is

11   no recording, audio or video, in this courtroom.  We have a

12   closed connection with the victims who could not be here today.

13   This is not going out live, nor should anybody be recording it.

14      Okay.  Let's continue.  So you've got 10 years of

15   supervision.  And during those 10 years if any violation

16   occurs, we could meet again, Mr. Wolfe, and that would not be a

17   good thing.

18        THE DEFENDANT:  That would not be.

19        THE COURT:  All of the standard and mandatory

20   conditions of supervision apply.

21      And you've reviewed those with your client?

22        MR. WARREN:  Yes, your Honor, we did.

23        THE COURT:  Okay.  In addition, the following special

24   conditions apply:  If you're deported, excluded, or allowed to

25   voluntarily return to -- New Zealand, correct?

1          MR. WARREN:  Yes.

2          THE COURT:  -- to New Zealand, okay.  You're not to

3     reenter the United States illegally.  You must report to

4     probation within 24 hours of any reentry into the United

5     States.  Supervision is waived upon your deportation,

6     exclusion, or voluntarily departure.

7        Second special condition:  You're not to engage in the

8     employment or profession of adult entertainment or pornography

9     industry.

10       Third condition, report all vehicles that you own or

11    operate or in which you have an interest to probation.

12       The fourth condition is a Fourth Amendment search condition

13    that you submit your person, property, home, residence,

14    vehicle, papers, computers, other electronic communications and

15    data storage devices, or media devices, to a search conducted

16    by probation, provided the search is done at a reasonable time,

17    in a reasonable manner, based on a reasonable suspicion of

18    contraband or evidence that you violated a condition of your

19    release.

20       If you don't agree to a search, that can be a basis for

21    revoking you, and whoever lives with you must know that your

22    home is subject to search.  You'll provide complete disclosure

23    of personal/business financial records to probation as

24    requested.

25       The next couple conditions relate to -- are included

1   because a restitution order may be entered at some point in a

2   short time.  The next condition is notify the Collection Unit

3   of the U.S. Attorney's Office of any interest in property

4   obtained directly or indirectly, including any interest

5   obtained under any other name, entity, including the name of a

6   trust, partnership, or corporation.

7       Similarly, notify the Collection Unit of the U.S.

8   Attorney's Office before transferring any interest in property

9   owned directly or indirectly, including any interest held or

10  owned under any other name or entity, including a trust,

11  partnership, or corporation.

12      You're prohibited from opening checking accounts or

13  incurring new credit charges or opening additional lines of

14  credit without the approval of probation.

15      And consent to a third-party disclosure to any employer,

16  potential employer, concerning any restrictions that may be

17  imposed by the Court.

18      The next condition is not use or possess any computer or

19  computer-related devices which can communicate data via modem,

20  dedicated connection, or cellular networks and their peripheral

21  equipment, without prior approval of probation or the Court,

22  all of which are subject to search or seizure.  And you must

23  consent to the installation of monitoring software in that

24  matter, and you must pay for the cost of that, sir.

25      Next condition, not have any contact direct or indirectly,

1    telephonically, visually, verbally, through written material,

2    or any other third-party communication with any of the victims

3    or victims' family, without prior approval of the probation

4    department.

5        Next condition:  Not possess or view any materials, videos,

6    magazines, photographs, computer images or other matter that

7    depicts sexually explicit conduct involving children as defined

8    in 18 USC 2256(2), and/or actual sexually explicit conduct

9    involving adults as defined in 18 USC 2257(h)(1), and not

10   patronize places where such materials or entertainment are the

11   primary material or entertainment available.

12       Next condition, complete a sex offender which may include

13   psychological and physiological testing, completion of a visual

14   reaction time assessment at the direction of the court or

15   probation.  If deemed necessary by the treatment provider,

16   you'll participate and successfully complete a state-approved

17   sex offender treatment program, including compliance with the

18   program.  I'm authorizing the release of information in the

19   presentence report to a provider.  And you may be required to

20   help pay for this, but only if you have the ability to do so.

21   And polygraph examinations may be used following the completion

22   of formal treatment.

23       No fine will be imposed.  The $100 special assessment can

24   be worked off while you're in custody.  Restitution will be set

25   on a date to be determined.

1    How far out do you need that, folks?

2            MR. WARREN:  I think we agreed on May 7th.

3            THE CLERK:  Yes.  Restitution hearing set for May 7th

4    at 10:00 a.m.

5            THE COURT:  May 7th at 10:00 a.m.  And that's not a

6    Friday, right?

7            THE CLERK:  No.

8            THE COURT:  That's an off day in case you need more

9    time.

10       Okay.  Everybody, look at your notes and everything, see if

11   there's anything I didn't include.

12       We need a housing designation.

13           MR. WARREN:  Correct, your Honor.  What we're asking,

14   because of his family connections to the Southern District of

15   California, is Western District, specifically Terminal Island

16   or Lompoc.

17           THE COURT:  Terminal Island or Lompoc, in that

18   order --

19           MR. WARREN:  Yes.

20           THE COURT:  -- are requested to facilitate family

21   visits?

22           MR. WARREN:  Yes.

23           THE COURT:  Okay.  Ms. Foster?

24           MS. FOSTER:  Your Honor, if we could confirm the

25   appellate waiver, and also if we could -- shoot.  There was one

```
 1    other thing.  I'll think about it and get back to you.
 2              THE COURT:  Okay.
 3              MS. FOSTER:  Your Honor, I need to move to dismiss the
 4    other counts as to this defendant.
 5              THE COURT:  Okay.  That motion to dismiss the other
 6    counts is granted.
 7         Mr. Wolfe, on pages 14 and 15 of your plea agreement, you
 8    gave up your right to appeal or collaterally attack the
 9    judgment in this case and the sentence I just imposed.
10         Do you understand that, sir?
11              THE DEFENDANT:  Yes.
12              THE COURT:  Okay.  Probation?  Go ahead.
13              PROBATION OFFICER:  Your Honor, did you mention the
14    special assessment?
15              MR. WARREN:  She did.
16         You did, your Honor.
17              THE COURT:  I did, and it's $100 he'll work off in
18    custody.
19              PROBATION OFFICER:  Thank you.
20              THE COURT:  You're welcome.  Anything else?
21              MS. FOSTER:  No, your Honor.
22              MR. PARMLEY:  No, your Honor.  Thank you.
23              MR. WARREN:  No, your Honor.
24              THE COURT:  Okay.  Thank you.  We'll be in recess.
25         Oh, Mr. Wolfe.  We have to give you copies of the
```

1   conditions the Court imposed.  So my clerk's going to give them

2   to you.

3        (Proceedings concluded at 12:37 p.m.)

4

5

6

7

8

9                    C E R T I F I C A T E

10

11       I, Stephanie Whitehead, certify that I am a duly qualified

12   and acting Official Court Reporter for the United States

13   District Court; that the foregoing is a true and accurate

14   transcript of the proceedings as taken by me in the

15   above-entitled matter on March 19, 2024; and that the format

16   used complies with the rules and requirements of the United

17   States Judicial Conference.

18

19

20       Dated:  April 4, 2024

21

22    s/ STEPHANIE WHITEHEAD

23

    Stephanie Whitehead, CSR 10093
24   U.S. Official Court Reporter

25