TARA K. MCGRATH
United States Attorney
ALEXANDER F. FOSTER
Assistant U.S. Attorney
DC Bar No. 470096/ CA Bar No.250781
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619)546-6955
E-mail: Alexander.Foster@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19cr4488-JLS |
|---|---|
| Plaintiff, | SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| MICHAEL JAMES PRATT (1), aka "Mark", MATTHEW ISAAC WOLFE (2), aka "Ben", RUBEN ANDRE GARCIA (3), aka "Jonathan", THEODORE WILFRED GYI (4), aka "Teddy", VALORIE MOSER (5), AMBERLY DEE NORED (6), aka "Amberlyn Clark", | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, hereby files the following Second Bill of Particulars for Forfeiture of Property.

This Superseding Indictment seeks forfeiture of property pursuant to violations of Title 18, United States Code, Section 1594(c), Title 18, United States Code Sections 1591(a)(1) and 1591(a)(2) and (c), Title 18, United States Code, Sections 2251(a) and (e), Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h),  as alleged in

the Superseding Indictment, which violations are punishable by imprisonment of more than one year, the United States hereby gives notice that, in addition to the property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property pursuant to Title 18, United States Code, Sections 982(a) and 982(b), 1594(d), and 2253(a) and 2253(b), and Title 28, United States Code, Section 2461(c):

    a. One Silver Apple Macbook Pro, model A2485;
    b. One Silver and Blue Redmi cellphone, model M2006C3LG;
    c. One White Apple iPhone with case;
    d. One Silver LaCie hard drive with cover;
    e. Black Intenso thumb drive;
    f. 3.34207883 Bitcoin Crypto;
    g. 4.3863755 Bitcoin Crypto; and
    h. .40164883 Bitcoin Crypto.

is currently being held in the Southern District of California.

DATED: June 12, 2024.

RANDY S. GROSSMAN
United States Attorney

s/*Alexander F. Foster*
ALEXANDER FOSTER
Assistant United States Attorney