UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19CR4488-JLS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME** |
| MICHAEL PRATT (1), | ) | |
| Defendant. | ) | |

Pursuant to joint motion [Doc No. 422), and good cause shown**, IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting shall be continued from July 26, 2024, to *September 6, 2024, at 1:30 p.m.*

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 07/19/2024

Honorable Janis L. Sammartino
United States District Judge

19CR4488-JLS