| | |
|---|---|
| 1 | BRIAN J. WHITE  Bar No. 155198 |
| 2 | Attorney at Law |
|   | 4320 Iowa Street |
|   | San Diego, CA 92104 |
| 3 | Telephone: (619) 280-8022 |
|   | Facsimile: (619) 280-8023 |
| 4 | brian@bjwlaw.com |
| 5 | Attorney for Defendant, |
| 6 | MICHAEL JAMES PRATT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No. 19CR4488-JLS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S SENTENCING SUMMARY CHART** |
| MICHAEL JAMES PRATT | ) | |
| Defendant. | ) | Date:  9/08/25 |
| _____ | ) | Time:  9:00 a.m. |

MICHAEL JAMES PRATT, by and through his attorney, Brian J. White, hereby files Defendant's Sentencing Summary Chart, regarding the above-referenced matter.

Respectfully Submitted,

DATE:     September 1, 2025          /S/ Brian J. White
                                     BRIAN J. WHITE, Attorney
                                     for Defendant, MICHAEL
                                     JAMES PRATT

SENTENCING SUMMARY CHART
[ ■ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ☐ ]
AUSA [ ☐ ]
DEF [ ■ ]

Sentencing Date: 9/08/25 9 a.m.

Defendant's Name: MICHAEL JAMES PRATT        Docket No.: 19CR4488-JLS
Attorney's Name: Brian J. White               Phone No.: (619) 280-8022
Guideline Manual Used: November 2024          Agree with USPO Calcs.: No

Base Offense Level(s): USSG § 2G1.1 — 34
Specific Offense Characteristics: USSG § 2G1.1, App. Note 6 More than 10 Victims — +3
Adjusted Offense Level: USSG §3B1.1 Aggravating Role — +4
— 41

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [ ■ Government Motion – USSG §3E1.1(b)] — -3

Total Offense Level: 38
Supervised Release Range (based on Total Offense Level): 5 to Life years
Fine Range (based on Total Offense Level): $50,000 to $250,000

Criminal History Score: 0
Criminal History Category: I

___ Career Offender    ___ Armed Career Criminal

Guideline Range: from 235 mths to 293 mths
(Range limited by: ___ minimum mand.   ___ statutory maximum)

Departures:
N/A

Resulting Guideline Range: Adjusted Offense Level 38    from 235 mths to 293 mths

RECOMMENDATION: 210 Months