# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>VALORIE MOSER (5),<br><br><br>　　Defendants. | Case No.: 19CR4488-JLS<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case is continued from September 12, 2025, at 9:00 a.m. to December 12, 2025, at 9:00 a.m.

The Court further finds good cause exists to update the Presentence Investigation Report (ECF 221) filed on July 15, 2021, and therefore, it is so **ORDERED** that the United States Probation Department prepare an updated report to be filed no later than November 7, 2025.

IT IS SO ORDERED.

Dated: September 10, 2025

　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge