UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

_____
                                )
UNITED STATES OF AMERICA,        )
                                 ) Case No. 19-CR-04488-JLS
                     Plaintiff,  )
                                 ) Monday, September 8, 2025
v.                               )
                                 ) Sentencing Hearing
MICHAEL JAMES PRATT,             )
                                 )
                    Defendant.   )
_____)


BEFORE THE HONORABLE JANIS L. SAMMARTINO

UNITED STATES DISTRICT JUDGE


REPORTER'S TRANSCRIPT OF PROCEEDINGS

PAGES 1 THROUGH 188


APPEARANCES:


     For Plaintiff:   UNITED STATES ATTORNEY'S OFFICE
                      880 Front Street, Suite 6293
                      San Diego, California  92101-8807
                      BY:  ALEXANDRA FOSTER, AUSA
                      BY:  JOHN PARMLEY, AUSA

     For Defendant:   LAW OFFICE OF BRIAN J. WHITE
                      4320 Iowa Street
                      San Diego, California  92104
                      BY:  BRIAN J. WHITE, ESQ.


Reported By:  Stephanie Whitehead, RDR, CRR, CRC, CVR, CSR
District Court Clerk's Office
333 West Broadway, Suite 420, San Diego, California  92101
(Reported stenographically; transcribed via computer)

MONDAY, SEPTEMBER 8, 2025; 9:07 A.M.

*          *          *

THE CLERK:  Matter number one, 19-cr-4488, United States of America v. Michael James Pratt for sentencing.

MR. WHITE:  Good morning, your Honor.  Brian White on behalf of Mr. Pratt.  He's present in court.  Do you mind if he remains seated here?

THE COURT:  No, that's fine.

MR. WHITE:  Thank you.

MS. FOSTER:  Good morning, your Honor. Alexandra Foster and John Parmley on behalf of the United States.

THE COURT:  And on behalf of Probation?

PROBATION OFFICER:  Good morning, your Honor. Jennie Tyson from U.S. Probation.

THE COURT:  Thank you very much.  Let me begin as I begin all my sentencings and indicate what I have read and considered on behalf of today's sentencing. There are quite a few documents here.  I've reviewed the presentence report and the addendum to the presentence report.  I have defendant's objections to the presentence report, defendant's sentencing summary chart, defendant's sentencing memorandum, and a very extensive packet of exhibits, including many, many certificates of completion

of courses, the defendant's letter, letters from family, employees, friends, his mother, brother -- what I'm going to characterize as extended family, Google complaints that were filed.

I have the Government's response to defendant's objections to the PSR.  I have the Government's sentencing memorandum.  I have the underlying plea agreement, and I've read the victims' statements that have been presented to the Court.

Does that appear to be everything, Mr. White?

*MR. WHITE:*  Yes, your Honor.

*MS. FOSTER:*  I think that's everything, your Honor.

*THE COURT:*  Okay.  Thank you.  Before we get started, let me just indicate this:  With regard to the objections to the PSR, the factual ones are noted.  The acceptance of responsibility is an extremely close call because of the factual matters and what I think was characterized, maybe by probation, as the contradictions between the statements and what was in the plea agreement.  But given that we're here today as the result of a plea agreement, I am tentatively inclined -- pending hearing from everybody, I'm going to say that I would grant acceptance of responsibility because there has been a plea entered to this charge.  And nobody's alleging a

breach of that plea agreement by virtue of the statements, at least not that I have heard thus far.

So with that you may -- you may proceed, Mr. White.

MR. WHITE: Thank you, your Honor.

Your Honor, I just want to make a few comments. I tried to be as thorough in my sentencing papers as I could. I know there are -- I know the Court is familiar with this case and has heard from many of the women in this case already. And I'm told the Court will hear from upwards of 40-plus women today.

So what I want to say, and this is in large part kind of tied up to some of the factual objections, that when I look at this -- at what happened here, I keep coming back to the focus of what the crime was. And the crime, as I see it, and I think as the Government sees it, is really the misrepresentation that these videos would not be posted on the GDP website. And had that been made clear from the outset, we wouldn't be here; we would just have a -- basically, a pornography case. It's pretty clear from the evidence that there was disclosure as to what the nature of the video shoot would be. There was a misrepresentation on the extent that it would be -- of its distribution. There was some knowledge that it would be distributed, various accounts would be to a

private collector or to some other third party for their prurient interests.

So what happened -- and I think this is important to note, particularly in Mr. Pratt's -- in the plus column, to the extent there's a plus column for him in this case, the -- what happened is once the videos got -- came out on the GDP website there was these porn trolls that would, what they call, dox the individuals -- I covered that in my sentencing papers -- basically out these women.

And that was not Mr. Pratt's intention.  That's not what he wanted.  In fact, he took affirmative efforts to try to shut that down.  I submitted some of the samples of the DMCA's or the take-down orders that he hired counsel to -- to try to address that.  In some instances he hired counsel to represent some of the women in their efforts to scrub their name from the Internet.

Ultimately, the big offender of the doxxing was a website, Porn Wikileaks, and Mr. Pratt wound up purchasing that, as I outlined in my papers, for the sole purpose of trying to control and shut down the doxxing. So that was his effort to try to shut that down.  That was not his intention to out these women, and it was extremely -- to say "unfortunate" is probably not an adequate -- not an adequate word.  I know that there are

many women whose lives were deeply impacted by this, and I know if Mr. Pratt could turn back the clock and turn back time, he would not have done this.

I know the Court is going to hear from several women today, and I think what the Court is going to hear is really the fallout from unintended consequences on behalf of Mr. Pratt. He was running a business. He cut corners, and they were corners that should not have been cut. They were fraudulent and caused damage so -- and I think that was -- the gravamen of the offense was basically the fraud and the inducement.

And so when I look at what the sentencing -- the sentencing request, I know the Court has sentenced a cameraman, has sentenced the lead -- the male actor in this case. I know that a case can be made that Mr. Pratt, being the owner of the company, should receive the lengthiest sentence. There's some rationale behind that. I also think there's a rationale for recommending a sentence that is below Garcia, the male actor.

And the reason I analyze it this way, your Honor, is I look at Garcia, who was actually committing physical sexual assault on a number of woman, including rape, and I think that separates him from Mr. Pratt from a culpability point of view. I understand that Mr. Pratt was running the operation. He was not in charge of what

Garcia was doing after hours on his own.  So I think that there is a case that can be made, and a rational basis, to conclude that Mr. Pratt should receive a sentence slightly less than Mr. Garcia, certainly more than the cameraman because of obvious reasons; it was his business.

So that is the basis and my rationale for my request.  I'm asking for a sentence of 210 months, which I think under the USC 18 3553 factors, I think that would be sufficient but not greater to achieve the 3553 sentencing factors.  So that would be my request, your Honor.  Unless the Court has any further questions, I'd be prepared to submit with that recommendation.

*THE COURT:*  No questions of you at this time.

Mr. Pratt, you have an opportunity to address the Court on your own behalf if you would like to before sentence is imposed, and now is that opportunity.  If you'd come to the podium with your counsel.

*THE DEFENDANT:*  I would just like to apologize to everybody that's been hurt by these videos.  You know, that was never my intention to hurt anybody, and I feel terrible and I'm paying the consequences.  If I could turn back time, I would.  I would never come to this country and make the website.  I just hope, you know, pleading guilty now everybody can move forward with their

lives and hopefully put this behind them.  That's it.

THE COURT:  Okay.  Thank you, sir.

MR. WHITE:  Thank you, your Honor.

THE COURT:  Thank you.

On behalf of the Government, Ms. Foster.

MS. FOSTER:  Your Honor, as to the defendant's objections to the PSR, given the Court's tentative, the Government will rest on its filings.  As to the Government's sentencing in this case, this is not the Court's first rodeo.  You've heard from both us and the victims in this case in prior sentencings, so I will be brief.  I would just like to address some of the things that were raised in defendant's sentencing memo because I do think they raise issues that probably have not been touched upon before.

Mr. White references the Porn Wikileaks.  If the Court looks at the civil lawsuit in this case where the Court has the statement of decision from Judge Enright dated January 2, 2020, Judge Enright at pages 35 through 38 goes into great detail about what happened with Porn Wikileaks.  And what he concludes is that, first, GirlsDoPorn and the defendant only sought to purchase Porn Wikileaks after that civil lawsuit was filed.  And prior to that, they tried to -- and knew that they were profiting from these disclosures that were being made on

Porn Wikileaks.   The other conclusion that Judge Enright

reaches is that, yes, the defendant and GirlsDoPorn

purchased Porn Wikileaks, but then he let it go.   He let

it go from November -- let me make sure I have the right

date.   From November of 2015 through August of 2016, he

owned Porn Wikileaks, and those posts were still coming

up, and they were still doxxing and publishing all of

this information about these women.

         And so the idea that Mr. Pratt was -- and

GirlsDoPorn was trying as hard as they could to keep

these women's information private is just not true.   And

that has been proved -- or I think that was proven in the

civil case, and certainly that is the conclusion that

Judge Enright reached.

         That being said, what is in the plea agreement

is not that the defendant ran Porn Wikileaks, because I

understand that that is potentially a fight that we don't

need to fight.   What is uncontested is that the defendant

knew all about Porn Wikileaks, and yet he recruited woman

after woman after woman, or had his people recruit these

women, without telling them anything about what was going

on.   And that is the problem here.

         The problem is that however much one wants to

credit what has been filed in the defense sentencing

memorandum about Mr. Pratt, the reality is that he lied

to these women knowing full well that he was going to blow up their lives.  And, in fact, that was the idea. The idea was to get this information to individuals who would click on the link, who would pay for the monthly subscription.  And those individuals were these women's family, friends, sorority sisters, you know, soccer teammates, all of these people who were going to click on that link.  And that's what made this a money-making venture, and it certainly undoubtedly was a money-making venture.

The other thing that I wanted to touch upon was this idea that the defendant didn't know what Mr. Garcia was doing, didn't know what Mr. Wolfe was doing.  At the end of the day, the defendant was the man running the show in this case.  The defendant, this was his brainchild.  These were people that he had recruited.  He got Mr. Wolfe to come from New Zealand.  He got Mr. Garcia to come from Florida to be the male model, to run the back end of the company.

So maybe, maybe the defendant didn't know the extent of what Mr. Garcia was doing.  That being said, he brought that man here, he created a system in which that man could do what he did, and he never shut it down for years.

I would also point the Court to a statement that

Mr. Wolfe made in his sentencing where he says -- where the defendant Wolfe said, "I want to share what it was like working for Pratt.  He was violent, manic, and he belittled everyone around him.  Pratt made it clear that this was his company.  He directed everyone, and everyone answered directly to him.  All decisions, payments, shoots, bookings, uploads, editing, purchases, had to get the okay from Pratt before they happened."  So he was not an absent owner; he was very involved in all of the things that were happening in his company.

That being said, the defendant took a plea.  The defendant pled guilty in a case which I think we can all agree is a novel case.  And so that warrants some level of credit, and the credit that the Government is willing to give him is to ask for a sentence at the mid range of the guidelines and to recommend 260 months.

I'm happy to answer any questions that the Court has.  Otherwise, obviously, we can proceed as the Court seeks to proceed in this matter.

THE COURT:  Okay.  Let me do this:  Let me hear from probation, and I know there are a number of people who would like to address the Court, and I'll come back to you, and you can call those people forward.

MS. FOSTER:  That is correct, your Honor.  Thank you.

*THE COURT:* From probation? Good morning.

*PROBATION OFFICER:* Good morning, your Honor. I just want to mention briefly that Pratt's conduct predates his conviction in this offense. By his own admission, he started the GirlsDoPorn website in 2009 and he recruited his first actor, who is charged in a related offense. When that actor left, Garcia recruited Foster, Wolfe, Gyi, Moser, and Nored.

During the civil lawsuit, he again hired Foster to create and edit a video about the plaintiffs. He called it "*22 Whores Plus Five Shady Lawyers v. GirlsDoPorn*." In that video, it was to include the women's full names, date of birth, the year they filmed their video, their physical appearance and their location, again re-victimizing all of the victims.

During the presentence interview, as it was also stated in the objections, I asked Mr. Pratt: "What would you do if the girls told you that they wanted to end the video?" And he said, "We would let them leave," which is not what it states in his plea agreement. He has not accepted responsibility for his conduct nor has he shown any type of remorse at all.

I want to remind you, as counsel stated, Garcia, he received a 24-month sentence. There would be no Garcia without Mr. Pratt. Mr. Pratt recruited him. He

was the leader of this whole conspiracy.  So today you'll hear from a whole bunch of victims.  However, there are more than 450 victims in this offense.  So I stand by my 360-month recommendation.

THE COURT:  Okay.  Thank you very much, Ms. Tyson.

Ms. Foster, on behalf of the Government, if we're just going to go down the list, I can call number one.  I'll let you handle it so that you can bring them forward.

MS. FOSTER:  Understood, your Honor.

We would actually ask if we could go forward with the women on video conference first.

THE COURT:  Oh, okay.  That's fine.

MS. FOSTER:  Some of them are in different countries --

THE COURT:  Time zones?

MS. FOSTER:  -- around the world and time zones.

THE COURT:  Okay.

MS. FOSTER:  So if possible, if we could go forward with them first, that would be great.

THE COURT:  Starting with number 34?

MS. FOSTER:  Starting with Victim 34.  That's correct.

VICTIM NO. 34:  Hello?

MS. FOSTER:  Hi.  This is Victim 34?

VICTIM NO. 34:  Yes.

MS. FOSTER:  You should feel free to provide your statement to the Court.

VICTIM NO. 34:  Yes.  One second.  Okay.  My video is not on, but that's okay.

There I am.  Hello.  My name is Kayla.  Your Honor, thank you for your time and the opportunity for my voice to be heard.  And what I have to offer today is for Mr. Pratt.

Your Honor, may I address the defendant?

THE COURT:  Yes, you may.

VICTIM NO. 34:  Okay.  So it took me some time to figure out how I should write this.  I wanted to come from a place that has history of pain attached to it.  Pain and time I'll never get back.  And I'd like the statement to be about me and how badly this affected my life, my children's lives, the jobs I've lost, the embarrassment and the shame I walk through daily -- I'm actually in the middle of fighting for my son right now, this being a factor in the custody arrangement -- the hope for my very own happy ending.  But instead I want my statement to be for you, Michael, for hope, for freedom and for destiny.

I know most of you are confused by that, but let

me explain.  I read an article of an interview you did recently where you mentioned you felt relieved getting caught, that being on the run and luxury wasn't so much luxury because you were constantly looking over your shoulder.  For a split second victory was all I felt, but then something hit me.  You are a conscious being. You're also one of God's people who knows right from wrong.  Your love of fast money took over, and you fell in the trap of evil.  You made a deal with the wrong side for a quick gain.

I don't know your faith, but my God, my Creator, forgives and always gives you another chance -- multiple actually.  You're going to get freedom again, and when it comes, you will get the opportunity to sit on this side of the table with us, labels and titles that hold you back from the future.  People who won't want to work with you, even when you have the money because they can never be associated with the labels you now carry because it wouldn't look good for them, your hope for a future completely stripped from you.

But my hope is that your journey, you are given another chance, and that that one person comes in after you feel like the end is your only calling and you're given an opportunity at life.  You are deserving of forgiveness, Michael.  You are not a bad person; you just

sided with most people who live in luxury of money without regard to the little guy who just wants the simple things to make it through this place, the nobodies that don't matter anyways, right?

What's wild to me, Michael, is I did some of my own digging on you, and you struggled growing up.  And people that surrounded you were shocked by this coming forward.  That just validated that money you did gain from stabbing our futures, you also put back to the people you loved, to see them do well in life.  You're not a monster; you're one of us, God's people.  You just let this place get ahold of you.

I look forward to a future for you, not for your downfall but for your testimony.  All you'll have is faith because your labels pushed everything away, any future you may think you have.  Because we all know you will still have money, and it won't be your biggest issue.  You'll only have God and a blessing that will be. I pray you make it through the fire, and it will be one of the most challenging things you ever do in life; that you will know you are forgiven.  And when it's all done, I can't wait to hear the ways that God has placed his hands on you.

And that is it, your Honor.  Thank you.

THE COURT:  Thank you very much, ma'am.

VICTIM NO. 34:  Thanks.

*MS. FOSTER:*  Your Honor, we can call Victim 35.

VICTIM NO. 35:  Sorry.  I think it's working, right?

*THE COURT:*  We can hear you.

VICTIM NO. 35:  All right.  Can -- perfect.

Thank you for letting me speak.  When I was in my first year of college --

*THE COURT REPORTER:*  Your Honor, I'm sorry.  I can't --

*MS. FOSTER:*  I'm sorry, your Honor.

*THE COURT:*  Wait.

*MS. FOSTER:*  As to Victim Number 35 --

VICTIM NO. 35:  -- I was --

*MS. FOSTER:*  Sorry.  If you can --

*THE COURT:*  We need to stop for just a moment, ma'am.

*MS. FOSTER:*  Sorry.  May I suggest that she turn off the screen, and then maybe the audio will come through a little bit more clearly.

VICTIM NO. 35:  Is that better?

*MS. FOSTER:*  Yes, that's better.

VICTIM NO. 35:  Does that work better?  Okay.

The excitement and happiness was flooding -- was flooding through me [failure in audio transmission].

Then I met Michael Pratt.

THE COURT REPORTER:  Your Honor, I can't hear her.

THE COURT:  Ma'am.  Ma'am.

VICTIM NO. 35:  -- followed by a screenshot from my video.

THE COURT:  Ma'am, I have to stop you.  We can't get a record of this because it's just not coming through.

MS. FOSTER:  I agree.  May I recommend that Victim 35 e-mail her statement to the FBI agent that she is in touch with, and then I can read that into the record, if that is okay with the Court.

THE COURT:  That's fine with the Court because I can't understand it.

VICTIM NO. 35:  That's fine.

MS. FOSTER:  I agree, your Honor.  So please e-mail your statement --

VICTIM NO. 35:  Okay.  No worries.

MS. FOSTER:  -- to the FBI agent.  Thank you.

THE COURT:  It's a technical difficulty.  We're sorry, ma'am.

MS. FOSTER:  So if we could now hear from Victim 36.

VICTIM NO. 36:  Hello.  Are you able --

MS. FOSTER:  Yes, we can hear you.

VICTIM NO. 36:  Feel free to stop me.

Good morning, your Honor.  I'm Jane Doe Number 36.  While I intended to be there . . . sorry.  [failure in audio transmission] I suffered a PTSD seizure a few hours after [failure in audio transmission].  And I will not be discharged until this afternoon.

THE COURT REPORTER:  Your Honor, I'm missing too much.

THE COURT:  Again, let me stop you, ma'am.  I'm very sorry.  This is Judge Sammartino.  I'm sorry.  We're not getting an accurate record of these statements.

Maybe we need to do the same thing, Ms. Foster.

MS. FOSTER:  Yes, your Honor.  So if I could ask Number 36 to please e-mail her statement to the agent with whom she is in touch, and I can read it into the record once we are done with the individuals who are testifying here today.

VICTIM NO. 36:  Okay.

MS. FOSTER:  Maybe if we could try Number 37 and see if the connection is any better.  Is Number 37 on the line?

THE COURT:  We're just double-checking our system at this end, Ms. Foster, but we think we're all right.  So I don't know exactly what the problem is, but

let's go through each one of them and see if we get a

better connection.

Our technology people are telling us that it's on the other end.  It's not on our end because they've double-checked the system.  So let's try, though, with each one and let them know that we've at least tried and they could e-mail something.

So go ahead.  We're requesting Victim 37.

VICTIM NO. 37:  Thank you, your Honor.  Are you able to hear me okay?

*MS. FOSTER:*  Yes.

VICTIM NO. 37:  Wonderful.  Thank you for allowing me to speak today.  I would like to address Mr. Pratt directly if that's all right.

*THE COURT:*  Go ahead.

VICTIM NO. 37:  Michael, we meet again, but this time it's you who cannot escape.  You cannot ignore our words.  You cannot escape what you did to me.  I still struggle to believe that we're finally here.  I've waited more than 15 years for the moment where you must face these consequences.  I do not need to remind you of the details.  You know what you did.  You know how you treated me, how you lied, how you terrified me.  Pardon me.  What I can tell you is how you deeply damaged, how your choices changed my life, and how I now hope you are

forced to understand the weight of it.

For years I've asked myself what kind of person can knowingly cause this much harm, not to just one woman but to hundreds.  The only conclusion I can reach is that it takes someone cruel, who lacks empathy, and does not see others as human beings.  Based on your actions, it is safe to assume you believe you don't belong in prison. After all, you fled authorities for three years.  But your crimes were never a single mistake, Michael.  It was a pattern.

Again and again you chose force, exposed and traumatized women who told you no.  We told you we did not want to go through this, to please stop.  We told you we would [indiscernible] and isolated from our friends, partners, and family.  You ignored us.  You showed us that you did not care.  Do you care now, Michael, or is it you care because you were caught?

You took away my sense of safety and you left me questioning who I am.  I have worked so very hard to heal, but the wounds remain.  What you did was not a fleeting act.  It was a lasting scar.  Even with ongoing therapy and over a decade since my video was released, your actions still shape my life.  I never feel safe.  I never feel my family is safe.  I search my name online constantly, terrified of what I'll find.  I live in fear

of losing new friends who do not know my past.  I live in fear of losing my job.  I fear my child being tormented at school.  Fear is with me every day because of what you did.

Now I wonder how it feels for you.  Do you feel unsafe?  Do you feel stripped of your future?  If so, then maybe you finally are starting to face a fraction of what you inflicted on each one of us.  That may not be justice in the traditional sense, but it gives me comfort.  I do feel sorry for your family who likely poured in their love into raising you only to witness you destroy lives in such a deliberate way.  You probably don't realize it, but you destroyed their lives as well. I can only imagine the shame and guilt they feel.

You clearly carry a deep fear of being seen as a weak and insecure person that you truly are.  It is equally as clear that you tried to mask that fear with money, power, and control over young women.  Now in prison you will live the life you feared most, without wealth, without status, stripped of the vanity that you clung to.  For all your desperate attempts to appear rich, you have always been, candidly, poor.  I hope it hurts knowing that you will never again live the life of vanity and freedom you once took for granted.  You will now feel the dirt and confinement that you forced on us

because in some ways I hope the prison you will soon be sent to, mirrors the prison that you've built around our lives.  That's the truth of your choices.  It's now time to account for years of [indiscernible].

Thank you, your Honor, for allowing me to speak today.

THE COURT:  You're welcome, ma'am.  Thank you for your comments.

Moving to Victim 38.

VICTIM NO. 38:  Hi, your Honor.  Can you hear me?

MS. FOSTER:  Yes.  I would ask --

THE COURT:  Keep speaking.  We could hear you initially.

VICTIM NO. 38:  Okay.  My name is *spelg Sara.  And are you guys able to hear me?  I don't want to continue with my impact statement if you can't.

THE COURT:  We are.

VICTIM NO. 38:  Okay.  Great.

Your Honor, thank you for allowing me the opportunity to speak today.  Michael Pratt stole my life from me, not just my innocence but my dreams, my faith, [failure in audio transmission] and my sense of [indiscernible].

THE COURT REPORTER:  I need her to start over,

please.

THE COURT:  Okay.  Wait, ma'am.  Ma'am, I'm going to ask you to back up and slow down.

VICTIM NO. 38:  Okay.

THE COURT:  We're recording everything that's being said in these proceedings today, and the transmission makes it difficult sometimes on both ends. So back up a couple of sentences and start over.

VICTIM NO. 38:  Michael Pratt stole my life from me.  Not just my innocence but my dreams, my safety, my faith in others, and my sense of self.  I used to be a strong, vibrant, outgoing girl who saw the good in everyone, and at 18 I had everything to live for.  And in one horrifying night, Michael Pratt took that all away. Since then, I've lived in fear, confusion, and shame.  I question everything, including God.  I stopped trusting people.  I question their motives, their intentions. I've stopped seeing the world as safe and instead saw it as a dark, dangerous, and cruel place.  I've lived for years trying to convince myself and everyone around me that I was okay, but I wasn't.

For over 10 years I've lived behind a perfect facade, a life so many envy, but that eventually crumbled when I received the letter from the FBI confirming the truth that I had buried, and my whole, entire world

collapsed.  I had no choice but to relive everything. The memories I worked so hard to suppress flooded back in an instant.  I was alone, isolated, and terrified, and the people I had hoped would support me couldn't.  That pain too has stayed with me.

For over a decade, I have lived a double life, outwardly holding it together while inwardly drowning. The fear never left me.  It followed me through sleepless nights, panic attacks, flashbacks, and moments where I questioned my own worth and will to live.  Every man to me has became a threat, and I couldn't allow myself to believe in love or genuine connection.  I was a shell of who I once was.

The trauma didn't just end with the actions of Michael Pratt, Matthew Wolfe and Andrew Garcia.  It lingered in the loss of my marriage, my friendships, and my sense of control over my own life.  I spent many years not feeling deserving of help or love.  I lived a double life throughout my whole, entire adulthood, hiding the pain and hiding my truth, but I refuse to let him or what happened -- sorry.  But I refuse to let him or what happened define me any longer.  I was a victim but now I am a survivor.

Like all the other brave women you've heard and will hear throughout the day, I have fought every day to

find healing and to rebuild my life from the wreckage that Michael Pratt has left behind.  No sentence will ever -- will ever be enough to undo the damage, it will never restore what was stolen from us, and it will never make us whole again.  But what this Court can do, what you can do is deliver the maximum sentence allowed, not just for justice but for every woman whose voice was silenced, whose life was derailed, and who still lives with the weight of what was done to her.

Your Honor, please give us that measure of accountability.  We deserve at least that.  Thank you so much for your time.

THE COURT:  Thank you, ma'am.

Victim 39.

VICTIM NO. 39:  Hello, your Honor.  Can you hear me all right?

THE COURT:  Yes.

VICTIM NO. 39:  All right.  Nine years ago my life was stolen and the most intimate pieces of myself posted on the Internet for the world to see.  It was something I never chose to happen, something I never consented to.  I was cornered in a hotel room thousands of miles from home being presented with options of which I neither signed up for nor set out for, yet the world doesn't see that.  What the world sees are explicit

videos of me with no awareness of the forceful and deceitful nature behind them.

The world doesn't see the bottles of Grey Goose and rounds of shots the defendant drank as he sat comfortably in a chair watching and directing the show he so carefully curated.  The world doesn't see the cloud of marijuana that filled the room.  They don't see the blood-stained bedsheets or the weeks of physical pain and bleeding that followed that night.  To the world it looks like I chose to have my body on display for a fun time or a quick payout.  To the world it looks like I participated willingly, but that's not the truth.

At this point the damage is done.  The story is written.  My life feels like a lie that has followed me every single day for the last decade.  My entire 20s have been a blur, and all the dreams I have set out for my life are shattered.  The scariest part is that the Internet doesn't forget, and every day I am reminded of those pieces of me that were stolen.  I carry the shame, the anger, and the hurt even though none of it was my fault.  The damage is permanent, the anger has turned to rage.  Depression has turned debilitating.  I thought that time would heal, but time passed only serves as a reminder that I've lost so many formative years in my life.

The effects on my family are permanent.  My relationships, opportunities, my sense of safety, the way people see me and the way I see the world will never be the same.  I've had to work endlessly just to hold onto a sense of dignity and self-worth, even while knowing the truth is still buried under people's assumptions.  I am a victim, not a participant.  What hurts the most is after all of this time, the story about me is the wrong one, and it can't be rewritten.  What hurts is knowing my life will never be what I dreamed of as a little girl.  What hurts is constantly carrying the pain and baggage that should have never been mine to bear.

What I hope people understand is this:  That the pain doesn't end when someone gets locked up.  Pleading guilty doesn't erase the years of my life I've carried this weight.  Any outcome in court won't change the reality of my life or the fact that these videos are still out there, still shaping how people see me. Justice on paper doesn't undo what was done to me.  And even though I'm here to tell my story, I remain trapped in what was taken from me.  Ultimately, I'll live with this forever.  And while Michael's punishment and suffering may end one day, mine never will.

Thank you for your time.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, Victim Number 40 has chosen not to speak, so I think we are at Victim Number 41.

THE COURT:  Okay.  Thank you.

VICTIM NO. 41:  Hi, your Honor.

THE COURT:  Good morning.

VICTIM NO. 41:  Good morning.  Can you hear me?

THE COURT:  Yes, we can.

VICTIM NO. 41:  Thank you very much for allowing me to speak today.

What brought me here today started with something so simple.  I said yes to what I thought was a modeling job, and that yes turned into the beginning of an opportunity.  Instead it became the door to my worst nightmare.  What followed was not my choice; it was manipulation, control, fear, and abuse.  The person sitting before you turned what should have been a dream into years of trauma for me.  He stole my sense of safety, my freedom, and pieces of me of who I was.  He tried to convince me that my voice didn't matter and that my life wasn't my own.

I thank God every single day that in the room that I was in, the bathroom had a phone inside of it.  That phone gave me a chance to call for help and a chance to survive.  Without it, I don't know if I would be

standing here today or not.  But even in that moment of desperation, when I locked myself into that bathroom and begged to be let go, I was met with more threats.

He told me that he knew everything about me, all of my information, including where I lived.  He told me that if I didn't try to finish the video, and if I tried to leave before finishing, he would ensure that everyone knew about my choices, the choices that I never wanted to make in the first place.  He used humiliation, intimidation, and fear as my chains.

Even now, long after escaping, I live with fear that they planted inside of me.  I constantly worry about losing relationships or being judged because of the things that I was forced into, choices that were never mine to begin with.  I fear that someone I love would turn away and not understand the situation that I was in. That fear follows me into every connection that I make, and it's a weight that I carry and will always carry every single day.

Your Honor, no sentence you hand down can erase what has been done to me and the other women, but it can ensure accountability.  And I can say loudly and clearly that no one has the right to exploit another human being the way that he has done.  Please help us protect the other women in the future and help them not endure the

same pain that we went through.  I ask you to impose the strongest possibility of a sentence, not only for me but every survivor who never gets the chance to stand in this courtroom and be heard.

Thank you so much, your Honor.

*THE COURT:*  Thank you, ma'am.

So that completes everybody electronically.  So go ahead if you'd like to proceed with the courtroom.

*MS. FOSTER:*  That's correct, your Honor.  And just so the Court knows, it's my understanding that the statements for 35 and 36 were e-mailed to us.  And if I could read them at the end, I would appreciate that.

*THE COURT:*  That's fine.  Certainly.

*MS. FOSTER:*  Thank you, your Honor.  So I think now we are prepared to proceed with the individuals who are here in person.

We would call up number one.

VICTIM NO. 1:  This crime shattered the foundation of my childhood and early adulthood.  I had just been admitted to both Princeton and Stanford and was traveling between campuses, deciding which future to choose.  I was bookish and idealistic, the kind of young person who believed the world would be good to me if I showed up with kindness, enthusiasm and an open mind.  At the time I was immersed in art and writing.  I had been

published in national literary journals, studied poetry and was --

THE REPORTER:  Ma'am, I need you to slow down.

THE COURT:  Ma'am.  Slow down a little bit because my court reporter is writing all this down.  And step closer to the microphone if you would.

VICTIM NO. 1:  I had been published in national literary journals, studied poetry on scholarship, and was experimenting with performance and conceptual work.  I imagined a future dedicated to public service or the law, but I came from a sheltered, tightly curated childhood in suburban Southern California.

Like many teenagers with artistic or civic ambitions, I believed that to create authentic work, to understand the real world enough to improve it, I needed to push myself into new, uncomfortable experiences to grow.  I was impressionable, searching for meaning.  But that combination, along with my youth, my curiosity, my trust made me vulnerable.

Michael Pratt exploited my innocence and went on to scale his cruelty into an enterprise worth tens of millions of dollars.  I was one of his first victims. That I was unable to stop him from harming so many others remains one of the greatest sorrows of my life.  The details of how I ended up in that hotel room are

fragmented, blurred by trauma and by the years I spent forcing myself to compartmentalize in order to survive. But one truth is clear:  It was not experimentation; it was exploitation.  It was the violation of a child who did not yet understand how unsafe the world could be.

My second year at college the video began circulating.  It was the very first video Pratt published.  I reported it to NCMEC and to the site itself, which I had never heard of.  It was removed and then immediately re-uploaded to several heavily-trafficked Aylo properties across the Internet.

The consequences were catastrophic, grief so total it felt cellular.  I didn't have words for what had happened to me.  I only knew I wanted to disappear.  I stopped eating.  I stopped going outside.  I cut people off who loved me, not because they failed me but because I couldn't answer their questions.  It surgically disconnected us from our communities, our support networks, and our own identities.

My personal information was doxxed.  I received rape threats.  My school had to change my e-mail address and dorm room.  I lived like someone in witness protection without any of the protections.  I attempted suicide and was hospitalized under a 5150 hold.  I carry permanent scars on my arms from self-harm, the only

release I knew at the time.  I developed bulimia and panic attacks.  I have been diagnosed with PTSD, major depression, insomnia, and generalized anxiety.  These are not distractions; they have been daily intrusions into my ability to live freely and fully.

The abuse followed me across decades, across continents, across platforms, its costs financial psychological, relational, compounding still today.  What happened wasn't a single episode of harm; it was a lifelong sentence of violation.

Now that I'm a mother, the stakes feel even higher.  The abuse didn't end in the past.  It echoes into the present.  It shapes how I parent, how I love, how I try to construct a safe world for my son.  Trauma is not linear; it mutates and infiltrates generations.  But as grief so often does, mine turned into rage and rage into commitment.

Despite everything, I graduated on time from Princeton.  I went into a career in tech determined to understand the system from the inside.  I embedded myself in the community that built and ran the Internet.  By day I was working my 9-to-5 job in tech.  By night I was building tools to automate the painstaking process of removing images of our abuse online.  With the support of a generous individual who was also personally impacted by

these crimes, my colleague Charles DeBarber and I have sent takedowns for over half a million pieces of content, the vast majority of it stemming from this case alone. In processing those take-downs, I have had to confront not only the echoes of my own trauma, but the pain and devastation this man inflicted on countless other women.

I have worked with engineers, policymakers, legislators, and law enforcement, but none of our work will ever bring back the lives of those who are lost to suicide, addiction, or murder. The emotional toll of Pratt's crimes wasn't temporary, and we are all still living inside its consequences. I built tools to fight exploitation not because it was my dream, but because I had to. It was the only way I could turn the destruction of my life into something that might protect others. My work is not evidence that I overcame this crime. It is evidence of how profoundly my life has been reshaped by it.

What Pratt did required no skill, no innovation, no intelligence. He was simply immoral enough to do what decent people would not. The only thing exceptional about him was how little conscience he had. Most crimes committed online never reach a courtroom. They dissolve into jurisdictional gray zones, hidden behind servers, shell companies, and intermediaries who profit while

disclaiming responsibility.  They so rarely culminate in a moment of accountability for the individual who orchestrated them.

Here, liability is unmistakable.  Michael Pratt is before you, and the world is watching.  So I ask the Court to recognize that this case is not just about one conviction; it is about the scale of the harm, the nature of the man who caused it, and the rare chance to deliver a sentence that reflects the gravity of what he has done.

Thank you, your Honor.

*THE COURT:*  Thank you, ma'am.

*MS. FOSTER:*  We'll now hear from Victim 2.

VICTIM NO. 2:  Good morning, your Honor.  Before Michael Pratt, I was free.  Free to dream.  Free to grow.

*THE COURT:*  Get a little bit closer to the microphones if you can, ma'am.

VICTIM NO. 2:  Free to dream, free to grow, free to become the woman I had worked my entire life to be.  I was a 23-year-old law student, confident, joyful, and full of purpose.  I believed freedom was something no one could take.  I believed my body was mine, my choices were mine, and my life belonged to me, and then Michael trafficked me.

He sold my body to the Internet for strangers to consume.  He turned my pain into profit, my life into

currency, my body into content, and my freedom -- the one thing I thought no one could take -- became a line item in his business plan.  And he didn't just do this to me. He did this to over 450 women.

Michael Pratt did not come to this country to seek freedom.  He came here to sell it.  He built a criminal empire that industrialized abuse.  He scaled human trafficking.  He treated women as disposable commodities and made millions.  He did not just break the law.  He violated the very idea of America:  That our bodies are our own, that our freedom is sacred, and that women are not for sale.

So today I ask this Court what Rachel Denhollander once asked:  How much is a woman worth? What is the value of her body, her life, and her freedom under your protection?  Your sentence today will define what accountability looks like in a nation built on freedom.

Your Honor, may I address the defendant?

THE COURT:  Yes.

VICTIM NO. 2:  Michael Pratt, I want you to look at me.  I won, and I have waited years to be able to say that to you.  I'm not just Jane Doe 1, I am *spelg Jennie.  I'm a survivor, and I'm the reason you're sitting in this courtroom today finally facing justice.

I am not your victim.  I am your reckoning.  I am the girl you could not break, the girl you could not silence, the girl who took you down.  I stand here today not just -- not because justice was easy, but because I refused to remain silent.  You spent years stalking me, terrorizing me, trying to bury me under fear and shame, but I never stopped fighting, not even when it cost me everything.

I ask the Court today to see the crime not only for what it was, but for everything it stole.  The lengths he went to silence me, and the strength it took to stand here today.

October 19, 2015, I sent you an e-mail saying, and I quote, "Remove all videos of me immediately.  Failure to do so will result in legal action."  I bet you're sitting here today now wishing you had just removed my video.

After I filed my lawsuit you not once defended the case on the merits.  Instead you, Wolfe, Garcia, and your attorneys spent three years trying to destroy me.  You launched a vicious campaign of harassment, threats, and intimidation designed to terrify me into silence and make me abandon my pursuit of justice.  You could not defeat the truth, so you tried to destroy the person telling it.

Your harassment was relentless, personal, and damaging to every facet my life and the future I was working so hard to build.  You sent over 60 e-mails to the most important people in my life:  My family, friends, coaches, colleagues, law professors, deans, and employers.  Each e-mail contained graphic pictures of me and links to the video.

You mailed naked photos of me to my law school and repeatedly called the deans trying to get me expelled.  You published defamatory articles online attacking my identity spreading false, vile accusations that branded me a prostitute, a hooker, and an escort.  You paired explicit images with my law school leadership photos, defiling my name, my accomplishments, and everything I fought to achieve.

You posted all of my information on Porn Wikileaks:  Where I lived, worked, went to school, my family's names, and even links to my social media accounts.  You encouraged Internet trolls to stalk and harass me, which they did without mercy.  You named this abuse whore-hunting, making my suffering the centerpiece of your sick game.

And you made sure I lived in fear every single day.  And when that wasn't enough, you escalated.  You bribed my friends for information.  You hired people to

harass me, calling my phone and workplace, shaming me and degrading me.  You sent Andre Garcia to my job and deposition to intimidate me.  You even commissioned a video called "*22 Whores and Five Shady Lawyers*," a hate crime on tape, created solely to cause severe emotional damage.

In the middle of the civil case, your attorneys fabricated a frivolous lawsuit against me, serving me the day before I took the California Bar exam, the biggest exam of my life.  A clear and calculated attempt to sabotage my future.  You tried to destroy me, but I'm still here, and now the world gets to see who you truly are, Michael Pratt.

No human being should ever have to experience the psychological torture you put me through.  I've spent the last 10 years of my life living in a constant state of survival mode; it has been absolutely exhausting. I've been sentenced to a life of insomnia, chronic depression, crippling anxiety, and permanent PTSD.  I can never escape what you did to me.

I tried moving away, using a different name, and obsessively changing my appearance to avoid recognition. I've spent thousands of dollars on microblading, facial fillers, and cosmetic surgery, altering my face so drastically that when I go through customs, Homeland

Security's biometric facial recognition software no longer recognizes me as the person on my passport.

My reflection may be different, but the girl you broke still lives inside of me.  You changed how I think, feel, and move through the world.  You rewired me to live in fear, to question my safety, and to anticipate harm and silence.  You turned my own instincts against me. You stole my worth, shattered my privacy, violated my body, mind, and soul.  You left me hollow, fractured into a million pieces I can't put back together.  You turned my life into an endless roller coaster ride through hell and twice I -- it almost cost me my life.

Michael Pratt, look around this courtroom.  We are an army of survivors sharing our truths, and we have won.  You thought we would break.  Instead, we linked arms.  One voice became two, then ten, then an army you could never defeat.  Together we dragged your crimes into the light and watched your empire collapse.  You believed fear would silence us.  Instead we've raised our voices together.  You counted on secrecy and shame.  We counted on each other.  Our unity is your indictment.  Our voices are your downfall.  We stand here fearless and unstoppable, and we demand justice.

Your Honor, Michael Pratt is a predator, a trafficker, the face of modern-day slavery hiding behind

a computer screen.  He came to this country believing he could sell a woman's body, her hope, her future, her very name and to profit from her suffering.  He weaponized shame as a tool of intimidation and torture, turning survival into humiliation.  This case is not just about human trafficking; it is about Michael Pratt's calculated cruelty, years of stalking, threats, harassment, and the sickening belief that a woman's worth can be reduced to a price tag.  Michael Pratt violated the law and the core principles that define this nation.  Our freedom is sacred, our bodies are our own, and women are not for sale.

So I ask you, your Honor, how much is a woman worth and what is the true value of our body, our dignity and our future?  The sentence you impose today will not just punish a man; it will declare to the world what you believe our worth to be.  Punish the cruelty.  Punish the manipulation.  Punish the dehumanization.

Let your sentence match the scale of his violence, not just in the laws broke but the lives he destroyed because, your Honor, Michael Pratt's plea agreement, rounding up, is 22 years.  8,030 days in prison.  With 450 victims, my life is worth 18 days of his prison time.  Eighteen days for selling my body.  Eighteen days for destroying my life.  That number should

haunt this courtroom.  I ask you, your Honor, is 18 days all I'm worth?  Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Victim Number 3.

MS. WALGREN:  Good morning, your Honor.  Amanda Walgren on behalf of Jane Doe 3, appearing beside her for support.

VICTIM NO. 3:  Good morning, your Honor.  Thank you for this opportunity.  And at times I may just speak directly to Mike.

THE COURT:  You may.

VICTIM NO. 3:  Okay.  There's not a single person in this room who knows Michael Pratt better than I --

THE COURT:  Okay.  Go slowly, ma'am, because we're recording everything that everybody says.

VICTIM NO. 3:  Okay.  I'll redo.

THE COURT:  And speak into the microphone.

VICTIM NO. 3:  Okay.  There's not a single person in this room who knows Michael Pratt better than I do.  I wish I didn't know him the way I do, because knowing him has caused me unimaginable trauma and destruction since I was 18 years old.  It was the end of my senior year in high school, and I was looking forward to being a freshman at the University of Kansas.  I was

looking for modeling opportunities on Craigslist and responded to the wrong one.

Six months later Mike released a video.  I had been named Ms. Teen Colorado runner-up, and Mike's obsession with me was -- and with my image.  The press created a media storm from all the publicity.  Headlines like Miss Teen Colorado Porn and more caused the press to eat it up with the news stories covered by every major outlet.  My grandparents even found out when they saw me on Fox News.

The exposure -- this exposure made the videos even more popular, though.  My video was the second-most-watched video on Pornhub, which was the eighth-most-trafficked website in the world, and it garnered hundreds of millions of views, well over 1 billion views throughout all of Pornhub's affiliate sites.

You and your partners stole my future.  You made me the face and the logo of GirlsDoPorn on your website without my consent.  Your partner Pornhub, your primary distributor of content, used my face and my name to create me as a category.  The amount of money you generated created more of an obsession with me that's uncomparable.  For you I was profit, but for me it was a life sentence.  You stalked me across states, threatened

my family, sent photos of my mom's house, and used guns to intimidate --

THE COURT:  Slow down.  Slow down.

VICTIM NO. 3:  Oh, sorry.

-- and used guns to intimidate me.  You forced me back into filming by threatening and coercing me.  I had to act the part to protect myself and those close to me.  You thought I liked you, but I fucking despised you.  I despise your smell.  Your look, your voice.  I was afraid of you and I still am.

Your thoughts -- your threats were constant and terrifying.  I wrote and begged and called Pornhub and you to take my video down.  I was completely denied.  Even today when people search my name, they don't see me.  They see me the way you exploited me, and Pornhub profited from that.  That damage will never fully go away.  I'm still paying the price today and living the loss of the life that I once deserved.  No verdict, sentence, or judgment can return it.

You made a game out of hurting me.  You molested me, you raped me, sent me hundreds of intimidating threats, and stalked me wherever I was living.  Mike, you were infatuated with me and you would not let me go.  My interaction with you wasn't hours, wasn't days, it wasn't months.  It was years of terrorism, and I fear for my

life every day.  Your obsession with me destroyed me. But you don't own me anymore, Mike.  My name may always be tied to you and what Pornhub did, but in this courtroom my voice belongs to me, and today I'm using it. Today is for justice for me and the other beautiful women here today that were harmed by you.  Today is the day we can finally feel some peace and know you will be behind bars.  I pray today results in a very long sentence.

Thank you, your Honor.

THE COURT:  Thank you, ma'am.

VICTIM NO. 3:  Thank you.  Sorry I was so fast.

MS. FOSTER:  Victim number 4.

VICTIM NO. 4:  Hello.  Thank you for letting me have the privilege to speak today.  I speak on behalf of myself and plenty of other women in this courtroom today. My life has been greatly affected the last 13 years.  My life has been short of -- has been nothing short of anything but normal.  The last decade has been nothing but being harassed, bullied.  I have received death threats and had several suicidal thoughts.

Going in public was hard.  Having friendships was difficult, especially with parents telling their kids they can no longer be friends with me anymore.  That really hurt.  I lost friends, boyfriends, family members, and job opportunities.  I always tried to rise above it

and think of a reason for something to make me better and stronger.

When I became a mom, I knew my life was still going to face challenges.  I received text messages talking about my daughter, who is a baby, and if she will follow in my footsteps.  As a mom, and a new mom, that greatly affected myself and my mental health.  I wanted nothing but the best for my children, no matter what that entailed.

I moved two hours away from my hometown where I grew up, where all my memories were made.  I couldn't handle people knowing who I was and belittling me as a human.  I had girls make Vines of me years ago -- which is a video -- threatening to beat me up, for whatever reason.  I always ask myself why?  What did I do to affect someone else?  I ask myself that quite a lot.  I realize it wasn't just myself who was affected.  It was my family, my peers, my friends, my community, and eventually my children.

School was nothing short of a mess.  My classmates in my criminal justice program had to have special meetings about me with the deans and the professors to treat me like everyone else.  How do you think that made me feel?  I never wanted to be treated anything -- any differently than anyone else.  I was just

a normal college freshman at the time who wanted to earn an education like everyone else.

I had professors sending me videos of my link asking me to come over, ultimately making me drop out of school.  Right out of college, after I went back, I received a job offer as a medicolegal death investigator for the county in which I lived in.  Two weeks later I lost my job.  I cried continuously.  I was so mad at the world.  I hated myself.  I hated everyone.  Ultimately, I hated Michael Pratt.

I know my life will never be the same.  It will come with challenges like it has, but I will face it head-on.  We all will.  I hope everyone can see what we've faced in this last decade and only have closure.  I hope the closure is at least -- is the least that we get. Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Victim Number 5.

VICTIM NO. 5:  Hi.  Good morning, your Honor.

THE COURT:  Good morning, ma'am.

VICTIM NO. 5:  Sorry.  Please bear with me. I'm, like, having to relive all this stuff right now.

THE COURT:  Just breathe deeply, read slowly for my court reporter, please.

VICTIM NO. 5:  Absolutely.  I never met this man

face to face, but the choices he made and the system he built changed my life forever.  I was only 18.  I trusted them when they told me my vulnerability would be safe, that what I shared would never go online.  That trust was shattered when my body was exposed to the world.  Because of his decisions, I lived in hiding.  I was ashamed thinking I would never be more than an object.

Everyone in my hometown, everyone in my life, my family saw something they were never supposed to see. They saw a version of me I never consented to show, and they judged me for it.  I lost relationships.  I lost a sense of safety.  And for years, I lost myself.

Sorry.  I'm really shaky.

There are nights I didn't think I would survive the pain.  I felt so numb and so powerless that I thought the only solution was to take my life, and I tried. Somehow I'm still here, but he took something precious from me that I can never get back:  My ability to choose how my body was shared with the world.  Our innocent, young bodies were just dollar signs in his eyes.  If I had succeeded in taking my life because of what he did, he would not have lost a moment of sleep.

I want you to understand that even though I never shook his hand, his greed in this ring that he created broke me in ways I'm still repairing.  And yet,

standing here today, I refuse to let him have the final say in my story.  This man has no remorse for what he has done to me, these women behind me, and the hundreds of others he destroyed.  He is only here today claiming to be sorry to try to help himself.  He had years of opportunities to change his ways, to stop hurting people, and reduce the harm he had already done, and he never took that opportunity.

Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  At this time we'd call Victim Number 6.

VICTIM NO. 6:  When I first encountered Michael Pratt, I was 21 years old.  I at the time was a full-time college student working on pursuing my degree to become a teacher.  I had a loving boyfriend of two years and a strong support system back home.  However, that all changed.  It didn't take long for my future career and personal relationships to completely fall apart after meeting him.  Within one month of the video being released, I got a text from a high school friend in another state with a link to the video asking "Is this you?"  I began frantically scrambling for answers, looking to see where else it had been posted, and soon I realized it was everywhere.  After calling Pratt I

realized he had blocked my number and this was only the beginning of the worst years of my life.

I was able to secure a job at a school in the fall but only to be let go two months later because the kids and the parents were sharing my video during the school day.  A parent had posted the video on a website labeling me a porn star turned teacher.  This was shortly followed by my parents and my boyfriend also finding out, leaving me isolated and alone.  As expected, my boyfriend wanted nothing to do with me and my parents were deeply ashamed.  I felt unhirable, undatable, and my parents had effectively disowned me.  I felt as though I would never have the opportunity to do what I was passionate about.

It has been more than 13 years and the harassment continues to this day.  As I sit here today with everyone else in this room who's gone through unimaginable pain, suffering, and lost careers, I ask the Court to show no mercy.  He has ruined countless lives and cost all of us dreams, family, and personal relationships.  Because after destroying these lives he ran like a coward, knowing exactly what he had done.

I could talk for days about the way Michael Pratt's crimes have affected my life, but I want to respect the Court's time.  I mostly want to thank the attorneys, prosecutors, investigators, and officers who

have worked tirelessly to help restore peace and balance to the lives of so many who lost that due to Michael Pratt.  We will never be the same, but all of your hard work, dedication are definitely getting us closer.  I truly appreciate that.

Thank you, your Honor.

THE COURT:  Thank you.

MS. FOSTER:  Your Honor, we're not sure whether Victim Number 7 is here.  Is it okay if I just --

THE COURT:  Certainly.

VICTIM NO. 7:  I am here.  I am here.

MS. FOSTER:  Great.  Victim Number 7, your Honor.

VICTIM NO. 7:  When I look back on my life I see two versions of myself:  The person I was before and the person I was forced to become after this crime.  I was 19 at the time, a college athlete with a strong academic path and a clear sense of purpose.  But after the video surfaced everything collapsed.  I was driven off my team, out of my classes, and into isolation.  In the years that followed, I pushed myself forward in school and eventually earned two master's degrees in a field I am deeply passionate about.  I kept telling myself I would turn those degrees into a career once the dust settled, but nearly 12 years have passed and that moment has yet

to come.  Twelve years of clawing my way back to basic stability.  Twelve years of fighting to reclaim the parts of me that were stolen.

Those years became my entire 20s.  A decade most people imagine as full of growth and joy were, instead, consumed by trauma and survival.  That survival came at an even deeper cost.  It cost me my very self.  This crime didn't just disrupt my future.  It dismantled my identity.  I lost my voice and my sense of safety.  The trauma rewired me.  I became hypervigilant and disconnected, a shell of the person I once was.  Not a day goes by I don't grieve the version of me that existed before this.  And that damage didn't stop with me; it rippled through the lives of everyone closest to me.

Michael Pratt turned human pain into profit, and he is guilty of every life he shattered along the way.  This kind of harm doesn't end when the headlines fade or when a sentence is delivered.  It echoes every single day.  So I stand here asking that when you sentence him you see the lifelong impact his actions have had, because while I continue to fight for my healing and my future, nothing can give me back the life that I lost.

Thank you, your Honor.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  At this time the United States

calls Victim 8.

VICTIM NO. 8:  Your Honor, thank you for allowing me to speak today.  I'm sorry.

*THE COURT:*  That's okay.  Take your time. Breathe.

VICTIM NO. 8:  Every time I come here, I reopen wounds I had spent nearly a decade trying to close.  It's exhausting, painful, and terrifying, but I do it because it matters, not just for me but for the women who are here today, those who can't be here today, and for any potential future victims.

I learned the hard way that severe trauma can fracture the way a person experiences life. Psychologists call this structural dissociation, when the pain is so overwhelming, the mind divides itself in order to survive.  For me it means I feel like three people: The innocent, trusting girl I was before GDP; the victim who was deceived, assaulted, filmed, and humiliated; and the survivor who fights every day to stitch those broken pieces together.

Even as a survivor life is muted.  Where I once experienced life in vivid color, feeling joy, love, hope, and sorrow fully, everything is now dulled, as if my brain dimmed the world to protect me.  I'm torn between feeling too much and feeling nothing at all and, again,

it's exhausting.  It makes life feel impossibly difficult, like I'm fighting so hard only to be perpetually falling behind.

Before I was trafficked by GDP, I was a straight-A student, a daughter, a sister, a young woman dreaming of becoming a nurse.  I trusted people, and I looked forward to the future.  That was before I was exploited.  Pratt recruited and paid men like Andre Garcia to lure, deceive, and assault young women, some still teenagers, some still in high school.  Garcia came back into the hotel room and raped me.

I was shocked when, at Garcia's sentencing hearing, I learned that he had done this to dozens of other women.  I was even more shocked when I read Mr. Pratt's sentencing memorandum where he admits he knew Garcia was raping women and somehow decided never to fire him.  Pratt says he took precautions to prevent further rapes from happening, such as putting in a hidden nanny cam in the room.  And that was really insulting to read. All that would do is film the rape, likely for his own gratification.  I filed a police report against them in late 2015 detailing the rape, but for another four years Pratt not only trafficked hundreds of women but knowingly delivered them to Garcia, fully aware of the violence that they would face.

I had been contemplating ending my life ever since Garcia raped me. I bought good-bye gifts for each of my family members over the next month. But on October 17, 2015, the night my video was released, I knew I would go through with it the next day. Within hours my phone was blowing up -- probably within, like, 30 minutes. Strangers, friends, acquaintances, had all seen it. My family. Even my father had seen it. The shame and the despair were unbearable. I could not imagine living a life where this video of me was broadcast for millions to watch, and it was extreme luck and love of my parents that stopped me from ending my life that next day.

The video spread to tens of millions of people including family, friends, coworkers, strangers. Pratt's lies and deception cost me my dignity. It cost me my sanity, and my identity. They cost me jobs and my closest relationships. And, most importantly, they cost me the future that I deserved. Mr. Pratt stole all of that from me and more. The pain was so unbearable that many women did not survive it. And, truthfully, it's taken me a long time to be able to say that I'm grateful I'm still here.

Even after surviving, my life has been haunted every single day. The harassment I received as a result

of Pratt selling my information to Porn Wikileaks has been relentless and inescapable.  Strangers have sent videos of themselves masturbating to this video.  Men have asked me for autographs.  My friends, family, and boyfriends were harassed.  Employers shared the videos at work.  I've been fired from jobs.

I spent years in treatment centers, safe houses and therapy.  I battled substance abuse, an eating disorder, and months of being unable to get out of bed.  Every day was a fight to stay alive.  I changed my name, my appearance, my career.  And I even moved away to get away from it all and, sadly, that was not enough.  Even now I live with anxiety, fear, and so much grief for the girl I was before.

Though I'm making meaning out of what happened to me by finishing my master's degree to become a therapist so I can help other women fight for a second chance at life.  Michael Pratt and the men he employed killed the girl I once was.  What remains --

THE COURT:  Slow down, ma'am.  You're picking up speed as you go.  Say that sentence over again if you could.

VICTIM NO. 8:  What remains is a survivor fighting every day not to let them win completely.  No sentence today can undo what Michael Pratt has done, but

your sentence can protect others and it can heal all the women who are still battling daily to survive.  It can bring justice to those who have lost their lives and all of us who remain with a life sentence.

Thank you, your Honor.

*THE COURT:*  Thank you, ma'am.

*MS. FOSTER:*  I'll now call Victim 9.

VICTIM NO. 9:  Thank you for the opportunity to speak again today, your Honor.  I waited until the very last minute to write this statement today, but I've been thinking about it all day, every day for the last couple weeks because, hopefully, this will be the last statement I have to give for a GirlsDoPorn predator.

In the last two statements I gave for Garcia and Wolfe, I made it a point not to address them or even look at them because they really disgust me, and I didn't want to give them any more of my emotion.  I only wanted to make sure that you, this Court, only heard what needed to be heard, that these predators made our lives a living hell for over a decade.

Today I'm here to remind you that Michael Pratt feels no remorse for the pain and destruction he caused. He fueled it, he enjoyed it, and he would do it again if given the chance.  He even recently told the New Zealand Herald that he feels bad for any girls who had negative

consequences that came from doing the videos.  He still believes he did nothing wrong.  He still believes that we deserve everything that we are experiencing to this day.

Excuse me.  I've lost --

THE COURT:  Take your time, ma'am.

VICTIM NO. 9:  My statement hasn't -- it looks like it's been erased here.  I'm sorry.

Okay.  Yes.  He still believes he did nothing wrong.  He still believes that coercing, lying, and preying on minors is acceptable, that we deserve all the trauma we've endured because we supposedly made a choice.

Your Honor, may I address the defendant?

THE COURT:  Yes, you may.

VICTIM NO. 9:  Hey, pedophile.  Guess what?  You chose to trick me to come in here.  You chose to get me a birthday cake for my birthday to film on my 18th birthday so the whole world could know that I was going to be your next-youngest victim of GirlsDoPorn.  I know you have nastier skeletons in your closet than this case.  I'm glad that this is coming to light.

And that's why I'm here, your Honor.  Sure, he's pleading guilty, but he doesn't feel bad.  He doesn't feel guilty.  If he ever had the opportunity, he would do this again.  He would exploit us and prey on us and other innocent girls.  He's not going to change.  He saw how

many lives he ruined, how many families were destroyed, how many futures were stolen.  There are victims who cannot be here today because they took their lives as a result of his greed and perversion.  And yet he still has the nerve to say he feels bad for those who suffered negative consequences.

As a survivor I don't want to stand here and list every single way that Pratt and the community of pedophiles and perverts he created have traumatized me and still invade my life to this day.  If every survivor did that, we would never make it out of this courtroom. What I want to do is put a nail in this coffin.  This isn't just my last statement for GirlsDoPorn.  This is the last time I will allow Michael Pratt or his sick crimes to control my voice, my accomplishments, or my future.

As you know, he has taken so much from us already.  I lost my peace, my safety, my trust in people, and myself many times.  But here's the difference today: I'm not 17 anymore.  I am not naive.  I am not ashamed. I'm a 29-year-old grown woman who has carried this pain, rebuilt myself, and stood alongside other strong survivors who refuse to let Pratt's legacy define us.

Your Honor, this man was on the FBI's most wanted list for a reason.  He ran.  He hid, and he only

stopped when he was caught.  His guilty plea does not erase what he did.  It does not erase the fact that he groomed minors, recruited me at 17 years old, that he built a business out of tricking and trafficking vulnerable girls.  It does not erase the suicides, the broken families or the years of torment that have followed.

So I'm asking you for myself, for my family, and for the women who are here with me today, and for the ones who cannot be here, to please impose the maximum sentence possible.  Please do not let him ever have the chance to hurt another young girl.  Michael Pratt is not a businessman.  He is not misunderstood.  And he's not sorry.  He's a pedophile.  He is a trafficker, a scammer, and a predator.  He has destroyed lives for profit and pleasure, and the only way to stop him from doing it again is to make sure he never has the chance.  Thank you, your Honor.

THE COURT:  Thank you, ma'am.

We've got a long ways to go this morning, but we're going to take a break for my court reporter and everybody else.  Let's limit it to 10 minutes.  Come back at quarter of.  Thank you.

(Recess taken from 10:36 a.m. to 10:44 a.m. )

THE COURT:  Let's continue, Ms. Foster.  I think

we're up to number 10.

MS. FOSTER:  That's correct, your Honor.  At this time the United States would call Victim Number 10 to the stand.

I've been asked to remind the victims to please speak slowly so that the court reporter can write down what she has to say.

VICTIM NO. 10:  Hello, your Honor.

THE COURT:  Good morning, ma'am.

VICTIM NO. 10:  Good morning.  I came here today to give this Court insight into Michael James Pratt's character and to explain the impact his criminal actions have had on me.  I was deceived into flying across country not knowing this moment would change the course of my life.  I was only 19, 3,000 miles from home, and alone with people I didn't know.  That was already a very intimidating feeling.

He knew exactly what to say and do to manipulate myself and all the other innocent women here today.  He flipped between a superficial, social charm and calculated outrage to get his way, all to prey on young, impressionable girls.  We're a dollar sign to him so he could make a living no matter the cause and effect it had brought.  But Michael Pratt did insult to injury when he raped me the night I arrived in San Diego.  I was alone

in a hotel bed when he entered the room, got into my bed, and assaulted me.  After he finished, he threw a Plan B at me and told me he wanted to test me out first.  He had no remorse, no mercy, or empathy for me.  That was the most degrading moment for me in my life.

Trying to recover from San Diego was hard enough, but it was taken to the next level when my video was released and spread like wildfire.  Every social platform, person, and porn site had a copy causing it to go viral.  No matter how many times I would take it down, it would always make its way back online.  My video link was sent to my Facebook friends, my contacts, and my parents' work e-mails.  He made sure people knew.  The more people that saw the video, the more subscribers he would get.  It caused me to be extremely bullied and harassed by strangers and my community.

For years it was a struggle to walk into a room and question who was judging you silently.  Some were not so quiet about their judgment.  I started to believe what people were saying about me.  Negative bias overpowered my thoughts.  I felt silenced, lost, and contemplated ending my life, all my principles, foundation, and identity broken.  It is an extremely lonely feeling to know that your life might be over.

This affected my reputation, my passion, and my

family.  My name dragged.  When the video was released, at the time I was teaching dance to kids.  I was fired and told I was not a role model to children.  That hurt the most.  I was a great role model, and I still am.  No matter how much I tried to explain, no one believed me, and I was dismissed.  I was a very lost soul in this world.  Therapy has helped me understand who I am, but the trauma still manifests itself in different ways.  It is now difficult to earn my trust.  It is very hard for me to be vulnerable.  I am hypersensitive to my surroundings.  I always catch myself analyzing people's tone, body language, eye contact, pace of speech, and energy as a defense mechanism.  I am always in battle mode ready to put up a fight.

I am a warrior.  I have come out of this a strong person, reminding me of how far I have come.  At a young age I faced adversity, challenges, and hate, but with that I learned growth, resilience, and breakthrough. I work hard to be a good person because I never want someone to feel the way I felt.  I will always speak up when I see something wrong.  I help others and my community.  I choose kindness, happiness, and humbleness every single day.  I am proud of who I have grown to be in spite of what Michael Pratt did.

May I address the defendant, your Honor?

THE COURT:  Yes.

VICTIM NO. 10:  Michael James Pratt --

(Interruption in proceedings.)

THE CLERK:  Please mute your phones.  All those online, please mute your phones.

VICTIM NO. 10:  Michael James Pratt, you had the power to control the narrative for many years.  You have tried to silence us, but today it is our turn to set the record straight.  You are evil.  You are a predator.  You are a rapist, and this is who you are.  Your ego was too big to believe you would ever get caught but karma comes around, and it will haunt you now.

The book of your life is in its final chapter, a bleak, miserable one.  I will continue to stand with my head high, prosper, and live with gratitude as your time is spent behind bars.  It is your turn now to suffer as we lock you away from all the beauty this world has to offer.

Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, the United States would call Victim Number 11.

VICTIM NO. 11:  Your Honor, I stand here today not just as a survivor but as someone whose life was forever changed by Michael Pratt.  When I first met Pratt

and his team in 2013, he fed me a bunch of lies trying to convince me to fly to San Diego.  I was told I would be safe, that my privacy would be protected, and I cannot count the number of lies I was told.

THE COURT:  Slowly.

VICTIM NO. 11:  When filming was over, they made me miss my flight home.  When they dropped me off at the airport, my plane was already gone.  And when I contacted them to ask if I could be put in a hotel until the next day, he said no.  And then Garcia picked me up from the airport.  Garcia then took me to his apartment where he kept me for 24 hours, no food, no freedom to leave.  And during that time, he repeatedly raped me.  I've learned that Garcia did this to countless girls, yet Pratt employed Garcia for another seven years.

When I got home, I thought the worst was over but it wasn't.  Less than a week later, Pratt published the video all over the Internet, sent it to people close to me, and sent it to people in my hometown.  When I found out, I immediately contacted him, desperate for answers.  Instead of an explanation, I was harassed, threatened, and then blocked.

What happened to me wasn't just a crime.  It was a violation of my body, my trust, and my humanity.  I was manipulated.  I was exploited, and it left me a shell of

the person that I was just weeks before.  Within a day, everyone in my small Midwest town had seen the video, and I genuinely believed I had no value, no future, and no chance at starting a family of my own.  This belief opened a door that standing here today I still cannot believe I felt I was forced to walk through.

It pushed me into the adult industry, and not as a choice but to survive.  I was 19 years old, had lost all my friends, was unemployable and effectively shunned from my community.  Alone, broke, and nowhere to turn, it seemed like the only viable option for a 19-year-old girl with no future.  I have fought and I'm still fighting to take my life back from the ripple effects of what happened to me.

Pratt's crimes were about control and greed.  This was about stealing freedom from young, vulnerable girls and monetizing it.  No sentence can give me back what I've lost, but a strong sentence can send a message that predators will be held accountable and that the justice system stands with victims, not with those who profit from our pain.  So I'm asking you, please impose a maximum sentence possible, not out of revenge or spite, but to protect others and to show the seriousness of this crime and to let survivors know our voices matter.  Thank you.

*THE COURT:*  Thank you, ma'am.

*MS. FOSTER:*  The United States would call Victim Number 12.

VICTIM NO. 12:  Good morning, your Honor.

*THE COURT:*  Good morning, ma'am.

VICTIM NO. 12:  I have to be honest in stating that I didn't want to be here.  I have been anxious and nauseous for days before flying out here.  I've been questioning if I was strong enough to face the person that ruined years of my life that I won't ever get back.  And so I'm here.

I was living on my own for the very first time before all of this happened.  My life wasn't perfect by any means, but I had a stable family, a job where I was respected, and a boyfriend -- excuse me.  I was at work when I found out that the video was being spread.  All morning long people were whispering and behaving odd around me, and I couldn't understand why until my manager, a woman who I deeply respected, pulled me into the room and told me that a video of me was circulating around the office.  There was pity in her eyes but there was also judgment.

That day was the day when my life had shifted, and I didn't even know yet to what extent.  From that day on, my social media wasn't safe and I wasn't safe.  My

coworkers already looked at me differently, but then the harassment on social media started.  I changed my user name countless of times.  I removed my last name from social media, but somehow they always found me, sending me screenshots of the video, calling me a whore, telling me even that I've gained weight since the video.

Online sleuths figured out where I worked and started sending me e-mails to there.  Friends and family also started receiving messages with similar content, screenshots of the video, and my boyfriends as well. Having my friends send me screenshots of these messages was so deeply humiliating, that every single time I just got a text message I would get severe anxiety and panic attacks.

At one point, someone who I thought was a friend found out.  He then attempted to blackmail me into having sex with him in exchange for my silence.  The night he messaged me, I locked myself in my room, terrified he was going to break into my home and make true on his threats. A few weeks later, my boyfriend at the time was sent the video by someone and broke up with me stating that he couldn't be with someone who did something like that.

When I moved to a different state I assumed that by leaving San Diego behind I was leaving behind the trauma.  I began to finally make plans for my future and

had a new boyfriend who was aware of what had happened to me.  I began adding premed classes to my course load, and I was lucky enough to secure an internship shadowing pediatric cardiac surgery at a local children's hospital. One night, while I was on vacation, one of the attendants messaged me that the video had been forwarded to everyone in the hospital and -- excuse me -- and that they couldn't have somebody like me around children.  No one there at the hospital would give me a reference, and my career was over before it even began.

On an anniversary trip about five years later, after what happened, I was used to the messages, but it stopped for a little while.  On our anniversary trip, suddenly messages started again, not sent to me but screenshots to my boyfriend.  I'm lucky that he's a kind man and that he didn't judge me for it, but I judged myself and I was ashamed.

Every time that I think that I'm finally able to move on, I'm proven wrong again and again and again.  One of the reasons I didn't want to be here is because I keep on thinking about my deposition where Mr. Pratt's lawyers kept pulling up scenes from my video in front of a room of multiple people and asked me to share at which point of the video I was in pain and crying in pain, because I claimed that I was crying during the video.  We asked him

to stop repeatedly, and he refused.  I'm lucky to have had such wonderful legal representation who stood their ground with me and we walked out of the deposition, as they would not stop sharing the video in this room.

Each time I speak on this, I feel like I relive it all.  When it happened, but also the countless occasions of online harassment I faced over the last decade of my life.  I don't ever feel safe and secure, and I'm not sure when I will.  Every time someone says that they need to talk to me about something, I assume the worst and think that somebody has once again found out about it or that they received screenshots.  I'm unable to talk about the actual event and what occurred in that room.  And to this day, and I refer to as "when it happened" or "what happened to me," yet I continue to be reminded of it day by day.

However, I'm here today because I decided that my fear is less important than bringing justice to this person.  My fear is less important than all of the other women who suffered so much because of this man.  I overcame my fear so I could watch your Honor make sure that Mr. Pratt never sees the light of day or society again.  Thank you.

THE COURT:  Thank you.

MS. FOSTER:  Victim Number 13.  The United

States calls Victim Number 13.

VICTIM NO. 13:  Sorry.  One moment.

*THE COURT:*  Take your time.

VICTIM NO. 13:  Your Honor, thank you for allowing me the opportunity to speak.

*THE COURT:*  Okay.  I'm really sorry, but you're going to have to get closer to the microphone.

VICTIM NO. 13:  Sorry.

Your Honor, thank you for allowing me the opportunity to speak.  Being here today represents something I never thought I'd get, a chance for closure; the chance to reclaim my voice after nine years of silence, fear, and shame.  I'm grateful to share how Michael Pratt's actions have impacted my life.

*THE COURT:*  Okay.  Ma'am, also please go slowly. Speak --

VICTIM NO. 13:  Sorry.

*THE COURT:*  -- into the mic and slowly.  Please.

VICTIM NO. 13:  Before all of this I was a young woman full of life.  I was outgoing, trusting, and full of ambition.  I loved meeting new people, traveling, and dreaming about the future.  I was optimistic and believed that people were mostly good.  That part of me, the part that was full of hope and trust was stolen by Michael Pratt and sold for profit.  He preyed on me when I was

young and vulnerable.  He never cared about the truth, my consent, or the impact on my life.  What he did wasn't a mistake; it was intentional, calculated, and cruel.

The filming of the video was a traumatic experience, but the pain didn't end there.  Not only was my video scattered all over the Internet without my consent, but I was doxxed.  Thousands of Pratt's trolls, armed with my personal information, set out to wreck every part of my life.  It felt like I had no control over my own life, my own image, or my own body.  I wanted to disappear.  I didn't want to exist anymore.

An ex-boyfriend used the video to blackmail me, then, when I wouldn't give in to his demands, sent it to my parents and shared it with my friends.  Strangers who I had never met stalked, harassed, and messaged me for years.  I used to share my artwork and sell it online, and several times people pretended to be interested in buying my artwork only to then send me screenshots of my video once I had replied to their message.  I have deleted that account and haven't created artwork since.

I found hundreds of pictures from my video when I search on Google, even after GDP had been shut down. No matter how many times I attempt to have images removed, it will be on the Internet forever.  Every time I felt like things were getting better and I could

finally start to move on, I would be sent screenshots and I would have to relive the trauma all over again.  It's been almost nine years, and I haven't been able to escape it.

I've been diagnosed with PTSD, anxiety, and depression.  I take medication daily.  I see a psychologist -- psychologist regularly.  I've changed the way I look, the way I dress, and the way I exist in the world just to feel a little safer.  Even after all of this, I still have had panic attacks so severe that I couldn't leave my home.  I've had days where I couldn't eat, sleep, or even breathe properly because the weight of this trauma was so heavy.

I've lost so many relationships.  I've struggled with physical and emotional intimacy.  I've pulled away from people I love because I'm afraid of being judged or rejected.  I'm constantly looking over my shoulder, wondering who knows and who will use it against me.  I struggle with getting close to new people.  I spend most of my time at home, and I live in fear that an employer, colleague, or a friend will find out, and that everything I've worked so hard to rebuild will collapse again.

Your Honor, I am asking you to impose the maximum sentence possible, not just for me but for every

woman who has lived this nightmare, for every survivor who is still suffering.  We deserve justice and the hope that Michael Pratt will never again be allowed to do this to another woman.  I need to know the system sees us and it values our lives, our dignity and our healing.

Thank you, your Honor.

THE COURT:  Okay.  Thank you, ma'am.

MS. FOSTER:  Your Honor, at this time the United States calls Victim Number 14.

VICTIM NO. 14:  Hello, your Honor.

THE COURT:  Good morning, ma'am.

VICTIM NO. 14:  Thanks for having me here.

And hello, Pratt.  I feared coming here today.  It hasn't been easy.  This week's been a crazy week just because of life.  Flying across the country, just like I did many years ago, to the same airport with all the flashbacks, the medications that I need for the panic attacks and the glass of wine I had for breakfast just to get me here.

I want to make this statement very clear to you so that you can understand the gravity --

THE COURT:  You need to slow down and speak closer to the mics.

VICTIM NO. 14:  I want to make this very clear so you can understand the gravity, and I'll try my best

to keep it as brief as I can.

        *THE COURT:*  That's okay.  Just go slowly.

        VICTIM NO. 14:  Okay.  Slower.

        *THE COURT:*  Because we're writing down everything and it's a tough job, okay?

        VICTIM NO. 14:  I have been quiet and haven't spoken out in a public way about what has happened to me. I've been living in fear every day that this man has caused:  Fear of harassment, stalked -- being stalked, and assaulted like I did, fear of the media, of the pain. I've lost everything.  Every good opportunity I earned and I wanted and I worked for in the last 13 years has been ripped out from under me.  Relationships were ruined.  My college experience was far from normal, also ruined.  Having a child, fear of rape, and my safety, and even the therapy that can probably help me get over these fears.

        But worst of all, worst of all the things he's done to me, he's caused me to fear my own name.  Think about that for a second.  Can you imagine fearing your own name?  The one things you always have in this world is your name and your education.  I was always told this, but not only do I fear the sound and the visual involved, but I am quite literally traumatized by it.  Every time I sign a paper, document, get a job, meet someone, get on a

plane, show my ID, date someone, share my social media.

So I just focused on my education and trying to find myself again.  I powered through and I never gave up on myself or my name, and I never hid because it was unable.  I hid my body and I tried to be uglier just so I could hide.  And when I tried to change my name, it backfired.

Though I'm still young, I feel like I had my youth ripped from me at a young age.  In 2012 a lot of things happened in the world.  Instagram and Snapchat had just started.  I graduated high school and got into college.  I was starting my own charity and I did a lot of other great things that I don't really want on the record that I think people are aware of.

Of all these amazing accomplishments, people would normally look back on and be proud.  I did it overcoming all the odds and statistics, but I can't help but be traumatized by not only my name but that year. The actions and decisions to surrounding GirlsDoPorn, it has often been overshattered [sic] by so much darkness for so long.

They said the world was ending in 2012, and though it never did, mine as I knew it sure did.  When I was 18 I felt so happy.  I was starting a new chapter. The world was literally my oyster.  I had so much pain

before 18 that I didn't think that could ever happen again.  I felt very free.  I felt invincible and unbreakable because I had overcome so much.  I had hopes. I had dreams.  I had a fire inside me.  I was so ambitious, and nothing could stop me from the goals that I had set for my life.

I need to skip something.

When I went to college everything was blasted. I had to have cameras on my dorm room door that people still harassed me through.  I had to have people accompany me through college because of people stalking me.  I thought I had gotten over all the hard parts in my life.  I didn't think it was possible to break or feel suicidal, but apparently everyone's cup eventually overfills.  But boy did I know what true strength was through a worldwide news porn scandal.  I remember that moment like it was yesterday.  Scrambling to fix this.

Let me make you -- make this clear, your Honor. I know this was brought up earlier.  But I was paid by -- I was -- talked to a girl who was convincing me to do this after I was hesitant, someone he paid.  So many months later when this girl reached out to me to tell me that my video was online, she was also scared, I reached out begging to pay back all the money he had paid and some just to remove the video.  There were many e-mails.

I threatened to sue, but he never responded.  I e-mailed. I texted, and I communicated to all the channels I had open to me.

Months, months later, I had received some information prior to this breaking the news.  I again reached out to him, asked directly, and sent more e-mails and texts just to pay all the money back, have it removed; that they never had permission to use my name or have it online.  I instead received e-mails to my family's businesses, closest friends, and anyone who had ever spoken to me from my social medias.  And then, within 24 hours, every single news site that you can imagine had my name plastered across it.  I stayed quiet because nothing could change what was about to unfold until it broke.

But rather than ignoring this media, he chose to embrace it.  Not only did he embrace it, but he released my full name and a video of me speaking my name, something that I was promised would never be used for anything.  So not only did he have intent to cause harm -- like you claim you don't -- he did.  I'll never be back to that original path I had laid out for me, but life has a funny way of working out destiny.  I believe this is part of my path.

There's five stages of grief when you mourn a

loss they say, but this death I'm referring to are those of my soul and the people around me.  I've circled these many times.  Many stages have gone away; some will never go away and have deeply scarred me.  I have known no greater loss in this lifetime, and there will be no pain superior to what I felt at the hands of my name being tarnished across the world.

I wish no pain like this on anyone except Pratt. And I'm not one for revenge.  After all I've been through, though, I wish one day you could understand and feel what you have done to not just me but all of us.  I know you wouldn't be able to handle it.  I truly believe everything happened for a reason, and had it not been for this difficult life I've had before this, I wouldn't have made it through the death threats, the suicidal thoughts, the assaults, sleepless nights and struggles, and many more things that . . . .

There were young girls who were on my team in sports who looked up to me and told me how much they hated me because of what had happened.  I've been here strong, blasted across the world so that other people could see me.  I never hid.  And I didn't know why I did that, but I realize now I wanted to help them and help myself, and here we are for this case to stop you -- to stop Pratt from doing this to anyone else.  As hard as it

was to come here, it was worth -- it's worth it to see it go away.

And to Pratt -- I'm going to address him if that's okay?

THE COURT:  Yes.

VICTIM NO. 14:  Here we are, face to face again after all of these years.  I know you've been hearing a lot from everyone here because we all seem to say a lot of the same things.  And some people will get closure by having statements like this.  But for me, I'll never have closure.  I'll never be the same.  This isn't a chapter in a book that we can just close.  We can't just end it and pick up a new book because our books are our lives.

You have smeared red ink over all the future pages.  There's no erase, no rewind, no change, no apology or amount of time or justice that will make this go away.  You single-handedly are responsible for doing that, and you know this.  Maybe, just maybe, had you not taken those websites with my names, bought all of them that you could possibly think of, and blasted -- tarnished them all over the Internet, going to your friends at Webair, which I recently found out -- I have a friend of mine who had worked there and spoke to you weekly.  How you bragged -- bragged about the women. That's new information I heard this week.

But maybe I could have had a slightly easier path along the way to being here, but you made it accessible and intentional and international for me.  If you hadn't tried to replicate my story with other girls' and used that damage as your future blueprint for money, many of these women in this room -- you snowballed that damage after each number was added to our names on that site, but now you have a number.

I wish -- oops.  That didn't just go away. Sorry.  One second.  I wish I could have stopped you, but I was too weak alone.  You were too powerful.  My fame and downfall, and the marketing you did for me being a teen, something -- was the main reason I think that GDP blew up so much.  Maybe I wouldn't be just a name and an image to these people; I could be my real name, not the name that everyone sees.  But you intentionally objectified my name into a brand for money, money I never saw or wanted to have, money I begged to give back.  But now I no longer fear because now I pass that on to you, and I'll come back to you in a second.

What he took from me, I'll never be complete. You stole a piece of my story and my soul.  You took everything.  Incredible opportunities were ripped from my hands after I rightfully earned them.  Countless.  I could go on, and all because of him.  I never explained

to the media or people because they just wouldn't understand.  My story wasn't complete.  One day it would be time, and I trusted that.  I waited.  I was always quiet.  I always knew it was wrong, and I didn't fully understand why until countless girls had found me through my Internet and social media and relied on me for support because of what had happened to them.

I stood by these girls and I -- I never stopped believing that one day something would change.  What I had been drilled through was my fault.  I soon started to believe that it wasn't.  My words would have been vastly different then than today, had I spoken.  But now I'm not a me, I'm a we.  And we are strong in numbers.  And our incredible strength has kept us going, together, and there's strength in numbers, let me tell you.

These stories, you have caused -- he has caused permanent lasting damage to what used to be young, innocent girls with such bright futures ahead of us.  There's been permanent dark clouds over our heads.  Not everyone has been as strong as I have been, and not everyone can be here today, and so that's why I'm trying to stand here.

But I'm okay.  I'm more than okay.  And it's really none of anyone's business how I'm doing today, or than what I've been believed to feel.  But I want people

to know.  I'm better than my wildest dreams at 18 and the darkest nights all along the way.  I remember the days I didn't think this horrific life could ever -- could ever continue.  I never believed in catching a break, but I kept trying.  I tried it on, even when I didn't believe it was possible, with just a sliver of perseverance.

I now have multiple degrees and an education that I stood by.  And that wasn't easy.  This is something I have tried to get back, my name and my education, but I still face it every day.  The hopelessness how has hope, and the world is my oyster again.  I'm proud to take back my confidence and feel confident in the beauty rather than hide it.

There used to be a lot of bad days, probably every day.  And everyone knew my name and followed me home for months every time I left my home.  But those are fewer and far between.  And I recently met a man who is the first person who actually didn't know who I was before telling him.  And he still doesn't know, but I'm here today so he's aware.  So that's a positive because I didn't think that could ever exist.  I hope that this verdict and what I have just said gives hope to the others, the ones that can't be here, and the ones who are still fearing today, but I'm not fearful anymore.

And Pratt -- I'll address you one more time:  I

will not fear you anymore.  I don't think you ever expected to see me again, but the tables have turned and now you have to fear what lies before you, maybe even behind you.  You had this power over us for so long.  I think I heard 450 people that should probably be here.  But how does that feel?  What used to be my face and body all over the media and everyone else's; it's now yours in red ink.  It's now your turn to shine.

Your Honor, it takes an awfully cruel, evil person to consciously cause the damage this man has caused to so many people, so many girls who are now women.  In my eyes, this is worse than a serial murderer because we still live this murder of our souls every day.  This was cruel, meticulous, calculated, fraudulent, aggressive, and ultimate sabotage and torture.  He knew what he was doing every time he purchased the domains under my name.  Every new purchase was just plucking away at my soul.

At one point I was ready to end that, but here I am to speak to you, validated.  I'm grateful I've made it through, and I'm empowered by these women behind me to shine a light on this dark chapter and man.  If there could be a death penalty, he would deserve it because he's killed so many people's souls and ruined so many lives.  You took life and light from so many until now.

Now it's ours again.  You deserve -- and he deserves to live and suffer the rest of his life in jail, because if you ever -- if he ever gets out again, he would harm others and do it again.  No class in jail, no apology or certificate, nothing will fix him because it takes just pure evil to do what he knowingly continued for so many years.

Your Honor, I hope you use the full force of the law to pay him justice so that we can all move on without having to live in fear, not just for myself but for all of the future of any other victims, because he'll do it again.  Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, Number 15 is actually the parent of a deceased GirlsDoPorn victim.

THE COURT:  Okay.

MS. FOSTER:  Number 15.

VICTIM NO. 15:  Good morning, your Honor.

THE COURT:  Good morning, ma'am.  Take your time, speak slowly and into the mic so we can all hear you.  Thank you.

VICTIM NO. 15:  Sure.  First I would like to express my great appreciation for the opportunity to speak today to Mr. Holm, to Susie, and the others who fought to bring justice to these women, and to all of the

brave women who came out today.  Also, Isabel's cousin, who's with me here, and a friend who's in the overflow room, Sasha.

I'm really impressed with the young women and the support that they show each other.  It's incredible. Very in- -- I'm just in awe of them.  I only recently learned about this in May -- actually, May 1st.  So please excuse my lack of knowledge that I may exhibit.  I have not been to other hearings.  Yeah and -- yeah, please be patient as I try to show my daughter Isabel's warrior spirit, because she was just as -- and is just as much of a warrior as these other women who have appeared today.

This victim statement has loomed large for me. I mean, how do I capture Isabel's essence and begin to convey all that is lost to me, her father, her siblings, and others who love and treasure Isabel?  I hope that my statement will resonate with the defendant, but also that the other young women who have lived through the trauma that ultimately took Isabel from us.

My daughter, Isabel Skye Lynn Schuchardt arrived to this world as a shining light, a middle child who was loved beyond measure and returned love to all.  She adored her big sister and her younger brother.  Their favorite place to be was together, snuggling, joking,

laughing, trying on new nicknames for each other.

We enjoyed holiday traditions such as Santa Train and the pumpkin patch.  We traveled to visit family in the Midwest and took trips to California.  We spent time in nature.  We hiked and camped in the Pacific Northwest -- isabel's from Seattle.  Isabel loved animals.  From snails to rodents, she cared and loved them all, but especially cats.  Together we fostered nearly 150 cats and kittens over 16 years for the Seattle Animal Shelter.

Isabel was a gifted artist at an early age.  She was sensitive and giving.  When her friends gathered at her memorial, each came up independently to make sure I knew she was their very best friend, all of them.  Isabel was intelligent and was driven for success.  She had gone to college and high school and earned her real estate license by age 19.

I was remarried in late November 2017.  It was at that time that the Isabel I had known began to disappear.  When she arrived for the wedding, mother's intuition told me something was wrong.  She was different, withdrawn and quiet.  Something was wrong.  I inquired, but she never told me.

After that, Isabel was joining family activities less often, leaving early, and then not showing up at

all.  She left her job in real estate and began using substances.  Being charismatic and intelligent, Isabel managed to keep this hidden until she couldn't.  She quickly spiraled down.  She was in and out of treatment facilities at the pleading of her family.  I believe she wanted to stop using and return to her family, friends, and life.  However, there was something she wouldn't address, wouldn't discuss, despite our attempts to reassure her and get her to open up.

We were losing our Isabel who, at times, was barely recognizable, physically and emotionally.  In the summer of 2020, she suddenly left for California where she stayed except for a couple of short visits back to Seattle.  During this time I made numerous trips to California.  At some point, I realized I stayed eight days each visit, and maybe this is the trauma limit to a mother's heart.

I found Isabel in advancing stages of emotional withdrawal and paranoia, a gaunt and aging body, and more frightening geographical and social situations.  During Isabel's active addiction, I found her several times on the brink of death.  She once jumped out of a moving car, breaking her hip.  She was kidnapped.  She was strangled by a boyfriend.  She slept in a pot shop, jail, and skid row and in her car.  We begged her to come home.  Isabel

died of an overdose in a remote setting, under suspicious circumstances, distant from those who loved her on September 20th of 2023.

It is clearly impossible for me to convey the sadness, guilt, and regret that make it hurt every moment of every day.  For the past 22 months, I have been walking through the most -- sorry, through the most complicated grief imaginable, a grief that keeps me awake, isolated, physically ill, and barely functioning. I do my best to move on, to be a parent to my other children, a wife, a sister, an aunt, a friend, and coworker.  I lean on my counselor and grief support groups.  I listen to grief and after-life podcasts and spend time with loved ones.

In the end, Isabel is still gone from this realm.  We won't get coffee at Starbucks and talk.  She doesn't get to marry or have the kids she always wanted. Her brother and sister don't get to grow up and old with her.  They walk through grief and are physically impacted.  In 2024 her sister was diagnosed with colon cancer, it required surgery, and will have ongoing care. Isabel would have been there by her side at every moment. Her brother still can't talk about Isabel.  The losses are simply immeasurable.

At that time we didn't understand what had

caused Isabel to begin using drugs, change her name, withdraw from our family, and flee her home.  I now know why.  I only learned of her involvement with this horrific scheme on May 1st of this year, well after her death.  To say Isabel was traumatized by this event feels like an understatement of humanity.  I have since learned the defendants released her video a week before our wedding.  The world was crashing down around her, and my intuition knew.

Even more than addressing the defendant, my decision to make this statement was honestly driven by my desire to connect and support to the other young women and their families.  When I finally became aware of this crime three months ago, suddenly so much made sense: Memories of things Isabel said came flooding back; details fell into place.  I think that if I hadn't already walked through so much trauma and grief my heart would have split in half.

I realize that had I known, things would have been different.  Isabel may even still be with us.  Why did she not confide in me?  I can only speculate, but no one knew Isabel better than me.  No one witnessed Isabel's journey more than I.  I believe there were at least two things at play:  Shame and trust, or perhaps mistrust.

I wonder if she didn't tell me because she was afraid of the shame or did not trust how I would respond. Even if there was an element of cooperation or excitement about making those videos, there should be no shame.  As a mother, I love my child no matter what.  No matter where.  It breaks my heart that Isabel carried so much shame so unnecessarily, and that she couldn't see my love for her.

Since her passing, I can still hear Isabel speaking to me.  If someone had told me they heard voices speaking to them previously, I would have dismissed it as overly religious or woo-woo.  But of the many things Isabel has said to me, one stands out.  She says, "I went.  I was tortured, lied to, hunted, haunted, after.  Earth was hard, and I miss you."

And to the girls -- well, and she says, "If you haven't, please tell your families.  If you need help, my mother will help you."  And I say to all the women who have suffered, I am here for you and your families.  And know that you are loved.  It is all about love and forgiveness.

Thank you.

*THE COURT:*  Thank you, ma'am.

*MS. FOSTER:*  At this time the United States calls Victim Number 16.  Your Honor, Victim Number 16 has

asked me potentially to read her statement.  If I could just check with her to find out whether she wants to read it or if she wants me to.

THE COURT:  That's fine.  Go ahead.

VICTIM NO. 16:  Thank you for this opportunity to speak, your Honor.  I waited for this very moment for years and, to be exact, ever since the video was released in 2011.  Since the very moment it was put online, a nightmare that became my reality began.  I was five months pregnant when the video started circulating around my small town.  I got into such a deep depression that I ended up going into preterm labor, not once but five times due to the stress Pratt's actions put me under.

Not only did it feel like the entire town criticized me, shunned me, and treated me like the world's biggest harlot, but it was also spread around that I was pregnant by a porn star's baby [sic].  Do you know how incredibly low that made me feel?  This was supposed to be one of the best times of my life.

Due to the depression and stress, I was put on antidepressants.  The doctors stated the risks of depression -- sorry.  The doctors stated the risks of starting and being on medication while pregnant outweighed the effects this whole ordeal was having on my mental health.  I feared that one day my child might be

bullied or ridiculed by their peers for something that was never meant to be seen. This video, which was not intended for public viewing, had the potential to inflict untold harm on an innocent child, and the trauma would have extended far beyond me.

Ultimately, I gave birth to a healthy yet pre-term baby girl. After I had my first child, the harassment continued. This was following not only me but my loved ones. My husband faced relentless torment at work, including hearing my video played by his coworkers. When my husband and I fought for custody of my stepdaughter, her lawyer used the video against us in an attempt to undermine our case. There was no proof of GDP's criminal activity at that time, no charges, no indictments, just the shame and stigma associated with the video.

We were coerced into settling the custody case because we were told the video would not look good in the eyes of the judge. I still carry the guilt of that decision because ultimately my stepdaughter ended up in an unsafe home for years, all because of that disgusting video.

As things just kept piling on, the weight of the constant humiliation drove me to a dark place. I turned to alcohol and eventually to a combination of

prescription medications including Xanax, Adderall, and Ambien all mixed together.  I did not disclose my abuse of these substances to my psychiatrist, and I didn't care if it was lethal.  I was in deep despair, and I felt disconnected from life.  Eventually, I even attempted to take my own life more than once over the years.

My suffering was compounded by my overwhelming anxiety of being judged, so leaving the house, running errands, or simply existing in public became unbearable. There are brief moments when I felt a glimmer of hope.  I found a job at a car dealership and felt a sense of purpose again, but then once again the video resurfaced. Someone posted a link to it on the company's Facebook page, and I was subjected to further humiliation when a stranger asked if he could hire me to film an explicit scene at my workplace inside the dealership.

Although my boss chose not to fire me when he saw the Facebook post, the damage was done.  The harassment continued, and, ultimately, I left my job.  I found myself leaving every job I tried, unable to escape the shadow of the video.  In search of some form of relief, I legally changed my name, thinking it might provide a fresh start, but the internal damage, the shame and the trauma remained.  I fell deeper into alcoholism and suicide ideation, that I sought treatment at a psych

ward, fighting the internal demons that Mr. Pratt and his co-conspirators had helped create.

Despite all this.  I've persevered.  I have four beautiful children who are my reason for living, and every day I show -- every day I work to show them strength.  They have seen me at my lowest, but I've pulled together for them.  I've completed rehab for my alcoholism and participated in cognitive processing therapy.  I can show my face in public and walk around town with a smile on my face.  I am now highly active in my children's education and extracurriculars, and I'm now proud of my name -- my original name.  Most importantly, I've reclaimed my identity and my dignity.  The shame that once defined me no longer has control over my life.

Your Honor, while I could continue to share the impact that this has had on my life, I know that time is limited.  I will end by stating that while I survived this -- while I survived this ordeal, I fear there may be others who have not been as fortunate.  Victims who were not strong enough to endure the weight of public humiliation or who may no longer be with us to seek justice.

With that being said, I ask that the Court impose the maximum sentence allowable under the law. Mr. Pratt's actions have caused immeasurable harm and he

must be held fully accountable for the devastation he has inflicted upon my life and the lives of others.

Thank you for your time and consideration.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The United States calls Victim 17.

VICTIM NO. 17:  Good morning, your Honor.

THE COURT:  Good morning.

VICTIM NO. 17:  Respectfully, I drafted my statement at 5:00 a.m. this morning because, to be quite frank, I haven't been able to put it into words or thoughts because I'm still numb.  So bear with me.

THE COURT:  Take your time.

VICTIM NO. 17:  I'm here for justice, not just for myself but for every woman Pratt has hurt, for those still living in fear and for those who can't be here to speak for themselves because the pain and suffering was too much, those who tragically took their own lives, which I was painfully unsuccessful at myself.

When this happened, I was in my early 20s.  I had started my first job.  I had a close family, a boyfriend, I was building a future, and then all of that was taken from me.  My job -- or I should say jobs, my relationships, my peace of mind all gone.

And what hurts the most is that it didn't end there.  I lost my sense of safety, I didn't feel safe

going outside.  I became paranoid.  I was harassed, followed, watched.  I had to move out of state, change my name, and try to escape it.  But somehow it still follows me to this day.

I was engaged just last year.  I was trying to start over.  And, even then, Pratt's reach found its way back, and my fiance was harassed to the point so badly that that relationship also ended.  That was something else taken from me, another part of my life destroyed because of what Pratt did.

And even now, more than 10 years later, I still get threats.  I still get messages, including last week. I still live with the fear every single day.  Somehow I've been too scared to come forward until now, afraid of the aftermath, afraid of what would happen after I spoke. That's why I haven't joined any case prior to this moment.  But I can't stay silent anymore.  Some of us survived.  Some didn't.  Many of us are too afraid to speak to this day.  I was too for a long time, but not anymore.

I'm tired of living in fear.  I'm tired of losing things because of this cruel definition of a man. Sorry.  It's time for Pratt to be held accountable.  No more victims and no more silence.  It's time for justice.

Thank you, your Honor.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The United States would now call Victim Number 18.

VICTIM NO. 18:  I'm sorry.  Your Honor, standing here today is one of the hardest things that I have had --

THE COURT:  Okay.

VICTIM NO. 18:  I need to speak louder.  I know.  I'm sorry.

THE COURT:  That's okay.  Take your time.  Breathe.  But we can't hear you unless you get closer to the microphone.

VICTIM NO. 18:  Yes, ma'am.

THE COURT:  Take a moment.

VICTIM NO. 18:  Your Honor, standing here today is one of the hardest things I've ever had to do.  For over a decade I've had to carry that weight of what you did to me when you filmed me in 2013, twelve years ago.  Michael, my life was completely changed.  The day it came out, I felt like my life was completely over.  This was not some embarrassing video.  This was my entire life.

My 20-year-old brain was still developing, and instead of finding myself, you made my whole body go into survival mode, and I've never, ever been able to come out of that.

The self-hatred has been the heaviest part. Even though I was lied to, I have always blamed myself. And living with that guilt and that shame every day eats at me. The day it came out I -- I became an alcoholic instantly. I drank every single day because I could not leave the house without feeling numb because the amount of people that would yell terrible things at me and take pictures of me. And drinking didn't work anymore, so I drank and turned to heroin. And heroin turned me to hanging myself from my garage door. I have died three times, and I have been brought back to life in the last couple of years. If I did not have my loving parents, I would not be here for now -- right now, that is for sure.

I have never had a job longer than a year because people always find out. All they have to do is Google me. And I can tell the exact moment when someone finds out, their face changes, their tone changes, and suddenly I'm not a person anymore. I'm that video and I'm an object.

That's why I can't build a career. I can't build a stability. It's like every time I try, the past pulls me right back. I feel like I will never, ever be good enough for this world, so I stopped trying. I have moved 19 times in the past 12 years because I can't live somewhere longer than a year because I have to keep

moving and hiding.  I've transferred schools three times. And the third time I moved the furthest away I could, all the way down south, and it still followed me over there. And that experience there was probably the worst.  My roommates would play it on blast while they had people over, knowing I'm in my room just to torment me.  My next roommate blackmailed me whenever I didn't do what she needed.  So I decided to live alone, and I have been alone ever since.

And, Michael, you probably don't think about me at all, but I've had to live every single day with what you did.  You stole my 20s and are stealing my 30s.  You stole my chance for a normal life.  You stole the version of me that I should have grown into.  Instead, you left me with anxiety, paranoia, shame, addiction, and a constant feeling that I don't belong.  I'm 32 years old now, and I still cry to my mom almost every day because I don't know how to talk to people.  I'm the most awkward person alive.  And my social anxiety just cripples me, so I isolate myself so people don't make fun of me.

Relationships don't last for me.  Since that day, I have not been able to be intimate with anyone without being under the influence of something.  And because I stopped using and drinking two years ago, I don't think I could ever be intimate with someone again.

I can't bear to be touched.  I can't -- my confidence with my body, I just -- it's not even worth it to me. I'm never going to get married because I can't bear to have their family find out and judge me like every relationship I've had in the past.  When it comes to children, all I ever wanted was a baby and a family, and I can't do that.  I can't have my child's classmates torment them about their mom.  I would never, ever, ever want anyone to feel a fraction of what I've felt.  And that breaks my heart.

I have lived my entire adult life isolated, anxious, and ashamed.  I have only one true friend.  All I ever do is talk to my parents, go to work, and then sit home.  I don't have a life because I can't get past this. Every day I just wait for next day to pass, for the next day to happen, because maybe the next day will be better, and maybe next day I'll be saved.

My body acts like I'm never safe.  Even in normal situations my chest tightens, my thoughts shut down, I feel under attack.  Because this is how my trauma works:  It doesn't just live in my memory; it takes over my whole nervous system.  And that will never, ever go away.  It is going to keep getting worse.  I've tried therapy.  I can't --

THE COURT:  Slow down.

VICTIM NO. 18:  Oh, sorry.  I've tried therapy, and I can't even get through it.  I was a dance major in college, when it came out.  The day it came out, I stopped dancing which I -- was my outlet since I was two years old.  Because I couldn't stand people looking at me, I lost my dream, I lost the outlet.  I couldn't have people's eyes on me on stage anymore.  And I miss dancing more than anything in the world.

And, Michael, I wish I could say I hate you more than I hate myself, but the truth is shame has always made me turn inwards.  Still, I am here.  I am standing in front of you, not hiding anymore, and you need to understand that this wasn't just a video.  This was my body, my identity, and you rewired me in a way that I can never undo.  You destroyed years that I will never get back, but the fact that I'm here speaking proves that you did not win.

I don't think you will ever understand how it feels knowing thousands of men have seen you at your most vulnerable, shameful moment, and I don't think you will ever understand how it feels to be sitting in a courtroom in a deposition in front of dozens of men who are forcing you to watch your naked body, a body I've always hated, and hate even more now.  Do you understand how paralyzing that is, reading thousands of comments from classmates,

from family, completely destroying my body and how I look?  Walking into a classroom full of everybody whispering and laughing at you every single day?

But here's what matters:  You ran and I didn't. We all didn't.  We had to face the world every single day with our bodies, our names, all of our information out there.  I had to take the stares, the whispers, the blackmails, the cruel jokes, the assaults, while you hid.

I'm sorry.  But I think that makes us a lot stronger than you.  This wasn't just a video, it was my life, my identity, my future.  You rewired things that I can never undo.  You destroyed years I will never get back, and the fact that I'm here speaking proves that maybe I do have a little bit of strength left in me.

Since that day, my body has lived in danger -- has lived as if danger is always around the corner.  My nervous system is constantly on high alert.  Shame has rewired me.  I'm paranoid as hell.  And shame told me I wasn't worthy of being seen.

Also, I have a huge family of 42 cousins -- first cousins -- who I always had an amazing relationship with.  The second it came out, they all turned on me. They made me know that I was an embarrassment to them; I was the black sheep.  So now I don't even try to have a relationship with them because I just feel like everyone

hates me at all times.

So this crime didn't just touch my life.  It has defined it.  And it has left me with a brain shaped by trauma, a body filled with shame, and a life I'm still trying to rebuild.  I need you to see that this was not just a video.  Everything was stolen from me.  I was always so kind and nice to everybody, and none of that mattered anymore.  You rewired who I am, and I wish I never met you that night.

Also, you left me alone on the streets of San Diego.  You walked me out of the hotel room at 2:00 in the morning when you knew I was alone and I was vulnerable and didn't know anyone.  You wouldn't let me get back into the hotel, and I had to be on the streets.  And I don't know what kind of man to do that to a girl who was nothing but nice to you.  You saw I was scared.  I smiled at you.  I was so kind to you, and you still looked at me in the face and lied to me.

Sorry.  I wish I never answered your call, and I wish I could have my life back.  I wish people didn't have constant ammo to use against me.  I let everyone walk all over me at all times because I'm terrified to stand up for myself.  I don't have that strength.  The last 12 years I've never explained to anyone what's actually happened because what's the point?  They won't

believe me so I don't try.

You made me give up on my life, and now I just exist.  And I wish I never met you, but this will never go away, and it will follow me forever.  And I'm sorry to say this, but I don't understand how someone can have such a black heart to lie like this.  These are full, innocent lives you're taking, and I know that you had some sort of sick pleasure the second you pressed publish, like I'm about to ruin this poor girl's life.

And I was ignorant to the world before all of this.  I was so sheltered my entire life.  I was only on my own for one year when this happened, and I trusted you.  And I'll never be able to get over that.  I wish so bad that I could get past this, but it's built into my chemistry now, and I'm stuck in this pathetic -- as this pathetic, weird, awkward girl forever.

And I'm filled with anger for what I lost.  I'm permanently scarred, and I will never grow up.  I will never be responsible.  I will never be a fraction of what I could have been and what my parents set me up to be.  And I have a huge heart, and even though I want the worst to happen to you, I feel bad for you.  And I wish I didn't but that's just the person I am.  That's just my heart.  And I don't like that part of me, because look at what you did to me and I still have empathy.

All you had to do was just tell the truth, Michael.  I don't understand why you couldn't just tell the truth to me, and my whole life would be changed. And -- and I wanted to say I wish the maximum because I absolutely do.  It just hurts me to say that because that is not in my character.  But I would appreciate the maximum sentence for him even though that kind of hurts for me to say.  So thank you, guys.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, at this time the United States calls Victim 19.

VICTIM NO. 19:  Hello, your Honor.

THE COURT:  Good morning.

VICTIM NO. 19:  Thank for allowing me and all of these other victims to speak today and share our stories that have been silenced for far too long.  I want to start by saying being in this courtroom for years now has been the only bit of justice I have ever felt in this case, and I want to thank you for that.

It's been 12 years since I was trafficked by Michael Pratt, and I've told you my story on multiple occasions at other sentencings.  But this one is by far the most important to me.  Since I've shared my story so many times, I don't need to feel the need to go into detail again.  Instead, I would like to highlight how

this man has shown himself to be a monster not only 12 years ago but still today.

I'd like to address something his lawyer said earlier before we started about how his only crime that he's being charged with or is guilty of was lying about the distribution, calling it cutting corners and bad business and a mistake. I just think that's a blatant lie. You don't cut a corner over 400 times. He built a business around that lie.

Michael Pratt has spent decades preying on women and carefully plotting how he would do so. He came to America with a plan to harm us. I have no doubt he remains proud of the vast damage he caused and continues to cause through GDP and other ventures he will never be held accountable for. This summer he chose to do an interview -- exclusive interview from prison. And he stated he only feels bad for any girls who have had negative consequences that came from doing the videos.

You would think somebody who trafficked hundreds of women would hold himself a little bit more accountable. Instead, he minimized his crimes and distanced himself from responsibility. Of all the words in the English language that could express remorse, he chose "feels bad" about "the negative consequences."

That is not remorse. It is contempt. He spent

years doxxing us, harassing us, and destroying opportunities for us long after the videos were made, and he ran from the Government for years, likely costing millions of dollars before being found.  His actions even from prison make it clear he is not remorseful, not rehabilitated, and not safe.

Another note:  I have watched him this entire morning, shake his head at our stories and our claims, still right now, this very moment dismissing them.

For me today represents something very different:  A closing of a chapter in the worst book I've ever read.  Nothing I can say in this courtroom will erase the years of harm, the nightmares, and the harassment I still face weekly.  I get constant follows on my business social media, sometimes 15 a day.  All of those profiles have screenshots from my video and send me videos telling me I will never be anything more than a whore.

What I can do today is decide how I carry my story forward, and I'll continue to help other victims, to educate my peers on the harms of pornography and sex trafficking, and to build a beautiful life that no one can take from me, not even Michael Pratt.

Your Honor, I'd like to address Pratt at this moment if that is okay with you.

THE COURT:  Yes.

VICTIM NO. 19:  Pratt, you said in your interview you feel relief now that you are in prison and you're caught, and that you felt extreme anxiety for years running from the Government and from your actions. I hope relief is actually a feeling you never experience. I'm sure you do feel it and feel like this is the start of the end for you, and that it might close a chapter for you, but I promise it's just the beginning.  Today you will serve the first day on your sentence and you will wake up every day reminded of how much of a monster you are.

Your Honor, I ask you to do what you know is right, to give Michael Pratt the longest sentence as possible.  That's the only measure of justice left, the only one we'll actually feel, and the only way to protect others from this evil human that he has proven himself to be for years.  Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The United States calls Victim Number 20.

VICTIM NO. 20:  Hi, your Honor.

THE COURT:  Hi.

VICTIM NO. 20:  This is my first one that I'm doing.  I didn't really have the courage or strength to

come to any of the other ones, and today I do.  So I'll go ahead and start.

My chest feels tight.  It's hard to breathe, and my eyes water as I write this, forgetting I need to breathe.  My parents came to this country with nothing and worked hard their entire lives, teaching me never to lie, cheat, steal or harm another.  Raised in a strict Christian household, I obey not just for my parents' but for my own soul.

When my car broke down at 17, I desperately sought part-time jobs and stumbled upon a modeling ad on Craigslist, Bubblegum Casting.  It looked legitimate with a website showcasing professional, safe profiles.  I responded and was contacted by Michael Pratt to discuss a photo shoot, completely unaware of his sinister intentions.

Now I know he is a liar.  He's not to be trusted, not then and certainly not now.  I was picked up in a black SUV, flown in, and taken to a hotel.  I was escorted to a room with several men and told I would be doing the shoot there.  Pratt set up the table, took a picture of my ID, had me sign a fake contract, and told me I'd be doing a porn video to be sold in only Australia.  I immediately protested.  I told him this wasn't our agreement and explained also that my boyfriend

was a Marine deployed in Afghanistan, and I couldn't do this to him.

That only fueled them more.  They exploited my vulnerability against me, manipulated and forced me to participate in an act that I would never do, and it ultimately destroyed my soul.  I begged and cried and was truly terrified for my life.  I will spare you the haunting specifics of that long, agonizing night.  I had only been intimate a few times before this event, and every time I cried, screamed, or bled during the shoot, they would have to restart it.  And it was already getting late, and they were getting even more pushy and angry that I wasn't performing like they wanted me to.  I thought I was in hell because it kept having to restart.  We didn't finish until roughly 3:00 in the morning.

I thought it was the worst day of my life, but the aftermath proved far more devastating.  I was never the same person after that night.  I take medication daily now, morning and night, just to feel somewhat normal.  I was plagued by paranoia and a profound fear of being discovered.  I used to be able to sleep at night, but no longer.  Night terrors.

Every time someone says you look so familiar and they give me this strange look, my heart rate would skyrocket and I'd go pale thinking I'd pass out, feeling

like I was facing my demons all over again.  I started therapy immediately to cope with the nightmares, anxiety, and constant depression.  I was finally making some progress.  Two years after I was 18, it then went viral right before my birthday, and more than a million views hit with my full name disclosed.  And if I can recall, it said "Blond immature cheats on military boyfriend."  And can you imagine the kind of attention I would get from that.

Everyone at school knew, church, the gym.  I lost my boyfriend, and my friends over 10 years abandoned me out of embarrassment.  I wasn't seen as a victim; I was seen as a porn star.  No one believed me.  Michael blocked me, ignored all of my e-mails.  I begged him to remove the video.  He chose to ignore all of my requests, including returning the money.  I was mortified when people at the gym would show me the video on their phones asking how much I was paid or if I would be interested in sex work.

Online attacks were constant, especially from military spouses who told me I should kill myself.  Someone even created a fake Instagram account using my photos from the video and added all of my friends.  And everyone could see all of me.  Overwhelmed by the hatred, I deleted all my social media.  Next came an influencer

on YouTube who dissected my video.  It just never ended. It still hasn't.  I even got an unknown message last week with two screenshots of me from that video.

The depression worsened.  My grades plummeted. I wanted to die.  My two-year community college path took five years.  At 23 I transferred to UCSB, relieved that no one knew me there.  The very week my parents told me they were proud of me for the first time, they discovered the video and disowned me.  My deepest fears were realized.  It took me seven years to get a four-year degree due to the amount of stress, retaking classes and the trauma I was processing.

No parent should have to see their daughter spread open up close and violated.  My family was shattered, my sisters were heartbroken, and I saw deep sorrow in my parents' eyes.  They grieved for me as if I had died.  Mourning the daughter they knew, I too mourned the person I was before this traumatic event.  This new version of myself felt irrevocably damaged.  I felt literally isolated and alone, and my sisters now looked at me with a totally different gaze.  They too were even being tormented from their classes -- their classmates and their workplaces, all because of my actions and my choices that I didn't have.

And the worst part was no one believed me and no

one wanted to.  They didn't see me as a victim, and for a long time, neither did I.  People would tell me college was the best time of your life, but for me it wasn't.  I was constantly running from my past.  When people in Santa Barbara discovered I didn't have social media, they thought I was weird.  And then they Googled me and then they found out why.

Therapy was the only place that I could really talk.  I didn't trust men, and I had a hard time making friends because of all the friendships I had lost.  I moved repeatedly trying to outrun my past, but the trauma followed me.  It began manifesting as a psychosomatic disorder.  I now suffer from chronic, debilitating foot pain in both feet that prevents me from working in my field as a biologist.  My naturopath and therapist have confirmed the link between my physical pain and my psychological torment.  My body is a repository for my trauma.  I am still triggered by phrases like "You look familiar."  Trust is a constant struggle in every relationship.

I needed this.  I needed to see Pratt in person, not just to tell him he destroyed my life but to prevent him from ever doing this to young women again.  And as I continue to mend myself, I pray that justice will be served, and I pray that he will get the maximum sentence.

He stole all of our freedom, and now it's time to take his.

THE COURT:  Thank you.

MS. FOSTER:  The United States would like to call Victim Number 22 to the stand.

THE COURT:  Okay.

VICTIM NO. 22:  Your Honor, thank you for allowing me the opportunity to speak today.  I stand before you not just as a victim but as a survivor of a deliberate and deeply malicious crime.  Michael Pratt didn't simply break the law; he shattered lives, including mine.  His actions were not a mistake or an accident.  This was a calculated, predatory scheme designed to deceive, exploit, and destroy.

What I believed was a clothed modeling job turned into a trap, a trap built on lies, manipulation, coercion and threats.  I was deceived before I even set foot in San Diego, and what followed was nothing short of a targeted assault on my identity, my dignity, and my future.  A video was created under false pretenses and spread across the Internet forever linked to my name and my image.  It was used as a weapon, shared across countless platforms, harassing and humiliating me.

THE COURT:  Slow down just a little bit, ma'am.

VICTIM NO. 22:  I was stripped of my control and

exposed to the world, and Michael Pratt knew exactly what he was doing.  He preyed on young, vulnerable women and manipulated us into situations where we had no power, no control, and no ability to say no.  He profited off our pain.  He built a business out of exploitation.  He took my voice and turned it into a commodity.

But it wasn't just me who suffered.  My family was dragged into this nightmare.  My parents endured public humiliation.  My mother's health deteriorated from the stress and anxiety.  My husband received threats.  His life also turned upside down.  The trauma has impacted our intimacy, our relationship, and our ability to move forward in a healthy way.  And perhaps most devastating of all, my children innocent and unconnected to this event had their photos stolen from family members' social medias and posted online with links to this video, forever linking them to something that happened before they were born.  The fear for their safety and well-being is a constant, suffocating presence in my life.

I once had a bright future full of promise.  I was a straight-A college student on track to becoming a medical professional, but after that video was released, everything changed.  I was forced to drop out of school due to the harassment and my reputation being destroyed.

Job opportunities vanished.  I had to abandon my dreams, not because I lacked ambition or ability but because I became the target of a predator.  That video has haunted me for over a decade, and it continues to derail any attempt at rebuilding my life and my career.  Every job application, every professional opportunity is undermined by the damage done to my reputation.  A simple Google search of my name is all it takes to uncover that video.

The emotional and psychological toll has been impossible to fully put into words.  I've been living in hiding, cutting myself off from the world, deleting my digital footprint, and constantly looking over my shoulder.  Every errand is emotionally loaded.  I'm afraid to register to vote because doing so makes my address public.  I'm afraid to walk down the street because I don't know who might recognize me.  This fear has turned my life into a prison.

I have been left to grapple with severe diagnosed PTSD, anxiety, and depression.  Therapy is a lifelong necessity, but even that can't undo the harm that has been done.  The trauma is permanent.  The scars are invisible, but they are deep and they shape every part of my life.

Michael Pratt didn't just harm me once.  He sentenced me to a lifetime of consequences.  His actions

were cruel, deliberate, and calculated.  This was not a lapse in judgment.  It was an evil, systematic exploitation of women.  It was a business built on lies, coercion, and pain.  And the fact that he has shown no remorse for his actions only deepens the injustice.

Your Honor, I ask that you consider not just what he did to me but who he chose to become, a man who saw human lives as disposable, a man who profited off the exploitation and trauma of others.  While there can never be true justice for what he has done, I ask that his sentence reflect the full weight of the lives that he has shattered.  Let it send a message that exploitation has consequences and that no predator is above the law.

He tried to silence me.  He tried to bury me in shame, but I stand here today unbowed and unafraid to speak the truth.  Thank you, your Honor, for hearing my words and for considering the lasting impact Michael Pratt's actions have had on my life and the lives of my loved ones.

THE COURT:  Thank you, ma'am.

We're probably at a point where we should take maybe a 15-minute break, come back, and we'll do our best to try to finish this without taking another break, but we'll see how it goes.  Thank you.

MS. FOSTER:  Thank you, your Honor.

(Recess taken from 12:18 p.m. to 12:38 p.m.)

THE COURT:  I was told that one of the individuals appearing on video has posted a screenshot of this courtroom on some social media website, which is inappropriate and shouldn't be done.

What are we doing about that, Ms. Foster?

MS. FOSTER:  Your Honor, that is correct.  That is my information and what I shared with your CRD. Mr. White is also aware.  We have asked her to take it down.  We have called her and texted her.  Your CRD has also removed her from the feed so that, that way, there are no further posts.  We are doing a little bit more investigating and will obviously circle back with the Court as soon as we know anything further, but that's where we are.

THE COURT:  Okay.  But we have other people who are still listening in on the video line?

MS. FOSTER:  That is my understanding, your Honor.

THE COURT:  And I think they need to be admonished that, for those of you on video, you're not allowed to post anything that you see on the screen from this courtroom.

MS. FOSTER:  That's correct, and also not to video anything that has been taken from this courtroom.

*THE COURT:* Correct.  Correct.

Okay.  You'll keep us posted, Ms. Foster?

The other thing I wanted to ask you, we intentionally skipped Number 21?

*MS. FOSTER:* That's correct, your Honor.  I've been informed that she would like to speak at the end, so I will call her at the end.

*THE COURT:* Okay.  Let's continue then.

Please go ahead.

*MS. FOSTER:* Your Honor, as to Number 23, it is my understanding that she has had childcare issues and she has been unable to come today.  So we will move to Victim Number 24.  The United States calls Victim Number 24.

VICTIM NO. 24:  Good morning, your Honor.

*THE COURT:* Good morning, ma'am.

VICTIM NO. 24:  I wish I could stand here today and tell you confidently who I am, but the truth is after 14 years and everything that happened, I'm still trying to piece that together.  The trauma fractured my sense of self.  That's why I'm here, to speak the truth, to reclaim my voice, and to begin healing what was broken.

If I may, your Honor, make a statement to the defendant?

*THE COURT:* Yes, you may, ma'am.

VICTIM NO. 24:  I know I can't force you to face me, but you cannot silence what I have to say.  Just as I could not stop what you did to me then, you cannot stop me from speaking my truth now.  It took me monumental strength to come here today.  However, I refuse to let the scars you made define me.  Today I choose to close this chapter, to lay down the weight of your abuse, and walk forward free, whole, and alive again.

When I look back, I see with painful clarity how young I was.  I was still just a teenager, a child. Instead of being protected, I was manipulated and exploited.  If I could go back, I would wrap that young girl in love and remind her of her innocence.  For years I carried shame that never belonged to me.  But I know now, as I stand in this courtroom, I now fully understand I was never at fault.

Your abuse stripped away my sense of self-worth. You turned ordinary moments into painful triggers.  Being intimate is no longer something I view with trust; it is something filled with shame and fear because of you.  You deliberately chose to exploit me for profit, reducing my trauma to entertainment for strangers, friends, and family.  That choice destroyed relationships, shattered my marriage, and left me living with constant fear.  This is greed, one of the seven deadly sins, and may it

forever stain your soul.

The cruelty did not end with you.  Because of your actions, those videos were shared, saved, and weaponized by others.  My in-laws downloaded them and used them to humiliate me and threaten me, even against my own children.  They laughed about my pain, mocked my attempts to escape, and spread lies that I wanted this. You successfully armed an entire army of heartless people just like yourself.  Their cruelty is beyond words.  The damage is beyond repair.

I live every day with fear that someone will recognize me, judge me, or strip me of my dignity all over again.  You robbed me of my safety, joy, and trust. Today, I will walk out of this courtroom a free, empowered woman ready to rebuild her life.  You will walk out in shackles to see your life destroyed.  Today justice prevails.

Your Honor, Michael Pratt must face the full weight of the law for the harm he has caused not only to me but so many countless other women.  A clear message must be sent to everyone who would even think about preying on vulnerable young women for profit.  I ask this Court to -- I ask this Court to impose the maximum sentence possible to ensure justice is served.  After all of these years we deserve justice and to begin healing.

Thank you for your time.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The united States calls Victim Number 25.

VICTIM NO. 25:  Hello.  Good morning, your Honor.

I believe I speak for many of the women here when I say it is impossible to condense the years of trauma into a brief statement, but I will do my best.  I used to be an outgoing, fun, and carefree young woman who was enthusiastic for what was ahead and a drive to succeed, everything that a sophomore in college should be at the time.  I had a supportive and close-knit family I would travel back home to as much as I possibly could.  I was so excited with all the possibilities that the future held and the life I was beginning to build for myself and, in a flash, it was ripped away from me.

I shut myself off from the world.  I stopped going out in public.  I stopped hanging out with friends.  I was afraid, and I didn't want anyone to see me.  I grew incredibly depressed, and on numerous occasions, like many others, suicidal.  The worst part of my day was waking up because it was like getting hit all over again with the reality of the life -- of my life as I knew it was ruined.

My nightmares couldn't even compare to the reality of what I was living.  The career I had been so excited about working towards, a sports broadcaster, was no longer feasible, forcing me to switch majors and schools, multiple times, setting me back in both my school and career and leaving me wondering what the hell I was supposed to do with my life now.

I couldn't even turn to my family for support because they were all upset with me and how it affected their own lives, even forcing me to apologize to them, even as my life was falling apart over something I never wanted.  Strangers online have harassed me endlessly, some even threatening my family as well.

Ten years later, I still tense up when someone takes my picture, terrified that if they post it online someone may identify me and say something to them because it has happened before.  I continue to receive messages of people asking if I'm that girl, or offering money for explicit photos or propositions, or just sending me clips and screen caps of the video.

Recently, I joined a run club a few weeks ago believing that enough time had passed and that it wouldn't be an issue.  However, someone created a fan page of me on Instagram, began making posts and comments on the run club's social media to ensure that everyone

there knew about the video.  I wish I could say that these things surprise me, but it has become so often and relentless that it really doesn't.  I could honestly take up all day with all of the things that have happened to me and continue to happen to me regarding this video.

The impact of my dating life has been absolutely demoralizing.  Even though I keep my relationships private, stalkers and trolls still manage to find them and send pictures, videos and other things to them. Sometimes that is enough for them to end things.  Other times, they have used it as leverage against me.  A boyfriend once told me who would want you to be the mother of their children, inferring that I should put up with their behavior, including rape, because they were the only option I would have.  They told me that it wasn't rape, even though I said "no" and "stop," because who was going to believe that a girl who did a porn would mean it when they said no to their boyfriend.

I feel stunted, forever robbed of the carefree parts of myself, robbed of respect and dignity.  I have lost so many pieces of myself that I will never be able to get back, normal things such as joining a run club to just get out there and try to feel good about myself and be a normal human have turned into a an incredibly painful reminder when random creeps hunt me down for no

other reason than to harass me and those around me.  It truly feels like it will never end, and I really don't see why it should ever end for Pratt either.

Your Honor, some people can change and be reformed while in prison.  Michael Pratt is not that type of person.  Without all of the women here today who are brave enough to fight and speak out against him and his colleagues, he would have continued to lie and traffic women, not seeing any issues in these actions.  The only way to protect the public, especially women, is to ensure that he is never a free man again.  Thank you for your time.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The United States would call Victim Number 26.

VICTIM NO. 26:  Good morning.

THE COURT:  Good morning.

VICTIM NO. 26:  Before I begin, I would like to address something that Michael Pratt's attorney got up and said.  And he spoke on the fact that Michael Pratt and the GDP organization used their attorneys to help us; that when we reached out to them, that you offered your attorney support, right?  But when I reached out to Michael Pratt and the organization, sobbing, I was not offered your attorney.  I was offered another opportunity

to do a video so that I could afford my own attorney. You were mad at that too.  Because that happened.

And another thing after being here since Garcia's, for the last four years, getting to know the amazing women behind us, I've spoken to a good amount of them.  And every single one of them spoke to a reference model.  I spoke to a reference model because I didn't have enough gas to go down to the hotel that I was requested to go to and come home.  So it had to be real, and I headed out.

And whoever I spoke to, either Wolfe or Pratt on the phone, put me in contact with a reference model who told me I was completely safe.  And I could tell you, with every atom in my body, I would not have gone -- and I don't think anybody else would have gone -- if there was not another woman telling us it was safe and okay. So for the doxxing, and then to even contact them again to figure out what had happened, what his attorney stood up and say is just factually incorrect.  We did not get support; we got doxxed, heavily.

There's part of my speech I cannot read because Isabel's mother is here and I would love to be respectful.

THE COURT:  I'm having a hard time hearing you, ma'am.  Would you mind getting a little closer.

*MS. FOSTER:* There's a part of my speech that I just can't read out of respect for those who have passed, and Isabel is just as much a warrior as any of us. And so are all of the other 15 that we know of that are no longer alive.

A life sentence for Michael Pratt is not merely a punishment; it's the only way to honor the lives he shattered and ensure the safety of those who still live in a shadow. Anything less than a life sentence would diminish the depths of his crime and fail to acknowledge the full weight of what he has done.

With the staggering number of victims in this case, most of them young teenagers, it's easy to lose sight that Michael Pratt himself pled guilty to sex trafficking a child.

Didn't you?

No? Is that -- did he?

This individual deliberately engineered fictitious modeling ads to lure young, vulnerable women from across the country into a system of sex trafficking where their trauma was commodified, their images were weaponized against them, and their suffering was immortalized through the calculated creation of websites like Porn Wikileaks, the website specifically created by videos and by exposing our legal names. My parents' home

address where they physically lived was leaked onto Reddit.

There are countless consequences that Michael Pratt will never be criminally liable for, yet the burden of those consequences will forever rest on the shoulders of the women who survived not just the sex trafficking itself but the relentless doxxing and digital harassment that continues to follow us for years after the crime is committed. And it also rests on the shoulder of the next of kin of all the women who have passed.

While I understand that it's nearly impossible, he's not being tried for murder. After joining -- coming to your courtroom year after year and hearing woman after woman tell you their deep stories, show you their scars about how they tried to commit suicide and end their life, it's not a far off statement to say that there's blood on Michael Pratt's hands. But I acknowledge he's not being sentenced for rape. He's not being sentenced for murder. But there is blood on Michael Pratt's hands. Michael Pratt wore the skin of a man, but he never was one. He's the embodiment of calculated evil, a predator without remorse, without soul, without humanity. I hope the silence of your cell forces you to sit with every lie, every girl you broke, every family you shattered. You didn't stumble into evil. You engineered it.

There is no rehabilitation for what he is. Because what he is was never broken. It was created. His existence is a danger wrapped in flesh, and no cage will ever undo the wreckage he left behind. For the past four years, a lot of us women have gathered in your courtroom, many of us flying in from other states, all hoping to have justice, have our day in court. And together we have heard horrifying stories of female after female come up here and tell you personally how not only did they want to end their life, but when they made the decision not to, they changed everything about their appearance, they changed their name. They did anything that they could to not be identified by what this man did to them.

However, Judge Sammartino, my name is Mariah, and you may remember me from Garcia's sentencing as that one that got up and screamed at him to look at me when I'm talking to you. But what I remember from that sentencing is that you granted us the rights to those videos. That is not something that's been done -- only one other time in U.S. history. That is monumental. This case is monumental even if we can't feel the weight of it because we're in it.

So I implore you to respectfully disregard the prosecution's recommendations. And at 44 years old this

man knew what he was doing, and I'm asking and I'm pleading with you to see that anything less than 30 years would be a miscarriage of justice.

I appreciate the opportunity that you have given each and every single one of us.  I appreciate the prosecution and all of the agents.  I very much appreciate Susie and all of the victim specialists who have gone out of their way to see that we all have an opportunity to be heard and seen in court.

And I thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, Victim Number 27 is in court but has decided not to speak.  So we would ask Victim Number 28 to approach the lecturn.

THE COURT:  Before you start, ma'am.

Ms. Foster and Mr. White, the person appearing on video who posted to some social media platform views of this courtroom -- and most concerning is of the victims in the back of the courtroom -- is requesting through my courtroom deputy to be readmitted and participate further.

We have excluded her, and I think you both agreed with that.  And I just wanted to inform you of that and see if there was any change.

Mr. White, please confer with them for a moment

and see if there's any change in this.

(Sotto voce discussion between counsel.)

THE COURT:  Sorry for the delay.

VICTIM NO. 28:  That's okay.

THE COURT:  I'd just like to resolve this.

What's the thought, Ms. Foster?

MS. FOSTER:  Your Honor, in an abundance of caution I would ask to keep her off.  I'm going to ask the agent to communicate with her directly.  We have called her several times and not been able to get her on the phone, and so we are concerned that there's something else going on here.  And until we can confirm that nothing else is going on here, we would ask the Court to keep her off.

MR. WHITE:  I agree, your Honor.

THE COURT:  Okay.  Can you pass that communication on?

THE CLERK:  Yes.

THE COURT:  Okay.  So my courtroom deputy clerk is going to pass that communication on.  So let's continue --

THE CLERK:  I'm just not going to let her in, your Honor.

THE COURT:  Oh, we're just not going to let her in.  You'll have to communicate.

*MS. FOSTER:*  Understood, your Honor.

*THE COURT:*  Victim 28, please go ahead.

*VICTIM NO. 28:*  Hello, your Honor.

*THE COURT:*  Hi.

VICTIM NO. 28:  Hello, Michael.  I have waited more than 10 years for this moment, for the chance to be heard and to see justice served.  I've traveled across the county to be here today, but I would have traveled from the other side of the planet if necessary.  Today is the day that we all get to reclaim our lives.

As I stand here, I feel something I haven't felt in years, empowerment.  Pratt tried to use fear to silence me, but it was never my silence he feared; it was my voice.  I use that voice now not only for myself but for every other survivor who felt too afraid to speak and for those who have lost their lives.  I don't know about you guys, but I feel them here with us today, and I hope they're proud of us.

When Pratt first found me, I was a bold, confident college student with big dreams and a loving family who sacrificed so much to see me succeed.  Pratt saw my light.  That is exactly what he was looking for in his victims.  Exploiting women with so much promise is what made him rich.  He profited from our downfall.

Since stepping on a plane to San Diego, my life

has been a living nightmare.  I was locked in a hotel room for hours and forced to endure hours of abuse while they recorded my pain.  I cried so hard that tears dug scars through the layers of foundation they had slathered on my face.  Evidence of my lack of consent was clear to any observer, to the naked eye.  Yet Mr. Pratt didn't edit those portions out of the video.  That is because he knew his deranged subscribers would love it. Unfortunately, he was right.  His basement-dwelling sadists repeatedly commented on it, branding me the tear track girl.  He literally monetized my tears.

Pratt and the spineless people working for him shattered my life.  I went from having countless friends to none.  I was shamed, bullied, stalked, ridiculed online and in person.  My property was vandalized. Strangers contacted me with vile messages mocking my tears.  Some stalkers tried to buy me like an object.  I was stripped of all dignity.

My parents suggested that I change my name out of fear and shame.  Hearing my parents suggest that I needed to basically become a new person was absolutely devastating, but in a way they were right.  Michael Pratt had effectively killed my old self.  When I finally mustered up the courage to speak out and shine a light on Pratt's crimes and warn others, Pratt had his attorneys

silence me with legal threats.  I spiraled into self-destruction:  Years of addiction, suicide attempts, and even more years of hiding.  For years I lived in fear, not just of Michael Pratt but of what he made the world believe about me.

Over time, I began digging myself out of a deep, deep hole.  I built a career, I bought a home, and I tried to move forward.  But no amount of success could erase the shadow Pratt cast.  Even as the truth about him surfaced and his empire began to crumble, I was still re-traumatized, stalked, harassed, and constantly reminded that Pratt's damage is indelible.  I've come far in life despite the anchor that Pratt has chained to me, but I often wonder how much further I would be right now if I didn't have to shoulder this constant burden.

This chapter of my life has been defined by fear and chaos, but after today, I choose healing.  I choose to carry my story forward with purpose, to help others, to reclaim the dreams I once had, and to finally give myself grace I have been desperately craving for so long.

The PTSD Michael Pratt caused has literally rewired our brains.  My therapist says I will need years of therapy for the rest of my life just to manage the symptoms of PTSD, and I will never be fully cured. Because of Michael Pratt over 450 women -- 450 women will

collectively spend hundreds of thousands of hours going to therapy appointments and making trips to the pharmacy. I know I have, and I can speak for many others here.  We will all leave work meetings abruptly because we were triggered and then have to explain why to our coworkers. Our partners will shoulder this burden too.

Michael Pratt has handed out life sentences of his own, more than 450 of them.  Michael Pratt is the architect of an empire built on abuse, fueled by intimidation, followed by a community of men who found joy in our suffering.  He will always be a danger to society itself.  If he is ever free again, he will harm more women, I have absolutely no doubt, because all he knows how to do -- he truly has no other life skills.  I urge you, your Honor, to never let Mr. Pratt see freedom again.  Ensuring he never gets a chance to hurt another woman sends a message to the world that crimes of this magnitude will not be tolerated and that women like us will not be silenced.

Michael Pratt, you have caused so much destruction, but you did not destroy me.  You did not destroy us.  You will never define us again.

Thank you, your Honor.

*THE COURT:*  Thank you, ma'am.

*MS. FOSTER:*  The United States calls Victim

Number 29.

VICTIM NO. 29:  Your Honor, thank you for allowing me the opportunity to be here today and share my story.  When I first learned that I would have the chance to speak today, I was scared.  I wasn't sure I would be able to do it, but the more I thought about it, the more I knew in my heart that I had to be here today.  How could I stay silent about something that has completely changed my life?

As a mom, I teach my children to be brave, to stand up for themselves, and to be strong so I traveled from Wisconsin to be here today.  I was an 18-year-old senior in high school when I first came in contact with Michael Pratt.  I was eagerly waiting for graduation, excited about college, and loving life.  I had amazing friends, a close family, and I was always my true, authentic stuff.  An energetic and spontaneous young girl who saw the world as a safe place.  I trusted the world. I had no fear.

But when I think back now, I barely recognize that girl.  She no longer exists.  Twelve years ago Pratt released my video online.  It spread across the Internet like wildfire.  People in my hometown were sharing the link and screenshots on every social media site.  I called him immediately, desperate, but he ignored my call

every single time.  Within 24 hours my entire world collapsed.  I went from being a happy, confident high-schooler to a scared, confused, and deeply ashamed young girl.  That video changed every single aspect of my life.  I dropped out of high school and didn't graduate with my class that year.  I couldn't go into public without people staring, whispering or yelling "I saw your video."  I was humiliated.

My relationships with friends and families were torn apart.  Friends abandoned me.  Some friends and family members even stopped talking to me.  Strangers called my mom to ask her if she was a whore like her daughter.  My mom has carried overwhelming guilt and has had to see a therapist for years because of this.  I have an identical twin sister who people would -- who people would mistake her for me, and she endured relentless bullying from classmates and strangers.  Our relationship has never recovered.  She still holds anger and resentment towards me.

This video didn't just damage me; it damaged my entire family.  Over the years the video has continued to haunt me and impact my life in ways I could never imagine.  I just want to share a few examples today.

As a child, I loved summer camp.  I always dreamed of being a counselor one day, but after the video

surfaced, I was banned from the program, and I watched my -- all of my friends live out that dream without me.

In college, I got a job to support myself.  One day someone called my manager and told them about the video.  I was humiliated and afraid, and I eventually had to quit.  I tried to join a sorority in college.  I was a legacy, meaning I was automatically accepted; however, they rejected me because I lacked good morals.  That moment in my college career crushed me, and soon after I dropped out of college.

Even years later it continues to haunt me.  One year ago I was donating plasma, and a nurse who was a complete stranger to me asked if I was still in the porn industry.  I was humiliated again and then came to find out I was permanently banned from ever donating plasma again.  These are just a few examples.  The list goes on.

What happened to me as a young girl changed me mentally, emotionally, and spiritually.  Michael Pratt took a part of me that I will never get back.  Every single day is a challenge.  I've been diagnosed with PTSD, anxiety, and depression, and I continue to see a therapist every single week.  I struggle to trust people and form close relationships.  I constantly question motives.  I feel unsafe in public.  I'm triggered by small, everyday things.  I need complete control over

situations just to feel just a little bit safe.  This has affected my marriage.  It affects how I parent my children.  It affects my relationship with my family and my friends.

Your Honor, I stand here today not because I want to relive this pain but because I need you to understand that this wasn't just a moment in my life.  It was a theft of my identity, my safety, my dreams, and my peace.  I will carry this with me for the rest of my life.

Thank you for listening.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The United States calls Victim Number 30.

VICTIM NO. 30:  It's good to see you again, your Honor.  I struggled with this statement.  Trying to fit the enormous impact Michael Pratt has had on my life into a few minutes is nearly impossible.  I hate arriving at the San Diego airport because when I see the escalators down to baggage claim, I relive everything.  I see Garcia at the entrance, I hear Pratt's grunt of acknowledgment in the car, and I feel Pratt's hand on my shoulder in the hotel lobby preventing me from going to the front desk.

Pratt controlled everything inside that hotel room almost 12 years ago, including Garcia.  It started

with the interview.  He coached me what to say, and if he didn't like my answer, he would refilm it.  I remember staring at Pratt behind the camera begging to stop, telling him that it hurt.  In response, he told Garcia to go harder.

If I didn't do what he said -- sorry.  If I didn't do what he said, he told me he had to refilm it. "Go harder and be louder."  I thought about leaving.  It didn't take long for me to realize the quickest way out of that room was to do and say what they wanted.  At Pratt's direction, Garcia harmed me in ways I'm terrified to remember but I can never forget.  I will always regret giving into their demands.  My pleas to stop, Pratt's directives to go harder, and all the lies I was fed were conveniently edited from the final video.  I have no doubt that Pratt's editing room floor is filled with some of the most gut-wrenching footage imaginable.

I wish I had tried to leave.  Any punishment Pratt and Garcia could have inflicted would have been better than living as a ghost.  Even with Pratt's edits, the online forums couldn't help but point out the brutality I endured, stating "She definitely owed him money.  That episode was rough;" and next quote:  "That looks like it fucking hurts;" and the third quote:  "To this day I have no idea why he went rough on her.  Not

the norm."

I found out my video was posted online during my master's degree from an e-mail sent to my entire university department.  It included screenshots of the video and links to the notorious website Porn Wikileaks.  In order to give your Honor a tiny glimpse into my everyday life, I want to read a few direct quotes from the Porn Wikileaks page as well as some messages I received from trolls, stalkers, and extortionists over the years.

Sorry.  I just need to collect myself.

2015:  The title of my page on Porn Wikileaks contained my name, episode number, and where I was attending college.  It then describes the video as follows.  "Episode done summer of 2013 when she was in college as an undergrad.  She is now a grad student studying" my major "at" my former university, "had only had sex with one other person before doing porn.  She takes it like a pro, including deep throating, gagging, and gets pounded for over an hour according to the clock by the bed.  Wonder if her classmates know."

You can tell it is her because she has a telltale mole on her face as well as two on her left arm that are visible on her Facebook photos as well as the porn.  She was also on the GirlsDoPorn ID reel blog post

before it got removed.  The post then includes links to my Facebook page, my profile page at the university, my university e-mail address, my phone number, my mother's home address, followed by the statement "Most likely a parent's address and number, but she still may live there since school is only 30 minutes away."  It then included a link to my former boyfriend's Facebook page.  I received a Facebook message immediately after this post saying "The Internet knows who you are.  Run.  Run."

There is still nowhere to run.  The last time I checked my page in 2017, it had hundreds of comments totaling six pages, mostly coordinating harassment.  They celebrated when I was removed from my university's website because they thought I was fired.

When I started my doctorate program, I received a message saying "Hey" my name, "loved working with you on" previous research stuff.  "Was curious what it felt like to be condemned to always have to wonder if your male coworkers/bosses have seen you choking down a mouth-breathing Mexican dude's cock.  Real classy stuff. Future boyfriends, husband, children, will all have to deal with your decision to prostitute yourself on video (porn).  The Internet never forgets.  Was the money worth it?"

In 2021, rumors that I had died spread like

wildfire on the online forums.  The comments from the trolls in the wake of my presumed death were awful. Instead of the stalking incidents decreasing in frequency, they increased in both number and severity. It was almost as if the trolls were trying to be so over-the-top that I would respond to them so they could brag to the others of being the one who obtained proof of life.  Eventually they did by pretending to be a colleague.

In 2022, I received an e-mail that said "Should we keep this a secret, or does everyone like colleague one and colleague two know?  Should we tell them or not? Maybe send me a pick a month and this will be our little secret.  That's a tiny price to pay."

There are hundreds if not thousands of these, your Honor.  The most recent of which was just three days ago while I was on the plane flying here.  They relentlessly re-traumatize me, seeking out everything good in my life to tie to my video, even the Ph.D. I was so proud to tell you last time in my statement.

I have served a full sentence, and I am still staring down the barrel of forever.  Pratt spent more time on this scheme than it took me to earn my collective degrees, essentially becoming an expert in trafficking. Because of the PTSD I now suffer from, I take extreme

measures just to get a small sense of security.  A text message alert sends me into a panic.  To cope, I sign up for as many marketing notifications as possible.  Now my phone vibrates so often I simply ignore it.  My home has a second hidden dead bolt.  I check it and then double-check it before bed.

I don't venture out for activities because I never know who's going to find me out there.  And I will never have a child.  My mom is a retired psych nurse.  When I told her that I thought I was being paranoid, she said something profound:  "It's not paranoia if they're really out to get you."

On paper I'm successful, and yet it's hard to imagine a world where I live to see old age.  Every single day I think of a new way to die.  I tried to kill myself in 2015 and then in 2020.  Many of Pratt's victims have made this same choice.  It's something that happens so often that the trolls routinely ask "Is she dead yet?"

Not once have I come to give a statement for myself.  I come here for those who can't.  They are the women we carry in our hearts.  They are the women why we are here.  They are the reason why I survive so they can see justice.

Thank you, your Honor.

THE COURT:  Thank you.

*MS. FOSTER:*  The United States calls Victim 31.

VICTIM NO. 31:  Thank you, your Honor.  Over 13 years ago my life changed forever when I was deceived, violated, and lied to by Mr. Pratt along with all the other women in this room.  I was a 19-year-old girl in college making my way in the world as a nutritionist, a drummer, and a model.  There is a reason that this man preys on young women who are just starting to figure things out in college.  They want to call us amateurs, first-timers.  We're vulnerable, we're nervous and naïve, and probably too trusting.

When I responded to that ad, I was told it would be the most easiest modeling gig that I'd ever have, that nothing would be on the Internet, that I had nothing to worry about, but that couldn't be further from the truth.  They are not a casting agency.  It was not a modeling gig.  These are online predators.

A couple of months later I woke up to a living hell with that video on the Internet linked to my legal name.  It snowballed to other websites, social media, online platforms.  If any of you are aware, the Internet is a really scary and dark place, and Mr. Pratt left all of us there to suffer while he profited off of it.

The amount of energy, the money, and the time wasted to clean this up is so unbelievably humiliating

and exhausting, it literally ruins my life.  It changed the entire trajectory of where I was going, made my question my future.  It disrupted my family, my relationships, my work, and my ability to feel accepted as a professional no matter what I did.  It brought fear and paranoia into my life and to so many of the other lives in this room.

I felt that I would never be taken seriously again and I would have to deal with this burden for the rest of my life.  It's only recently I've started to build up more confidence as a human being because all of these people in the room sit together to try to make a change.  It forced me to make so many changes, and it warped my whole perspective of reality.  Thanks to Mr. Pratt, we all have to spend our lives feeling insecure, scared, and unsure of ourselves.

Your Honor, these are really serious crimes and him and his associates just need to be held accountable for the destruction they have caused.

Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  The United States calls Victim Number 32.

VICTIM NO. 32:  I became the man of my home at 12 years old.  My dad left, my mom drank, and I started

working to keep the lights on.  I was the rock of a family of girls.  I raised my younger sisters, bought their school supplies and their first bras with my babysitting money --

THE COURT:  I'm going to ask you to speak a little bit louder into the microphone.

VICTIM NO. 32:  Oh, okay.  Do you want me to --

THE COURT:  Stephanie, do you want her to back up?

THE REPORTER:  Yes, please.  After "babysitting."

VICTIM NO. 32:  Okay.

I bought their school supplies and their first bras with my babysitting money, brushed their hair as girls, and taught them how to drive as teens.  I balanced my responsibilities at home with grace and grit, graduating with honors at 18 with white tassels, principal's awards and scholarships to the schools of my choice.

A mere three years later, not only did I lose my family, my family lost me.  Forever.  I'll never speak to the stepmother who dragged me down the street by my hair in a drunken rage demanding I knew exactly what I was doing.  I'll never forgive my father for standing by silently in solidarity.  For the phone call I answered in

the tub I wanted to drown myself in, telling me just to tell the truth.  I'll never look at my mother the same. My sisters' avoidance and averted eyes is a pain I cannot articulate, and the damage was irreparable.  And 10 years later, as my justice is being served, I stand here today alone.

It happened to me, and I still struggle to comprehend the breadth of Michael Pratt's violence.  The very few people who know this about me can only compartmentalize it with faith or fiction, it's that hard to understand.  The majority of them see the person past it and make me some kind of inspiration, and I am.  We all are, and that's true.  But I'm an inspiration for my kindness, my compassion, for the woman I have become, not for surviving one of the most horrific physical invasions a person could experience, much less on such a vast public scale.

Our videos got billions of views, and that's just the recorded number.  There's an innumerate figure out there somewhere of total viewership, but only God can know that number, and my reality is not laced with the reasoning of faith.  I make no embellishments.  I'm here today to speak my truth and shine light on the suffering I and these women, once girls, face to this day; to address this man who profited from our pain and then ran

from his consequences.

My journey since this happened has been arduous to say the least.  I endured what were supposed to be the best years of my life, my 20s, with gritted teeth and a downturned head.  Now a decade later I face forward, yet no part of my life remains untouched.  Apart from the years of isolation and clinical depression, which kept me agoraphobic and chained to my home, unable to do simple tasks -- such as going to the grocery store without disassociating or having a panic attack when my phone pinged -- even the little things in life escape me.

I find it difficult to relate to people, to art, to music, to stories, to feel the pleasure that comes from connection.  The opportunities life offers for whimsy are out of my reach.  Nothing's enjoyable when you're waiting for the next shoe to drop, the next second or third glance, the look of recognizability on the face of a new friend, a coworker, an employer.

While Michael ran and hid in luxury, I ran for my life.  Two weeks ago I walked past the apartment of my first sublet in New York City where I took sanctuary after the videos circulated my hometown and my college campus.  It was nearly nine years to the day, and I approached that building from the same direction I had those years ago with what I could carry in two suitcases,

no family, no friends, no resources, nowhere to land, no one to know what was happening to me.  But if I was going to survive, I had no choice but to leave my life behind completely.

I was forced to leave campus and enroll in online schooling where it took an honor student eight years to graduate.  Living on high alert, my adrenaline saw me through the day, and the dependency I developed on alcohol got me through the night.  I suffered night terrors for years.  And to this day I do not dream, literally or figuratively.  I might never be a wife.  I might never be a mother.  I will live my life one day at a time because there's no seeing the future when your present is constantly under attack.

But my story is not unique in that way.  We all lost our lives as we knew them, and worse; some ended altogether.  This topic is considered taboo, supported by centuries of societal standards where women are the fault-bearers, creating an environment for men like Michael Pratt to thrive.

Now that we've opened the door to the conversation and shifted the narrative to put the blame where it belongs, I ask the Court to look at us and to look at me, a woman whose pain borne from experience with Michael Pratt stirs considerable fear for the safety and

well-being of women and girls everywhere should he exist among them. I beg the Court to take into account the sheer scale of Michael Pratt's actions and the fallout we've faced as a result, which to call extremely unfortunate is not only inadequate, it is inhuman. Someone capable of such evil should be treated like radioactive material, stored away and warned against.

Today, I am relieved. Relieved to not have wounds torn open, spending precious time and resources on a trial, deciding whether or not this monster of a man deserves to walk away from what he did. Relieved to be able to say my piece safely, knowing he will be punished. And I understand the privilege I have right now in standing before you, as I finally have the peace which comes with being believed. Even in bearing this lifelong weight, I stand before your court unabashed because I have felt enough shame for one lifetime.

Thank you, your Honor.

THE COURT: Thank you, ma'am.

MS. FOSTER: The United States calls Victim Number 33.

VICTIM NO. 33: Your Honor, may I address Michael Pratt?

THE COURT: Yes.

VICTIM NO. 33: There are wounds that fade and

there are wounds that do not.  The ones that do not are the ones that shape you, sentence you, change every part of how you live.  My wound is isolation binding me still more than a decade later, not chosen, not earned, forced. That is a sentence you gave me and the one I still serve. That is the aftermath of what you did.

Isolation is not only loneliness.  It is watching love at your door and being unable to open it. The cruelest twist is that while other survivors were abandoned by their families, mine never turned their back on me.  My parents wanted nothing more than to protect me, to carry the weight I was forced to carry alone, to heal the wounds no one else ever wanted to see, to believe, but you twisted that bond.

You turned me into a daughter who could not let her parents near.  You turned me into someone who pushed away the very people who stood ready to shield and fight for me.  You poisoned the one place I should have been safest.  You made love feel dangerous.  You made protection feel impossible.  You made me a stranger in my own family.  You stole the simple truth of being a daughter who could allow herself to be protected, a daughter who couldn't -- sorry, a daughter who could expect to be believed, a daughter who could live without shame, without guilt, without blame.

You left me with isolation I never chose.  You made me my own warden, and now you will know the same isolation without choice, without escape.  You told me to "Shut the F up and smile, bitch."  Over a decade ago you said it to one girl in one isolating moment, but those words echo far beyond the room.  They survived the drinks meant to deaden me.  They survived the pain meant to break me.  They survived the years meant to erase me.  And now they rise against you.  The mask is gone.  The lie is gone.  What remains are your words, not mine.  Your indictment.  And so I return them to you, not as obedience, as judgment.

Your Honor, Michael Pratt did not lose his way.  He chose it.  Pratt is a shark not by blood, by will.  Moving from teeny flicks to GDP, he will not stop.  He chose profit over people, power over truth, cruelty over humanity.  He is now one of just 531 people ever placed on the FBI's 10 Most Wanted List alongside Osama Bin Laden, Ted Bundy, and James Earl Ray.  His crimes reached across borders and into hundreds of lives.  The scars are not measured only in years lost but in families broken and futures erased.

Even his own words betray him.  To the New Zealand Herald Pratt said that when Spanish police caught him, he was relieved; he could finally breathe.

Think about that.  The man who built an empire on our suffering found his relief in capture.  Let that be the measure of his punishment, not freedom but the suffocating weight of the years he cannot escape.

Let the sentence stand as justice for those who are here, for those who could not be, and for those who will never stop carrying the weight of what he did.  Let it speak to the living.  Let it honor the dead.  Let it serve as a warning to anyone who believes they can build power on the suffering of others, and let it be the highest form of punishment, because nothing less honors the lives he's destroyed.  We aren't here for forgiveness.  We are here for justice.

Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, if I could ask whether Victim 21 would like to speak.  It looks like yes, Victim 21 would like to speak, your Honor.

THE COURT:  Okay.  Thank you.

VICTIM NO. 21:  Your Honor, thank you for the opportunity to speak today.  I was one of the last few victims of Pratt.  By the time I was recruited in 2018, GDP was a well-oiled machine.  Michael Pratt was a master in the trade of selling human beings, seamlessly leveraging fear and shame to control us.  His empire had

no borders.  I was brought to a country I didn't know under false pretenses, and one of the worst parts for me is that he not only ruined my ability to trust men, but women too.  All of my relationships have been and will be affected forever.

I wanted to address something Pratt's attorney said.  The notion that we were free to leave would be laughable if it wasn't so messed up.  They took my passport, canceled my flight.  The night I arrived before the shoot happened, I knew something was wrong, and I did leave the hotel.  I walked for hours looking for help, someone or anyone to talk to, but I never found the words.  It was the woman he hired who reassured me it was safe for me to go back to that room, and he knew that using women to recruit us was the key to GDP's success.

Even though I could have gotten away that day, onto the streets of San Diego, I was trapped with no way home, no passport, and I had no way of knowing what the next day would bring.  I would have never expected that during the shoot camera equipment would be piled against the door and I would be raped for hours on end, or that a video of that rape would be posted online for millions to see.  I regret every day that I went back to experience that day hoping things would turn out okay, because obviously they didn't.

The trolls say we didn't have a gun to our heads, but we did.  I was sure I would be killed that day.  When they canceled my flight, I thought this is it.  While my filmed response makes me ashamed to this day, it felt like the only way I would survive it.  I did get home, but my life, the life I was meant to have, died in that hotel room.

When the video got posted I was hunted, and like a scared rabbit, I ran and ran, and I've never stopped running.  For many years I blamed myself.  The reality is that Pratt and his employees would have said absolutely anything to get me on that plane, and I was doomed the moment I responded to that Craigslist ad.  I don't believe there's a single person in this room who would have gone if we knew even a small fraction of how our story, how our life would change forever.

His depravity ultimately created an army of people just like him who believe we deserve what happened to us, what continues to happen to us.  To him, we are subhuman, so much so that he graded us like cattle:  A, B, C, D.  Our bodies on display to satiate the hunger of men who, even when we die, still find pleasure in the worst days of our lives.

Pratt stole my life, my career, my future.  My PTSD haunts me every day.  I cannot live in my body or

hear my own name without being reminded of what he did to me.  GDP was not Pratt's only trafficking venture.  He learned from the best and made this scheme even better, and neither young nor older women were spared.

Your Honor, may I address Pratt?

THE COURT:  Yes.

VICTIM NO. 21:  Fifteen women are dead that I know of, and more women are yet to be identified.  Their blood is on your hands.  They couldn't live with what you did to them.  The way you killed us was insidious, a type of evil that is hard to even comprehend.  The blood from cut wrists, enduring sorrow, and broken souls of the women in this room are all your doing.  You enslaved me. You violated the very essence of everything I was, and I will carry this pain the rest of my life, and you did this to hundreds.

There is no sentence that will feel like enough, but the only one that will feel close to justice is the maximum sentence.  You wanted us divided, fractured, and too broken to inconvenience your life with our attempts for justice.  I'm learning to trust again because so many women in this room protected me from much worse, and I will always be grateful for their courage to stand up against you.  There is strength in numbers.  You can't sell us without consequences.  Michael Pratt, I hope the

rest of your days are exactly what you deserve.  Thank you.

THE COURT:  Thank you, ma'am.

MS. FOSTER:  Your Honor, there are two more women for whom I'd like to read their Jane Doe statements, one of which is the woman who was removed. Given that I am the one reading the statement, my request would be that she be put back on so that she can --

THE COURT:  So is that Victim 35 or 36?

MS. FOSTER:  That is Victim 36, your Honor.

THE COURT:  So you want her to hear the reading of her statement?

MS. FOSTER:  That's correct, your Honor.

THE COURT:  Okay.

MS. FOSTER:  So if it's possible we would request that it be done.  Thank you.

Your Honor, there are two more victim statements.  As we mentioned, Jane Doe Number 35 and Number 36.  I'll read number 35 first.

THE COURT:  Okay.

"I was in my first year of college, 19 years old, hopeful, chasing my passions for travel and photography.  I was finally getting to live the life I had envisioned for myself, meeting new people, dating, and documenting all of my travels in pictures with such a

smile on my face.  The excitement and happiness was flooding through me.  I was creating the life I loved.  Then I met Michael Pratt.  What the world saw as a young, vibrant woman, he saw as dollar signs.

"I will never forget the day I got a text saying 'Is this you,' followed by a screenshot from my video.  My stomach dropped.  I cannot even begin to explain the feeling.  Since that day I have been harassed beyond belief, shattering my soul.  What made it worse is that when I tried to tell people what really happened, no one believed me because Mr. Pratt and his team were so good at covering their tracks.

"He had done this to more than 300 women before he found me, and by that time he had honed his craft.  He was a professional at manipulating people, evading law enforcement, and silencing anyone who tried to speak up.  He is literally a professional con artist for more than a decade.  Any apologies Mr. Pratt makes today are just as hollow as his promises that he made to all of us, your Honor.  This Court should not believe a word he says."

And then she asks to address Mr. Pratt directly.  This is to Mr. Pratt:  "Since coming to America, you only cared about money and the illusion of power you so desperately clung to.  You were quite aware of the trail of devastation you left behind.  You just didn't care.

The countless therapies and medications will never fully remedy the damage that you have caused to me and any of these other women.

"What you did was not a mistake.  It was not a misunderstanding.  It was calculated and heartless.  You knew I was young, you knew I was trusting, and you exploited that.  The damage you caused did not end with me.  It bled into everything, everything I hold dear.  My relationships, my sense of safety, my family and the future I once looked forward to with hope, all stained by what you did.  You dismantled parts of my identity that I now have to rebuild piece by piece.  All your lies, your manipulation and your cowardly games may have carried you across the world and bought you a few extra years of freedom, but they could not save you.  You are no longer on the run.  Now you are exactly where you belong.

"Fear, anxiety, isolation, sleepless nights.  These are my lingering companions, but I hope they pale in comparison to what awaits you.  Thank you for allowing me to speak today, your Honor."

That was Victim Number 35.

THE COURT:  Okay.  Thank you.

MS. FOSTER:  Finally, Victim Number 36.

"Good morning" -- we're now afternoon -- "your Honor.  I am Jane Doe 36.  While I intended to be there

in person today, I am speaking to you from the hospital. I suffered a PTSD-induced seizure a few hours after arriving in San Diego on Saturday, and I won't be discharged until this afternoon. I say this not only because it shows how much this crime still affects me eight years later, but also because it is ironic, considering where my story begins.

"After graduating from college at 20 years old, I became very ill. I dropped to 55 pounds at 5-foot 7, and -- I dropped 55 pounds at 5-foot 7, and no doctor could figure out what was wrong with me. I spent a year out of state, living in a specialized hospital trying to get answers. Finally, in late April of 2017, I was released from the hospital. I was finally healthy again, and I was ready to begin my life.

"I was ready to use my degree to help people. I was ready to be a therapist and then a psychologist. In May of 2017, a modeling agent that I had as a child reached out. Seeing I was now healthy, he asked if I wanted to take a couple of jobs to make some money in the month I had before moving eight hours to Los Angeles, where I had secured a full-time job with benefits. And I said, of course. That would be great.

"I was briefed by my old agent about the job and things seemed normal. It was a quick turnaround. I

would be flying to San Diego the next day to model for a new brand similar to Tilly's. I was picked up from the airport by a woman, as expected, and transported to a hotel in San Diego where I was told we would start with hair and makeup. The next thing I know, I was brutally raped for nearly nine hours. I was given substances -- I was given substances that I did not consent to taking, not that consent is a word I can use to describe anything that occurred.

"The physical aspect of this crime was brutal, of course, but I actually had been raped in the past. It is believed that the root cause of my illness the year prior was unaddressed trauma, so my healing included intensive trauma therapy which proved very effective. However, it is much more simple to rewire a nervous system from one very traumatic event than it is to live eight years and counting in a body that you can't recognize with a life that you don't recognize.

"The day I moved to Los Angeles the videos came out. Immediately they were sent to my family -- a very large LDS family -- prior teachers and professors, prior employers, the elementary school my mom worked at, and I could go on. At the time I had a sizable online platform due to my mental health blog that I started years prior, and because of this my videos spread like wildfire.

"I started going by my legal name because I was known by a shortened version of my name for all of my life.  Still, when my family or those who knew me in the past referred to me by the shortened name, I often dissociate or have an anxiety attack.  And, further, because no one believed me until around 2022, I didn't get the luxury of help from family where I struggled to pay rent in Los Angeles where my job offer was rescinded after I had already moved.

"I was 22 when Pratt and his cohorts defiled my body, my name, and my reputation.  I will be 31 in two weeks, and it would be remarkable to say that I have healed and moved on, but that's not true.  Despite my knowledge of the brain and the mind-body connection, and the DSM-5, I am unable to heal due to the unusual and lasting effects of this crime.  I was never able to get a job in my field.  I just became the patient that I was supposed to help.

"There is no moving on when a crime like this occurs.  Yes, I still have flashbacks of the violence and the incident itself, but undoubtedly the loop that gets created when you are a victim of this crime is more debilitating, disturbing, and bleak.  It is a vicious loop of mental distress, causing physical ailments, and then physical ailments negatively impacting your everyday

life, lost relationships, and lack of confidence affecting mental health and so on.  The cycle continues.

"Every relationship I have had has ended due to this crime, and prior to this I only had healthy relationships.  But after this, I have dated three men with diagnosed NPD, and I am used to being abused because it is now so familiar to me.  My body does not work properly.  I have developed two autoimmune diseases and chronic endometriosis as a result of this crime.  They control my life, and I have yet to find someone who can understand the intricacies that are my reality because of this crime.

"In the months leading up to any of these sentencings, I have multiple panic attacks daily.  In the week leading up, I have PTSD-induced seizures.  I have had car windows smashed, stalkers to the point of hiring 24-hour security, and every good thing that enters my life is ruined because of what this monster orchestrated.

"Even in the past four to five years of dedicating my life to helping others trying to heal and building a business that aims to prevent sex trafficking entirely, I am still broken.  All I have ever wanted was my own family.  I fell pregnant around the time of a GDP sentencing, and my partner left me because he could not wrap his head around the fact that the mother of his

child was in porn.  The stress, seizures, and inability to eat due to the impending sentencing caused me to have a stillbirth.  I have attempted to end my life more than five times, one of which I was presumed dead but somehow came back.  Nothing will ever remedy what was done to me. I have not felt pure happiness since that small period of time between the end of April 2017 and mid-May 2017.

"I was and am a highly intelligent, capable individual that now spends 90 percent of her time in a freeze state.  I dissociate frequently.  I experience PTSD blackouts where I often end up hurting myself without knowing it.  No one knows how much pain I endure on a daily basis in every single way because I would never tell the few people close to me the full reality of how debilitating this is.  I would rather somebody think that I'm flaky than have to explain why I had to cancel.

"There is no healing from this crime.  All I can do is manage my PTSD and the myriad of symptoms and illnesses that the PTSD caused.  If I could go back in time and change one thing, it would not be turn down the job from my agent.  This creature and his crew of soulless monsters would still have harmed so many women, and things still would have ended the same way for them.

"The one thing I would change though would be to not study psychology.  Spending my life learning about

the human brain, the impact of trauma, and preparing to help others heal ended up being the worst thing I could have done for myself.  I live every day knowing too much about what is going on in my brain and my body, but I'm stuck and I can't free myself, all because this monster decided to start a business trafficking women and ruining our lives.

"All of that said, I consciously aim to accept my reality every day and let go of resentment or thoughts of what could have been.  I will continue to survive and thrive in life.  I'm using what happened to me to make a significant impact in the world.  I am highly empathetic, but I'm also highly driven by justice.  And as for Michael Pratt, I pray that such a reprobate spends the remainder of his life incarcerated.  There is no rehabilitation for such a depraved individual.  Even if there were, he deserves to stay in prison until his final victim leaves this Earth.  All that is being generous in my opinion.

"Earlier, Mr. Pratt's attorney mentioned that Pratt should get less time than Garcia due to the fact that Garcia was the one who physically raped us.  Allow me to remind you what I previously stated:  That the rape has been the least difficult part of this.  It is Pratt who created the website and allowed all of the rest to

happen.

"Further, to reiterate what I previously stated, it is not true that I knew the nature of the shoot before arriving.  For the other women who have spoken today, and for those that haven't, I am here with you and here for you.  Do not try to numb, push away, or forget what this man and his accomplices did to you.  Sit in your pain and feel it.  Allow yourself to grieve for the younger version of you who was trapped in that hotel room.  You will be holding hands with that version of yourself for the rest of your life.  Take care of her and take care of you.  Thank you, your Honor."

THE COURT:  Ms. Foster, does that complete all the victim statements that were to be read to the Court or testified here in person today?

MS. FOSTER:  I believe so, your Honor.  If I could have just one second.

THE COURT:  Okay.  Take a moment and check.

MS. FOSTER:  Your Honor, that completes the statement of the victims.

THE COURT:  So there's nothing else to be presented, correct, Mr. White, Ms. Foster?

MR. WHITE:  That's correct, your Honor.

MS. FOSTER:  That's correct.

THE COURT:  Okay.  I want to give us a 10-minute

break, and then we'll come back and conclude this matter. Thank you.

(Recess taken from 1:55 p.m. to 2:05 p.m.)

*THE COURT:*  Okay.  Mr. Pratt, would you come and stand by your counsel for sentencing, sir.

Please be seated, everyone.  Please be seated.

The Court has adequate information to exercise sentencing discretion this afternoon, and just a couple of comments before I make the guideline calculation that I must make pursuant to the law.

Mr. Pratt, a whole lot of different words could be used today to describe your role in this crime.  You were the leader.  You were the organizer.  Some have called you the ringleader or the mastermind.  This morning, you've been called the man running the show and that this whole operation was your brainchild.

Whatever term is picked, it's quite clear that without you, none of this would have occurred.  You were directing it.  You were telling people what to do.  The women here today and the hundreds of others would not have been victimized but for your direction of this criminal conspiracy and the activities.  You led the conspiracy.  You managed it.  You supervised it.  You made all the decisions.

And this wasn't a short-term venture.  It went

from 2012 to 2019, and that's a -- I mean, there could be some arguments made that this was bigger than that.  And we don't need to go into that, but it may have started a little before that, but let's just go with '12 to '19.  That's long enough.  And I don't know the exact number of people.  I know who testified and addressed the Court directly today and in prior cases, but the reference has been made to hundreds of victims.  I think probation and some of the people have talked about 450 women.  I don't know exactly, but we know it was more than the people here.  The people here and the people addressing the Court kind of are the tip of the iceberg, if you will, or representative of those who were also victimized by this.

So it's clear to the Court that all decisions that were made, you participated in, and I mean every aspect of it, Mr. Pratt:  The advertisements, the recruitment process, the transportation, the negotiations, the contracts, the coercive tactics, and the false representations all occurred at your direction.  It's -- it goes without saying that this was totally done at your direction.

So with that preliminary comment, let me start by making the necessary guideline findings, and I'll elaborate further, as required, as I go through this.

The base offense level for what occurred here is

a 34.  Because of the number of victims, a plus 3 is added, and because of your role in this offense, a plus 4 is added.  That results in an adjusted offense level of 41.  I'm going to give you a three-point reduction for acceptance, and I understand fully and completely the close call that that is.  But, again, as I said at the outset, we're here because of a guilty plea.  And a guilty plea was to conspiracy to commit sex trafficking by force, fraud, and coercion, and an actual substantive count of sex trafficking by force, fraud, and coercion.  So we have been spared a trial, and to that extent you have accepted responsibility, although I think probation's -- I understand probation's point, and it's not an unreasonable one.

If we stopped the calculation here, which we basically are, we're at 235 to 293 months in custody.  Now, I have to determine if that's the appropriate guideline range for this crime.  Again, it's 235 to 293, and that's months in custody.

This is what I consider, Mr. Pratt:  I consider everything about you, everything about your history, your circumstances, that's been presented in the probation report by way of your background and upbringing and everything -- everything that Mr. White has presented on your behalf.  I consider everything about the offense

that occurred here.  And you well know, Mr. White knows, the Government knows, I know this case because I sentenced your codefendants in this indictment, and I know what's happened here.  So I know the case.

I have to promote respect for the law, and I have to consider protection of the public.  When I consider protection of the public, usually I'm speaking about drug traffickers.  But in this case, I have to consider protection of the public in a different way, but an extraordinarily important way.  And so that's weighing on the Court's mind.

I have to consider general and specific deterrence, specific as to you, general as to people watching.  Given the nature of this crime, I don't know how many people watching this think this is a good idea as a way to earn money, but perhaps those folks are out there, I don't know.  Then I have to consider sentencing disparities.  And I can tell you, Mr. Pratt, I've been doing this a very long time, and I haven't ever had a case -- this is a good thing.  I've never had a case like this before of this magnitude.

So there are not a lot of disparities to look to, but I'm also looking within the conspiracy, within the activity of this criminal scheme, as to, you know, disparities there.  And I can tell you each case is

considered on its own merits, and each defendant that appears in front of me is a unique individual and is sentenced for what they've done and I will, of course, do that in your case.

When I consider this case and what to do, I have to tell you that the sheer scope and magnitude of this offense causes this Court to vary upward from the guideline range of 235 to 293, and I'm going to impose a sentence of 324 months in the custody of the Bureau of the Prisons.  I think that's sufficient but not greater than what's necessary, given everything I know about your offense, sir.  It's going to be followed by a period of 10 years of supervision.  And during that 10 years of supervision, if you violate a law, state, federal, or local, you could be brought back to the federal court and serve additional time in custody up to the 10 years.

Now, Mr. White, have you reviewed with your client the standard and mandatory conditions of supervision?

MR. WHITE:  I have, your Honor, yes.

THE COURT:  Mr. Pratt, all of those conditions apply during the 10-year term of supervision.  In addition, the following special conditions apply:  The first one is if you're deported, excluded, or allowed to voluntarily return to your native country -- and that

would be New Zealand, sir?

*THE DEFENDANT:* Yes.

*THE COURT:* You're not to reenter the United States illegally, and you're to report to probation within 24 hours of any reentry into the United States. Supervision will be waived upon your deportation, exclusion or voluntary departure.

Second special condition: Report all vehicles that you own, operate, or in which you have an interest to probation.

Third special condition is that you submit your person, property, home, vehicle, papers, computers, data storage devices, communication devices, to probation, provided the search is done at a reasonable time, in a reasonable manner, based upon a reasonable suspicion of contraband or evidence that you violated a condition of your release.

If you weren't willing to agree to a search, that could be a basis for revoking you, and whoever you live with must know that the home is subject to search.

Now, conditions 4, 5, 6, and 7, all relate to restitution which is yet to be determined, and we'll be setting a future date on that.

Have you reviewed those conditions with your client?

MR. WHITE:  Yes, your Honor.

THE COURT:  Okay.  All of those conditions apply, Mr. Pratt, but apparently we're not ready today to do a restitution determination.  But they all apply.

Do you understand that, sir?

THE DEFENDANT:  Not really.

THE COURT:  You don't?

THE DEFENDANT:  No.

THE COURT:  Okay.  Well, let's go through them then for you.  Restitution is going to be determined.  Do you understand that?

THE DEFENDANT:  Yes, I understand --

THE COURT:  Pardon?

THE DEFENDANT:  Yes, I understand that part.

THE COURT:  Oh, okay.  So because you're going to probably owe some money on that restitution determination, as a result of that, the following special conditions apply:  You're to provide complete disclosure of your personal and business financial records to the probation officer as requested.

Next special condition:  As it relates to restitution, you'll notify the collections unit of the U.S. Attorney's Office of any interest in property obtained directly or indirectly, including any interest obtained under any other name, including an entity, a

trust, or partnership or corporation.

The next special condition is you'll notify the collection unit of the U.S. Attorney's Office before transferring any interest in property owned directly or indirectly, including any interest held or owned under any other name, entity, including a trust, partnership, or corporation.

And, finally, as it relates to restitution, Mr. Pratt, you'll be prohibited from opening checking accounts or incurring new credit charges or opening lines of credit without the approval of probation.

Now, continuing on with special conditions, you're not to engage in employment or the profession of adult entertainment or pornography.

Next special condition, you'll consent to a third-party disclosure to any employer, potential employer concerning restrictions that are imposed by the Court.

The next special condition is not use or possess any computer, computer-related devices which can communicate data via modem, dedicated connections, or cellular networks and their peripheral equipment without prior approval of the Court or probation, all of which are subject to search and seizure.

You must consent to the installation of

monitoring software and hardware on any computer or computer-related devices owned or controlled by you that will enable the probation officer to monitor all computer and cellular data use.  You must pay for the cost of the installation of this equipment.

The next condition is that you will not have any contact, direct or indirect, telephonically, visually, verbally, or through written material, or through any third-party communication with any victim or victim's family without the prior approval of the probation officer.

Next special condition:  Not possess or view any materials such as videos, magazines, photographs, computer images, or other matter that depicts sexually explicit conduct involving children, or actual sexual explicit conduct involving adults -- first, as defined by 18 U.S.C. 2256(2); the second by 18 U.S.C. 2257(h)(1) -- and not patronize any place where such materials or entertainment are the primary material or entertainment available.

Final special condition is you will complete a sex offender evaluation which may include periodic psychological, physiological testing, and completion of a visual reaction time assessment at the direction of the Court and probation.

Did you review that entire condition with your client, Mr. White?

MR. WHITE:  We did, your Honor, but it's been some time ago.  And I think he may be --

THE COURT:  Okay.  Well, let me continue then.

If deemed necessary by the treatment provider, you will participate and successfully complete an approval -- an approved state-certified sex offender treatment program, including compliance with treatment requirements of the program.  The Court authorizes the release of the presentence report and available psychological evaluations to the treatment provider as approved by the probation officer.

You will allow the -- I'm going to allow the release -- reciprocal release of information between probation and the treatment provider, and you may also be required to contribute to the cost of these services rendered in an amount to be determined by probation, based on your ability to pay.

Polygraph examination may be used following completion of the formal treatment program as directed by probation in order to monitor adherence to the goals and objectives of treatment and as a part of the containment model.

So let me ask probation, did I cover all the

conditions that were to be included?

*PROBATION OFFICER:* Yes, your Honor, you did.

*THE COURT:* Okay.

*PROBATION OFFICER:* I did have one question.

*THE COURT:* Yes.

*PROBATION OFFICER:* Are both counts concurrent?

*THE COURT:* Oh. Yes, they are. This is concurrent because he entered a plea to both counts. The time in custody is concurrent, meaning it's one term of 324 years [sic], Mr. Pratt. And as with the supervision, one period of 10-year supervision.

I am not requesting -- imposing a fine. The $200 special assessment can be worked off in custody.

With regard to the restitution, have the parties determined a date for the restitution hearing?

*MS. FOSTER:* Your Honor, it's my understanding that Mr. White is going to move on, and so we would be asking --

*THE COURT:* Right. He's not going to be able to continue in his representation.

*MS. FOSTER:* Right. And so typically we would be asking for 30 days. But, given that, and given the fact that somebody needs to get up to speed, we would be asking for about 60 days out.

*THE COURT:* 60 days out?

*MR. WHITE:* I think that's probably reasonable. 60 to 90, something along -- that seems to be reasonable.

*THE COURT:* Okay. Let's start with 60 and know we have a small cushion. By statute we must do it within 90 days, so pick a day 60 days out. I'm going to put this on a Friday calendar with the hopeful expectation that this will be resolved amicably between the parties. If not, we'll have to set it on a special day. But I'm going to start with a Friday.

So go ahead, Adrianna.

*THE CLERK:* Restitution hearing is set for November 7th at 2:00 p.m.

*MS. FOSTER:* And, your Honor, given that it sounds like Mr. White is moving on, if we could have an attorney appointment hearing, or however the Court would like to handle it, to have somebody who is appointed to replace Mr. White to handle that restitution hearing.

*THE COURT:* Okay. We can do that.

*MS. FOSTER:* I don't know that it needs to happen right now.

*THE COURT:* Let me just say one other thing before we deal with that: Mr. Pratt, you have the right to appeal. You have the right to appeal the sentence that I imposed because I went above what was agreed upon in the plea agreement. I varied upward; I went above 260

in sentencing you.  If you appeal, sir, you must do so within 14 days from today, otherwise you lose your right to appeal.  So Mr. White can help you very quickly with that, if you'd like to, or your next counsel, but it needs to happen quickly.

If you can't afford the certified copies of the transcripts and the records, those will be provided at the expense of the United States Government.  So I want you to know that.

So take a moment, Mr. White, and tell me what you would suggest with regard to getting new counsel in place.

MR. WHITE:  If the Court -- probably the quickest way is if the Court could relieve me now and appoint counsel now --

THE COURT:  Right now?

MR. WHITE:  Yeah, right now.  And then they could handle the notice of restitution and notice of appeal.

THE COURT:  Okay.  I could also put it on Friday's calendar.

MR. WHITE:  I'm only available until 1 o'clock on Friday.

THE COURT:  Pardon?

MR. WHITE:  I'm only available until 1 o'clock

on Friday.

THE COURT:  I know.  I know.  I could do it before 1 o'clock on Friday.  Any concerns?  It seems a little awkward to do it right now, but we could.

MS. FOSTER:  However the Court wants to handle it.  I'm aware of the other individuals who are conflicted owing to the fact that they represented different defendants in this case.  If the Court wants to do it now; we could do it on Friday morning.  I can obviously file something with the Court to let the Court know who's conflicted off.  However the Court wants to handle it.

MR. WHITE:  Or is it possible for the Court to do it by way of minute order without a hearing?

THE COURT:  No, I think let's do it now.  I'm looking to see who's conflicted off it too.

THE CLERK:  I'm looking, your Honor.

THE COURT:  Adrianna is looking to see who's next on the list.

MR. WHITE:  Oh, okay.

THE COURT:  But while she's doing that, is there anything I didn't cover?  A housing designation?

MR. WHITE:  Your Honor --

THE COURT:  But we probably want Mr. Pratt to stay local until we deal with restitution and he meets

his next lawyer.

MR. WHITE:  I think so.  I would -- I do have a housing recommendation request.

THE COURT:  Okay.

MR. WHITE:  That would be FCI Sheridan, and I have --

THE COURT:  NCI Sheridan?

MR. WHITE:  FCI Sheridan, yeah.  And that would allow -- his family is in New Zealand, but I think that would facilitate family visits, and I think it would offer him the appropriate programming.

THE COURT:  Okay.

MR. WHITE:  And I think that would be an acceptable designation within the rules of the BOP.

THE COURT:  Okay.  Do you agree with that?

PROBATION OFFICER:  I defer to the Court, your Honor.

THE COURT:  Okay.  Well, I'm going to accept that representation.  If the Bureau of the Prisons doesn't like it, they will let us know or do otherwise.  So we'll request FCI Sheridan to facilitate family visits.

Tommy Vu will be appointed to assist you.

MS. FOSTER:  Your Honor, I think that's okay.  I'm a little concerned -- I'm not --

THE COURT:  Was he with Federal Defenders?

MS. FOSTER:  That's what I'm trying --

MR. WHITE:  He was with Federal Defenders.

THE COURT:  He was with Federal Defenders.

MS. FOSTER:  He was with Federal Defenders; I just don't know when he left.

THE COURT:  I don't either.

MS. FOSTER:  So that's my concern.

THE COURT:  Who's next?

THE CLERK:  Debra Dilorio.

THE COURT:  Debra Dilorio is next on the list.

MS. FOSTER:  That's fine, your Honor.

THE COURT:  That clears Federal Defenders if she was ever there.  I don't know if she was or she wasn't

MR. WHITE:  Eons ago.

THE COURT:  Okay.  So Deb Dilorio --

MR. WHITE:  Yeah.

THE COURT:  -- will be appointed to represent you, Mr. Pratt.  I'm going to relieve Mr. White now.  So we're going to get ahold of Deb Dilorio because your appellate rights are on a time frame, and we want her to get on that right away on your behalf if that's what you'd like to do.

But everybody check your notes and see if there's anything that we have not covered.

MS. FOSTER:  Your Honor, the United States would move to dismiss all remaining counts as to Mr. Pratt in the second superseding indictment.

MR. WHITE:  No objection.

THE COURT:  Okay.  Those are dismissed.

THE CLERK:  There's JVTA in this case.

THE COURT:  Oh, okay.  The Justice for Victims of Trafficking Act would be a $10,000 assessment, and nobody has addressed that.  We didn't do a fine.

What is the Government's position on that?

MS. FOSTER:  What I would suggest is let me speak with Ms. Dilorio and try to sort that out.  We know that we have seized cryptocurrency from the defendant, and I'm not confident that I know where that lands in terms of where that goes, in which bucket.  So my request would be to continue that question to November 7th, and we should be able to resolve that.

THE COURT:  Okay.  So leave that to the restitution hearing?

MS. FOSTER:  That's correct, your Honor.

THE COURT:  Okay.  And that's November the 7th at 2:00 p.m.?

THE CLERK:  Yes.

THE COURT:  Okay.  Okay.  Anything else? Everybody.

*PROBATION OFFICER:*  Nothing, your Honor.

*THE COURT:*  Anything else, Adrianna?

*THE CLERK:*  No, your Honor.

*THE COURT:*  Okay.  We're going to give you copies of the conditions.  Many of those conditions, Mr. Pratt, assumed that you would stay here, but you're not likely to be staying here -- you know that.  But we give those conditions so that's why there were so many conditions, sir.  Okay?

*THE DEFENDANT:*  Okay.

*THE COURT:*  And you can explain that, Mr. White.

*MR. WHITE:*  I can.

*THE COURT:*  So anything else from the Government?

*MS. FOSTER:*  Nothing for the United States.  Thank you.

*MR. WHITE:*  Nothing from me, your Honor.  Thank you.

*THE COURT:*  Thank you.

(Proceedings concluded at 2:27 p.m.)

-o0o-

*C E R T I F I C A T E*


I, Stephanie Whitehead, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on September 8, 2025; and that the format used complies with the rules and requirements of the United States Judicial Conference.


Dated:  September 22, 2025


*s/ STEPHANIE WHITEHEAD*

Stephanie Whitehead, CSR 10093
U.S. Official Court Reporter